IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LUISA PEREZ , *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:06-CV-00121 AMD |
| MOUNTAIRE FARMS, INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, through their undersigned counsel, hereby move the court to enter a partial summary judgment rejecting the defense of defendant Mountaire Farms, Inc., that section 203(o) of the Fair Labor Standards Act, 29 U.S.C. § 203(o), is a bar to the claims against it. Because there exists no material dispute as to any relevant fact and because discovery regarding this issue is now complete, plaintiffs request a resolution of this issue now.

This issue affects the approximately 150 unionized plaintiffs who have joined this suit and who have worked in the Selbyville, Delaware plant for defendant Mountaire Farms, Inc. In addition to the requirements of Rule 56 being met in this case, the parties strongly prefer a resolution of this issue as soon as possible. If the defense were upheld, defendants would not have to depose many of the affected plaintiffs. Furthermore, plaintiffs would not have to spend significant amounts of money for their expert to do time-study analyses of these 150 plaintiffs' work routines at the Selbyville plant.

The court denied defendants' motion for partial summary judgment on this issue in February 2007. Document No. 48. However, discovery on this issue is now completed and no material factual dispute has been identified.

WHEREFORE plaintiffs move for partial summary judgment declaring that defendant has no legal defense under 29 U.S.C. § 203(o).

Respectfully submitted,

/s/
C. Christopher Brown, Fed. Bar No. 01043
Jane R. Flanagan, Fed. Bar No. 28249
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, MD  21202
(410) 962-1030

*Attorneys for Plaintiffs*

Date:  August 31, 2007

**CERTIFICATE OF SERVICE**

I hereby certify this  31st  day of August 2007 that copies of the foregoing Plaintiffs' Motion for Partial Summary Judgment and its supporting memorandum, appendix and exhibits were served on all counsel by the Court's electronic filing system.

/s/
C. Christopher Brown

2