IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION


LUISA PEREZ, ET AL.

     v.                              CIVIL CASE NO.
                                       AMD-06-121

MOUNTAIRE FARMS, INC., ET AL.

     Defendants
_____/


(Bench Trial)
Monday, March 23, 2009
Baltimore, Maryland


Before:  Honorable Andre M. Davis, Judge



Appearances:

     On Behalf of the Plaintiffs:
     C. Christopher Brown, Esquire
     Jane R. Flanagan, Esquire

     On Behalf of the Defendants:
     J. Larry Stine, Esquire
     Paul Oliver, Esquire




Reported by:
Mary M. Zajac, RPR
Room 5515, U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

1          (Proceedings at 9:40 a.m.)

2          THE CLERK:  The matter now pending before this Court is

3    Civil Action AMD-06-121, Luisa Perez, et al., versus Mountaire

4    Farms, Inc.  Counsel for the plaintiff is Jane Flanagan and C.

5    Christopher Brown.  Counsel for the defendant is Paul Oliver and

6    J. Larry Stine.

7          MR. HEMMENDINGER:  Your Honor, my name is Eric

8    Hemmendinger.  I'm with Shawe and Rosenthal.  We're local counsel

9    in the case.

10          THE COURT:  Good morning.

11          MR. HEMMENDINGER:  Good morning.

12          I wanted to attend to two things quickly.  One is to

13    make sure that Mr. Oliver's motion, or my motion to admit Mr.

14    Oliver pro hac vice has been granted.  It looked to me that it

15    had been filed but not necessarily ruled on.

16          THE COURT:  I think it was just filed Friday, correct?

17          MR. HEMMENDINGER:  Correct.

18          THE COURT:  So the clerk will get to it, I'm sure, this

19    morning.  It's fine.

20          MR. HEMMENDINGER:  Okay.  And the other is to ask that

21    I be excused.

22          THE COURT:  Aren't you interested?

23          MR. HEMMENDINGER:  I am interested and I may come back

24    just for observational purposes, but I want to be excused from

25    being at counsel table.

1          THE COURT:  Of course.

2          MR. BROWN:  One less opponent in the room.

3          THE COURT:  Good to see you.

4          MR. HEMMENDINGER:  Thank you, Your Honor.

5          THE COURT:  Counsel, I'm at your service.  A few brief

6     opening statements would be helpful, but you're not required to

7     do so.  Mr. Brown.  Good morning.

8          MR. BROWN:  Good morning, Your Honor.  If I may speak

9     first about procedural matters.

10          THE COURT:  Okay.

11          MR. BROWN:  Mr. Stine and I were talking about this

12     earlier.  We have four plaintiff witnesses who do not speak

13     English.  We have translators here who will translate.  Our hope

14     is to get them all on today.  With the translation slowdown, you

15     never know what's going to happen.

16          Tomorrow we wanted to introduce documentary evidence,

17     admissions of the party opponent.  We may be able to agree on

18     some of those exhibits.  We probably can agree on a lot of

19     exhibits, quite honestly.

20          We are, unless one of the plaintiff witnesses doesn't

21     get in, done, we have a couple hour, three hour gap tomorrow.

22          THE COURT:  Tomorrow morning or tomorrow midday?

23          MR. BROWN:  Tomorrow morning.  It's two or three hours

24     whenever you want it, wherever you want to put it.

25          We talked, we talked about possibly having a defense

1   witness but is that --

2          THE COURT:  I certainly would have no problem calling a

3   defense witness out of turn.  Obviously, it's a non-jury

4   proceeding.  So to the extent that there are defense witnesses

5   who are available who could be put on before the plaintiff rests,

6   I don't see any problem with that.

7          MR. BROWN:  I guess it will become clearer this

8   afternoon what tomorrow looks like.  We'll get back to that issue

9   at some time.

10          Wednesday our expert witness will testify half day or a

11   whole day, I don't know what.  And that will be the end of the

12   plaintiff's proof.  And I'll let Mr. Stine speak to his.

13          THE COURT:  All right.  Mr. Stine, good morning.

14          MR. STINE:  Good morning, Your Honor.  We plan to call

15   four witnesses:  Amanda Irwin, who's an operational manager, to

16   give you an overview of the operations.  Humberto, and I won't

17   even mangle his last name because I mangle it every time, who is

18   HR manager.  My Spanish is terrible.  I just admit that right

19   now.  Then Mike Tirrell, who's a VP, will come.  And then Dr.

20   Davis.  So we anticipate --

21          DR. DAVIS:  Good morning, sir.

22          THE COURT:  Good morning.

23          MR. STINE:  This is Mr. Davis right here.  At the

24   table, Cher Vink, is a company representative.  And we would

25   expect that to take no more than two days.  If we have Thursday,

1    Friday's available, we would be finished on Friday.

2         THE COURT:  I'm pretty sure Friday's available.  I know

3    I've got a couple of things scheduled and I have a couple of

4    things scheduled on Thursday as well.  Let's see how it goes.  I

5    imagine you really would like to get it done this week.

6         MR. STINE:  Yes, Your Honor.  As a matter of fact, I'm

7    on jury duty on Monday morning --

8         THE COURT:  Good for you.

9         MR. STINE:  Superior Court.  I already had to move it

10   twice.  I think they're getting a little tired of me moving it.

11   Hopefully, Monday, I'll be in jury duty.

12        THE COURT:  Okay.  I can move some things around.  I

13   know I have a sentencing, actually a sentencing on Thursday,

14   which I'm confident won't take more than an hour.  And a

15   sentencing in the same case on Friday, which I'm confident won't

16   take more than an hour.  Actually, two sentencings on Friday.  So

17   except for those three sentencings, I'll just cancel other

18   non-case related matters that I have scheduled.  So we'll get

19   done this week.  We'll get done this week.

20        What is your -- would you have any problem calling a

21   defense witness out of turn if we have a couple hours?

22        MR. STINE:  We are a little worried about how it will

23   flow, is our big concern.  If you don't mind letting us have a

24   little conversation amongst ourselves.

25        THE COURT:  Of course.  Of course.  But I just want to

1   assure you that I, I mean, there's just absolutely no prejudice

2   to the defendant whatsoever.  I am sure, with your help, to the

3   extent I need it, I can compartmentalize.

4          Obviously, in light of the procedural history of the

5   case, I can anticipate that you will be seeking judgment as a

6   matter of law at the close of the plaintiffs' case.  But if you

7   call a witness or two before the plaintiff rests, I assure you

8   that I do have the capacity to segregate and ignore the defense

9   witnesses for that purpose.  But have your conversation, see what

10  you decide.  And I'll abide by your choice in that regard.

11         MR. STINE:  Thank you, Your Honor.

12         THE COURT:  All right.  Mr. Brown.

13         MR. BROWN:  Your Honor, let me address the merits of

14  what's to come.  There are, I think, six issues for trial this

15  week.  The first and most important, and the crux of the case is

16  whether the activities talked about here, doffing, donning,

17  walking, washing, sanitizing, whether they are, quote, "an

18  integral and indispensable part of the principal activities" of

19  the defendant's plant.  That's the first issue.

20         The second issue is, assuming that that is integral and

21  indispensable, in other words, assuming it's compensable work,

22  our experts will discuss how many hours or how many minutes we're

23  talking about per day.  Roughly speaking, plaintiffs' experts

24  says it's about 20 minutes.  Roughly speaking, defense expert

25  says it's about 10.2 or something like that.  I forget.  So

1    that's the second issue.

2            The third issue is the defense, and that's the de

3    minimis defense, where there is some case law that says if the

4    amount in controversy is very small, we don't have courts involve

5    themselves with matters like that.

6            The next issue is take home, the take home defense

7    issue as we'll talk about it.  In other words, if they allow the

8    plaintiffs in a realistic way to change at home as opposed to at

9    the plant, that is, makes it non-compensable.

10           The fifth issue is whether there's good faith.  The law

11   is such that you get a doubling of the overtime pay if money has

12   been denied you in bad faith.

13           And the last issue is willfulness.  And if their acts

14   on non-compensated plaintiffs were "willful", quote-unquote, the

15   statute of limitations goes back an extra year, from two years to

16   three years.  So that's, that's what we'll be getting into.

17           Because these issues have been briefed so much already,

18   I reserve any discussion of these issues for a later point in

19   time.

20           THE COURT:  Thank you, Mr. Brown.

21           MR. BROWN:  And our witnesses, Ms. Flanagan will handle

22   the witnesses today.

23           THE COURT:  All right.  Couple of questions, Mr. Brown,

24   and then I'll hear from Mr. Stine.

25           Who has the burden of proof on de minimis?

1              MR. BROWN:  My understanding is that it's a defense,

2    and defendants therefore have the burden of proof.

3              THE COURT:  It's an affirmative defense in the nature

4    of an exception or exclusion from the statute?

5              MR. BROWN:  Right.

6              THE COURT:  Okay.  And your answer would be the same

7    with respect to the take home defense?

8              MR. BROWN:  Yes.

9              THE COURT:  And --

10             MR. BROWN:  And the same for the good faith defense.

11             THE COURT:  Now, what is the difference between the

12   good faith defense and the willfulness issue on limitations?

13             MR. BROWN:  Yeah.  There's no limitations affect.

14             THE COURT:  No.  I mean -- I'm sorry.  In terms of the

15   look back?

16             MR. BROWN:  The look back only ties into the

17   willfulness.

18             THE COURT:  Right.  And so what's the good, I guess I'm

19   asking, what is the good faith defense?

20             MR. BROWN:  The good faith defense --

21             THE COURT:  That would absolve the defendant of all

22   liability?

23             MR. BROWN:  No.  The good faith defense merely limits

24   the defendant's exposure.  If I was not paid a hundred dollars

25   overtime and it's found that was compensable, that I should have

1    been, the law has a liquidated damages component where you can

2    double that.  And if they were not in good faith denying you the

3    hundred dollars --

4              THE COURT:  I see.

5              MR. BROWN:  -- you get $200.

6              THE COURT:  I see.  Okay.  So the good faith defense

7    relates to the level of culpability in the failure to pay.  The

8    willfulness issue relates to whether the look back is two years

9    or three years.

10             MR. BROWN:  Exactly.

11             THE COURT:  Got it.  And then finally, obviously, the

12   defense makes a very, very significant part of its case, as I

13   understand it, the question of which of the PPE, which I guess is

14   the terminology we're going to be using, which of the PPE items

15   are required and which are not required?  You didn't mention that

16   specifically as an issue, but obviously it's buried in here, I

17   think.  And I just wanted you to say a word or two if you wished

18   to about that.

19             MR. BROWN:  Okay.  The Ninth Circuit in <u>Alvarez</u>

20   distinguished between, I forget the terminology.  Serious.

21   significant.

22             THE COURT:  The Ninth Circuit, I think, used the term

23   "generic" or "non-unique."

24             MR. STINE:  Unique.

25             THE COURT:  Unique and non-unique.  Is that your

1  understanding of what the defense is referring to when they refer

2  to required versus non-required?

3          MR. BROWN:  No.

4          THE COURT:  Okay.

5          MR. BROWN:  I guess, really, in our case there's

6  something called a white cotton glove which, as I understand it,

7  workers wear at their option.  So putting on the white cotton

8  glove is a non-required PPE.

9          THE COURT:  Okay.

10          MR. BROWN:  All the other PPE's that we will talk about

11  are required.

12          THE COURT:  Oh.  Including hair nets?

13          MR. BROWN:  Including hair nets and ear plugs and beard

14  nets and sleeves and so forth.

15          THE COURT:  Okay.  So your understanding is that when

16  Dr. Davis talks about required, he's talking about everything

17  except the white cotton gloves?

18          MR. BROWN:  I think that's correct.

19          THE COURT:  Okay.  Well, Mr. Stine will correct us if

20  we are misapprehending.  Okay.  Thank you.

21          MR. BROWN:  But there is one issue that --

22          THE COURT:  Yes.

23          MR. BROWN:  -- that sort of it's, it's a loose issue to

24  some degree.  The Ninth Circuit identified two different kinds

25  of --

1          THE COURT:  Right.  Unique and non unique.

2          MR. BROWN:  And the unique were things that are more

3    protective, heavier, more significant.  The non-unique were

4    things like hair nets and --

5          THE COURT:  And I think the hard hat.

6          MR. BROWN:  Right.  Now, the Department of Labor, since

7    Alvarez came out in the Supreme Court, has said that, and case

8    law now is saying it, also, that's a false way to analyze the

9    problem.

10         THE COURT:  Okay.

11         MR. BROWN:  And the way the problem ought to be

12   analyzed is something called the continuous day rule.

13         THE COURT:  Right.  Right.

14         MR. BROWN:  If you look at when they started donning

15   and if you look at when they ended donning.

16         THE COURT:  Okay.

17         MR. BROWN:  And that's what you count.

18         THE COURT:  All right.

19         MR. BROWN:  You don't count hair nets, how much time.

20         THE COURT:  Is that your understanding -- I'm sorry to

21   interrupt.  But is that your understanding of what Judge Whaley

22   actually did in Alvarez?  Because I actually went back and looked

23   at Judge Whaley's findings of fact and conclusions of law because

24   I was really, I was perplexed, shall we say, over how you can

25   carve out the time it takes to put on a hard hat if the

1    continuous work day has already begun.

2              MR. BROWN:  Exactly.

3              THE COURT:  I mean, is that what he did?  I guess

4    that's what he did.

5              MR. BROWN:  That appears to be what he did.

6              THE COURT:  So it appears that he -- he said the work

7    day starts when they put on, let's say, in round numbers, 10

8    items, which takes, again in round numbers, 15 minutes.  And then

9    I take it he went back and subtracted the 13 seconds it takes to

10   put on a hard hat and the 11 and a half seconds it takes to put

11   on cotton gloves or whatever.  And the Ninth Circuit seemed to

12   have blessed that approach.

13             MR. BROWN:  Right.  And the Supreme Court seems to have

14   unblessed it.

15             THE COURT:  Okay.  All right.  Well, that's very

16   helpful in terms of just framing what I'm being asked to do here.

17   Thank you.  Mr. Stine?

18             MR. STINE:  Yes, Your Honor.

19             THE COURT:  And counsel are free, as you are most

20   comfortable, either to use the lectern or to remain at the table.

21             MR. STINE:  Right.  Basically, I read your rules and

22   we've kind of got the well available, is what I understand.  As

23   to the issues, I do agree with most of the donning and doffing.

24   I don't think there's really much doubt that there's preliminary

25   and postliminary.  The question becomes whether the plaintiff

1    establishes, which is a judicial exception, the integral and

2    indispensable.

3            The time, the de minimis, the take home defense, the

4    good faith defense, and the willfulness are there.  But we think

5    there's another issue, a different way of looking at it.  And

6    that's, you've got to take into account the lunchtime because,

7    basically, in our opinion, you have two different issues going

8    on.  You've got postliminary and preliminary which, by

9    definition, is the start of the shift and the end of the shift.

10           For the lunch period, it's a different standard, and

11   you've articulated that in the summary judgment decision.  It's

12   basically laid out by Roy v. City of Lexington.  So you've got

13   two different sets of tests.

14           And as to the donning and doffing issue, the continuous

15   work day is the rule.  But here's the important thing, I think.

16   And that is most of the courts have made a distinction between

17   the generic or non-generic or unique or non-unique.  And when you

18   see how little time it takes to put on the items we're talking

19   about, you'll understand why they do that.

20           But I think what the evidence is going to show, also,

21   is the sequencing is important because what happens is the items

22   that we'll call generic, or non-unique, are the items put on

23   first.  Okay?  The hair net, the bump cap.  The bump cap,

24   typically the ear plugs are wrapped around the bump cap and hung

25   down.  Boots, which are almost always worn from home.  And smock.

1          And if you look at the cases, you'll see that almost

2     all those are kind of created as generic, non-unique.  Alvarez

3     called them de minimis.  The District Court found them not

4     integral and indispensable.  The courts have kind of struggled

5     how to define it.  But most of them, when finally confronted with

6     the issue, typically take those items I'm talking about, the hair

7     net, the bump cap, the ear plugs, the smock and the boots, and

8     called them non-compensable issues.

9          Sequence becomes important.  What the evidence is going

10    to show is the plaintiffs come in and put on all that equipment

11    before they walk on to the production area.  After they get into

12    the production area is when they will put on the other items.

13    Now, the reason that's important is because for my de minimis

14    test you need to look at, if you're going to decide what's de

15    minimis, you need to look at how much time at the start of the

16    shift from the time they put on an integral and indispensable

17    item, if you so find.  And we're still taking the position none

18    of them.  But if you do, if it's, say, the metal mesh gloves or

19    the Kevlar gloves, then how much time is involved from the time

20    they put it on to get to the line.  And then at the end of the

21    day, how much time does it take them to get it off.

22         At the lunch time, the evidence is going to show that

23    only two items came off.  And that is the apron and the gloves.

24    And they were hung in the production area.

25         So it's a very short time on both ends of the lunch

1    break, our evidence is going to show.  So the lunch break, based

2    upon Roy v. City of Lexington, is non-compensable.

3          We don't believe you need, you can take -- you got to

4    make the decision for the lunch time based upon Roy.  And then

5    you make another decision as to postliminary and preliminary

6    starting in the shift.  If you use the continuous work day, our

7    argument is if you find something integral and indispensable,

8    it's going to be the unique or the non-generic item, which is

9    going to be the metal mesh glove.

10          And not all the employees, by the way, wear

11   cut-resistant gloves.  The only ones that really wear

12   cut-resistant gloves are those working with either knives,

13   scissors or power saws, and most of them wear one.  So that's one

14   of the distinctions we have and a disagreement in kind of the way

15   you analyze it.

16          But even if you go back to the judge in Alvarez, he

17   looked at those items and found them non-compensable, basically

18   as a postliminary/preliminary, not integral and indispensable.

19          The other thing is I think you have to be very careful

20   not to conflate definition of work with integral and

21   indispensable.  Because if you're not careful, what will happen

22   is you will almost end up having integral and indispensable be

23   work because work fundamentally is defined as a task required by

24   the employer, and that includes doing nothing.  That's a task,

25   sit over there in a corner and wait.  Now I got to pay them for

1   it if I'm telling them to do it, and it primarily benefits the

2   employers.  So you can't use integral and indispensable for the

3   same test because the way the history of the sequence goes.

4          So there's something different between a task required

5   and primarily for the benefit of the employer and integral and

6   indispensable.  Otherwise, postliminary and preliminary has no

7   effect on the definition of work.  Postliminary and preliminary

8   doesn't even come into play until you have work.

9          So we believe the sequence of time is going to show

10  that it's very, very small times.  We're going to show that a lot

11  of the walking time and the waiting time that the plaintiffs are

12  putting into their time is all triggered by these non-unique

13  items.

14         And finally, the last thing I think is at issue is one

15  of the other issues is whether grasping an item starts the day or

16  whether you have to put it on.  The plaintiffs are taking the

17  position that merely getting the item and sticking it in your

18  pocket starts the day, starts the time.  And our position even

19  under that is they've got to put the thing on.  Otherwise, they

20  are just carrying around things.

21         But you will see that there's, in fact, a distinction

22  between the two parties and how we count time.  And you'll have

23  to make the decision as to whether they're correct or not.

24         As to the take home time, we believe that the test is

25  do they have the ability and the option.  And the Wage and Hour

1   was very clear, that it didn't matter whether they did it at work

2   or at home as long as they had the ability and the options.  And

3   I think we'll be able to demonstrate that a number of these

4   items, they had the ability and the option and did wear them from

5   home, enough so that you can see that they had it.

6           We don't have to have 100%.  I think 10% would show

7   they can do it, and some did.  And we added the smock in 2006 to

8   that list.  The boots, the hair nets, and the bump cap and ear

9   plugs you will see routinely are worn into the plant.  And to

10  start the day, the plaintiffs basically don't start the day if

11  you walk in wearing it.  But if you grab your hair net, they

12  still start the day, which I think violates that take home theory

13  that Wage and Hour has had forever.

14          Fundamentally, that's what it is.  We'll put down very

15  small times and our expert will show you how much time is

16  associated with which functions and describe it.

17          The last thing is, not all these plaintiffs wear the

18  same things.  And we have a matrix so you'll see what they wear.

19  But you'll see not everybody wears everything all the time,

20  depending on their position.

21          I think it's fundamentally how we're going to present

22  the case, Your Honor.

23          THE COURT:  Thank you, Mr. Stine.  Let me ask you a few

24  questions.

25          First of all, you agree that defendant has the burden

1    on these defenses, de minimis, take home, and good faith?

2              MR. STINE:  Yes, Your Honor, I do.  And willfulness and

3    the integral and indispensable and the actual time.

4              THE COURT:  On the plaintiff.

5              MR. STINE:  Lunch time, I believe, lies on the

6    plaintiffs.

7              THE COURT:  I was going to ask you next about lunch

8    time.  Do I understand fundamentally the defense position to

9    be -- and I just want to try to repeat this back to you or say it

10   to you so you can correct any misapprehension I may have.  The

11   continuous work day starts whenever it starts and ends when it

12   ends.  But my understanding is that the defense position is that

13   the lunch time really is sort of, to use my term, a carve out.

14   And so when you analyze the lunch break, you have to be specific

15   and measure what most or all or the typical employee actually

16   removes and then puts back on at the end of the lunch break.

17             MR. STINE:  Right.  And you've got to decide whether

18   that's primarily for the benefit of the employer or the employee

19   to take the item off.

20             THE COURT:  Okay.  Now, to use an example, the Kevlar

21   glove.

22             MR. STINE:  Correct.

23             THE COURT:  I take it there's no dispute that that's

24   primarily for the benefit of the employer?

25             MR. STINE:  Well, we actually think it protects the

1    employees' hands.  The most important protection.  The primary

2    benefits, one of those things, Your Honor, I can use anything and

3    say I get a benefit from it.  The employee gets a benefit from

4    it.  The employer gets a benefit from it.  So you got to look at

5    the primary benefit.  That's a much harder test than who gets a

6    benefit from it.

7              We're required by Federal Occupational Safety and

8    Health laws to provide personal protective equipment.  When we

9    have analyzed it and determined there's a cut hazard, we have to

10   do something.  We have done that and we've provided them a cut

11   resistant glove.  And our benefit is we have to comply with

12   Federal Safety and Health law.  That is our benefit.

13             The benefit to the employee is that they don't get

14   hurt.  And from our point of view, the primary beneficiary of

15   that is the employee.  He is the person that will be hurt if he's

16   not wearing the glove.

17             Now, we do have the benefit in that we don't get cited

18   by OSHA if they show up and they're not wearing their gloves.

19             THE COURT:  And you don't get human blood in the

20   chicken.

21             MR. STINE:  Well, yeah.  We'll throw away a chicken.  A

22   chicken's not that much money for a chicken, but a lot of the

23   cuts --

24             THE COURT:  Well, but you'd have to know that there was

25   human blood in the chicken before you could throw it away because

1   there was human blood in the chicken.

2           MR. STINE:  Correct.

3           THE COURT:  All right.  I understand.  I mean, to back

4   up a little bit, the defense position is that none of this

5   counts.

6           MR. STINE:  That's correct.  It's all --

7           THE COURT:  The defense position is this is just

8   changing clothes and none of this counts.

9           MR. STINE:  That is our first position.  It is.  It's

10  preliminary and postliminary.

11          THE COURT:  Okay.  But I'm trying to get my head around

12  this issue of lunch.

13          MR. STINE:  Yes, sir.

14          THE COURT:  Because you started with that and I think

15  it is important.  And I'm just trying to make sure I understand

16  what the defense position is here, short of none of it counts.

17          MR. STINE:  Yes, Your Honor.  That's our starting

18  point.  That's not our ending point.

19          THE COURT:  Okay.  So if the employee removes three of

20  ten items --

21          MR. STINE:  Correct.

22          THE COURT:  -- when she goes to lunch, and then puts

23  those three items back on, I thought your point was -- I guess

24  I'm not sure what your point is.

25          MR. STINE:  My point is even if you assume for the

1    moment that that was primarily for the benefit of the employer,

2    you still have to go to Roy v. City of Lexington and look at the

3    lunch break and make a determination as to that 36 or 30 minutes,

4    how's that time primarily done?  And from the point of view, you

5    can see they're released from doing their productive work.  They

6    walk to a hook in the production area.  They take off their

7    apron.  They may wash it down and take off the gloves, hang it,

8    and walk to the cafeteria.  So they're on their way walking.

9         THE COURT:  Okay.  Let me stop you for a second because

10   we may be talking past each other.  There's no suggestion here,

11   is there, that the, I mean, clearly, the lunch break is, you

12   don't have to pay for the lunch break.

13        MR. STINE:  Correct.  We don't have to pay for the

14   lunch break.

15        THE COURT:  Right.  So the question is if an employee

16   gets 36 minutes for a lunch break, I thought the question is, how

17   many, if any, of those 36 minutes do they get paid for?

18        MR. STINE:  That is what the plaintiff has been

19   arguing, yes.

20        THE COURT:  Okay.  That's what I thought.  So to

21   compute that is, it is necessary to measure the activities which

22   are --

23        MR. STINE:  -- involved.

24        THE COURT:  -- involved in what is integral and

25   indispensable.  And in that regard, does not the meaning have the

1  same meaning at lunch time as it has at the beginning of the

2  shift?

3          MR. STINE:  No, Your Honor.

4          THE COURT:  And you're saying no.

5          MR. STINE:  No.

6          THE COURT:  Okay.  Now, why, if putting on a Kevlar

7  glove at the beginning of the shift, why, if that's integral and

8  indispensable to the principal activities of the work when the

9  shift starts --

10          MR. STINE:  Right.

11          THE COURT:  -- how can it not be -- and at the end of

12  the day, when they take it all off --

13          MR. STINE:  Right.

14          THE COURT:  -- how can it not be, when they take it off

15  and put it back on and maybe the washing and so forth, for the

16  lunch break?

17          MR. STINE:  Because the first thing is the test during

18  the lunch break is not whether that activity is postliminary or

19  preliminary activity, which would then trigger the judicial

20  exception.  The test is, the test that the Fourth Circuit said.

21  If you read the cases about lunch breaks and dinner breaks,

22  you'll see that there are cases where if you're in an apartment

23  complex and you get a phone call and you unmistakably do work for

24  three minutes, the courts don't look at it and say, okay, you got

25  to go back and pay them for three minutes.

1        They look at the lunch break as a whole, make a

2  determination the lunch break was primarily for the benefit of

3  the employee, and allow it to be non-compensable in toto.

4        THE COURT:  So it's volunteered.  I mean, in other

5  words, an employee in that situation is volunteering her services

6  to the employer?

7        MR. STINE:  Not necessarily.

8        THE COURT:  Then I don't understand what you just said.

9  In other words, if an employee answers the phone, she's about to

10  get up and go to lunch.  Important customer calls.

11        MR. STINE:  Right.

12        THE COURT:  She takes the call.  She stays on the phone

13  for five, six minutes, and she is a dedicated, loyal, hardworking

14  employee.

15        MR. STINE:  Correct.

16        THE COURT:  So she doesn't tack those six minutes on to

17  the end of her lunch break.

18        MR. STINE:  Correct.

19        THE COURT:  Are you saying that the Fourth Circuit

20  says, tough, you don't get paid for that, if it happens at the

21  end of the week that you've work 41.5 hours because you've been

22  taking phone calls during your lunch break?

23        MR. STINE:  Fundamentally, what they do is they use the

24  test in Roy v. City of Lexington to look at the lunch break as a

25  whole.  It's either compensable or non-compensable.  What you

1    won't find, Your Honor, are cases that say, okay, I now find that

2    the lunch break meets the test that we've set forth.  Now let's

3    look at a second test to determine how much of that time we're

4    going to compensate them for after passing the first test.

5           There's not a case out there that says that type of

6    analysis.  In other words, the analysis is Roy v. City of

7    Lexington.

8           THE COURT:  Didn't Alvarez pay for some time during

9    lunch?

10          MR. STINE:  Not that I'm aware of.

11          THE COURT:  No?  There was no lunch issue in Alvarez?

12          MR. STINE:  Not that I'm aware of.

13          THE COURT:  Okay.

14          MR. STINE:  And if there was, there was no analysis of

15   the lunch time at all.  If you look at the more recent cases,

16   you'll see there's an analysis of the lunch time under the

17   standards to determine what's going on.

18          So our point of view is you've got a, and the problem

19   is you're taking postliminary and preliminary, which doesn't work

20   at lunch time.  And then you're taking a judicial exception to

21   postliminary and preliminary and applying it.  So that, you know,

22   do you pay for two minutes for a lunch time involved in what we

23   would call work?

24          And what they're looking at is taking the bigger

25   picture, because it's so difficult to keep up.  It's hard enough

1   to keep up with lunch breaks.  Imagine if employers had to keep

2   up with two or three minutes.  And I'm not just talking about the

3   poultry plants.  But I'm talking about all types of lunches where

4   people get called, make a phone call, get a question ask,

5   legitimate work issues.  How difficult that time record is if

6   it's two minutes here, three minutes there.

7          And fundamentally, that's what you would be ruling if

8   you set up a new standard, saying, okay, we're going to look at

9   any work performed during the lunch, and that's what you're

10  basically saying, should be compensated.  And that's not the

11  standard.  That's not what the Fourth Circuit has done.

12         They've not said, okay, prove how much time you worked

13  in the lunch time and we'll pay that you much and that's how

14  we'll analyze it.  They've not analyzed it that way.  Their

15  analysis is, let's look at the lunch break and here's the test.

16  Is it predominantly for the benefit of the employer,

17  predominantly for the employee?

18         In this case, you are going to find out that the vast

19  majority of the time was clearly for the benefit of the employee.

20  And frankly, getting off the apron and hanging them up is a

21  minor, minor time issue.

22         THE COURT:  And would that be true about donning at the

23  end of the lunch break as well?

24         MR. STINE:  That's correct.  Because what happens, what

25  the facts are going to show, Your Honor --

1          THE COURT:  You understand my difficulty with that.

2     How can it be compensable, if it is, first thing in the morning,

3     but not compensable at 12:45 when you're just doing what you did

4     this morning?

5          MR. STINE:  It's the same argument the plaintiffs have

6     been making about 3(o), Your Honor.  3(o) deals with the end of

7     the shift and the start of the shift but nothing in between.

8     Same fundamental concepts.  Postliminary and preliminary deal

9     with the beginning and the end of the shifts.

10          THE COURT:  So your, if I'm understanding you correctly

11     your position is as a matter of law, no employee ever gets

12     compensated for any indispensable and integral activities

13     occurring during an assigned lunch period.  I mean, I think

14     that's what you're saying, if I'm understanding you.

15          MR. STINE:  I wouldn't go that far.

16          THE COURT:  Well, where would you draw the line?

17          MR. STINE:  Where the Roy v. City of Lexington test

18     says --

19          THE COURT:  Okay.  You're going to have to tell me

20     about City of Lexington.  I don't have it --

21          MR. STINE:  What they're looking at is --

22          THE COURT:  What were the facts of City of Lexington?

23          MR. STINE:  They were, the police officers were

24     stopping being, stopped and asked about certain facts.  And be

25     interrupted.

1      THE COURT:  You mean, like they're sitting in McDonalds

2  having lunch and some citizen comes up?

3      MR. STINE:  Um-hum.  There are a lot of cases like

4  that, Your Honor.  And if I've got that wrong, I apologize.

5  Because I've got so many lunch cases in my head.  Precisely.

6      There's a point where it becomes if I'm spending so

7  much time doing work, it becomes predominantly for the benefit of

8  the employer, not the employee.  And the employer has to pay for

9  the lunch break.

10      THE COURT:  Okay.  And you say, did I understand you to

11  say there are no donning and doffing lunch break cases?  Because

12  obviously, it's one thing to talk about a clerical who answers a

13  phone or a police officer who's sitting in Burger King and

14  chatting with the citizen.

15      MR. STINE:  What I will say about that is I don't think

16  the other, it has been raised as an issue to the Court to deal

17  with prior to this.

18      THE COURT:  Okay.

19      MR. STINE:  I would say that that is the point.

20      THE COURT:  So I get to do it for the first time.

21      MR. STINE:  Yes, Your Honor.  I am nothing but creative

22  because I spend so much time in this area of the law.  I am that.

23  But really when you look at it and do the analysis and start

24  looking at it analytically, what happens is if you don't do that,

25  what you end up having is you now have for the lunch break two

1    tests.

2            Remember, we're in the continuous work day.  That's

3    clear from what the Supreme Court says.  Here's the start of the

4    day.  Here's the end of the day.  Then what happens during the

5    middle of the continuous work day, you start applying different

6    rules.  You apply different rules for traveling.  You apply

7    different rules for waiting.  And you apply the rules for lunch

8    breaks because it's a continuous work day.

9            So now the question is, can they, do they have to pay

10   for the lunch break or not?  And it's a different rule at that

11   point because the two ends of the day have been set, wherever

12   that may be.  It may be, you know, when they get to the line.  It

13   might be when they put on their cut-resistant gloves.  It may be

14   when they put on their hair nets, as you will decide.  But it's a

15   different test.  That's the point we are trying to make.

16           It is not the same test.  And I think analytically it's

17   incorrect because you don't even have the

18   postliminary/preliminary issue arising for which you can apply,

19   basically, the judicial exception created by Steiner v. Mitchell.

20           Analytically, when you look at it, you will see that

21   it's part of it.  Because what you end up doing, if you don't do

22   that, you end up with two tests.  And I want to tell you, if you

23   go look at the regular lunch breaks, when they talk about it, you

24   will not find a case where they do the analysis and say, okay,

25   it's primarily for the benefit of the employer, but the employees

1    average three minutes a day doing this work activity, we're going

2    to compensate them now for three minutes of time.  I don't think

3    you will find one where they're actually doing the analysis of

4    the lunch breaks.

5            And there are cases where they will be talking about,

6    well, yeah, they're interrupted, got called, and they're looking

7    at that.  So they're actually doing work.

8            THE COURT:  Okay.

9            MR. STINE:  And that is our argument.  And you're

10   right, you get to decide it for the first time.

11           THE COURT:  That's very helpful.  One more question,

12   Mr. Stine, before you sit down.

13           MR. STINE:  Yes.

14           THE COURT:  Do I have this correct?  In round numbers,

15   we have five job categories or titles or activities.  And of

16   course, as the record shows, not all employees don identical

17   items.

18           MR. STINE:  Correct.

19           THE COURT:  So my question to you is, do those

20   differences arise only at the damages stage?  And if not, from

21   your perspective, how exactly do they arise at the liability

22   stage?  Let me elaborate just a bit.  I think you get it, but let

23   me elaborate.

24           MR. STINE:  Yes, Your Honor.

25           THE COURT:  If we have, again, to use round numbers

1    that are easy, if we have three categories of workers, a hundred

2    workers in each category.  Category One workers don ten items.

3    Category Two workers don seven items and Category Three workers

4    don five.  So we have hundred, hundred, hundred, ten, seven and

5    five.

6              Now, for purposes of liability and the de minimis and

7    all that, am I correct that the Court's going to have to make a

8    finding essentially based on mean times over the range of

9    employees, and then only at the damages stage do we get to the

10   point where we say, okay, this employee from Category Number Two

11   who only donned typically seven items -- do you see what I'm

12   getting at?

13             MR. STINE:  Yes, Your Honor.  And my response is it

14   depends more on what the items are than the number of the items.

15   Let me explain why.

16             THE COURT:  Okay.

17             MR. STINE:  For example, we have some employees who you

18   will find out wear the hair net, the ear plugs, the bump cap, the

19   smock and rubber boots.  That's five items.  And that's all they

20   wear.  So from a de minimis point of view, you may find that to

21   be de minimis.  You may find that is generic or non-unique and

22   not even compensable.  So it's a liability issue for those folks.

23             THE COURT:  Okay.

24             MR. STINE:  There's another group who wear aprons and

25   rubber gloves in addition to that.  And that's probably the bulk

1    of the people.  Then it depends on, well, do you make a

2    determination as to whether the apron is primarily for the

3    benefit of the employer and employee?  Is it unique or

4    non-unique?

5         Then once you make those decisions, then I think we

6    have to quantify the time for de minimis.  And then if you find

7    it not de minimis, then that quantified time becomes the damages.

8         THE COURT:  Okay.

9         MR. STINE:  Because, Your Honor, basically, if you

10   make, the way I see it is if you make a finding, we'll go back to

11   your ten, seven and five, although I think that the unique and

12   non-unique works the best, if you make a finding that for the

13   people who wear five I'm going to find that it's

14   postliminary/preliminary, no liabilities attach.  The other one

15   I'm going to find, I do find liability.  I'm not going to find de

16   minimis and I'm going to attach five minutes a day.  Then the ten

17   I'm going to attach eight minutes a day.

18        You have determined both the liability, and you've

19   looked at the de minimis.  At that point, Mr. Brown and I can

20   take those findings and frankly go back into the payroll records

21   and come back with a number.  That's what I'm kind of hoping.  If

22   you --

23        THE COURT:  So then it's just a matter of running a

24   program and --

25        MR. STINE:  It would be a matter of running some Excel

1    sheets.  It's a lot more work than it sounds.  But it is a

2    mechanical application if you say here's my findings and I'm

3    going to find not de minimis.  It takes, I'm going to find it

4    takes eight minutes.  Or I'm going to disagree with the

5    defendants and I'm going to find it's all four shifts and it's

6    ten minutes, go back and calculate ten minutes.  Then that's a

7    matter of damages.  The trial, I understand today, this week is

8    about liability.

9          If you, though, don't give us times, you find liability

10   but don't give us time, proper sequence, then we're going to have

11   to have a damage hearing to find out how much time you would

12   associate for it.

13         So our hopes are that -- my hope is you don't do this.

14   But my hope is that if you rule against me, at least you will do

15   that so that we can not have to come back and then go through the

16   damages.

17              THE COURT:  I see.  Okay.  That's right.

18              MR. STINE:  I think both parties would agree, except

19   they don't agree with my hope that you don't do that.

20              THE COURT:  Okay.  Thank you, Mr. Stine.  I said one

21   more question because I do have one more because you reminded me.

22              MR. STINE:  As many as you want, Your Honor.

23              THE COURT:  What did Judge Whaley do out in Alvarez

24   with respect to the, to de minimis?  At what point of the

25   analysis did he identify that which he called de minimis with

1    respect to generic items?  How does that work?

2              MR. STINE:  My understanding is that he designated the

3    things I'm talking about, the things we'll call the non-unique,

4    as not integral and indispensable.

5              THE COURT:  I see.

6              MR. STINE:  The Ninth Circuit reversed.

7              THE COURT:  You're right.  You're absolutely right.

8    They affirmed that on different grounds.  That's right.

9              MR. STINE:  They found that that donning of those items

10   were de minimis as a matter of law.  And the most important thing

11   about Alvarez, from our point of view, is that you need to look

12   to see they wear.  This is beef packing.  They put chain armor

13   on.  I mean, they're wearing metal, like knights.  That doesn't

14   happen here.

15             THE COURT:  The cattle bite back?

16             MR. STINE:  No, Your Honor.  It is drop saws.  They use

17   these drop saws in the beef packing and these saws would drop

18   down.  If you happen to be in the wrong place at the wrong time,

19   you'd better have metal on you, or you will get a very, very bad

20   injury.  That's the reason they wear metal, they literally wear

21   metal aprons and metal tops and metal arms and metal gloves.

22             And that's what Alvarez found, as to have it.  The only

23   thing that we have remotely close to it is the glove, either the

24   Kevlar or the metal mesh, one or the other, on one hand.  He

25   found that those items we're talking about predominantly in our

1    case were postliminary and preliminarily, not integral and

2    indispensable.  The Ninth Circuit says, no, no, you're wrong,

3    Judge, on the reasoning, they're de minimis as a matter of law.

4            THE COURT:  That's why we don't know how a trial judge

5    actually would do that because Judge Whaley didn't do it and the

6    Ninth Circuit affirmed on a different ground.  Thanks for

7    reminding me of that.  That's quite right.  That's why it's not

8    in his opining.

9            MR. STINE:  It's not in his opinion.

10           THE COURT:  Okay.  Thank you very much, Mr. Stine.  Mr.

11   Brown, Ms. Flanagan, you may call your first witness.

12           MS. FLANAGAN:  Okay.  We'd like to call Ray Barrientos.

13           THE CLERK:  Would the two interpreters please raise

14   your right hand?

15           (Interpreters sworn.)

16           THE INTERPRETERS:  I do.

17           THE CLERK:  Please state your name for the record.

18           MS. BLUMBERG-LORENZANA:  Shelly Blumberg-Lorenzana,

19   Federally Certified Court Interpreter.

20           THE CLERK:  And will you state your name for the

21   record?

22           MS. SANTANGELO:  Susana Santangelo, Federally Certified

23   Court Interpreter.

24           THE COURT:  Good morning to each of you.

25            RAY BARRIENTOS, PLAINTIFF'S WITNESS, SWORN

1          THE WITNESS (Through Interpreter):  I do.

2          THE CLERK:  Thank you.  You may be seated.

3          MR. BROWN:  Your Honor, may I say one thing before we

4     get started?  We're providing translation to the other plaintiffs

5     and I hope that doesn't make too much noise and interfere.

6          THE COURT:  Let's see how it goes.  First of all,

7     there's no rule on witnesses.  I don't see the need for one under

8     the circumstances.

9          MR. STINE:  No.  Your Honor, they're all plaintiffs,

10    anyway.

11         THE COURT:  Okay.  I take it we don't have the

12    equipment.  We're not going to use that.

13         THE INTERPRETER:  If I may, Your Honor, since this will

14    be done in consecutive mode, everybody can hear what is being

15    interpreted.

16         THE COURT:  So the suggestion is that the plaintiffs

17    seated in the courtroom will be able to hear.

18         MR. BROWN:  Yes.

19         THE COURT:  All right.  If you'll be sure to use that

20    microphone, ma'am.  I know you will.  And advise the witness.  I

21    think we're ready to go.

22         THE CLERK:  Will you please begin by stating your name

23    for the record?

24         THE COURT:  Actually, he won't need the microphone,

25    except maybe the Spanish speaking individuals will benefit.

1              MS. FLANAGAN:  Might as well do it.

2              THE CLERK:  Please state your name for the record, and

3      please spell it for us.

4              THE WITNESS:  Ray Barrientos.

5              THE CLERK:  And spell that for us, please.

6              THE WITNESS:  R-A-Y.  Last name B-A-R-R-I-E-N-T-O-S.

7              DIRECT EXAMINATION

8      BY MS. FLANAGAN:

9      Q    Mr. Barrientos, could you also please state your address for

10     the record?

11     A    P.O. Box ███, Millsboro, Delaware, 19966.

12     Q    Mr. Barrientos, are you currently working?

13     A    Yes, I am.

14     Q    And where do you work?

15     A    At Mountaine -- Mountaire.

16     Q    For which Mountaire plant?

17     A    The one in Millsboro.

18     Q    And when did you begin working there?

19     A    On November 13th, 2000.

20     Q    And approximately what are you paid per hour to work at

21     Mountaire?

22     A    Well, lately, 10.45.

23     Q    And when you started to work at Mountaire, what department

24     did you work in?

25     A    Evisceration.

1    Q    Do you still work in the Evisceration Department?

2    A    Yes, I do.

3    Q    And can you describe what you do in the Evisceration

4    Department, what your job is?

5    A    I hang the chicken, the hot chicken that comes skinned, I

6    hang it.

7    Q    So the chicken comes skinned from another area and you hang

8    it back on the line?

9    A    Yes, I hang it on the line.

10   Q    And do you do that all day?

11   A    Yes, the eight hours.

12   Q    Can you describe what it's like in the Evisceration

13   Department, what the conditions are like?  For example, is it hot

14   in there?  Is it cold?

15   A    The department is very hot.  Very dirty.

16   Q    When you say it's dirty, what do you mean by that?

17   A    Well, your face, all your face gets stains with blood.  The

18   chicken is dirty.

19   Q    And is it noisy?

20   A    There's a lot of noise, yes.

21   Q    Why is that?

22   A    Because of all the machinery there, the engines.

23   Q    Okay.  And is there a smell?

24   A    Yes.  It smells very badly in that department.

25   Q    Is that from the chicken or --

1   A    Because of the chicken.

2   Q    Does Mountaire require you to wear protective equipment

3   while you're working?

4   A    Yes.

5   Q    Can you describe what protective equipment you have to wear?

6   A    Gloves.

7   Q    What kind of gloves?

8   A    Goggles, hair net, hair net, ear plugs, boots, a robe, and

9   an apron.

10  Q    Do you wear protective eye lenses in your department or no?

11  Do you wear protective eye lenses in your department?

12  A    Lately, yes, we do.

13  Q    Okay.  And you said you wear gloves.  What kind of gloves do

14  you wear?

15  A    Plastic ones.

16  Q    What would happen to you if you didn't wear all of this gear

17  when you worked?

18  A    They would take us to sign or we could be fired.

19  Q    And do you put any of this gear on at home before you arrive

20  at the plant?

21  A    I don't.

22  Q    I want to talk about a typical day.  So on a typical day,

23  what do you do when you get to the plant before your shift

24  begins?

25  A    When I arrive, I punch.  I leave my lunch bag at the

1    cafeteria.  I wait for the supply to open because I arrive early.

2    Q    And why do you need the supply to open?  What do you need

3    from supply?

4    A    We need to get more robes.

5    Q    So you wait for supply to open to give you the robe?

6    A    I do.

7    Q    Okay.  And then once you have the robe, what do you do?

8    A    I go to the locker.  I put on my boots, my hair net, my

9    helmet.  I pick up my apron that I will put on later on when I'm

10   inside.  Gloves.

11   Q    And do you put the robe on in the locker room?

12   A    I do.

13   Q    Do you need to put the robe on before you can put on your

14   gloves or your apron?

15   A    Yes.

16   Q    Okay.  So once you've got that on and you've picked up your

17   apron, then what do you do?

18   A    I go to the line.  I have to be there five minutes ahead of

19   time.

20   Q    And when you're walking, when you walk into the line area,

21   do you, do you have to sanitize your equipment?

22   A    I do.  I have to go through an area where there is water, to

23   disinfect the gloves and the apron.

24   Q    Okay.  Just for the record, I can see you're moving your

25   hands like you're putting it in water.  Is that how you disinfect

1    it?

2    A    Yeah.  We have to disinfect them.

3    Q    All right.  Let's talk about lunch time for a second.  What

4    do you do, when it's time to go to lunch what do you do?

5    A    We go out to lunch at 10:40.

6    Q    And do you wear all of your protective equipment to lunch?

7    A    Well, I have to take it out.  I have to wash my hands, my

8    face, the apron, the gloves.  Hang the apron and the gloves and

9    leave them there.  I hang the apron in an area that is specific

10   to hang your apron and leave it there.

11   Q    How do you have to wash your apron and your face and your

12   hands before you go to lunch?  Why?

13   A    Because they're very dirty with blood, and my face is very

14   dirty.

15   Q    Does the company require you to take off any of your

16   protective equipment before you leave the line area?

17   A    Well, I cannot go like that.  I would be very dirty.  I have

18   to leave my equipment there.

19   Q    Finally, I want to talk about the end of your shift.  When

20   your shift ends, do you have to again clean and sanitize your

21   equipment?

22   A    Yes, I have to wash the gloves again, the apron.  I have to

23   wash the helmet because it has a lot of blood.  I also wash my

24   boots.  And then I go to the locker and I put all my equipment

25   there.

1    Q    So you wash everything in the line area first?

2    A    I do.

3    Q    And are other people trying to wash at the same time?

4    A    Well, most of us do the same thing.

5    Q    So is it crowded?

6    A    Well, at the department where I work, Evisceration, there's

7    about 40 of us, more or less.

8              THE COURT:  I'm sorry.  Ms. Santangelo, can you get the

9    mike a little closer to you?  Thank you.

10   BY MS. FLANAGAN:

11   Q    Okay.  So once you've cleaned and sanitized your

12   equipment --

13             MS. SANTANGELO:  I think the mike isn't working.

14             THE COURT:  I didn't think it was on.  Is it plugged in

15   where it needs to be?  Perhaps we should try the lavaliere.  Much

16   better.  Thank you.  You can get that out of your way now.

17   BY MS. FLANAGAN:

18   Q    Okay.  So once you've cleaned and sanitized your equipment,

19   you said you walk to the locker?

20   A    Yes.

21   Q    And what do you do there?

22   A    I put my equipment away and then I punch in and I leave.

23   Q    At that point, have you taken off your robe?  Where do you

24   take off your robe, is my question.

25   A    When I put my equipment away, there's a container where I

1   put my dirty robe in.

2   Q    And so do you throw that dirty robe in the container before

3   you enter the locker room or after?

4   A    No, before I go into the locker.

5   Q    Okay.  And then you go to the locker to store your robe?

6   A    Yes.

7   Q    And do you have to change your shoes in the locker room or

8   do you wear them home?

9   A    No.  I have to remove them and store them in the locker.

10  Q    Okay.  Do you take any of your equipment home?

11  A    No.  No.  Only on Fridays.

12  Q    And why is it on Fridays that you have to take it home?

13  A    Because they have to clean the lockers.

14  Q    Okay.  So during the week you leave it all in the locker and

15  then at the end of the week you take it home once so that they

16  can wash the lockers?

17  A    Yes.

18  Q    Do you recall hearing about a policy change in approximately

19  July, 2006 that allowed you to bring your robe home with you?

20  A    No.  They have never allowed that.

21  Q    Why, in your understanding, why aren't you allowed to take

22  the robe home?

23  A    Because we once had a meeting with Human Resources and they

24  told us that we could get a lot of contaminants or bacteria.

25  Q    Do you see other employees taking their robes home?

1   A    Nobody does, as far as I am concerned.  Nobody.

2   Q    Tell me, Mr. Barrientos, would it be practical to wear all

3   of your protective equipment home at the end of the day?

4   A    No.  But I will repeat it to you, it's not allowed.  Because

5   the Security would not allow us to leave the plant with the robe

6   on.  It's not allowed.

7   Q    Just a second.  I'm going to see if Mr. Brown has anything.

8   All right.

9             (Pause in proceedings.)

10  Q    Just to clarify my last question, Mr. Barrientos.  If you

11  were to allowed to take it home -- I understand you don't believe

12  you're allowed to take the smock home.  If you could go home

13  wearing all of your equipment, would it be practical?  Could do

14  you that?

15  A    Well, no.  Because, for example, in the summer it's very

16  hot.  So we couldn't go with our equipment on.  When summer

17  comes, it's very hot.  We can't put the boots on in the car.

18  It's very uncomfortable.

19  Q    That's all I have.

20            THE COURT:  Whenever you're ready, Mr. Oliver.  Good

21  morning and welcome, sir.

22            CROSS EXAMINATION

23  BY MR. OLIVER:

24  Q    Good morning, Judge.  And I don't know that we were actually

25  introduced, but my name is Paul Oliver.  Thank you for allowing

1   me to participate in your courtroom.

2            THE COURT:  Certainly.  Welcome.

3   Q    Mr. Barrientos, is that correct?

4   A    Yes.

5   Q    Your job that you're paid for by the company is to hang the

6   chicken, is that correct?

7   A    Yes.

8   Q    And does the chicken come down a line in front of you?

9   A    Yes.  It's on Line One.  It's on Line One, where you hang

10  them on a conveyor belt.

11  Q    Conveyor belt that's moving fast?

12  A    Yes.

13  Q    All right.  And it's your job to pick the chicken up in your

14  hands, is that correct?

15  A    Yes.  And hang them up on the shackles.

16  Q    And hang on shackles?

17  A    Yes.

18  Q    All right.  And what do you hang on the shackles?  A part of

19  the chicken?  A particular part?  How do you do that physically,

20  so we know?

21  A    No.  It's the whole chicken.

22  Q    And you just hang it on the shackles?  By the legs?

23  A    Yes, and it goes in for evisceration.

24  Q    Okay.

25            THE COURT:  Excuse me, Mr. Oliver, one second.

1     Actually, your question prompts a reaction.  I had hoped, and I

2     assume that there will be a video, at a minimum, the video that

3     the experts prepared.

4              MS. FLANAGAN:  There will be clips of those videos,

5     Your Honor.

6              THE COURT:  Okay.

7              MR. BROWN:  Hopefully, you'll be able to see what's

8     being discussed.

9              THE COURT:  I was going to say, if you've got a CD or

10    something sort of available, perhaps I should have asked you for

11    this, frankly, last week.  It would be really helpful to the

12    Court if I had even one of their marketing videos.  I mean, just

13    so that I could see the process.

14             MS. FLANAGAN:  We can get you copies of all those.

15             THE COURT:  Okay.  That would be really helpful.  And

16    again, I anticipate that they would be made part of the evidence.

17             MS. FLANAGAN:  Our paralegal corrects me.  They're in

18    your binder of exhibits.

19             THE COURT:  They are in the binder.  Excellent.  Great.

20    So during the break, we'll pop it into our computer and take a

21    look.  Go ahead, Mr. Oliver.  Sorry to interrupt.

22    BY MR. OLIVER:

23    Q    Am I incorrect -- well, strike that.  When you grab the

24    chicken, do you grab it by the legs and hang the legs in

25    shackles?  Is that what you do, or not?

1        THE COURT:  I'm sorry to interrupt, Mr. Oliver.  I

2   apologize.  Did you give my law clerk extra binders?  Do you have

3   extra binders?  Great.  Okay.  Thank you.

4   A    Well, I'd have to say that I -- well, I have to take two at

5   a time and there are two of us, two people, two workers who have

6   to hang the chickens.  And we have to do 45 per minute on the

7   line.  Per minute or permanent.  45, yes.  It's 90 chickens per

8   minute that go by on the line.

9   Q    And you're on one side of the line?

10  A    Yes.

11  Q    Is your, is there someone on the other side of the line or

12  just next to you?

13  A    He hangs one and then he lets mine go by.  And I hang mine.

14  And then the next one.

15  Q    All right.  When you're hanging yours, right?  You grab them

16  and do you just grab them by the legs and put the legs in the

17  shackles that are passing?

18  A    There are many ways to grab them.  It can be by the legs or

19  from down below.

20  Q    Okay.  That's all I'm asking.  If he would describe how he

21  would grab the chicken and what he would physically, how he would

22  put it in the shackles, so we can see.

23  A    Well, I have a way of doing it.  I grab them by the legs.

24  And I grab one like this and one like that to hang it on the

25  hook.  Or sometimes I pick it up from underneath and hang it up

1  like this (indicating).

2  Q    All right.  Once you have hung the chicken, then you step

3  back and let the next, the person next to you get the next

4  chicken?

5  A    No.  He's first.  He's like this.  And I'm second.  I have

6  to fill the line.

7  Q    Okay.  What is the condition of the chicken when it comes to

8  you?

9  A    It's very hot.

10  Q    Is it already, are the feathers already off of it?

11  A    Yes.  It's skinned.

12  Q    And after you hung one, then you stand in the same place and

13  you hang, what you say, 45 a minute on the line?  Is that what

14  you do?

15  A    Yes.  That's the time we've taken, more or less.

16  Q    All right.  And your whole job is to hang that chicken when

17  it comes to you on those shackles as they pass, is that correct?

18  A    Yes.  Eight hours a day.

19  Q    All right.  You don't have to do anything else to the

20  chicken other than just hang it, is that correct?

21  A    That's all I do.  It's a very tough job.

22  Q    All right.  Because they're coming fast?

23  A    Yes.  The line goes by really quickly.

24  Q    All right.  What type of gloves do you have on when you grab

25  the chicken?

1    A    Plastic ones.

2    Q    You have just one set of plastic gloves?

3    A    That's all, yes.

4    Q    All right.

5             THE COURT:  Ms. Blumberg-Lorenzana, either you or the

6    witness may help yourself to water there on the witness stand.

7             THE INTERPRETER:  Thank you, Your Honor.  That's fine.

8    Thank you.

9             THE COURT:  Ms. Flanagan, while we have this break,

10   I've gone through both binders and there's only one CD, which is

11   the defense.

12            MS. FLANAGAN:  Okay.  Let me -- I guess I was under the

13   wrong impression.  You have, I believe what you have is a company

14   training DVD.

15            THE COURT:  Yeah.  That's the only one I have.

16            MS. FLANAGAN:  My paralegal says that the clerk's copy

17   should actually have the expert witness' three DVD's of his raw

18   footage.

19            THE COURT:  Okay.

20            MS. FLANAGAN:  In the clerk's binder.

21            THE COURT:  I have it now.

22            THE INTERPRETER:  Your Honor, the interpreter requests

23   permission to clarify a term.

24            THE COURT:  Of course.

25            THE INTERPRETER:  Mr. Oliver, right?

1              MR. OLIVER:  Yes.

2              THE INTERPRETER:  Could you tell me, please, if you're

3    talking about plucking or skinning the chickens?  Plucking, not

4    skinning?

5              MR. OLIVER:  Plucking.

6              THE INTERPRETER:  Thank you.

7              THE COURT:  What is clucking?

8              THE INTERPRETER:  No.  Plucking.

9              THE COURT:  Plugging.

10             THE INTERPRETER:  Pulling out the feathers.

11             THE COURT:  Oh, plucking.

12             THE INTERPRETER:  Just to clarify, the word in Spanish

13   that I'm hearing is what I understand as skinning, peeling.  But

14   he mentioned feathers, so I wanted to make sure I'm understanding

15   what the true meaning of what's happening is.  Just plucking?

16             MS. FLANAGAN:  Defeathering.

17             THE INTERPRETER:  Defeathering, okay.  I guess I'm

18   thinking of farming and pluck them.  But here they defeather.

19             THE COURT:  Okay.

20   BY MR. OLIVER:

21   Q    When the chickens come to you, they don't have feathers on

22   them, do they?

23   A    No.

24   Q    All right.  Now, you indicated that the chickens, when they

25   come to you, are caliente, I believe is what you said.  Is that,

1   were they, are they warm or hot?

2   A    No.  It's hot, and the department is hot as well.

3   Q    All right.  If you touch the chicken with your hand, will it

4   burn you?  Is it that hot?

5   A    No.  It's more or less hot, it's not real hot.

6   Q    Okay.  So you could handle the chicken with your hand and

7   not get burned, is that correct?

8   A    You mean with a hand, a bare hand?

9   Q    Sure.

10  A    Well, yes, more or less.

11  Q    More or less that you would not get burned?

12  A    Well, it's a bit hot, a little.  Recently, they've been

13  putting cold water, recently, they put cold water on the conveyor

14  belt, too, dripping on.

15  Q    You mean they cool the chicken down more?

16  A    Yes.  They have put some faucets with cold water, but that's

17  just recently.

18  Q    And does the cold water get on the chicken?  I'm trying to

19  understand, how are the cold water faucets used?

20  A    They're like this.  They're long.  And they're on the

21  conveyor belt where the chicken goes.  And as the conveyor belt

22  goes by, the water is dripped on it.

23  Q    The water's sprayed on the chicken before it comes to you?

24  A    That's exactly right.  Yes.  As it goes by.

25  Q    So when the chicken comes to you now, water has been sprayed

1   on it and it's cooler, is that correct?

2   A    It's not cold when it gets to me, but it removes some of the

3   heat, yes.

4   Q    Okay.  Enough so that you can handle it and not burn your

5   hand?

6   A    Yes.  In other words, it's ready to be hung.  That's it.

7   Q    Okay.  How long have they been treating it with this

8   additional cooled water?

9   A    It's just barely been six months.

10  Q    Your Honor, may I --

11       THE COURT:  Yes.

12  Q    -- approach the witness?  I'm going to show you two gloves,

13  two yellow gloves that are marked as Defendant's Exhibit 42,

14  four-two.  Are those the type of gloves, Exhibit 42, that you

15  wear on the line?

16  A    Yes.  These are the ones I use.  These are the ones.

17  Q    Do you have anything on your hands other than those two

18  gloves when you handle the chicken?

19  A    No.  Just this, because our hands get very sweaty inside.

20  Q    When you say "just this", you mean just the gloves?

21  A    Yes, just the gloves.

22  Q    Okay.  So for the time that you are working there, for the

23  eight hours, you're standing essentially in front of the conveyor

24  belt, correct?

25  A    Yes.

1  Q    How high is the conveyor belt that the chickens are on?

2  A    Well, it's more or less like this.  It hits me here.  This

3  is where the line is --

4  Q    Pretty close to waist high?

5  A    -- this is where I grab them and hang them up.  Yes.  You

6  pick them up and hang them like this.

7  Q    All right.  And where you're standing, what kind of floor is

8  it?

9  A    I'm not sure what you call them, they put some stenos

10  (phonetic) down that you stand up on.

11  Q    Some what?  I'm sorry.  What did you say?  Stenos?  What did

12  you say?

13  A    Stano (phonetic).  It's a plastic thing that you stand up

14  on.  You just stand up on top of it and work from there.

15  Q    All right.  I'm not understanding what he's standing on.

16  I'm sorry.  Can you tell me, are you on a stand?  Is that what

17  you're saying?

18  A    It's a plastic thing that you can rest your feet on.

19  Q    All right.  You're not standing on the floor, is that what

20  you're telling me?

21  A    No.

22  Q    All right.  Is it an individual stand for you or is it a

23  stand that everybody along the line is standing on?

24  A    It's just for me and my partner.

25  Q    Okay.  Is the top of the stand stable?

1  A    Yes.

2  Q    All right.  Is it wet?

3  A    It gets wet because there's a lot of water there.

4  Q    Mr. Barrientos, did you wear a, do you wear a hair net for

5  your job?

6  A    Yes.

7  Q    I show you Defendant's Exhibit Number 50 and ask you if

8  Exhibit 50 is the kind of hair net that you wear?

9  A    No.  I use the other kind, the longer one.  The other kind.

10 Q    How is the other kind different from the one that's marked

11 as Exhibit 50?

12 A    It's a longer one that has a way to tie it on your head.

13 And that one doesn't move around.  You can stretch it out and tie

14 it.  This one moves around.

15 Q    This one has a rubber band around the outside of it so when

16 you put it on there's a rubber band that holds it, is that

17 correct?

18 A    Yes.

19 Q    And the one that you wear is made of a similar type material

20 but it has a string around it, is that correct?

21 A    Yes.

22 Q    And this string you have to tie, is that correct?

23 A    Yeah.  That's the one that I've always used, the one you're

24 saying.

25 Q    All right.  And I'm going to show you Defendant's Exhibit 48

1    and ask you if these are the type of ear plugs that you wear?

2    A    Yes.  These are them.

3    Q    All right.  And do you usually keep them around your neck

4    when they're not in your ear?

5    A    No.  I tie them on the back of the helmet.

6    Q    All right.  Let me show you Defendant's Exhibit Number 52

7    and ask you if this is, if this is the item that you're

8    referring, you refer to as the helmet?

9    A    Yes, that's the helmet.

10   Q    All right.  At the plant, do they refer to this as a bump

11   cap?

12   A    Well, we know it by casco in Spanish.

13   Q    Know it by casco?  That means helmet, is that what you're

14   telling me?

15   A    Yes.

16   Q    And you indicated that you tie, that you tie it to your, the

17   ear plugs to your helmet, is that correct?

18   A    Yes.

19   Q    Could you show us how you do that?

20   A    Yeah.  I just do it like this.  I tie it here.  More or less

21   like this.

22   Q    All right.  Now, generally, when you put those items on, you

23   put your hair net on, your helmet on, and then you just put the

24   ear plugs in your ear about the same time, is that correct?

25   A    Yes.

1          MR. BROWN:  Could I, could we stipulate this is a

2    smock?

3          MR. STINE:  Sure.

4          MR. BROWN:  Sometimes it's called a smock, Your Honor.

5    Next exhibit.  It's also sometimes call a robe.  Sometimes a lab

6    coat.

7          THE COURT:  Okay.

8    BY MR. OLIVER:

9    Q    I was just going to clarify with him.  He's been referring

10   to a robe.  That the robe you've been referring to is this item,

11   which is Defendant's Exhibit 39, is that correct?

12   A    Yes, it is.

13   Q    And the robe that you wear just has snaps on it, is that

14   correct?

15   A    Yes.

16   Q    Now, the helmet that you have, you're given one of those by

17   the company, is that correct?

18   A    Yes.

19   Q    And you use that same helmet every day?

20   A    No.  I have also bought other ones.

21   Q    Okay.  You have more than one helmet that you bought from

22   the company?

23   A    Yeah, we have to buy them.

24   Q    All right.  But the ones that you bought are the same as the

25   one that you have there, are they not?

1   A   Yes.

2   Q   Okay.  So whether you wear that same one every day, you wear

3   one that's just like it every day, is that correct?

4   A   Yeah, just that the ones we wear are blue.

5   Q   It's a different color but it's made exactly the same way?

6   A   Yes.

7   Q   Okay.  The ear plugs, how often do you change ear plugs?

8   A   Sometimes one a month.

9   Q   So for a month, you use the same ear plugs?

10  A   Yeah.  We also have to wash them.  We have to dip them in

11  disinfectant.  Dry them with paper afterwards.

12  Q   Do you wear a beard net?

13  A   No, because I always shave.

14  Q   The hair net that you wear, how often do you change the hair

15  net?

16  A   Once a day.

17  Q   All right.  So you pick up a new hair net every day?

18  A   Yes.  I also have to buy that.  I buy a package.  I always

19  buy a package.

20  Q   All right.  When you buy your hair nets, you buy a package

21  that includes how many?

22  A   A hundred.

23  Q   A hundred?  Okay.  The gloves that you wear, how often do

24  you change the gloves?

25  A   Every three days.

1   Q     Every three days?  Do you have to buy those, also?

2   A     Yes.  I also have to buy them because the company only gives

3   us one pair.

4   Q     They issue one pair.  And if you want another pair, you have

5   to buy them?

6   A     Yes, I have to buy it.

7   Q     Okay.  The robe, how often do you change the robe?

8   A     I change two robes a day.

9   Q     Okay.  So you get a robe in the morning and put it on, is

10  that correct?

11  A     Yes.

12  Q     And then you wear it to, for half a day or part of the day

13  and then change it?

14  A     At lunch, I change the robe.

15  Q     All right.  And why do you change the robe?  Why do you

16  change the robe in midday?

17        THE INTERPRETER:  May the interpreter inquire of the

18  witness, Your Honor?  I didn't understand everything he said.

19        THE COURT:  Yes.

20  A     I change it twice because it's, it's covered in blood.  It's

21  dirty.  And the guys that are cleaning the floor, we get

22  spattering from that.

23  Q     Where do you change the robe?

24  A     In the locker, also.

25  Q     All right.  So in the morning, do you get two pairs of robes

1   and put one in your locker?

2   A    Nope.  I only get one in the morning and then the other one,

3   I have to request it at lunch time.

4   Q    All right.  Some people change it once a day and some wear

5   the robe all day long, is that correct?

6   A    Most of them change it.

7   Q    But some of them do not, is that correct?

8   A    Hmm.

9   Q    I'm sorry.  I didn't understand that answer.  What did you

10  say his answer was?

11  A    Hmm.

12  Q    No answer?

13  A    Hmm.

14  Q    Okay.  What is your answer to that question?

15  A    Well, I change my robe.  The people in my department have to

16  change their robe.  Others may not.  But we stink from blood, we

17  smell badly, and it's very sweaty.

18  Q    So it's uncomfortable for you to continue to wear that same

19  robe, is that what you're telling me?

20  A    Yes.

21  Q    And because it's uncomfortable, you change it?

22  A    We have to change it.

23  Q    Because you smell?

24  A    Yes.  They're also dirty.

25  Q    What type of boots do you wear?

1    A    Plastic ones with a protector.

2    Q    Do they slip over your other shoes?

3    A    No.

4    Q    Let me show you Defendant's Exhibit 49.  Are these the type

5    boots that you wear every day?

6    A    Yes.

7    Q    And when do you get these boots?

8    A    We're just given them twice a year.  That's when we get the

9    boots.

10   Q    Twice a year?

11   A    Yes.  Because if they're worn, we have to buy them

12   ourselves.

13   Q    So if they get worn in less than half a year, they have to

14   buy them?

15   A    Yes.

16   Q    But you don't have to pay for them for two a year, is that

17   correct?

18   A    Yes.  They give us two pairs.  Two pairs that we don't pay

19   for per year.

20   Q    Now, your job, you don't wear sleeves, do you?

21   A    No.

22   Q    Okay.  Do you wear a plastic apron?

23   A    Yes.

24   Q    All right.  And how many of those are you issued?

25   A    Those I have to buy every eight days.  I have to buy two.

1   Q    You always have to pay for the apron, the plastic aprons, is

2   that correct?

3   A    Yes, I always do have to buy it because they only give one

4   per month.

5   Q    They give you one plastic one per month?  And how many do

6   you use per month?

7   A    Per month -- it's two per week, eight.

8   Q    So you use, you buy two per week in addition to the one that

9   they give you for a month?

10   A    Yes, I have to buy two because they tear.  They don't last.

11   Q    All right.  If they tear when you use it, you don't get

12   another one free?

13   A    No.

14   Q    Okay.  Do you wear goggles?

15   A    Yes.

16   Q    Does everyone on the line that do what you do wear goggles?

17   A    Yes.

18   Q    Now, you started working for the company in 2000, is that

19   correct?

20   A    Yes.

21   Q    All right.  And you understood that other than the robe, you

22   could take any of these other items home with you, is that

23   correct?

24   A    No.

25   Q    All right.  You understood that you could take the helmet

1    home with you.  Don't you understand that?

2    A    Yes, but I don't take it with me.  I leave it in the locker.

3    Q    Right.  But you know that you can take it home, don't you?

4    A    Not until now.  We've never been told that we can take them.

5    Q    All right.  Every Friday you take your bump cap home, don't

6    you?

7    A    Yes, but just on the weekends.

8    Q    All right.

9    A    Because they have to disinfect or sanitize the lockers.

10   Q    All right.

11   A    Or fumigate.

12   Q    So every Friday, everything you have in your locker you have

13   to take home, is that correct?

14   A    Yes.

15   Q    Every Friday?

16   A    Yes.

17   Q    Okay.  And that includes the bump cap, the hair net,

18   everything that you wear during the week, is that correct?

19   A    Yes.

20   Q    All right.  On Friday, you even take the robe home, is that

21   correct?

22   A    No.  Not the robe.  That's not allowed.

23   Q    All right.  Now, you know that you're not supposed to take

24   the robe from discussions that you've had since 2000, as early as

25   2000, is that correct?

1    A    No.  Because then you would be bringing in bacteria and

2    contamination with the smock.

3    Q    Did they tell you that at orientation when you started?

4    A    Yes.

5    Q    All right.  And you have continued to follow that advice

6    through your whole time that you've been working there, is that

7    correct?

8    A    Yes.

9    Q    Okay.  And you were not even aware, you have testified that

10   you were not aware that the policy with respect to lab coats, a

11   written policy was issued in 2006, is that correct?

12   A    No.

13   Q    I'm sorry?

14   A    No.

15   Q    You've never discussed that notice with anyone, have you?

16   A    No.

17              THE COURT:  How much more do you have, Mr. Oliver?

18              MR. OLIVER:  Not that much.

19              THE COURT:  Okay.

20   BY MR. OLIVER:

21   Q    You know that your work begins when the first chicken

22   arrives in your department, is that correct?

23              MS. FLANAGAN:  Objection, Your Honor.

24              THE COURT:  Sustained.

25   Q    From orientation, you have been told that you have to be at

1   work and at your station when the first chicken arrives in your

2   station, is that correct?

3   A    Yes.

4   Q    And that if you're not there when that chicken arrives,

5   you're late?

6   A    Yes, they make us sign.

7   Q    They made you sign something saying that when you started

8   working there?

9   A    I've never had problems because I'm always there four or

10  five minutes before the line starts.

11  Q    That's because you don't want to be late when the first

12  chicken arrives, isn't that correct?

13  A    Yes.

14  Q    At lunch time, how do you know it's lunch time?

15  A    Because the chicken stops going by at 10, 10:40.

16  Q    And you get 30 minutes for lunch, is that correct?

17  A    We've been getting 36 minutes.

18  Q    Now it's 36 minutes, is that correct?

19  A    Yes.

20  Q    Earlier it was 30 minutes?

21  A    Yes.

22  Q    Okay.  And you get your whole -- strike that.  When you are

23  aware that your lunch time begins, what do you do?

24  A    I have to wash my apron, the gloves, the boots, and the bump

25  cap because it has a lot of blood on it.  And I have to go hang

1   up the smock -- excuse me -- the apron.  There's a place I have

2   to go hang up the apron.

3   Q    All right.  As soon as you know that it's lunch time, you

4   take off your gloves and the apron, is that correct?

5   A    Yes.

6   Q    All right.  And you go to an area where those items can be

7   disinfected, is that correct?

8   A    Yes, we have to wash everything.  We have to wash our face

9   and arms and hands, too, to go lunch.

10  Q    Where do you go to wash the robe and the gloves?

11  A    It's the apron.

12  Q    I'm sorry.  I'm sorry.  Not the robe.  That was my mistake.

13  I meant the apron and the gloves that you remove.

14  A    Yes.  There's a special place for washing the aprons and

15  gloves.

16  Q    And it's in the department, is that correct?

17  A    Yes.

18  Q    All right.  So you go there and is it, how do you disinfect

19  the apron and the gloves?  Tell us exactly how you do it.

20  A    Yes.  We have to wash it with soap and hot water because

21  it's covered in blood, and it stinks.  And the gloves, too.  And

22  then later the bump cap.

23  Q    All right.  And then you put the bump cap back on, is that

24  right?

25  A    Yes, I have to put the bump cap back on.

1   Q    All right.  So you wash off the bump cap so that you don't

2   take that smell with you when you go to lunch, is that correct?

3   A    Yeah.  Because it has a lot of blood on it.

4   Q    What do you do with the apron and the gloves once you have

5   disinfected them in that department?

6   A    I go hang them up and then I go to lunch.

7   Q    You hang them up in the department where you work, is that

8   correct?

9   A    Yes.

10  Q    And you go to lunch at that time?

11  A    Yeah.  And I go to lunch.

12  Q    All right.  You don't change anything else that you have on,

13  is that correct?

14  A    I just have to change the robe.

15  Q    All right.  How do you change the robe?

16  A    I have to go and drop this off in the container for dirty

17  clothes because it's dirty --

18  Q    Where is -- I'm sorry.

19  A    -- and then go pick up a clean one, another clean one.

20  Q    You drop that robe off in a container in your department?

21  A    No.

22  Q    Where?

23  A    It's in Supply.

24  Q    In Supply.  Okay.

25  A    Yes.

1  Q    You indicated, also, that you sanitize your boots, is that

2  correct, when you go to lunch?

3  A    Yes.  We have to wash them really well because they have a

4  lot of blood on them.  They're very dirty.

5  Q    So you just take the water and spray on them, or what do you

6  do?

7  A    Yes.  We spray it with a hose, like this.

8  Q    So you spray it with a hose and then you go on to lunch with

9  those boots on?

10 A    Yes.

11 Q    And you wash them off because you don't want to take all of

12 that stuff that's on the boots with you to lunch, isn't that

13 correct?

14 A    Yes.

15 Q    And now you get 36 minutes for lunch, is that correct?

16 A    Yes.  But really, it's only 30 minutes because I have to be

17 there early to be standing on the line, ready.

18 Q    You come back early so that you're not late when the line

19 starts, is that what you're saying?

20 A    Yes.  Because I have to change the robe and then also

21 sanitize again, put the chlorine on everything to be clean.

22 Q    So when you come back from lunch, you have, the only two

23 things you have to put on other than the robe are the apron and

24 gloves, is that correct?

25 A    Yes.

1    Q    When you get back to your department, you already have your

2    lap, your robe on, is that correct?

3    A    Yes.

4    Q    All right.  And you pick up the gloves and the apron in the

5    department where you left them hung before you left, is that

6    correct?

7    A    Yes.

8    Q    So you put the gloves on and then you put the apron over the

9    robe, is that correct?

10   A    Yes.

11   Q    And then you, then what do you do?

12   A    I have to put water on me to disinfect it, to sanitize it.

13   Q    Is that a spray?  You just spray the water on the apron and

14   the gloves?  Because you've already cleaned them, right?

15   A    It has to be disinfected again.

16   Q    You disinfect it by spraying the water on them?

17   A    Yes.  There are some sinks that have water in them with

18   Clorox and that's used to, to disinfect the gloves and apron.

19   Q    And you disinfect the gloves by just dipping them into that

20   solution, is that correct?

21         THE INTERPRETER:  Could you repeat the question,

22   please?

23   Q    And you disinfect the gloves by just dipping them in the

24   solution, is that correct?

25   A    Yes.

1   Q     And you disinfect the apron how?

2         THE COURT:  Well, I think we need to take a break.  I

3   was hoping you would finish.  But let's stand in recess for 15

4   minutes.

5         (Recess.)

6         THE COURT:  Go ahead, Mr. Oliver.

7   BY MR. OLIVER:

8   Q     Thank you.  Before the break, you indicated that you wore

9   goggles.  Let me ask you if this Defendant's Exhibit 47 is what

10  you wear for your eyes.

11  A     The other ones are different.  They are different.

12  Q     But what you wear are safety glasses, is that correct, not

13  goggles?

14  A     Yeah.  The safety glasses that the company gives are

15  different from these.  Similar to the ones that mechanics wear.

16  Q     But you put them on just like you put those on, is that

17  correct?

18  A     Yes.

19  Q     And they're just a different shape, but they're made very

20  similar to those safety glasses, is that correct?

21  A     Yes.

22  Q     Let me show you what's been marked as Defendant's Exhibit 38

23  and ask you if this Exhibit 38 is the apron that we have been

24  talking about?

25  A     Yes.

1          THE COURT:  Do you have a box, Mr. Oliver, for those

2    exhibits?

3    Q    Yes.  Do you want me to move those out of the way?

4          THE COURT:  Yes.  If you can just put them back in the

5    box and just leave them there in front of the witness.  We'll

6    find a box.

7    Q    I'll just leave them here out of his way.  Sorry.  Thank

8    you.

9          At the end of the day when the last chicken has been

10   done at your position, are you finished doing, physically

11   handling the chickens at that time?

12   A    Yes.

13   Q    With respect to the gloves that you've been using, what do

14   you do with them at the end of the day?

15   A    I have to wash them and put then in the locker, disinfect

16   them.

17   Q    And you disinfect them by taking them to the area where the

18   disinfectant water is and dipping them in that water, is that

19   correct?

20   A    Yes.

21   Q    All right.  And the apron, do you take it off in the area

22   where you have been working, your station?

23   A    Yes.

24   Q    And you take it over to the same area and disinfect that

25   apron, is that correct?

1   A    Yes.

2   Q    All right.  And you personally, after you do that, you go to

3   your locker and put everything else in your locker, is that

4   correct?

5   A    Yes.

6   Q    And after you leave the locker you're on your way home, is

7   that correct?

8   A    Yes.

9   Q    Now, what do you usually leave in your locker at the end of

10  each day other than Friday?

11  A    On Fridays, nothing.  I have to take everything home.  Just

12  the padlock, I lock it.

13  Q    Other than Fridays, what are the things that you leave in

14  your locker at the end of the day?

15  A    The helmet, the boots, the hair net, the glasses, the

16  gloves.

17  Q    The ear plugs that are attached to your helmet as well,

18  right?

19  A    Yes, them, too.

20  Q    All right.  Now, you've testified that you don't wear those

21  home every day because it would be uncomfortable if you wore

22  them, is that correct?

23  A    Yes.

24  Q    But if you allow yourself to be uncomfortable, you could

25  wear them home every day, could you not?

1    A    No, because it's not allowed.

2    Q    If it were allowed, you could wear them home every day, is

3    that correct?

4             MS. FLANAGAN:  Objection.  I think he answered the

5    question.

6             THE COURT:  I think so.

7    Q    All right.  During the time that you have for lunch, the 36

8    minutes, you don't have any responsibilities with respect to

9    handling chickens, do you?

10   A    No.

11   Q    Thank you, Your Honor.  That's all I have of this witness at

12   this time.

13            THE COURT:  Any redirect?

14            MS. FLANAGAN:  If you allow me a minute, I had a

15   translation question.  I would like to consult with the

16   interpreter.

17            THE COURT:  Certainly.

18            MS. FLANAGAN:  I may need to clarify something.

19            (Pause in proceedings.)

20            REDIRECT EXAMINATION

21   BY MS. FLANAGAN:

22   Q    Just a few questions.  One thing, just something Mr. Oliver

23   was asking about.  He asked the things that you left in your

24   locker.  You stated your helmet, your boots, your hair net, your

25   glasses, your gloves.  Do you also leave your apron in your

1    locker at the end of the day?

2    A    I do.

3    Q    And I also just want to clarify something.  When Mr. Oliver

4    was asking you about, I believe, well -- strike that.  I'm not

5    going to say what Mr. Oliver was asking.  When you said before

6    that you might be sent to sign, you were referring to a form of

7    punishment or signing that you understood a policy?

8    A    That was signing due to punishment, because we were not

9    using the equipment in the appropriate fashion.

10   Q    So if you, if, for example, you were not wearing all of your

11   equipment in the appropriate way required by the company, you

12   might be required to go sign something?

13   A    Yes.  The supervisor would call us to go sign.

14   Q    And what do you sign?

15   A    A paper that said that we had to wear protective gear and

16   that if we didn't, we could be fired.

17   Q    And if you are sent to sign a certain number of times, can

18   there be a worse form of punishment?

19   A    I could be suspended, also, because if there were an

20   accident, there was an accident, it would be our fault.

21   Q    Okay.  I have nothing further, Your Honor.

22              MR. OLIVER:  Just one.

23              THE COURT:  Briefly.

24              RECROSS EXAMINATION

25   BY MR. OLIVER:

1    Q    Yes.  Mr. Barrientos, you've never had to sign something

2    saying that you must wear protective equipment because you

3    weren't wearing the proper equipment, have you?

4    A    No.

5    Q    And you've not been suspended, either, have you?

6    A    No, never.

7    Q    No further questions.

8         THE COURT:  Thank you.  The witness may step down.

9    Next witness.

10        MS. FLANAGAN:  Yeah.  I would like to call Luisa Perez.

11        THE CLERK:  Please raise your right hand.

12             LUISA PEREZ, PLAINTIFF, SWORN

13        THE WITNESS (Through Interpreter):  I do.

14        THE CLERK:  Thank you.  You may sit down.  Please begin

15   by stating your name for the record and spell your last name.

16        THE WITNESS:  Luisa Perez.  L-U-I-S-A.  P-E-R-E-Z.

17        THE CLERK:  Thank you.

18        DIRECT EXAMINATION

19   BY MS. FLANAGAN:

20   Q    And Ms. Perez, could you also state your address for the

21   record, please?

22   A    ▮ Douglas Street, Georgetown, Delaware, 19947.

23   Q    Are you currently working, Ms. Perez?

24        THE INTERPRETER:  Your Honor, the interpreter can

25   barely hear the witness.  If you could advise the witness,

1    please.

2            THE COURT:  Yes.  Ask the witness to turn and face you,

3    please, slightly, and to keep her voice up so you can hear.

4    A    I work at a beauty salon, hairstyle.

5            MS. FLANAGAN:  Objection.  That was not what I heard,

6    the response I heard.  I'm sorry.  I thought she said -- why

7    don't I ask again?

8            THE INTERPRETER:  Yes.

9    BY MS. FLANAGAN:

10   Q    Could you again explain where you work?  I'm sorry.

11   A    I have a beauty salon for dogs.

12   Q    And how long have you been working there?

13   A    Six months.

14   Q    Have you ever worked for Mountaire?

15   A    Yes.

16   Q    Do you recall when you started working at Mountaire?

17   A    June of zero, of '99.

18   Q    And do you recall approximately when you stopped working for

19   Mountaire?

20   A    September of '99.

21   Q    So you only worked from June of '99 to September of '99?

22   A    June of '99 to September of '05.

23   Q    Okay.  And what Mountaire plant did you work for?  Where was

24   it located?

25   A    At Millsboro.

1   Q    And in September of 2005 when you left Mountaire, do you

2   recall approximately what you were making an hour?

3   A    Approximately 9.20.

4   Q    Okay.  When you starred working at Mountaire, what

5   department did you work in?

6   A    Breast Debone.

7   Q    And what did you do in Breast Debone?  What was your job?

8   A    My work at Breast Debone was to place the chicken on a cone,

9   perform the first cut, second cut, cut the wings, lower the

10  breast, remove the skin, remove the fat from the breast.

11       THE INTERPRETER:  May the interpreter inquire of the

12  witness, Your Honor?

13       THE COURT:  Yes.

14  A    Make tenders.  Remove the tip.  Remove with scissors the tip

15  of the tender.  It means to remove a vein that is in the tip of

16  the tender.  And we do that with scissors.  Lower tender to throw

17  it in the, on the line.

18  Q    And all of these jobs you're describing, do you do them in a

19  rotation?

20  A    Every two hours.

21  Q    So for example, you would, say, cut wings for two hours?

22  A    Two hours.

23  Q    And then change to another job, say, removing skin?

24  A    Two hours on cone, two hours performing first cut, two hours

25  second cut, two hours cutting wings, two hours pulling skin, two

1   hours cutting with scissors, two hours remove tender, remove vein

2   from tender, two hours lower tender.

3   Q    So you never do, you do a different job every two hours?

4   A    Yes, a different task every two hours.

5   Q    And what is the Breast Debone Department like?  What are the

6   conditions like there?

7   A    In what condition it is?

8   Q    Yes.  For example, is it, is it hot?  Is it cold?

9   A    This is a noisy department.  It's very cold.

10  Q    Why is it cold?  Okay.

11  A    Well, they lower the temperature down to 45 or 47 and your

12  toes get frozen.  We have to wear a lot of clothing, two pairs of

13  socks and blouse and sweaters.  It's a very dirty department.

14  And while we're working there, there's a lot of grease splashing

15  on us, on our face, on our apron.  And also, the chlorine burns

16  our eyes.

17  Q    Is the chlorine, where is the chlorine?  Is that in the area

18  where you disinfect it?  Or is it on the line?

19  A    No.  No, the chlorine is on the chicken.  The chicken is

20  sanitized with chlorine.  While the chicken is passing by on the

21  line, there is a smell of chlorine and it burns your eyes.

22  Q    Did you stay in the Breast Debone Department the whole time

23  you were at Mountaire?

24  A    Could you repeat the question?

25  Q    Did you stay in the Breast Deboning Department the whole

1   time you were at Mountaire?

2   A    Yes.

3   Q    Okay.  Can you tell me what -- you were required to wear

4   protective equipment when you were working in the Breast Deboning

5   Department, is that true?

6   A    Yes.

7   Q    Can you describe the equipment that you had to wear?

8   A    While we were doing the first and second cuts, cutting wings

9   and also slicing tenders, we had to wear four different kinds of

10  gloves.

11  Q    Okay.  Can you describe those four kinds of gloves for me?

12  A    We used a thin glove.

13  Q    What was that made of?

14  A    It's a glove that's made of fabric but it's thinner than the

15  thick glove.  Then after that we used the plastic glove.  And

16  then the mesh glove.

17  Q    And then there was a fourth kind?  So a thin, fabric, a

18  plastic, a mesh glove?

19  A    There was a thin soft glove, a thicker glove also of fabric.

20  Q    Okay.  Now I understand.  It was two different kinds of

21  fabric?

22  A    Two different kinds of fabric.  Then the plastic glove, and

23  then the mesh one.

24  Q    Okay.  What other protective equipment did you use?

25  A    We used the apron.  First the smock, then the apron, and the

1    sleeves.  In the end we put on the gloves.

2    Q    When you say the sleeves, can you describe the sleeves

3    you're talking about?

4    A    It's a plastic sleeve.

5    Q    So you wear that over your smock?

6    A    Yes.  On top of the smock.

7    Q    And why do you wear that sleeve?

8    A    Because, we used it because while we were cutting, the water

9    would come all over the smock and so we used that as protection.

10   Q    So it helps keep you dry?

11   A    Yes.  It would help us.

12   Q    Does that mean you still got wet?

13   A    Yes.

14   Q    Now, you didn't mention hair net or helmet.  Did you wear a

15   hair net and a helmet?

16   A    Yes.  Before we went in, we had to put on a hair net, the

17   ear plugs, and the helmet also.  Sometimes when I had to cone, I

18   would use glasses.

19   Q    So for those, say, two hours of your shift, you would use

20   the protective glasses?

21   A    When coning only.

22   Q    Okay.  And did you wear boots or work shoes?

23   A    I used shoes.

24   Q    Were they shoes that the company gave you or sold?

25   A    I don't remember real well any more, but the company paid

1    part of it.

2    Q    Okay.  I'm not asking the question right.  What I meant was,

3    were they a special kind of work shoes that the company required

4    you to wear?

5    A    Yes.  It was a type of shoes that the company would provide

6    sending a truck, that then we would have to buy from.

7    Q    Okay.  Were they made of leather or plastic?

8    A    Leather.

9    Q    Did they have -- were your toes protected?

10   A    Yes.

11   Q    What would happen to you if you didn't wear all of this

12   gear -- the gloves, the shoes, the robe, the smocks, the helmet,

13   the hair net, the lenses, boots, while you were working?  I'm

14   sorry.  The shoes.  Were you subject to discipline if you didn't

15   wear all of that protective equipment?

16   A    Yes.

17   Q    What type of discipline would you be subject to?

18   A    Well, we had to use all of the gear.  Otherwise, we would

19   have to go and sign.

20   Q    And when you say "sign", what do you mean?

21   A    It means a disciplinary action.

22   Q    Did you put any of your protective gear on at home before

23   you arrived?

24   A    No.

25   Q    Did you ever put your work shoes on at home?

1    A    Sometimes.

2    Q    But you never put anything else on at home before you got to

3    the company?

4    A    No.  It's very uncomfortable to put all that equipment on at

5    home.

6    Q    So let's talk about a typical day, a typical shift.  What

7    would you do when you arrived at the plant for your shift?  What

8    was the first thing you would do?

9    A    The first thing I would do is take out the smock.

10   Q    Where would you get the smock?

11   A    Well, I would go and take it out because they have a place

12   where we would go and take out the smocks.

13   Q    Are the smocks hanging?

14   A    Yes.  They have them hung up and they have someone who hands

15   them out.

16   Q    Okay.  So you get a smock.  And then where would you go?

17   A    Then I would go and put my lunch in the refrigerator that

18   they have.  Then I would go back and punch in.  Then I would go

19   and put on the gear.

20   Q    And where would you put the gear on?

21   A    In the locker room.

22   Q    And what would you put on in the locker?  What would you put

23   on first?

24   A    Well, first of all, well, on the weekends we would take the

25   equipment home.  Then we'd come in on Monday with just our shoes.

1    Then on weekdays I would go in initially with my shoes, but then

2    I would leave them there on four days.

3    Q    Okay.  So let's just talk about the weekday, then.  When you

4    got into the locker room, what item of equipment would you put on

5    first?

6    A    Okay.  Well, first I would put on the smock.  Then I would

7    put on the hair net.  Then the ear plugs, the helmet.  Then I

8    would put on the sleeves.  Then the apron.  And then I'd go to

9    the department.

10   Q    Okay.  Once you were in the department, what would you have

11   to do?  Would you need to sanitize back there?

12   A    Oh, okay.  I also put on the gloves.  Then I would go.  They

13   had a place where they would keep the chlorine and I would wash

14   my hands and the apron.

15   Q    So just to clarify.  You would put the four pairs of gloves

16   on once you were in the department?

17   A    Yes.  Yes.  I would put on my gloves and then if it was my

18   turn to cut, I would put on the mesh gloves.

19   Q    Right.  So you always had your fabric gloves and your

20   plastic gloves on.  But then if you needed to cut, you would also

21   then put on the mesh gloves?

22   A    Yes.  If I had to cut.  And I almost always went in to do

23   the first cut in the beginning, so I had to put on the mesh

24   gloves.

25   Q    Did you use, in your department did you use the plastic cuff

1    when you cut?

2    A    When I was cutting, I had to use four pairs of gloves.

3    Q    But you didn't use a hard plastic protector for your arm?

4    A    You mean the sleeves?

5    Q    I think you've answered the question.  The sleeves were a

6    soft plastic, right?

7    A    The sleeves are plastic.  I used the four pairs of gloves.

8    The thin fabric, the thick one, the plastic one, and then the

9    mesh one.

10   Q    Okay.  Let's talk about lunch time.

11        THE COURT:  Speaking of which, it's a little earlier

12   than I normally would.  But I didn't hear any dissenting views.

13   Why don't we stand in recess until 2 p.m.

14        I should say that's by the clock in the courtroom,

15   which I'm pretty sure is little bit slow.  It will be about 75

16   minutes.

17        (Luncheon recess at 12:42 p.m.)

18        THE COURT:  You may proceed whenever you're ready, Ms.

19   Flanagan.

20        MS. FLANAGAN:  All right.  Did you have any preliminary

21   stuff before we go?

22        MR. STINE:  Yes, Your Honor.  We did talk over lunch.

23   We have one witness that we'll bring in tomorrow after lunch,

24   Mike Tirrell.  He's going to be testifying about willfulness and

25   good faith, which is kind of somewhat disconnected, so we thought

1   that would be a good compromise to keep the case moving and still

2   not put in things.

3          THE COURT:  Thank you, Mr. Stine.

4          MR. STINE:  Yes, Your Honor.  I'm sorry.

5          THE COURT:  Is it me or is it really hot?  You may

6   proceed, Ms. Flanagan.

7   BY MS. FLANAGAN:

8   Q   Okay.  So when we went to lunch we were talking about your

9   lunch time at Mountaire on the typical day.  When it was time for

10  you to take your lunch break, what would you, what was the first

11  thing you'd do?

12  A   That would depend on the position that we were at that time.

13  For instance, if I was coning when I took the lunch break, I stop

14  coning.  And I would come back to coning.

15  Q   But when you would leave, say you were in coning, when you

16  would finish and you would be told that it was time to go to

17  lunch, would you, would you do anything in the department before

18  leaving to go to the cafeteria?

19  A   When I finish coning, I went, I would go to wash the apron

20  because it was full of fat.  The interpreter's correction.  Full

21  of grease.  And I would go and wash the apron with hot water and

22  soap with a hose.

23  Q   Would you wash anything in addition to the apron?

24  A   The apron and the gloves.  I would leave them hanging and I

25  would take lunch.

1   Q    Were other people doing the same?  Were other people going

2   to lunch at the time as you?

3   A    No.  Because if I was doing that first, I would have to go

4   to lunch first.  And those who were last would go later.  But the

5   time would start running at the time when I stopped coning, the

6   time for lunch.

7   Q    So depending on your position, you would take lunch at a

8   different time?

9   A    Well, sometimes.  Say, for instance, if we would go in at 8

10  a.m., we would take lunch at 12:36.  But sometimes they wouldn't

11  give us the full lunch.  Say if we were to leave at 38 or 39

12  minutes past, then they expected us to be back on the line at 12.

13  Q    Before you took your place back on the line, what did you

14  have to do at the end of your lunch period?

15  A    Well, for instance, if I was coning, I would go back to

16  coning.  I would have to be there before everybody else did.

17  Q    Okay.  And would you have to put your equipment back on?

18  A    I had to put the apron, the gloves, and the glasses back on.

19  Q    And did you have to do anything else before taking your

20  place in the line?

21  A    Afterwards, the rotations, the changes would take place.

22  Q    I guess what I was asking was, after you put your equipment

23  on, before you began working, would you have to do anything else

24  at the end of a lunch period?

25  A    When I came back from lunch, I would put the apron, the

1   sleeves, the gloves, and the glasses back on.  And if I was

2   coning, I needed two gloves.

3   Q    So the number of gloves you would put on would depend on

4   what position you were?

5   A    Yes.  Yes, because the cut gloves I would use whenever I was

6   doing the first or the second cut or the wings.

7   Q    When you returned from lunch, Ms. Perez, did have to

8   disinfect your things?

9   A    I had to disinfect the apron and the gloves.

10  Q    Let's talk about the end of the shift.  When you finished

11  your shift, what did you do?

12  A    After the shift finished, if we were to leave at 4:36, and

13  say that was the schedule, we would sometimes leave three or four

14  minutes later and we didn't get paid for that time.  So when I

15  left, I had to wash my apron because it was full of grease.  And

16  I did this with water and soap.

17  Q    Did you wash anything besides your apron?

18  A    We would clean our shoes because they were full of grease.

19  Q    Anything else?

20  A    No.

21  Q    Okay.  And once you were finished with that, what would you

22  do?  Once you were finished cleaning your equipment, what would

23  you do?

24  A    I would punch in.  Punch out.  Interpreter's correction.

25  Q    And after you punched out, what would you do?

1  A    I would store the different elements.

2  Q    Where did you store them?

3  A    In the locker.

4  Q    Did you store all of your equipment in the locker?

5  A    Yes.  The shoes, the apron, the gloves, the sleeve, the

6  helmet, the hair net, and the ear plugs.

7  Q    And what did you do with your robe?

8  A    I would leave my robe in a bag, in bags that they left to

9  collect all the dirty clothes.

10 Q    So did you bring any of your equipment home with you at the

11 end of the shift if it wasn't a Friday?

12 A    Fridays I would take my equipment and I would bring it back

13 on Monday.  We couldn't leave it in the locker because they would

14 clean.  And if there was, if they would find something, they

15 would throw it away and we had to buy again.

16 Q    Monday through Thursday evenings, did you bring any

17 equipment with you?

18 A    From Monday through Friday, well, on Monday we would bring

19 the equipment.  We would leave it there.  And through Friday, on

20 Friday, we would bring it back home.

21 Q    Okay.  When you would, at the end of your shift when you

22 were leaving, were other people in your department leaving at the

23 same time?

24 A    No.  That would depend.  If the person who was coning was

25 leaving first, the time would run from the time after the person

1    who was coning would stop coning.  And for the other people in

2    the rest of the line, that time would not be paid for.  Besides,

3    they would steal about three to four additional minutes, and that

4    we were not getting paid for.  After the person stopped coning,

5    then nobody gets paid.  Nobody would get paid.

6    Q    Ms. Perez, I'm not asking about the unpaid time.  What I'm

7    wondering about is were there other people cleaning and

8    disinfecting and storing things in their lockers at the same time

9    as you at the end of their shift?

10              THE INTERPRETER:  For the benefit of the interpreter,

11   could counsel repeat the question?

12   Q    Yes.  What I was asking for, my new question, were other

13   people also cleaning their equipment and walking and storing

14   things in their lockers at the same time as Ms. Perez at the end

15   of the shift?

16   A    That would depend on the location we were.

17   Q    Okay.  Because where you were on the line or what location

18   you were in affected when you would leave?

19   A    Yes.  Because we could not leave all at the same time.  As

20   the line advanced, we were leaving the line.

21   Q    Okay.  I have nothing further.

22              CROSS EXAMINATION

23   BY MR. OLIVER:

24   Q    Ms. Perez, your last day working for Mountaire was September

25   the 14th, 2005, is that correct?

CROSS EXAMINATION OF LUISA PEREZ                    88

1    A    Yes.

2    Q    And on that day, you left because you were fired, is that

3    correct?

4    A    Yes.

5    Q    During the entire time that you worked at Mountaire, you

6    worked in the Breast Debone Department.  Is that what I

7    understand you to say?

8    A    Yes.

9    Q    You indicated that you sometimes rotated during the course

10   of the day every two hours to different positions on the debone

11   line, is that correct?

12   A    Yes.

13   Q    During the entire time that you worked there, did you always

14   rotate every day?

15   A    Well, I started working there when it was Townsend.  When it

16   was Townsend, the rotation took place every hour.  When it became

17   Mountaire, then they changed things so that it was two hours.

18   They added an hour.

19   Q    Okay.  Now, some of the, each of the rotations required

20   different equipment, is that correct?

21   A    Yes.  It depends.  It depends on the rotation.

22   Q    All right.  Which areas of the rotation do you have to use a

23   knife so that you'd have to wear a steel glove?

24   A    In the first cut, we used four different gloves.  In the

25   first cut, the second cut, cutting wings, and stripping tenders.

1   Those are the positions where you have to use four pairs of

2   gloves.

3   Q    Are those positions where you have to use a mesh or steel

4   glove?

5   A    Yes.

6   Q    Well, the other positions you do not have to use a mesh or

7   steel glove at all, is that correct?

8   A    No.  You just use the three pairs of gloves.

9   Q    Now, do you use three pair of gloves because you're cold and

10  you want to be more comfortable?

11  A    Well, use the four gloves, use the three gloves is

12  uncomfortable.  But we have to do so because it's mandatory.

13          The interpreter corrects.  It's just on one hand.  She

14  was saying glove and I interpreted that to mean a pair of gloves.

15  And the witness corrects.  It's one glove on one hand.  I

16  apologize, Your Honor.

17  Q    You indicated that you sometimes wore extra clothing, such

18  as sweaters and things like that.  Was that your personal

19  preference, to wear those extra clothes?

20  A    No.  Because it was very cold.  What could one do?  It was

21  very cold.  We had to use it.

22  Q    So the sweaters were required?  Is that what you're saying?

23  A    Required.

24  Q    When you get ready to go to lunch, as I understand it, that

25  you remove the apron and the glove only, is that correct?

1    A    If I'm cutting, I have to remove the gloves, the apron, and

2    the sleeves.

3    Q    And are they all removed in the department where you work?

4    A    If I was coning, if I was cutting, when I finished, yes, I

5    would have to take, I would have to go and wash everything, take

6    it off, and then go have lunch.

7    Q    All right.  But where you wash and take it off is in the

8    department, is that correct?

9    A    Yes.  Because that's where the hose is and the soap was to

10   wash them.

11   Q    All right.  And then you hang them in the department and

12   then you go to lunch, is that correct?

13   A    Yes.

14   Q    All right.  And when you come back, you take the apron and

15   those gloves and the sleeve, if you're using a sleeve, and you

16   put them back on and then you go to work, is that correct?

17   A    Yes.  To put them on and also to sanitize them.

18   Q    All right.  And that sanitation, again, is done in that same

19   area in the department, is that correct?

20   A    Yes.  In the department.

21   Q    Okay.  At the end of your shift you also wash the apron and

22   the gloves, sanitize them, is that correct?

23   A    Yes.  Yes.  The sleeve, the apron, with hot water and soap.

24   Dry them with paper and leave them ready to work the next day.

25   Q    And do you store them in your locker?  Is that what you do?

1    A    Yes.

2    Q    All right.  Now, you also indicated that you clean your

3    shoes at the end of the day.  Is that correct?

4    A    Yes.  Because the shoes are full of fat.  And I had to wash

5    them to avoid an accident.

6    Q    You wash them and you put them in your locker?

7    A    No.

8    Q    You put them back on?

9    A    In the department where the apron and the gloves are washed.

10   Q    Once you wash them, what do you do with your shoes?

11   A    Well, I wouldn't take the shoes off to wash them.  I would

12   stay there and wash them with, spray them with the hose.  But I

13   wouldn't take them off.  I'd wash them and then dry them with

14   paper and then go out and put them in the locker and change into

15   my other shoes.

16   Q    Except for Friday when you would wear them home, is that

17   correct?

18   A    No.  Sometimes I would take them off because the shoes are

19   very heavy to be walking in them.

20   Q    So sometimes you would wear them and sometimes you wouldn't,

21   is that correct?

22   A    Well, yes.  For example, on Mondays when I had taken them

23   home, I would come with them on.  But on Fridays, I mean, I would

24   keep them in the locker during the week.  And on Fridays they

25   were very heavy to wear so I would take them off when I left.

1    Q    When you had come on Mondays and you are wearing your shoes,

2    would you also already put your, any of your other equipment on,

3    such as your ear plugs or hair net?

4    A    No.

5    Q    Did you wear protective glasses for all of the positions

6    that you worked?

7    A    No, just coning.

8    Q    Just the coning?

9    A    Yes.  Also, sometimes with the skin.  Because all the fat

10   would spray on your face and your eyes, too.

11   Q    So you would make a decision sometimes to use the glasses

12   when you're doing that, and sometimes you wouldn't?

13   A    Yes.  In other words, only in the two positions because it

14   was necessary.

15   Q    You determined it was necessary because the water was

16   splashing in your face?

17   A    Yes.  Well, because working there with the skin is really

18   fast on the line.  You have to pull the skin off really hard.

19   And so the fat sprays your face.

20   Q    During one part, you described the conditions as being

21   dirty.  Did you mean that there was dirt on things actually?

22   A    Yes.

23   Q    Dirt on what?

24   A    Coning, and skinning, and also the breasts.

25   Q    Now, are you referring to the fat that comes out as dirt?

1   A    Yes.  The fat.

2   Q    All right.  Nothing further of this witness.

3              REDIRECT EXAMINATION

4   BY MS. FLANAGAN:

5   Q    One quick clarification.  When you said that the extra

6   gloves that you wore, the cloth gloves that you wore were

7   required, what did you mean by that?

8   A    A company requirement.

9   Q    Okay.  Hold on one second.  That's all I have.

10             THE COURT:  Thank you.  The witness may step down.

11             MS. FLANAGAN:  I'd like to call Ms. Shitwa Perez Lopez,

12  please.

13                  SHITWA PEREZ, PLAINTIFF, SWORN

14             THE WITNESS(Through Interpreter):  I do.

15             THE CLERK:  You may be seated.  Please begin by stating

16  your name for the record.

17             THE WITNESS:  Shitwa Perez.

18             MS. FLANAGAN:  Ms. Perez, what is your address?  Oh,

19  I'm sorry.

20             THE CLERK:  Could you please state your full name for

21  the record and spell your last name for us?

22             THE WITNESS:  Shitwa Perez.  S-W-I-T-U-A, P-E-R-E-Z

23  (sic).

24             DIRECT EXAMINATION

25  BY MS. FLANAGAN:

1   Q   Ms. Perez, could you state your address for us, please?

2   A   P.O. Box ███, Millsboro, Delaware.

3   Q   Ms. Perez, are you currently working?

4   A   No.

5   Q   And have you ever worked for Mountaire?

6   A   I did.

7   Q   When did you leave Mountaire?

8   A   August the 10th, 2006.

9   Q   And when did you start working for Mountaire?

10  A   March 13th, 2001.

11  Q   At the time you left Mountaire, do you remember what you

12  were being paid an hour?

13  A   I do.

14  Q   What was that?

15  A   9.17.

16  Q   When you started working at Mountaire, what department did

17  you work in?

18  A   Evisceration.

19  Q   And did you work in Evisceration the entire time you worked

20  at Mountaire?

21  A   No.

22  Q   What other departments did you work in?

23  A   In a section within Evisceration that is called Salvage.

24  Q   And do you recall approximately how long you worked in

25  Evisceration before you moved to Salvage?

1    A    For two years.

2    Q    And then how long did you work in Salvage?

3    A    For two years.

4    Q    Did you work anywhere else?

5    A    I requested to be transferred to the line.

6    Q    Did they transfer you?

7    A    They did.

8    Q    And what line was that?

9    A    Line Three.

10   Q    Is Line Three within the Evisceration Department, also?

11   A    Yes.

12   Q    So can you, when you first worked in Evisceration those

13   first two years, can you describe what your job was?

14   A    I can.

15   Q    Tell me about it.

16   A    I would wash the chickens.  I would cut wings, legs, thigh,

17   breast.  I would cut the neck.  I would suck the chicken,

18   aspiration.  Vacuuming.

19   Q    And did you do those jobs in a rotation?

20   A    Yes.

21   Q    How often would you change positions?

22   A    Every two hours.

23   Q    And then when you moved to Salvage, can you describe what

24   you did in Salvage?

25   A    I would wash the chicken, cut wings, legs, breast.  Would

1   select the pieces for each box.  Cut necks and vacuum the

2   chicken.

3   Q    So your job in Salvage also was a rotating job?

4   A    Yes.

5   Q    And then finally, you say you went back to work on the

6   evisceration line?

7   A    I did.

8   Q    Can you tell me about your job when you went back to the

9   line?  What did you do?

10  A    I would open the chickens that were closed in the line with

11  scissors.

12  Q    Can you explain what you mean by that, open the chicken?

13  A    Sometimes, sometimes there was a machine that would cut the

14  chicken open by half to remove the viscera.  And sometimes a

15  chicken would get stuck in the machine and the machine would not

16  be able to cut it.  So those of us who worked with scissors had

17  the task of cutting the chicken open.

18  Q    Did you do anything else on that line, other job tasks?

19  A    Yes.  I had rotation every two hours.  They put me in a

20  position to work with the inspector.

21  Q    Anything else?

22  A    I would work two hours there.  Then I would do whatever task

23  the inspector would direct me to do.  To remove the chickens that

24  were dirty or contaminated, I had to dump them in a container.

25  We would write down the number of chickens that we would throw in

1    the container there.  And some of the chickens that were dirty,

2    they would go to Salvage and we had to hang them in a line there.

3    Q    Were you ever promoted while you were at Mountaire?

4    A    I don't understand that word.

5    Q    When you started at Mountaire, were you -- let me ask it a

6    different way.  Strike that.  When you started at Mountaire, what

7    was your position?

8    A    When I stopped working at the line, the supervisor chose me

9    as the leader for the other workers.

10   Q    Okay.  Do you recall when you became a leader for the other

11   workers?

12   A    After three years of working there.

13   Q    And what is the company called, the leader of the other

14   workers?  What is the name the company uses?

15        THE INTERPRETER:  May the interpreter clarify with the

16   witness?

17        THE COURT:  You may.

18   A    Line leader is the person who gives a break to the others.

19   Q    Okay.  And as a line leader, do you also work on the line?

20   A    I had to do the same work all of the other workers were

21   doing.

22   Q    Okay.  Were you a line leader within the Salvage Department?

23   A    No.

24   Q    So you were just a line leader the last few years when you

25   were back on the evisceration line?

1   A    The line, yes.

2   Q    Okay.  Can you describe the Evisceration Department for me?

3   What's it like to work there?

4   A    It's very hot.  There's too many chemicals.  A lot of

5   chlorine, ammonia.  And I believe other chemicals as well.  The

6   department is very dirty.  It's very noisy.

7   Q    When you say it's dirty, why is it dirty?

8   A    It's a lot of dirt coming from the chickens, a lot of blood.

9   Q    Were you required to wear protective equipment while you

10  worked at Mountaire?

11  A    Yes.

12  Q    What protective equipment did you wear?

13  A    Boots, robe, helmet, ear plugs, gloves and glasses.

14  Q    Did you wear an apron, mandil?

15  A    I wore a mandil, an apron.  Interpreter's correction.

16  Q    And what kind of gloves did you wear?

17  A    We were told that these were gloves for cutting, cutting

18  gloves.

19  Q    Are the cutting gloves made of, what material are the

20  cutting gloves made of?

21  A    They were made of fabric interlocked with wires.

22  Q    Okay.  So you wore those gloves.  Did you wear any other

23  pairs of gloves?

24  A    Yes.  The plastic ones.

25  Q    Do you wear cutting gloves on both hands?

1    A    No, just on one.

2    Q    And would you put any of this, the protective equipment

3    you've just described, on in your house before coming to work?

4    A    No.

5    Q    Why not?

6    A    It wasn't allowed.

7    Q    Let's talk about before your shift, when you would get to

8    the plant.  What would you do first?

9    A    You mean when I started working there or when I was the

10   leader?  Because I did different things.

11   Q    First talk about when you started working there.

12   A    When I arrived, the first thing I would do is to put my

13   lunch bag in the cafeteria.  I would go back, punch in.  I would

14   stand in line on the Supply area.

15   Q    And what would you be in line for at Supply?

16   A    To get the robes.

17   Q    Would there be lot of other people waiting for those?

18   A    Yes.

19   Q    And then what would you do?

20   A    I would go back to the locker, put on my robe, tie my hair,

21   put on the hair net and the helmet.

22   Q    And then after the robe and, the robe is on and your hair

23   was up and the helmet was on, what would you do?

24   A    The ear plugs.  I would put on my boots.  On my robe's

25   pocket I would have my gloves, my cutting gloves, my glasses.

1  Q    And then what did you do from there?

2  A    Before going into the department, there was a container with

3  water and chlorine and we had to disinfect our boots.  Before

4  going into another area in the department, there was another area

5  with water and chlorine.  We had to disinfect our apron, the

6  gloves.  And that's about it.

7  Q    And how did, when you became a line leader, how did those

8  activities before your shift begin change?

9  A    I had to arrive earlier.  I had to make copies of the

10  paperwork that other workers were filling out with the chicken

11  numbers.

12  Q    Did you still have to wear all of that equipment?

13  A    Yes, I did.

14  Q    And did you still have to disinfect it?

15  A    Yes.

16  Q    Let's talk about lunch time.  When your work, when it was,

17  when it was time for the lunch break, what was the first thing

18  you would do?

19  A    After the line was finished, we would get down from the

20  stand because we had to go up three or four steps.

21  Q    And then where would you go?

22  A    Then I would go and wash my apron, gloves and glasses.  Then

23  there were some hooks where we could hang our aprons.  We would

24  remove our gloves and tie them with the ties that were attached

25  to the aprons.

1    Q    Were you required to wash your equipment before going to

2    lunch?

3    A    Yes, they did.  I was required.

4    Q    And at the same time -- strike that.  What would happen to

5    you if you didn't sanitize your equipment before going to lunch?

6    A    Well, the supervisors told us that we had to sanitize

7    everything because otherwise it would contaminate the product,

8    which was food.

9    Q    Where did you go eat your lunch?

10   A    In the cafeteria.

11   Q    Were you allowed to wear aprons in the cafeteria?

12   A    No.

13   Q    And now at the end of your lunch break, what did you have to

14   do before resuming your place in line?

15   A    We had to put on another smock because we changed our smocks

16   as well.

17   Q    Why did you change your smocks?

18   A    Well, because in our department where I worked it was very

19   dirty and there was a lot of blood.  And sometimes the robes,

20   smocks would get wet as well.  So the inspectors would tell us,

21   they were very strict, and they told us that we couldn't work

22   like that.

23   Q    Okay.  So where would you get the new smock from?

24   A    We had to go ask in Supply.

25   Q    And did you have to put anything else on before returning to

1    work at the end of lunch?

2    A    Well, yes.  The smock, the aprons, the gloves and the

3    glasses, and the ear plugs.

4    Q    And do you disinfect those before going back to work?

5    A    Yes.

6    Q    Finally, let's talk about the end of your shift.  What did

7    you do when your shift ends?  And again, let's talk about first

8    before you were a line leader.

9    A    In Salvage or on the line?

10   Q    Let's talk about the line first and then Salvage.

11   A    Well, on the line I worked with scissors.  That was two

12   hours.  Two hours with an inspector.  I would spend two hours

13   putting the innards, the liver and what-not on the line.  We had

14   to take the liver out and put it behind.

15   Q    But when your shift was over and the line had stopped, what

16   did you do?

17   A    Well, when the line ended, I would get down and wash my

18   apron, my glasses, gloves, boots and helmet.  And then I would go

19   and disinfect everything because that had to be done again.

20   Q    What did you wash them with?

21   A    Was soap and water.

22   Q    And then what did you disinfect them with?

23   A    In a container that was put there for us by Quality Control.

24   Q    And what's in that container?

25   A    Water and Clarasol.

1    Q    Is that some kind of chemical for cleaning?

2    A    I suppose so, yes.  I think so.

3    Q    Now, when you were working in Salvage, did you do all those

4    activities as well, the cleaning and disinfecting?

5    A    Yes.

6    Q    Did you have any -- strike that.  Did you use the same

7    equipment in Salvage?

8    A    Yes.

9    Q    And when you were a line leader, did you also do the same

10   kind of cleaning and disinfecting?

11   A    Yes.

12   Q    Okay.  So after you cleaned and disinfected your equipment,

13   what did you do?

14   A    I took off my robe and turned it into Supply.  Or sometimes

15   there would be a place to put them right there.

16   Q    And then what?

17   A    Then I would punch out, pick up my lunch box, and go home.

18   Q    Did you go to your locker?

19   A    Oh, yes, to put everything away in the locker.

20   Q    So when would you go to your locker in that series of

21   events?

22   A    I don't understand the question.

23   Q    I'm trying to understand the order in which you did

24   everything.  You said you would dump your robe in the dirty bin

25   or turn it into Supply.  Then what would you do next?

1    A    Oh, then I would go and take all the equipment that I had

2    from inside the department to my locker.  I'd put that in the

3    locker, too.

4    Q    Did you take any of your equipment home with you?

5    A    No.

6    Q    Did you change your shoes at your locker?

7    A    Yes.

8    Q    And did you use boots?

9    A    Plastic boots with protection.

10   Q    And after you had left the locker room, then what would you

11   do?

12   A    At the end of work?

13   Q    Yeah.

14   A    Well, after work, I would close my locker -- I'd put

15   everything away, close my locker, turn in my smock, punch out,

16   pick up my lunch box and go home.

17   Q    Okay.  Do you recall hearing about a policy change in July

18   of 2006 that allowed you to bring your smock home?

19   A    No.

20   Q    Did you ever bring your smock home?

21   A    No, never.

22   Q    Do you recall seeing other employees wear their smock home?

23   A    Well, there were times when people would go out with their

24   smocks on.  But Security would be out there and they would make

25   them go take them off and turn them back in because it was

1    against the rules to take them home.  It wasn't allowed.

2    Q    Would it be practical to wear your equipment home at the end

3    of the day?

4    A    No.

5    Q    Why not?

6    A    It would be uncomfortable.

7    Q    In what way?

8    A    Well, during hot weather, it's very uncomfortable.  It's

9    very hot to have something on your head, to be wearing an apron

10   and a robe and all that.

11   Q    Do most people in the Evisceration Department leave at the

12   same time?

13   A    Yes.

14   Q    And do they use the same sink, go to the locker all at the

15   same time?

16   A    Could you repeat the question?

17   Q    And do they also use the sinks around the same time and go

18   the lockers around the same time?

19   A    Yes.

20   Q    And about how many people would you say that is?

21   A    48, 50 people.

22   Q    Just a moment.  I don't have anything else.

23              CROSS EXAMINATION

24   BY MR. OLIVER:

25   Q    During the entire time that you worked, your initial job

1  with Mountaire was on the line in evisceration, is that correct?

2  A    Yes.

3  Q    And you did that for two years on the line in evisceration,

4  is that correct?

5  A    Yes.

6  Q    And after you left the line in evisceration, you went to

7  deboning for a year?

8  A    Yes.

9  Q    All right.  Now, that's different than you've already

10  testified to, right?  You said you were in evisceration and then

11  you went to another department in evisceration, in Salvage.  That

12  one was for two years and then another one was for two years.  Is

13  that correct?  Is that what you testified to here today?

14  A    One year in Salvage, two years on the line, one year in

15  deboning, and two years as a line leader.

16  Q    Are you sure it wasn't three years as a line leader?

17  A    No.

18  Q    Do you recall when you testified in your deposition, you

19  said three years as a line leader?

20  A    Yes.

21  Q    So you recall saying that in your deposition?

22  A    Yes.

23  Q    So were you there two years or three years as a line leader?

24  A    Three years.

25  Q    Three years.  And were they the last three years that you

1   were there?

2   A    Yes.

3   Q    And the year before that you had, you worked as a line

4   leader, you worked in Deboning or in Salvage?  Which one?

5   A    Deboning.

6   Q    Now, Deboning is not the same thing as Salvage, is it?

7   A    No.

8   Q    What did you do in Deboning?

9   A    I worked packing the breasts.

10  Q    When you were in Deboning, did you have to use scissors or a

11  knife?

12  A    No, because I was at the end of the line where all the

13  breasts and the tenders come.

14  Q    So for the year you were in the Deboning, you did not use a

15  knife or, or scissors, is that correct?

16  A    No.

17  Q    Okay.

18  A    I didn't.

19  Q    For the three years that you were line leader, were you line

20  leader in Evisceration?

21  A    Yes.

22  Q    As a line leader, did you have to use a knife or scissors in

23  performing that job?

24  A    Both things.

25  Q    Every day?

1    A    Every day.

2    Q    Okay.  Now, what equipment did you have to wear or that you

3    wore, what equipment did you wear as line leader every day?

4    A    Well, the same thing as the other workers.

5    Q    So every day you wore a steel glove?

6    A    Yes.

7    Q    Did you also wear a mesh glove every day?

8    A    No.

9    Q    What gloves did you wear every day as a line leader?

10   A    Cutting and the plastic one.

11   Q    The cutting glove and the plastic glove are the two gloves

12   that you would wear?

13   A    Yes.

14   Q    You wore no other gloves other than the plastic glove and

15   the mesh glove, is that correct?

16   A    No.

17   Q    That's not correct?  What did you wear in terms of gloves

18   every day?

19   A    One that was made of, like a rag.  It was made of fabric

20   with metal going through it, like wire.  And the plastic one.

21   Q    Just those two, is that correct?  Yes or no?

22   A    Yes.

23   Q    You didn't wear any of the other gloves?

24   A    No.

25   Q    Okay.  Did you wear an apron every day as a line leader?

1    A    Yes.

2    Q    Did you also wear a smock every day as a line leader?

3    A    I did.

4    Q    Okay.  Did you work the same position on the line every day

5    as a line leader?

6    A    Yes.

7    Q    Now, when you went to lunch as a line leader, you would

8    disinfect your apron and your two gloves, is that correct?

9    A    And the boots as well.

10   Q    And the boots.  And would you hang up the apron and the

11   gloves in the department that you worked?

12   A    I did.

13   Q    You did not take off your boots, did you?

14   A    No.

15   Q    You sprayed water on them?  Is that what you did to clean

16   them?

17   A    I did.

18   Q    And after you sprayed water on your boots and you hung up

19   your gloves and your apron, you went to lunch, is that correct?

20   A    Yes.

21   Q    You kept on all of the other equipment that you had on while

22   you were working, other than the two gloves, the apron, an apron,

23   is that correct?

24        THE INTERPRETER:  Would you repeat that for the benefit

25   of the interpreter?

1    Q    Yes.  When you went to lunch, after you'd hung up the two

2    gloves and the apron, you wore all of the other equipment that

3    you had on to do the job for that day, is that correct?

4    A    Not the robe.

5    Q    Not the robe.  Is that what she said?  Is that what you

6    said?

7    A    Not the robe.  Sometimes we would change the robe.

8    Q    How often would you change the robe?

9    A    Most people in the Evisceration Department would change

10   robes twice a day.

11   Q    All right.  I'm asking you.

12   A    I would wear two robes.

13   Q    When you, you would take off one robe after, just before

14   lunch or at lunch time, is that correct?

15   A    When I went to lunch.

16   Q    Would there be a receptacle in the area for you to place the

17   dirty robe?

18   A    Yes.

19   Q    Now, you would place it there in the department and then go

20   to lunch, is that correct?

21   A    We would replace it at the Supply area.

22   Q    And when would you replace it at the Supply area?

23   A    When we would go to lunch.

24   Q    The Supply area is near where you had your lunch?

25        THE INTERPRETER:  Could counsel repeat for the benefit

1    of the interpreter?

2    Q    The Supply Room is near the cafeteria where you went for

3    lunch?

4    A    Yes.

5    Q    Okay.  When you came back from lunch, you had already put

6    your robe on by the time you got into the department, is that

7    correct?

8    A    I did.

9    Q    You put it on when you were walking back from lunch, is that

10   correct?

11   A    Yes.

12   Q    All right.  When you got to your department, you got the two

13   gloves that you had been using and the apron and put them on, is

14   that correct?

15   A    Three gloves.

16   Q    Three gloves.  What three gloves?

17   A    First the cutting gloves, then the plastic gloves, and then

18   we'd place our hands where you would have to get disinfected.

19   Q    So when you say three gloves, you mean the plastic glove, I

20   mean the steel, mesh glove and two rubber gloves, one on each

21   hand, is that correct?

22   A    Yes.

23   Q    And then you would return to work?

24   A    Yes.

25   Q    On direct you were asked if you did not sanitize for lunch

1  what would happen.  Do you remember that question?

2              THE INTERPRETER:  The interpreter does not remember the

3  latter part of your question.

4  Q    I'll ask it again.

5              THE INTERPRETER:  Apologize.

6  Q    Your attorney asked you if you did not sanitize for lunch,

7  what would happen.  Do you recall your answer?

8  A    Yes.

9  Q    You told her that a supervisor told you it would contaminate

10 the food.  Is that your answer?

11 A    Yes.

12 Q    You mean contaminate if you did not sanitize when you left

13 for lunch, that the food you ate would be contaminated for lunch?

14 Is that what you mean?

15 A    No.

16 Q    What did you mean?

17 A    We would disinfect our aprons sometimes.

18 Q    All right.  When you went to lunch, the things that you

19 sanitized were the gloves, which you left hanging in the

20 department, is that correct?

21 A    Yes.

22 Q    And after that you went to lunch and ate your lunch, is that

23 correct?

24 A    Yes.

25 Q    Now, when you came back from lunch, you've already indicated

1  you put a smock on and the two plastic gloves and the apron, is

2  that correct?

3  A    Yes.

4  Q    And you sanitized the gloves and the apron again when you,

5  after you put them on, is that correct?

6  A    Yes, because sometimes when the, the machines would

7  re-infect them and we had to sanitize them again.  When they wash

8  the machines they would re-infect them and we had to sanitize

9  them again.

10  Q    Now, when you came back from lunch, you didn't sanitize your

11  ear plugs and glasses, did you?

12  A    No.

13  Q    Now, at the end of the day you, when you left the

14  department, you sanitized the apron again and the three gloves,

15  is that correct?

16  A    Yes, because sometimes there wasn't enough water in the

17  department to wash them.  So when we would go by the area where

18  there was water, we would use that water to disinfect them.

19  Q    But normally you would disinfect them in your department

20  before you left, is that correct?

21  A    Yes.

22  Q    All right.  And at the end of the day, did you discard the

23  robe, also, in the department?

24  A    No.

25  Q    What did you do with the robe?

1    A    When I left, I would punch out, I would punch out, go to

2    Supply and turn it in, or put it in an area where we would do

3    that.

4    Q    Sometimes you would discard it in the area where you worked,

5    is that correct?

6    A    No.

7    Q    Never?

8    A    No.

9    Q    Now, you were asked by your counsel whether or not you were

10   aware of the July, 2006 notice relating to taking lab coats home.

11   Do you remember that?

12   A    No.

13   Q    You don't remember asking you about the 2006 notice?

14   A    No.

15   Q    Were you aware of the July, 2006 notice?

16   A    No.

17   Q    You were not aware of the July, 2006 notice which allowed

18   the employees to take their smocks home?

19   A    No, I was not.

20   Q    Your Honor, I believe her deposition has already been filed

21   in this case in connection with the summary judgment.  I'm not

22   sure.  Do you know if you have the original deposition?

23          THE COURT:  Perhaps there's a stipulation.

24          MR. OLIVER:  Is there a stipulation about using copies

25   of the deposition?

1              MR. BROWN:  Sure.  That's no problem.

2              THE COURT:  Well, I mean, a stipulation that in her

3        deposition she said to the contrary.  That she did have

4        knowledge.  I assume that's your point, Mr. Oliver.

5              MR. OLIVER:  Yes, it is.  Are you stipulating to that?

6        Is that what you're saying?

7              MS. FLANAGAN:  Let me take a look.

8              THE COURT:  Can you give her the page number?

9              MR. OLIVER:  Yes, absolutely.  It would be Page 47, I

10       believe.  I'm sorry.  46.  It's 46, Line 16.

11             Were you aware that in July of 2006 the company sent

12       out a notice that people were allowed to take their smocks home?

13       The answer was yes.  Do you see that?

14             MR. BROWN:  We'll stipulate to the reading, which is

15       there.

16             THE COURT:  All right.

17             MS. FLANAGAN:  But it was yes, but could you read the

18       full sentence on Line 21, please?

19             MR. OLIVER:  Sure.

20             MS. FLANAGAN:  Do you remember now?

21             MR. OLIVER:  But that doesn't go to whether or not she

22       knew about the notice.

23             THE COURT:  All right.  Why don't we take a recess

24       while you folks get that worked out?  We'll stand in recess for

25       15 minutes.

1          (Recess.)

2          THE COURT:  You may proceed whenever you're ready, Mr.

3     Oliver.

4          MR. OLIVER:  Your Honor, we have agreed that the

5     witness testified with respect to the deposition as follows, and

6     I'll read that portion.

7          THE COURT:  All right.

8     BY MR. OLIVER:

9     Q    At her deposition, which was taken on September the 20th,

10    2007.

11         Question:  Were you aware that in July of 2006, the

12    company sent out a notice that people were allowed to take their

13    smocks home?

14         Answer:  Yes.

15         Question:  All right.  So do you remember now?

16         Answer:  Yes.  But that was not carried out.

17         Question:  Do you mean you still don't take your smock

18    home?

19         Answer:  No.

20         Question:  But you understood that you were allowed if

21    you wanted to?

22         Answer:  Yes.

23         Ms. Lopez, you testified that when you come back from

24    lunch that you sanitized the gloves and apron, is that correct?

25    A    Yes.

1   Q    All right.  And do you sanitize them by putting the gloves

2   in the, in the solution and then wiping the gloves with the

3   solution on your apron?  Is that how you sanitize it?

4   A    Yes.

5   Q    Now, you also testified that before you left for lunch, you

6   sanitized those same gloves and apron, is that correct?

7   A    Yes.

8   Q    Why would you do it before you left and then come back and

9   do it again when you haven't used then in between?

10  A    I'll repeat again what I said before.  Well, as I mentioned,

11  the hoses were used that we use to wash the gloves and the

12  aprons, were also used to wash the lines and the machines.  So

13  there was nothing else to do but use the same water to disinfect.

14  Q    Why would you need to do it twice, once before you leave and

15  once when you come back?

16  A    Because what happened was when the other workers would clean

17  their apron and gloves, they would get ours dirty again.  They

18  would be filled again with grease or fat and blood.  So I had to

19  do it again.

20  Q    Now, on Fridays, you would always take everything that had

21  been in your locker home that Friday, is that correct?

22  A    Yes.

23  Q    And you would bring everything back the next Monday?

24  A    In a bag I brought back all my equipment.

25  Q    Now, your last day was August the 10th, 2006 because you

1    were fired for fighting, is that correct?

2    A    Yes.

3    Q    No further questions, Your Honor, at this time.

4              THE COURT:  Any redirect?

5              MS. FLANAGAN:  No, Your Honor.

6              THE COURT:  All right.  Next witness.  The witness may

7    step down.

8              MS. FLANAGAN:  Ana Maria Zamora.

9              ANA MARIA ZAMORA, PLAINTIFF, SWORN

10             THE WITNESS (Through Interpreter):  Yes.

11             THE CLERK:  Thank you.  You may be seated.  Please

12   begin by stating your name for the record and spell your last

13   name, please.

14             THE WITNESS:  My name is Ana Maria Zamora.  A-N-A,

15   M-A-R-I-A, Z-A-M-O-R-O-A.

16             DIRECT EXAMINATION

17   BY MS. FLANAGAN:

18   Q    Ms. Zamora, what is your address?

19   A    P.O. Box ███, Millsboro, Delaware.

20   Q    Have you ever worked for Mountaire?

21   A    Yes.

22   Q    When did you begin?

23   A    Well, I began working there on September 27th of 1999, but

24   with Townsend.

25   Q    Townsend owned the plant where you worked in 1999?

1   A     Yes.

2   Q     And did Mountaire take over that plant?

3   A     Yes.

4   Q     Do you recall when that was?

5   A     In 2000.  Yes, 2000.

6   Q     And where was the plant located that you worked at?

7   A     Millsboro.

8   Q     And how long did you work at the Mountaire plant in

9   Millsboro?

10  A     I was going on six years working there.  I was suspended

11  from work, but by my doctor.

12  Q     Okay.  So when was that that you stopped working at

13  Mountaire?

14  A     August 17th of 2005.

15  Q     And now going back to when Mountaire first took over the

16  plant, what department were you working in?

17  A     Breast Deboning.

18  Q     And did you work in Breast Deboning the whole time you

19  worked there?

20  A     Yes.

21  Q     Did you ever work in any other department when you worked

22  for Mountaire?

23  A     Well, when there wasn't a lot of work, we would be asked if

24  we wanted to go and work in a different department like tripe out

25  or, oh, cut up.  Sometimes we'd be sent to cut up or tripe out.

1          Excuse me.  Let the interpreter clarify.  Tray pack.

2     Pardon me.  That's the interpreter's mistake.  Tray pack.  Thank

3     you.

4     Q     So you were mainly assigned to Deboning but sometimes you

5     worked in other departments?

6     A     My work was in Deboning.

7     Q     Did you ever work in Evisceration?

8     A     That because I asked a lot to be changed, to have my

9     department changed.  But that was not until 2005.  It was a short

10    time.

11    Q     Okay.  And did you ever work in Paws?  Did you ever work in

12    Paws?  P-A-W-S?

13    A     Yes.  The Paws, yes.  I was sent to, in the end.

14    Q     What do you mean by at the end?

15    A     Well, I had problems starting in 2003.  My hand was

16    beginning to suffer.  It was always inflamed and I couldn't move

17    my fingers any more.  That's when I spoke with my supervisor.  I

18    asked him to send me or her to send me to another department.

19    But I wasn't paid attention to.  I was sent to that department

20    because I was, I had been sent to a specialist.

21          The doctor sent a letter to, the specialist sent a

22    letter to the nurse at Mountaire, explaining carefully the

23    details of what was wrong with my hand.  I was given restrictions

24    and I was sent to an apartment where, a department where this

25    hand did not have to work.  I could work with this one.

1    Q    And that was the Paws Department?

2    A    Yes.  First I was sent to Reservations and then I was sent

3    to that department of Paws, where I just worked with this hand.

4    Q    Now, when you, during your time working at Mountaire, the

5    whole time, did Mountaire require you to wear protective

6    equipment?

7    A    Yes.

8    Q    Can you describe the personal protective equipment that

9    Mountaire required you to wear?

10   A    Helmet, hair net, ear plugs, glasses, but I didn't use them

11   because I used my own glasses, apron and boots.

12   Q    Did you use a smock?

13   A    Yes.

14   Q    And what about gloves?

15   A    Gloves.  One that goes on first, that's a soft fabric.  And

16   then the cutting glove and the plastic one.  Just in the left

17   hand because in the right hand I just used a cloth, a flannel

18   glove, and the plastic one.

19   Q    So you wear the cutting glove -- strike that.  You only wear

20   the cutting glove on one hand?

21   A    Well, at first I only used one glove, a cutting glove, which

22   was different from the one that was given me later.  Later, it

23   was four gloves, very tough to work.

24   Q    And you used those gloves, did you use those gloves only in

25   the Deboning Department?

1   A    Cutting?

2   Q    Yes.  Did you use cutting gloves in the Deboning Department?

3   A    Yes.

4   Q    Did you use them at the end of your time at Mountaire in

5   Evisceration or in Paws, also?

6   A    Also.

7   Q    What would happen to you if you didn't wear all of your

8   personal protective gear while working?

9   A    We'd be sent to sign.

10  Q    To sign what?

11  A    When we didn't obey, when we didn't fulfill the requirements

12  for our work, we would either, we would not be able to work if we

13  didn't have in our pocket of our robe the cutting gloves.

14  Q    And would you be, could you also be disciplined for not

15  wearing other items of your personal protective equipment?

16  A    We'd be fired if we didn't wear the things we were supposed

17  to.

18  Q    Now, where did you put on your personal protective

19  equipment?

20  A    When I got to my locker Mondays, I brought everything in a

21  little suitcase that I brought my things in always.

22  Q    So on Mondays, you brought your things in a little suitcase?

23  A    With all of my things that I used to use.

24  Q    And the rest of the week, where would you keep your

25  protective equipment?

1   A    In the locker.

2   Q    Did you ever wear your shoes or your boots to work?

3   A    I would leave the house always wearing tennis because I

4   didn't like to wear the work shoes.  They were very

5   uncomfortable.  I would, I would bring them in a bag to work.

6   Q    When it was time to go to lunch, what would you do?

7   A    Most of the time it would be by first cut.  I could leave

8   after the last chicken was done.  I would go out, I would go out

9   and wash the apron.  There was a lot of chicken fat, and I had

10   fat in the helmet that would splash as well.

11   Q    So you would wash the fat off the apron and the helmet?  Did

12   you have to wash anything else?

13   A    Nothing else.  That's what we washed when we went out to

14   lunch.

15   Q    Did you have to wash your gloves?

16   A    I did because they had a lot of fat sometimes.

17   Q    How would you wash them?

18   A    Down from the line there was an area where there was a hose

19   and a sink and there was soap and water.  And you would wash them

20   there.

21   Q    Did Mountaire allow you to go to lunch with your apron and

22   your gloves on?

23   A    No.  Nobody could go into the cafeteria wearing any of that.

24   Q    At the end of your shift, did you have to clean your

25   equipment again?

1   A    Upon leaving the department, we would hang our apron and

2   gloves and we would have to re-wash them.  There was a sink with

3   water and chlorine and we had to go through that.

4   Q    And did you, did you have to wash your apron and gloves upon

5   leaving for lunch and upon leaving at the end of the day in all

6   of the different departments you worked in at Mountaire?

7   A    Yes.

8   Q    I'm going back to lunch for a second.  When you came in to

9   resume your, your shift after lunch, did you have to put any gear

10  back on?

11  A    We had the helmets, the hair net and the ear plugs on

12  already because we wouldn't remove those.  Sometimes I would

13  change my robe.

14  Q    What about the apron?

15  A    We would leave the robe within the department.  We wouldn't

16  take it out.

17  Q    Did you put that on again when you resumed work?

18  A    The apron.

19       THE INTERPRETER:  The interpreter keeps saying mandil.

20  It's late in the day.  What was the question again?

21  Q    Did you put your apron on again before going back to work at

22  the end of lunch?

23  A    Upon entering, there would be a tray with water and chlorine

24  and there would be an inspector standing there.  We would have to

25  pick up water, chlorine with our plastic gloves, and splash it on

1    the apron and come in.

2    Q    Now, at lunch time were there other people going to lunch

3    and coming back from lunch at the same time with you?

4    A    Everybody.  We would have to be standing by the line five or

5    ten minutes ahead of time in order to start.

6    Q    Did you ever have to wait to wash your equipment?

7    A    No.  If I had enough time, I would leave it, I would wash it

8    before leaving.  If not, I would come in first and would wash it.

9    Q    So you didn't always wash it before you went to lunch?

10   A    Sometimes I did, in order to have enough time to eat.  But

11   sometimes I had to eat a cold lunch because there were too many

12   people at the cafeteria.  There were four microwaves ovens there,

13   ovens there, and we didn't have enough time to heat up our food.

14   Q    At the end of the day, can you describe briefly what you did

15   when your shift was finished?

16   A    Depending on the position, sometimes I would be coning or

17   cutting or doing wings.  And I preferred to stay at the end,

18   which was to pull the tenders.  Sometimes I would switch

19   positions with people who were in tenders because they -- no.  I

20   would be, I would be coning and I would switch positions with

21   those who were at tenders.  I didn't mind because they had to

22   rush to get their rides.  And I didn't mind doing that.  I had my

23   car.

24   Q    Let me see if I understand.  Were some positions closer to

25   the exit than others and that's why it mattered?

1    A    Well, yeah.  I would let most people go out first because

2    most people would be running.

3    Q    And why were people running?  Where were they hurrying so

4    much?

5    A    Well, most of them, they would miss their rides.  If I

6    continued coning, that would be no trouble for me.  Trouble would

7    be for the person who was last.  So if I was coning, I would

8    leave first.  I could leave.

9    Q    And why would it be a problem for the person who was last?

10   Why would it take them long?

11   A    Because they had to wash their aprons, the gloves, their

12   boots, store everything in their locker.  And people would, the

13   locker area would be crowded.

14   Q    Now, you said you stopped working at Mountaire because of a

15   doctor's suspension?

16   A    Yeah.  Because the supervisor at the department that I was

17   working last said that I was no good at the job.

18   Q    And how did you hurt yourself?

19   A    At work.

20   Q    What about the work hurt your hand?

21   A    At the work area there were scissors -- I'm sorry.

22   Q    I stopped because I didn't think the question was

23   translated.  I said what about the work hurt your hand, and she

24   began to respond but there wasn't a translation.  Sorry.  I just

25   wanted to clarify.

1          THE INTERPRETER:  Right.  I understood that.  Why don't

2     we restate that question?

3     Q    Okay.  What about the work hurt your hand?

4          MR. OLIVER:  Your Honor, I object to this line of

5     questioning in terms of relevance.

6          THE COURT:  The objection is overruled.  Go ahead.

7     BY MS. FLANAGAN:

8     Q    Let's go back.  How did you hurt your hand?

9     A    I think that I hurt myself because I was forcing myself to

10    do too much.  I was using knives and scissors.

11    Q    Your work require you to use knives and scissors?

12    A    Yes, it did.  Deboning is all about knives and scissors.

13    Q    I think that's all I have.

14               CROSS EXAMINATION

15    BY MR. OLIVER:

16    Q    Did you take your shoes home every day?

17    A    I did.

18    Q    And sometimes you would wear them to work, did you not?

19    A    No.  None of the shoes.

20    Q    Okay.  You would also take your hair net home every day,

21    would you not?

22    A    I'm sorry.  I didn't understand.

23    Q    You kept your hair nets at home, is that correct?

24    A    No.

25    Q    You did not bring your hair nets from the house?

1    A    No.  No, I had everything in my locker.

2    Q    Your Honor, we stipulated to read a couple lines, this

3    question from the deposition.

4              THE COURT:  Very well.

5    Q    That was taken of Ms. Zamora on September the 18th, 2007.

6              Question:  But you kept the hair nets at home?

7              Answer: I would bring it from the house.

8              You would take all of your equipment that would be in

9    your locker on Friday home?

10   A    I did.

11   Q    Your Honor, I think that's all I have of this witness.

12             THE COURT:  Very well.

13             MS. FLANAGAN:  I have nothing further, Your Honor.

14             THE COURT:  The witness may step down.

15             MR. BROWN:  Your Honor, we've run out of ammunition.

16             THE COURT:  Okay.  Refresh my recollection, Mr. Brown.

17   What are we going to do tomorrow?

18             MR. BROWN:  In the afternoon we have Mr. Tirrell,

19   officer of the defendant.  In the morning we have a little

20   six-minute film and we have, we're introducing documents that are

21   admissions of party opponent.

22             THE COURT:  So we're only going to have the one live

23   witness tomorrow?

24             MR. BROWN:  Yes.

25             THE COURT:  Should we wait until after lunch, then, to

1    have, to convene?

2            MR. BROWN:  It's okay here.

3            THE COURT:  I mean, the defense really can't put on any

4    witnesses tomorrow morning?  I mean, with all respect, most of

5    the cross examination to me looks like a defense case.  I don't

6    see where there's the prejudice.

7            MR. STINE:  We can try, Your Honor.

8            THE COURT:  I see.  You just don't have them available.

9            MR. STINE:  Well, we have them on call.  I've got one

10   already on the way.  Mr. Tirrell.

11           THE COURT:  That's fine.  Why don't we convene, then,

12   at two tomorrow.  And it sounds like, when you say introduce

13   admissions, I assume you don't mean you're going to read the

14   deposition testimony?  Or are you?

15           MR. BROWN:  How do you -- well, I guess the question is

16   how do you want to do it?  We have various exhibits.  We have

17   that exhibit list there.

18           THE COURT:  You know what would be really great would

19   be, frankly, if you could either this afternoon, this evening, or

20   early tomorrow, send over the exhibit numbers that in particular

21   you would like me to look at.  And I could spend the morning

22   either reading deposition testimony or watching videos or reading

23   interrogatory answers, whatever you want me to do.  If you just

24   tell me which of the exhibits you want me to look at, I'll be

25   prepared tomorrow afternoon to have you say something about them.

1        MR. BROWN:  Okay.  We can do that.  Okay.

2        THE COURT:  Okay?

3        MR. BROWN:  And I'll get them to you, what?  By nine

4  o'clock in the morning?

5        THE COURT:  That would be fine.  Any time between now

6  and 10:00 tomorrow morning.

7        Okay.  Great.  We're making good progress.

8        MR. BROWN:  I think we are, yes.

9        THE COURT:  I'm sorry?

10        MR. BROWN:  I think we are.

11        THE COURT:  Okay.  Good.  And I tried to, while we were

12  proceeding, I actually tried to play one of the plaintiff videos,

13  Exhibit 18, Dr. Radwin's, one of his three videos.  But I

14  couldn't get it to work on it particular computer.  And sometimes

15  you have to download something from the web.  Can you shed some

16  light on that perhaps?

17        MS. FLANAGAN:  Well, we've, our expert uses a

18  particular kind of software, which we have downloaded a version

19  of.  I have been able to run it without the software.

20        THE COURT:  Okay.  We can probably figure it out.

21        MS. FLANAGAN:  If you can't, I mean, the other thing I

22  can do is get you a version of the software to download and you

23  can definitely run it with the software.

24        THE COURT:  Okay.  We may have to do that.  But let us

25  try, because I've encountered this before with the public

1   defender.  It's just some kind of weird file extension or

2   something.  And what we found is that you can often just download

3   some plug-in from the web and that will take care of it.

4              MS. FLANAGAN:  The other thing is when I get back to

5   our office, I can play around with it and try to reopen it and

6   see if I can figure out the quickest way to do it.

7              THE COURT:  Okay.  Good.  And if you hit on something,

8   just send us an e-mail to our chambers mailbox and that will be

9   great.

10             MS. FLANAGAN:  Okay.

11             THE COURT:  Okay.  Great.

12             So assuming we have just an hour or so tomorrow

13  afternoon, that will conclude the plaintiff's case?  No.  I'm

14  sorry.  Wednesday morning.  You got the big guns coming.  So to

15  speak.

16             MR. BROWN:  We put on, we put on Dr. Radwin.

17             THE COURT:  All right.  And how long do you expect he's

18  going to be on direct, Mr. Brown?

19             MR. BROWN:  Hour and a half.

20             THE COURT:  Hour and a half?  Okay.  All right.

21             MR. STINE:  Then we would start with Dr. Davis, I mean,

22  with our case Wednesday afternoon.

23             THE COURT:  Okay.

24             MR. STINE:  We have two other company representative

25  witnesses and then Dr. Davis.  Because we can finish up, and

1    we'll get started on Wednesday afternoon with the other

2    witnesses.

3              THE COURT:  Okay.

4              MR. STINE:  Which is the date I told them I thought

5    they would be here, available.

6              THE COURT:  Do you expect you're going to need all day

7    Thursday at this stage?  I'm not going to hold you to anything.

8              MR. STINE:  No.  No.  I was just talking aloud.  We

9    have a couple of videos that we want of Dr. Davis to show Dr.

10   Radwin.  Because we've had him do some detailed analysis of a

11   couple of them.  One of them's 28 minutes long.  So it's a long

12   one.  A couple of them are eight.  So there's at least 30, 40, 50

13   minutes of him telling you what you're seeing and having broken

14   it down.

15             We didn't try to do all 190 of them.  We did three.  To

16   do that.

17             Then he's got some testimony.  He's got an interactive

18   Excel sheet that we're introducing and we want to spend some time

19   explaining to the Court.  It's a very helpful tool and how you

20   can look at different combinations of equipment to see what type

21   of mean donning and doffing times are involved.  It will take at

22   least four to five hours, I believe, on direct.

23             THE COURT:  Okay.  So we should plan to be together on

24   Thursday, on Friday morning as we discussed.  And in fact, I

25   assume you folks are going to want to present closing argument

1    while this is all fresh.  So we need time for that on Friday as

2    well.

3          MR. STINE:  Your Honor, however you prefer it.  I've

4    had courts tell me to do it by brief.  I've had them tell me to

5    do it orally.  I'm prepared to do either.

6          THE COURT:  I think I'm going to try to get it all done

7    this week, including closing argument.  It looks like we won't be

8    pinched for time even with a couple of interruptions, as I

9    mentioned.  I have a sentencing on Thursday and then a couple of

10   sentencings on Friday.  But that's a total of three hours.

11         I think we're going to be fine.

12         MR. BROWN:  Can we leave things here?

13         THE COURT:  Absolutely.  We don't have anything else

14   tomorrow, really, or Wednesday.  So the courtroom will be locked

15   up.

16         In fact, we have witness rooms next door.  We lost one

17   of the keys.  You can leave, you can leave it here.  All right.

18   Thank you all very much.

19         Let's start at 10:00 tomorrow.

20         MR. STINE:  Ten tomorrow?

21         THE COURT:  Excuse me.  2:00.  2:00.

22         (Conclusion of Proceedings at 4:43 p.m.)

23

24

25

1                              INDEX

2

3                                                            PAGE

WITNESS: RAY BARRIENTOS
4    DIRECT EXAMINATION BY MS. FLANAGAN              36
     CROSS EXAMINATION BY MR. OLIVER                 43
5    REDIRECT EXAMINATION BY MS. FLANAGAN            71
     RECROSS EXAMINATION BY MR. OLIVER               72
6
     WITNESS: LUISA PEREZ
7    DIRECT EXAMINATION BY MS. FLANAGAN              73
     CROSS EXAMINATION BY MR. OLIVER                 87
8    REDIRECT EXAMINATION BY MS. FLANAGAN            93

9    WITNESS: SHITWA PEREZ
     DIRECT EXAMINATION BY MS. FLANAGAN              93
10   CROSS EXAMINATION BY MR. OLIVER                105

11   WITNESS: ANA MARIA ZAMORA
     DIRECT EXAMINATION BY MS. FLANAGAN             118
12   CROSS EXAMINATION BY MR. OLIVER                127

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      REPORTER'S CERTIFICATE

2

3          I, Mary M. Zajac, do hereby certify that I recorded

4     stenographically the proceedings in the matter of Luisa Perez v.

5     Mountaire Farms, Inc., et al., Case Number(s) AMD-06-121, on

6     March 23, 2009.

7          I further certify that the foregoing pages constitute

8     the official transcript of proceedings as transcribed by me to

9     the within matter in a complete and accurate manner.

10         In Witness Whereof, I have hereunto affixed my

11    signature this _____ day of _____, 2009.

12

13

14

15                          _____

                            Mary M. Zajac,
16                          Official Court Reporter

17

18

19

20

21

22

23

24

25

## $

**$200** [1] - 9:5

## '

**'05** [1] - 74:22
**'99** [5] - 74:17, 74:20, 74:21, 74:22

## 1

**10** [2] - 12:7, 63:15
**10%** [1] - 17:6
**10.2** [1] - 6:25
**10.45** [1] - 36:22
**100%** [1] - 17:6
**101** [1] - 1:23
**105** [1] - 134:10
**10:00** [2] - 130:6, 133:19
**10:40** [2] - 40:5, 63:15
**10th** [2] - 94:8, 117:25
**11** [1] - 12:10
**118** [1] - 134:11
**12** [1] - 84:12
**127** [1] - 134:12
**12:36** [1] - 84:10
**12:42** [1] - 82:17
**12:45** [1] - 26:3
**13** [1] - 12:9
**13th** [2] - 36:19, 94:10
**14th** [1] - 87:25
**15** [3] - 12:8, 68:3, 115:25
**16** [1] - 115:10
**17th** [1] - 119:14
**18** [1] - 130:13
**18th** [1] - 128:5
**190** [1] - 132:15
**19947** [1] - 73:22
**19966** [1] - 36:11
**1999** [2] - 118:23, 118:25

## 2

**2** [1] - 82:13
**20** [1] - 6:24
**2000** [6] - 36:19, 60:18, 61:24, 61:25, 119:5
**2001** [1] - 94:10
**2003** [1] - 120:15
**2005** [4] - 75:1, 87:25, 119:14, 120:9
**2006** [12] - 17:7, 42:19, 62:11, 94:8, 104:18,

**114:10, 114:13, 114:15, 114:17, 115:11, 116:11, 117:25**
**2007** [2] - 116:10, 128:5
**2009** [3] - 1:10, 135:6, 135:11
**20th** [1] - 116:9
**21** [1] - 115:18
**21201** [1] - 1:24
**23** [2] - 1:10, 135:6
**27th** [1] - 118:23
**28** [1] - 132:11
**2:00** [1] - 133:21

## 3

**3(o** [2] - 26:6
**30** [5] - 21:3, 63:16, 63:20, 66:16, 132:12
**36** [8] - 21:3, 21:16, 21:17, 63:17, 63:18, 66:15, 71:7, 134:4
**38** [3] - 68:22, 68:23, 84:11
**39** [2] - 55:11, 84:11

## 4

**40** [2] - 41:7, 132:12
**41.5** [1] - 21:21
**42** [2] - 51:13, 51:14
**43** [1] - 134:4
**45** [4] - 46:6, 46:7, 47:13, 76:11
**46** [2] - 115:10
**47** [3] - 68:9, 76:11, 115:9
**48** [2] - 53:25, 105:21
**49** [1] - 59:4
**4:36** [1] - 85:12
**4:43** [1] - 133:22

## 5

**50** [5] - 53:7, 53:8, 53:11, 105:21, 132:12
**52** [1] - 54:6
**5515** [1] - 1:23

## 7

**71** [1] - 134:5
**72** [1] - 134:5
**73** [1] - 134:7
**75** [1] - 82:15

## 8

**8** [1] - 84:9
**87** [1] - 134:7

## 9

**9.17** [1] - 94:15
**9.20** [1] - 75:3
**90** [1] - 46:7
**93** [2] - 134:8, 134:9
**9:40** [1] - 2:1

## A

**a.m** [2] - 2:1, 84:10
**abide** [1] - 6:10
**ability** [3] - 16:25, 17:2, 17:4
**able** [7] - 3:17, 17:3, 35:17, 45:7, 96:16, 122:12, 130:19
**absolutely** [3] - 6:1, 33:7, 115:9
**Absolutely** [1] - 133:13
**absolve** [1] - 8:21
**accident** [3] - 72:20, 91:5
**account** [1] - 13:6
**accurate** [1] - 135:9
**Action** [1] - 2:3
**action** [1] - 79:21
**activities** [6] - 6:16, 6:18, 21:21, 22:8, 26:12, 29:15, 100:8, 103:4
**activity** [3] - 22:18, 22:19, 29:1
**acts** [1] - 7:13
**actual** [1] - 18:3
**added** [2] - 17:7, 88:18
**addition** [3] - 30:25, 60:8, 83:23
**additional** [2] - 51:8, 87:3
**address** [6] - 6:13, 36:9, 73:20, 93:18, 94:1, 118:18
**admissions** [3] - 3:17, 128:21, 129:13
**admit** [2] - 2:13, 4:18
**advanced** [1] - 87:20
**advice** [1] - 62:5
**advise** [3] - 35:20, 73:25
**affect** [1] - 8:13
**affected** [1] - 87:18
**affirmed** [2] - 33:8, 34:6

**affixed** [1] - 135:10
**afternoon** [7] - 4:8, 128:18, 129:19, 129:25, 131:13, 131:22, 132:1
**afterwards** [1] - 56:11
**Afterwards** [1] - 84:21
**agree** [6] - 3:17, 3:18, 12:23, 17:25, 32:18, 32:19
**agreed** [1] - 116:4
**ahead** [5] - 39:18, 45:21, 68:6, 125:5, 127:6
**AL** [2] - 1:4, 1:6
**al** [2] - 2:3, 135:5
**allow** [6] - 7:7, 23:3, 43:5, 70:24, 71:14, 123:21
**allowed** [18] - 42:19, 42:20, 42:21, 43:4, 43:6, 43:11, 43:12, 61:22, 71:1, 71:2, 99:6, 101:11, 104:18, 105:1, 114:17, 115:12, 116:12, 116:20
**allowing** [1] - 43:25
**almost** [4] - 13:25, 14:1, 15:22, 81:22
**aloud** [1] - 132:8
**Alvarez** [10] - 9:19, 11:7, 11:22, 14:2, 15:16, 24:8, 24:11, 32:23, 33:11, 33:22
**Amanda** [1] - 4:15
**AMD-06-121** [3] - 1:6, 2:3, 135:5
**ammonia** [1] - 98:5
**ammunition** [2] - 128:15
**amount** [1] - 7:4
**Ana** [2] - 118:8, 118:14
**ANA** [3] - 118:9, 118:14, 134:11
**analysis** [10] - 24:6, 24:14, 24:16, 25:15, 27:23, 28:24, 29:3, 32:25, 132:10
**analytically** [2] - 27:24, 28:16
**Analytically** [1] - 28:20
**analyze** [4] - 11:8, 15:15, 18:14, 25:14
**analyzed** [3] - 11:12, 19:9, 25:14
**Andre** [1] - 1:12
**answer** [8] - 8:6, 58:9, 58:10, 58:12, 58:14, 112:7, 112:10, 115:13
**Answer** [5] - 116:14, 116:16, 116:19, 116:22, 128:7
**answered** [2] - 71:4,

**82:5**
**answers** [3] - 23:9, 27:12, 129:23
**anticipate** [3] - 4:20, 6:5, 45:16
**anyway** [1] - 35:10
**apartment** [2] - 22:22, 120:24
**apologize** [3] - 27:4, 46:2, 89:16
**Apologize** [1] - 112:5
**Appearances** [1] - 1:15
**application** [1] - 32:2
**apply** [4] - 28:6, 28:7, 28:18
**applying** [2] - 24:21, 28:5
**approach** [2] - 12:12, 51:12
**appropriate** [2] - 72:9, 72:11
**apron** [87] - 14:23, 21:7, 25:20, 31:2, 38:9, 39:9, 39:14, 39:17, 39:23, 40:8, 40:9, 40:10, 40:11, 40:22, 59:22, 60:1, 63:24, 64:1, 64:2, 64:4, 64:11, 64:13, 64:19, 65:4, 66:23, 67:4, 67:8, 67:13, 67:18, 68:1, 68:23, 69:21, 69:25, 71:25, 76:15, 77:25, 81:8, 81:14, 83:19, 83:21, 83:23, 83:24, 84:18, 84:25, 85:9, 85:15, 85:17, 86:5, 89:25, 90:1, 90:14, 90:21, 90:23, 91:9, 98:14, 98:15, 100:5, 100:22, 102:18, 105:9, 108:25, 109:8, 109:10, 109:19, 109:22, 110:2, 111:13, 113:1, 113:4, 113:14, 116:24, 117:3, 117:6, 117:17, 121:11, 123:9, 123:11, 123:21, 124:1, 124:4, 124:14, 124:18, 124:21, 125:1
**aprons** [11] - 30:24, 33:21, 60:1, 64:14, 100:23, 100:25, 101:11, 102:2, 112:17, 117:12, 126:11
**area** [30] - 14:11, 14:12, 14:24, 21:6, 27:22, 37:7, 39:20, 39:22, 40:9, 40:16, 41:1, 64:6, 69:17, 69:21, 69:24, 76:17, 90:19, 99:14, 100:4, 110:16, 110:21, 110:22,

110:24, 113:17, 114:2, 114:4, 123:18, 126:13, 126:21
**areas** [1] - 88:22
**arguing** [1] - 21:19
**argument** [5] - 15:7, 26:5, 29:9, 132:25, 133:7
**arise** [2] - 29:20, 29:21
**arising** [1] - 28:18
**arm** [1] - 82:3
**armor** [1] - 33:12
**arms** [2] - 33:21, 64:9
**arrive** [4] - 38:19, 38:25, 39:1, 100:9
**arrived** [2] - 79:23, 80:7, 99:12
**arrives** [4] - 62:22, 63:1, 63:4, 63:12
**articulated** [1] - 13:11
**aspiration** [1] - 95:18
**assigned** [2] - 26:13, 120:4
**associate** [1] - 32:12
**associated** [1] - 17:16
**assume** [5] - 20:25, 45:2, 115:4, 129:13, 132:25
**assuming** [3] - 6:20, 6:21, 131:12
**assure** [2] - 6:1, 6:7
**ate** [2] - 112:13, 112:22
**attach** [3] - 31:14, 31:16, 31:17
**attached** [2] - 70:17, 100:24
**attend** [1] - 2:12
**attention** [1] - 120:19
**attorney** [1] - 112:6
**August** [3] - 94:8, 117:25, 119:14
**available** [7] - 4:5, 5:1, 5:2, 12:22, 45:10, 129:8, 132:5
**average** [1] - 29:1
**avoid** [1] - 91:5
**aware** [10] - 24:10, 24:12, 62:9, 62:10, 63:23, 114:10, 114:15, 114:17, 115:11, 116:11

**B**

B-A-R-R-I-E-N-T-O-S [1] - 36:6
**bacteria** [2] - 42:24, 62:1
**bad** [2] - 7:12, 33:19
**badly** [2] - 37:24, 58:17
**bag** [5] - 38:25, 86:8,

99:13, 117:24, 123:5
**bags** [1] - 86:8
**Baltimore** [2] - 1:11, 1:24
**band** [2] - 53:15, 53:16
**bare** [1] - 50:8
**barely** [2] - 51:9, 73:25
**Barrientos** [9] - 34:12, 36:4, 36:9, 36:12, 43:2, 43:10, 44:3, 53:4, 73:1
**BARRIENTOS** [2] - 34:25, 134:3
**based** [3] - 15:1, 15:4, 30:8
**beard** [2] - 10:13, 56:12
**beauty** [2] - 74:4, 74:11
**became** [2] - 88:16, 97:10, 100:7
**become** [1] - 4:7
**becomes** [5] - 12:25, 14:9, 27:6, 27:7, 31:7
**beef** [2] - 33:12, 33:17
**began** [3] - 84:23, 118:23, 126:24
**begin** [7] - 35:22, 36:18, 73:14, 93:15, 100:8, 118:12, 118:22
**beginning** [5] - 22:1, 22:7, 26:9, 81:23, 120:16
**begins** [3] - 38:24, 62:21, 63:23
**begun** [1] - 12:1
**Behalf** [2] - 1:16, 1:18
**behind** [1] - 102:14
**below** [1] - 46:19
**belt** [7] - 44:10, 44:11, 50:14, 50:21, 51:24, 52:1
**Bench** [1] - 1:10
**beneficiary** [1] - 19:14
**benefit** [23] - 16:5, 18:18, 18:24, 19:3, 19:4, 19:5, 19:6, 19:11, 19:12, 19:13, 19:17, 21:1, 23:2, 25:16, 25:19, 27:7, 28:25, 31:3, 35:25, 87:10, 109:24, 110:25
**benefits** [2] - 16:1, 19:2
**best** [1] - 31:12
**better** [2] - 33:19, 41:16
**between** [8] - 8:11, 9:20, 13:16, 16:4, 16:22, 26:7, 117:9, 130:5
**big** [2] - 5:23, 131:14
**bigger** [1] - 24:24
**bin** [1] - 103:24
**binder** [3] - 45:18, 45:19, 48:20
**binders** [3] - 46:2, 46:3, 48:10
**bit** [4] - 20:4, 29:22,

50:12, 82:15
**bite** [1] - 33:15
**blessed** [1] - 12:12
**blood** [15] - 19:19, 19:25, 20:1, 37:17, 40:13, 40:23, 57:20, 58:16, 63:25, 64:21, 65:3, 66:4, 98:8, 101:19, 117:18
**blouse** [1] - 76:13
**blue** [1] - 56:4
**BLUMBERG** [1] - 34:18
**Blumberg** [2] - 34:18, 48:5
**BLUMBERG-LORENZANA** [1] - 34:18
**Blumberg-Lorenzana** [2] - 34:18, 48:5
**Boots** [2] - 13:25, 98:13
**boots** [31] - 14:7, 17:8, 30:19, 38:8, 39:8, 40:24, 43:17, 58:25, 59:5, 59:7, 59:9, 63:24, 66:1, 66:9, 66:12, 70:15, 71:24, 78:22, 79:13, 99:24, 100:3, 102:18, 104:8, 104:9, 109:9, 109:10, 109:13, 109:18, 121:11, 123:2, 126:12
**bought** [3] - 55:20, 55:21, 55:24
**box** [6] - 69:1, 69:5, 69:6, 96:1, 103:17, 104:16
**Box** [3] - 36:11, 94:2, 118:19
**break** [32] - 15:1, 18:14, 18:16, 21:3, 21:11, 21:12, 21:14, 21:16, 22:16, 22:18, 23:1, 23:2, 23:17, 23:22, 23:24, 24:2, 25:15, 25:23, 27:9, 27:11, 27:25, 28:10, 45:20, 48:9, 68:2, 68:8, 83:10, 83:13, 97:18, 100:17, 101:13
**breaks** [6] - 22:21, 25:1, 28:8, 28:23, 29:4
**breast** [4] - 75:10, 95:17, 95:25
**Breast** [10] - 75:6, 75:7, 75:8, 76:5, 76:22, 76:25, 77:4, 88:6, 119:17, 119:18
**breasts** [3] - 92:24, 107:9, 107:13
**brief** [2] - 3:5, 133:4
**briefed** [1] - 7:17
**briefly** [1] - 125:14
**Briefly** [1] - 72:23

**bring** [13] - 42:19, 82:23, 86:10, 86:12, 86:16, 86:18, 86:20, 104:18, 104:20, 117:23, 123:5, 127:25, 128:7
**bringing** [1] - 62:1
**broken** [1] - 132:13
**brought** [4] - 117:24, 122:20, 122:21, 122:22
**Brown** [11] - 1:16, 2:5, 3:7, 6:12, 7:20, 7:23, 31:19, 34:11, 43:7, 128:16, 131:18
**BROWN** [53] - 3:2, 3:8, 3:11, 3:23, 4:7, 6:13, 7:21, 8:1, 8:5, 8:8, 8:10, 8:13, 8:16, 8:20, 8:23, 9:5, 9:10, 9:19, 10:3, 10:5, 10:10, 10:13, 10:18, 10:21, 10:23, 11:2, 11:6, 11:11, 11:14, 11:17, 11:19, 12:2, 12:5, 12:13, 35:3, 35:18, 45:7, 55:1, 55:4, 115:1, 115:14, 128:15, 128:18, 128:24, 129:2, 129:15, 130:1, 130:3, 130:8, 130:10, 131:16, 131:19, 133:12
**bulk** [1] - 30:25
**bump** [14] - 13:23, 13:24, 14:7, 17:8, 30:18, 54:10, 61:5, 61:17, 63:24, 64:22, 64:23, 64:25, 65:1
**burden** [3] - 7:25, 8:2, 17:25
**Burger** [1] - 27:13
**buried** [1] - 9:16
**burn** [2] - 50:4, 51:4
**burned** [2] - 50:7, 50:11
**burns** [2] - 76:15, 76:21
**buy** [15] - 55:23, 56:18, 56:19, 56:20, 57:1, 57:2, 57:5, 57:6, 59:11, 59:14, 59:25, 60:3, 60:8, 60:10, 79:6, 86:15
**BY** [33] - 36:8, 41:10, 41:17, 43:23, 45:22, 49:20, 55:8, 62:20, 68:7, 71:21, 72:25, 73:19, 74:9, 83:7, 87:23, 93:4, 93:25, 105:24, 116:8, 118:17, 127:7, 127:15, 134:4, 134:4, 134:5, 134:5, 134:7, 134:7, 134:8, 134:9, 134:10, 134:11, 134:12

**C**

**cafeteria** [9] - 21:8, 39:1, 83:18, 99:13, 101:10, 101:11, 111:2, 123:23, 125:12
**calculate** [1] - 32:6
**caliente** [1] - 49:25
**cancel** [1] - 5:17
**cannot** [1] - 40:17
**cap** [14] - 13:23, 13:24, 14:7, 17:8, 30:18, 54:11, 61:5, 61:17, 63:25, 64:22, 64:23, 64:25, 65:1
**capacity** [1] - 6:8
**car** [2] - 43:17, 125:23
**care** [1] - 131:3
**careful** [2] - 15:19, 15:21
**carefully** [1] - 120:22
**carried** [1] - 116:16
**carrying** [1] - 16:20
**carve** [2] - 11:25, 18:13
**casco** [2] - 54:12, 54:13
**Case** [1] - 135:5
**case** [20] - 2:9, 5:15, 5:18, 6:5, 6:6, 6:15, 7:3, 9:12, 10:5, 11:7, 17:22, 24:5, 25:18, 28:24, 34:1, 83:1, 114:21, 129:5, 131:13, 131:22
**CASE** [1] - 1:5
**cases** [9] - 14:1, 22:21, 22:22, 24:1, 24:15, 27:3, 27:5, 27:11, 29:5
**categories** [2] - 29:15, 30:1
**category** [1] - 30:2
**Category** [4] - 30:2, 30:3, 30:10
**cattle** [1] - 33:15
**CD** [2] - 45:9, 48:10
**certain** [2] - 26:24, 72:17
**certainly** [1] - 4:2
**Certainly** [2] - 44:2, 71:17
**CERTIFICATE** [1] - 135:1
**Certified** [2] - 34:19, 34:22
**certify** [2] - 135:3, 135:7
**chain** [1] - 33:12
**chambers** [1] - 131:8
**change** [5] - 7:8, 42:7, 42:18, 56:7, 56:14, 56:24, 57:7, 57:8, 57:13, 57:14, 57:15, 57:16, 57:20, 57:23, 58:4, 58:6,

58:15, 58:16, 58:21, 58:22, 65:12, 65:14, 65:15, 66:20, 75:23, 91:14, 95:21, 100:8, 101:17, 104:6, 104:17, 110:7, 110:8, 110:9, 124:13
**changed** [4] - 88:17, 101:15, 120:8, 120:9
**changes** [1] - 84:21
**changing** [1] - 20:8
**chatting** [1] - 27:14
**chemical** [1] - 103:1
**chemicals** [2] - 98:4, 98:5
**Cher** [1] - 4:24
**chicken** [52] - 19:20, 19:21, 19:22, 19:25, 20:1, 37:5, 37:7, 37:18, 37:25, 38:1, 44:6, 44:8, 44:13, 44:19, 44:21, 45:24, 46:21, 47:2, 47:4, 47:7, 47:16, 47:20, 47:25, 50:3, 50:6, 50:15, 50:18, 50:21, 50:23, 50:25, 51:18, 62:21, 63:1, 63:4, 63:12, 63:15, 69:9, 75:8, 76:19, 76:20, 95:17, 95:25, 96:2, 96:12, 96:14, 96:15, 96:17, 100:10, 123:8, 123:9
**chicken's** [1] - 19:22
**chickens** [14] - 46:6, 46:7, 49:3, 49:21, 49:24, 52:1, 69:11, 71:9, 95:16, 96:10, 96:23, 96:25, 97:1, 98:8
**chlorine** [66:21, 76:15, 76:17, 76:19, 76:20, 76:21, 81:13, 98:5, 100:3, 100:5, 124:3, 124:23, 124:25
**choice** [1] - 6:10
**chose** [1] - 97:8
**Christopher** [2] - 1:16, 2:5
**Circuit** [10] - 9:19, 9:22, 10:24, 12:11, 22:20, 23:19, 25:11, 33:6, 34:2, 34:6
**circumstances** [1] - 35:8
**cited** [1] - 19:17
**citizen** [1] - 27:2, 27:14
**City** [8] - 13:12, 15:2, 21:2, 23:24, 24:6, 26:17, 26:20, 26:22
**Civil** [1] - 2:3
**CIVIL** [1] - 1:5

**Clarasol** [1] - 102:25
**clarification** [1] - 93:5
**clarify** [10] - 43:10, 48:23, 49:12, 55:9, 71:18, 72:3, 81:15, 97:15, 120:1, 126:25
**clean** [11] - 40:20, 42:13, 65:19, 66:21, 85:18, 86:14, 91:2, 109:15, 117:16, 123:24
**cleaned** [4] - 41:11, 41:18, 67:14, 103:12
**cleaning** [7] - 57:21, 85:22, 87:7, 87:13, 103:1, 103:4, 103:10
**clear** [2] - 17:1, 28:3
**clearer** [1] - 4:7
**clearly** [2] - 21:11, 25:19
**clerical** [1] - 27:12
**clerk** [2] - 2:18, 46:2
**CLERK** [14] - 2:2, 34:13, 34:17, 34:20, 35:2, 35:22, 36:2, 36:5, 73:11, 73:14, 73:17, 93:15, 93:20, 118:11
**clerk's** [2] - 48:16, 48:20
**clips** [1] - 45:4
**clock** [1] - 82:14
**Clorox** [1] - 67:18
**close** [5] - 6:6, 33:23, 52:4, 104:14, 104:15
**closed** [1] - 96:10
**closer** [2] - 41:9, 125:24
**closing** [2] - 132:25, 133:7
**cloth** [2] - 93:6, 121:17
**clothes** [4] - 20:8, 65:17, 86:9, 89:19
**clothing** [2] - 76:12, 89:17
**clucking** [1] - 49:7
**coat** [1] - 55:6
**coats** [2] - 62:10, 114:10
**cold** [14] - 37:14, 50:13, 50:16, 50:18, 50:19, 51:2, 76:8, 76:9, 76:10, 89:9, 89:20, 89:21, 125:11
**collect** [1] - 86:9
**color** [1] - 56:5
**combinations** [1] - 132:20
**comfortable** [2] - 12:20, 89:10
**coming** [5] - 47:22, 98:8, 99:3, 125:3, 131:14
**company** [21] - 4:24,

40:15, 44:5, 48:13, 55:17, 55:22, 57:2, 60:18, 68:14, 72:11, 78:24, 78:25, 79:3, 79:5, 80:3, 93:8, 97:13, 97:14, 115:11, 116:12, 131:24
**compartmentalize** [1] - 6:3
**compensable** [12] - 6:21, 7:9, 8:25, 14:8, 15:2, 15:17, 23:3, 23:25, 26:2, 26:3, 30:22
**compensate** [2] - 24:4, 29:2
**compensated** [3] - 7:14, 25:10, 26:12
**complete** [1] - 135:9
**complex** [1] - 22:23
**comply** [1] - 19:11
**component** [1] - 9:1
**compromise** [1] - 83:1
**compute** [1] - 21:21
**computer** [2] - 45:20, 130:14
**concepts** [1] - 26:8
**concern** [1] - 5:23
**concerned** [1] - 43:1
**conclude** [1] - 131:13
**Conclusion** [1] - 133:22
**conclusions** [1] - 11:23
**condition** [2] - 47:7, 76:7
**conditions** [3] - 37:13, 76:6, 92:20
**cone** [3] - 75:8, 75:24, 78:17
**confident** [2] - 5:14, 5:15
**conflate** [1] - 15:20
**confronted** [1] - 14:5
**Coning** [1] - 92:24
**coning** [21] - 78:21, 83:13, 83:14, 83:15, 83:19, 84:5, 84:15, 84:16, 85:2, 86:24, 87:1, 87:4, 90:4, 92:7, 92:8, 125:16, 125:20, 126:6, 126:7
**connection** [1] - 114:21
**consecutive** [1] - 35:14
**constitute** [1] - 135:7
**consult** [1] - 71:15
**container** [9] - 41:25, 42:2, 65:16, 65:20, 96:24, 97:1, 100:2, 102:23, 102:24
**contaminants** [1] - 42:24
**contaminate** [3] - 101:7, 112:9, 112:12

**contaminated** [2] - 96:24, 112:13
**contamination** [1] - 62:2
**continue** [1] - 58:18
**continued** [2] - 62:5, 126:6
**continuous** [8] - 11:12, 12:1, 13:14, 15:6, 18:11, 28:2, 28:5, 28:8
**contrary** [1] - 115:3
**Control** [1] - 102:23
**controversy** [1] - 7:4
**convene** [2] - 129:1, 129:11
**conversation** [2] - 5:24, 6:9
**conveyor** [6] - 44:10, 50:13, 50:21, 51:23, 52:1
**Conveyor** [1] - 44:11
**cool** [1] - 50:15
**cooled** [1] - 51:8
**cooler** [1] - 51:7
**copies** [2] - 45:14, 100:9, 114:24
**copy** [1] - 48:16
**corner** [1] - 15:25
**correct** [111] - 2:16, 10:18, 10:19, 16:23, 18:10, 20:6, 25:24, 29:14, 30:7, 44:3, 44:6, 44:14, 47:17, 47:20, 50:7, 51:1, 51:24, 53:17, 53:20, 53:22, 54:17, 54:24, 55:11, 55:14, 55:17, 56:3, 57:10, 58:5, 58:7, 59:17, 60:2, 60:19, 60:23, 61:13, 61:18, 61:21, 61:25, 62:7, 62:11, 62:22, 63:2, 63:12, 63:16, 63:18, 64:4, 64:7, 64:16, 65:2, 65:8, 65:13, 66:2, 66:13, 66:15, 66:24, 67:2, 67:6, 67:9, 67:20, 67:24, 68:12, 68:17, 68:20, 69:19, 69:25, 70:4, 70:7, 70:22, 71:3, 87:25, 88:3, 88:11, 88:20, 89:7, 89:25, 90:8, 90:12, 90:16, 90:19, 90:22, 91:3, 91:17, 91:21, 106:1, 106:4, 106:13, 107:15, 108:15, 108:17, 108:21, 109:8, 109:19, 109:23, 110:3, 110:14, 110:20, 111:7, 111:10, 111:14, 111:21, 112:20, 112:23, 113:2, 113:5, 113:15, 113:20, 114:5,

116:24, 117:6, 117:21, 118:1, 127:23
**Correct** [8] - 2:17, 18:22, 20:2, 20:21, 21:13, 23:15, 23:18, 29:18
**correction** [3] - 83:20, 85:24, 98:15
**correctly** [1] - 26:10
**corrects** [3] - 45:17, 89:13, 89:15
**cotton** [4] - 10:6, 10:7, 10:17, 12:11
**Counsel** [3] - 2:4, 2:5, 3:5
**counsel** [6] - 2:8, 2:25, 12:19, 87:11, 110:25, 114:9
**count** [3] - 11:17, 11:19, 16:22
**counts** [3] - 20:5, 20:8, 20:16
**couple** [10] - 3:21, 5:3, 5:21, 128:2, 132:9, 132:11, 132:12, 133:8, 133:9
**Couple** [1] - 7:23
**course** [6] - 3:1, 5:25, 29:16, 48:24, 88:9
**COURT** [191] - 1:1, 2:10, 2:16, 2:18, 2:22, 3:1, 3:3, 3:5, 3:10, 3:22, 4:2, 4:13, 4:22, 5:2, 5:8, 5:12, 5:25, 6:12, 7:20, 7:23, 8:3, 8:6, 8:9, 8:11, 8:14, 8:18, 8:21, 9:4, 9:6, 9:11, 9:22, 9:25, 10:4, 10:9, 10:12, 10:15, 10:19, 10:22, 11:1, 11:5, 11:10, 11:13, 11:16, 11:18, 11:20, 12:3, 12:6, 12:15, 12:19, 17:23, 18:4, 18:7, 18:20, 18:23, 19:19, 19:24, 20:3, 20:7, 20:11, 20:14, 20:19, 20:22, 21:9, 21:15, 21:20, 21:24, 22:4, 22:6, 22:11, 22:14, 23:4, 23:8, 23:12, 23:16, 23:19, 24:8, 24:11, 24:13, 25:22, 26:1, 26:10, 26:16, 26:19, 26:22, 27:1, 27:10, 27:18, 27:20, 29:8, 29:11, 29:14, 29:19, 29:25, 30:16, 30:23, 31:8, 31:23, 32:17, 32:20, 32:23, 33:5, 33:7, 33:15, 34:4, 34:10, 34:24, 35:6, 35:11, 35:16, 35:19,

35:24, 41:8, 41:14, 43:20, 44:2, 44:25, 45:6, 45:9, 45:15, 45:19, 46:1, 48:5, 48:9, 48:15, 48:19, 48:21, 48:24, 49:7, 49:9, 49:11, 49:19, 51:11, 55:7, 57:19, 62:17, 62:19, 62:24, 68:2, 68:6, 69:1, 69:4, 71:6, 71:13, 71:17, 72:23, 73:8, 74:2, 75:13, 82:11, 82:18, 83:3, 83:5, 93:10, 97:17, 114:23, 115:2, 115:8, 115:16, 115:23, 116:2, 116:7, 118:4, 118:6, 127:6, 128:4, 128:12, 128:14, 128:16, 128:22, 128:25, 129:3, 129:8, 129:11, 129:18, 130:2, 130:5, 130:9, 130:11, 130:20, 130:24, 131:7, 131:11, 131:17, 131:20, 131:23, 132:3, 132:6, 132:23, 133:6, 133:13, 133:21

**Court** [12] - 2:2, 5:9, 11:7, 12:13, 14:3, 27:16, 28:3, 34:19, 34:23, 45:12, 132:19, 135:16

**Court's** [1] - 30:7
**Courthouse** [1] - 1:23
**courtroom** [4] - 35:17, 44:1, 82:14, 133:14
**courts** [5] - 7:4, 13:16, 14:4, 22:24, 133:4
**covered** [2] - 57:20, 64:21
**created** [2] - 14:2, 28:19
**creative** [1] - 27:21
**cross** [1] - 129:5
**CROSS** [8] - 43:22, 87:22, 105:23, 127:14, 134:4, 134:7, 134:10, 134:12
**crowded** [2] - 41:5, 126:13
**crux** [1] - 6:15
**cuff** [1] - 81:25
**culpability** [1] - 9:7
**customer** [1] - 23:10
**cut** [29] - 15:11, 15:12, 19:9, 19:10, 28:13, 75:9, 75:21, 75:24, 75:25, 81:18, 81:20, 81:22, 81:23, 82:1, 85:5, 85:6, 88:24, 88:25, 95:16, 95:17, 95:25, 96:13, 96:16, 119:25, 123:7
**Cut** [1] - 96:1
**cut-resistant** [3] -

15:11, 15:12, 28:13
**cuts** [2] - 19:23, 77:8
**Cutting** [2] - 108:10, 122:1
**cutting** [24] - 75:25, 76:1, 77:8, 78:8, 82:2, 88:25, 90:1, 90:4, 96:17, 98:17, 98:19, 98:20, 98:25, 99:25, 108:11, 111:17, 121:16, 121:19, 121:20, 121:21, 122:2, 122:13, 125:17

# D

**damage** [1] - 32:11
**damages** [6] - 9:1, 29:20, 30:9, 31:7, 32:7, 32:16
**date** [1] - 132:4
**DAVIS** [1] - 4:21
**Davis** [7] - 1:12, 4:20, 4:23, 10:16, 131:21, 131:25, 132:9
**days** [5] - 4:25, 56:25, 57:1, 59:25, 81:2
**de** [19] - 7:2, 7:25, 13:3, 14:3, 14:13, 14:14, 18:1, 30:6, 30:20, 30:21, 31:6, 31:7, 31:15, 31:19, 32:3, 32:24, 32:25, 33:10, 34:3
**deal** [2] - 26:8, 27:16
**deals** [1] - 26:6
**Debone** [6] - 75:6, 75:7, 75:8, 76:5, 76:22, 88:6
**debone** [1] - 88:10
**deboning** [2] - 106:7, 106:15
**Deboning** [5] - 76:25, 77:4, 107:4, 107:5, 107:6, 107:8, 107:10, 107:14, 119:17, 119:18, 120:4, 120:6, 121:25, 122:2, 127:12
**decide** [5] - 6:10, 14:14, 18:17, 28:14, 29:10
**decision** [5] - 13:11, 15:4, 15:5, 16:23, 92:11
**decisions** [1] - 31:5
**dedicated** [1] - 23:13
**defeather** [1] - 49:18
**Defeathering** [2] - 49:16, 49:17
**defendant** [5] - 2:5, 6:2, 8:21, 17:25, 128:19
**Defendant's** [8] - 51:13, 53:7, 53:25, 54:6, 55:11, 59:4, 68:9, 68:22
**defendant's** [2] - 6:19,

8:24
**Defendants** [2] - 1:7, 1:18
   **defendants** [2] - 8:2, 32:5
**defender** [1] - 131:1
**defense** [30] - 3:25, 4:3, 4:4, 5:21, 6:8, 6:24, 7:2, 7:3, 7:6, 8:1, 8:3, 8:7, 8:10, 8:12, 8:19, 8:20, 8:23, 9:6, 9:12, 10:1, 13:3, 13:4, 18:8, 18:12, 20:4, 20:7, 20:16, 48:11, 129:3, 129:5
**defenses** [1] - 18:1
**define** [1] - 14:5
**defined** [1] - 15:23
**definitely** [1] - 130:23
**definition** [3] - 13:9, 15:20, 16:7
**degree** [1] - 10:24
**Delaware** [4] - 36:11, 73:22, 94:2, 118:19
**demonstrate** [1] - 17:3
**denied** [1] - 7:12
**denying** [1] - 9:2
**Department** [17] - 11:6, 37:1, 37:4, 37:13, 76:5, 76:22, 76:25, 77:5, 88:6, 95:10, 97:22, 98:2, 105:11, 110:9, 121:1, 121:25, 122:2
**department** [57] - 36:23, 37:15, 37:24, 38:10, 38:11, 41:6, 50:2, 58:15, 62:22, 64:16, 65:5, 65:7, 65:20, 67:1, 67:5, 75:5, 76:9, 76:13, 81:9, 81:10, 81:16, 81:25, 83:17, 86:22, 90:3, 90:8, 90:11, 90:19, 90:20, 91:9, 94:16, 98:6, 100:2, 100:4, 101:18, 104:2, 106:11, 109:11, 110:19, 111:6, 111:12, 112:20, 113:14, 113:17, 113:19, 113:23, 119:16, 119:21, 119:24, 120:9, 120:18, 120:19, 120:24, 121:3, 124:1, 124:15, 126:16
**departments** [3] - 94:22, 120:5, 124:6
**deposition** [11] - 106:18, 106:21, 114:20, 114:22, 114:25, 115:3, 116:5, 116:9, 128:3, 129:14, 129:22
**describe** [13] - 17:16, 37:3, 37:12, 38:5, 46:20,

8:24
77:7, 77:11, 78:2, 95:13, 95:23, 98:2, 121:8, 125:14
**described** [2] - 92:20, 99:3
**describing** [1] - 75:18
**designated** [1] - 33:2
**detailed** [1] - 132:10
**details** [1] - 120:23
**determination** [3] - 21:3, 23:2, 31:2
**determine** [1] - 24:3, 24:17
**determined** [3] - 19:9, 31:18, 92:15
**difference** [1] - 8:11
**differences** [1] - 29:20
**different** [36] - 10:24, 13:5, 13:7, 13:10, 13:13, 16:4, 28:5, 28:6, 28:7, 28:10, 28:15, 33:8, 34:6, 53:10, 56:5, 68:11, 68:15, 68:19, 76:3, 76:4, 77:9, 77:20, 77:22, 84:8, 86:1, 88:10, 88:20, 88:24, 97:6, 99:10, 106:9, 119:24, 121:22, 124:6, 132:20
**difficult** [2] - 24:25, 25:5
**difficulty** [1] - 26:1
**dinner** [1] - 22:21
**dip** [1] - 56:10
**dipping** [2] - 67:19, 67:23, 69:18
**direct** [4] - 96:23, 111:25, 131:18, 132:22
**DIRECT** [8] - 36:7, 73:18, 93:24, 118:16, 134:4, 134:7, 134:9, 134:11
**dirt** [3] - 92:21, 92:25, 98:8
**Dirt** [1] - 92:23
**dirty** [25] - 37:15, 37:16, 37:18, 40:13, 40:14, 40:17, 42:1, 42:2, 57:21, 58:24, 65:16, 65:17, 66:4, 76:13, 86:9, 92:21, 96:24, 97:1, 98:6, 98:7, 101:19, 103:24, 110:17, 117:17
**disagree** [1] - 32:4
**disagreement** [1] - 15:14
**discard** [2] - 113:22, 114:4
**disciplinary** [1] - 79:21
**discipline** [2] - 79:14, 79:17

**disciplined** [1] - 122:14
**disconnected** [1] - 82:25
**discuss** [1] - 6:22
**discussed** [3] - 45:8, 62:15, 132:24
**discussion** [1] - 7:18
**discussions** [1] - 61:24
**disinfect** [28] - 39:23, 39:25, 40:2, 61:9, 64:18, 67:12, 67:16, 67:18, 67:19, 67:23, 68:1, 69:15, 69:17, 69:24, 76:18, 85:8, 85:9, 100:3, 100:5, 100:14, 102:4, 102:19, 102:22, 109:8, 112:17, 113:18, 113:19, 117:13
**disinfectant** [2] - 56:11, 69:18
**disinfected** [5] - 64:7, 65:5, 67:15, 103:12, 111:18
**disinfecting** [3] - 87:8, 103:4, 103:10
**dispute** [1] - 18:23
**dissenting** [1] - 82:12
**distinction** [2] - 13:16, 16:21
**distinctions** [1] - 15:14
**distinguished** [1] - 9:20
**DISTRICT** [2] - 1:1, 1:1
**District** [1] - 14:3
**DIVISION** [1] - 1:2
**doctor** [2] - 119:11, 120:21
**doctor's** [1] - 126:15
**documentary** [1] - 3:16
**documents** [1] - 128:20
**doffing** [5] - 6:16, 12:23, 13:14, 27:11, 132:21
**dogs** [1] - 74:11
**dollars** [2] - 8:24, 9:3
**don** [4] - 29:16, 30:2, 30:3, 30:4
**done** [13] - 3:21, 5:5, 5:19, 19:10, 21:4, 25:11, 35:14, 69:10, 90:18, 102:19, 123:8, 133:6
**donned** [1] - 30:11
**donning** [9] - 6:16, 11:14, 11:15, 12:23, 13:14, 25:22, 27:11, 33:9, 132:21
**door** [1] - 133:16
**double** [1] - 9:2
**doubling** [1] - 7:11
**doubt** [1] - 12:24
**Douglas** [1] - 73:22

**down** [19] - 13:25, 17:14, 21:7, 29:12, 33:18, 44:8, 46:19, 50:15, 52:10, 73:8, 73:14, 76:11, 93:10, 96:25, 100:19, 102:17, 118:7, 128:14, 132:14
**Down** [1] - 123:18
**download** [3] - 130:15, 130:22, 131:2
**downloaded** [1] - 130:18
**Dr** [8] - 4:19, 10:16, 130:13, 131:16, 131:21, 131:25, 132:9
**DR** [1] - 4:21
**draw** [1] - 26:16
**dripped** [1] - 50:22
**dripping** [1] - 50:14
**drop** [5] - 33:16, 33:17, 65:16, 65:20
**Dry** [2] - 56:11, 90:24
**dry** [2] - 78:10, 91:13
**due** [1] - 72:8
**dump** [2] - 96:24, 103:24
**during** [13] - 22:17, 23:22, 24:8, 25:9, 26:13, 28:4, 42:14, 45:20, 61:18, 88:9, 91:24, 105:8, 121:4
**During** [5] - 71:7, 88:5, 88:13, 92:20, 105:25
**duty** [2] - 5:7, 5:11
**DVD** [1] - 48:14
**DVD's** [1] - 48:17

**E**

**e-mail** [1] - 131:8
**ear** [25] - 10:13, 13:24, 14:7, 17:8, 30:18, 38:8, 54:1, 54:4, 54:17, 54:24, 56:7, 56:9, 70:17, 78:17, 81:7, 86:6, 92:3, 98:13, 99:24, 102:3, 113:11, 121:10, 124:17
**early** [5] - 39:1, 61:24, 66:17, 66:18, 129:20
**easy** [1] - 30:1
**eat** [3] - 101:9, 125:10, 125:11
**effect** [1] - 16:7
**eight** [7] - 31:17, 32:4, 37:11, 51:23, 59:25, 60:7, 132:12
**Eight** [1] - 47:18
**either** [10] - 12:20, 15:12, 23:25, 33:23,

48:5, 73:5, 122:12, 129:19, 129:22, 133:5
**elaborate** [2] - 29:22, 29:23
**elements** [1] - 86:1
**employee** [17] - 18:15, 18:18, 19:3, 19:13, 19:15, 20:19, 21:15, 23:3, 23:5, 23:9, 23:14, 25:17, 25:19, 26:11, 27:8, 30:10, 31:3
**employees** [8] - 15:10, 28:25, 29:16, 30:9, 30:17, 42:25, 104:22, 114:18
**employees'** [1] - 19:1
**employer** [12] - 15:24, 16:5, 18:18, 18:24, 19:4, 21:1, 23:6, 25:16, 27:8, 28:25, 31:3
**employers** [2] - 16:2, 25:1
**encountered** [1] - 130:25
**end** [49] - 4:11, 13:9, 14:20, 15:22, 18:16, 22:11, 23:17, 23:21, 25:23, 26:6, 26:9, 27:25, 28:4, 28:21, 28:22, 40:19, 42:15, 43:3, 69:9, 69:14, 70:9, 70:14, 72:1, 78:1, 84:14, 84:24, 85:10, 86:11, 86:21, 87:9, 87:14, 90:21, 91:3, 101:13, 102:1, 102:6, 104:12, 105:2, 107:12, 113:13, 113:22, 120:13, 120:14, 122:4, 123:24, 124:5, 124:22, 125:14, 125:17
**ended** [2] - 11:15, 102:17
**ending** [1] - 20:18
**ends** [6] - 14:25, 18:11, 18:12, 28:11, 40:20, 102:7
**engines** [1] - 37:22
**English** [1] - 3:13
**enter** [1] - 42:3
**entering** [1] - 124:23
**entire** [4] - 88:5, 88:13, 94:19, 105:25
**equipment** [66] - 14:10, 19:8, 35:12, 38:2, 38:5, 39:21, 40:6, 40:16, 40:18, 40:21, 40:24, 41:12, 41:18, 41:22, 41:25, 42:10, 43:3, 43:13, 43:16, 72:9, 72:11, 73:2, 73:3, 77:4,

77:7, 77:24, 79:15, 80:4, 80:25, 81:4, 84:17, 84:22, 85:22, 86:4, 86:10, 86:12, 86:17, 86:19, 87:13, 88:20, 92:2, 98:9, 98:12, 99:2, 100:12, 101:1, 101:5, 103:7, 103:12, 104:1, 104:4, 105:2, 108:2, 108:3, 109:21, 110:2, 117:24, 121:6, 121:8, 122:15, 122:19, 122:25, 123:25, 125:6, 128:8, 132:20
**Eric** [1] - 2:7
**Esquire** [4] - 1:16, 1:17, 1:18, 1:19
**essentially** [2] - 30:8, 51:23
**establishes** [1] - 13:1
**et** [2] - 2:3, 135:5
**ET** [2] - 1:4, 1:6
**evening** [1] - 129:19
**evenings** [1] - 86:16
**events** [1] - 103:21
**evidence** [8] - 3:16, 13:20, 14:9, 14:22, 15:1, 45:16
**evisceration** [8] - 44:23, 96:6, 97:25, 106:1, 106:3, 106:6, 106:10, 106:11
**Evisceration** [17] - 36:25, 37:1, 37:3, 37:12, 41:6, 94:18, 94:19, 94:23, 94:25, 95:10, 95:12, 98:2, 105:11, 107:20, 110:9, 120:7, 122:5
**Exactly** [2] - 9:10, 12:2
**exactly** [4] - 29:21, 50:24, 56:5, 64:19
**examination** [1] - 129:5
**EXAMINATION** [22] - 36:7, 43:22, 71:20, 72:24, 73:18, 87:22, 93:3, 93:24, 105:23, 118:16, 127:14, 134:4, 134:4, 134:5, 134:5, 134:7, 134:7, 134:8, 134:9, 134:10, 134:11, 134:12
**example** [8] - 18:20, 30:17, 37:13, 43:15, 72:10, 75:21, 76:8, 91:22
**Excel** [2] - 31:25, 132:18
**Excellent** [1] - 45:19
**Except** [1] - 91:16
**except** [4] - 5:17, 10:17,

32:18, 35:25
**exception** [5] - 8:4, 13:1, 22:20, 24:20, 28:19
**exclusion** [1] - 8:4
**excuse** [1] - 64:1
**Excuse** [3] - 44:25, 120:1, 133:21
**excused** [2] - 2:21, 2:24
**Exhibit** [13] - 51:13, 51:14, 53:7, 53:8, 53:11, 53:25, 54:6, 55:11, 59:4, 68:9, 68:22, 68:23, 130:13
**exhibit** [3] - 55:5, 129:17, 129:20
**exhibits** [6] - 3:18, 3:19, 45:18, 69:2, 129:16, 129:24
**exit** [1] - 125:25
**expect** [3] - 4:25, 131:17, 132:6
**expected** [1] - 84:12
**expert** [5] - 4:10, 6:24, 17:15, 48:17, 130:17
**experts** [3] - 6:22, 6:23, 45:3
**explain** [3] - 30:15, 74:10, 96:12
**explaining** [2] - 120:22, 132:19
**exposure** [1] - 8:24
**extension** [1] - 131:1
**extent** [2] - 4:4, 6:3
**extra** [6] - 7:15, 46:2, 46:3, 89:17, 89:19, 93:5
**eye** [2] - 38:10, 38:11
**eyes** [4] - 68:10, 76:16, 76:21, 92:10

**F**

**fabric** [10] - 77:14, 77:17, 77:19, 77:21, 77:22, 81:19, 82:8, 98:21, 108:19, 121:15
**face** [11] - 37:17, 40:8, 40:11, 40:13, 64:8, 74:2, 76:15, 92:10, 92:16, 92:19
**fact** [5] - 5:6, 11:23, 16:21, 132:24, 133:16
**facts** [3] - 25:25, 26:22, 26:24
**failure** [1] - 9:7
**faith** [12] - 7:10, 7:12, 8:10, 8:12, 8:19, 8:20, 8:23, 9:2, 9:6, 13:4, 18:1, 82:25
**false** [1] - 11:8

**far** [2] - 26:15, 43:1
**farming** [1] - 49:18
**FARMS** [1] - 1:6
**Farms** [2] - 2:4, 135:5
**fashion** [1] - 72:9
**fast** [3] - 44:11, 47:22, 92:18
**fat** [12] - 75:10, 83:20, 91:4, 92:9, 92:19, 92:25, 93:1, 117:18, 123:9, 123:10, 123:11, 123:16
**faucets** [2] - 50:16, 50:19
**fault** [1] - 72:20
**feathers** [4] - 47:10, 49:10, 49:14, 49:21
**Federal** [2] - 19:7, 19:12
**Federally** [2] - 34:19, 34:22
**feet** [1] - 52:18
**few** [4] - 3:5, 17:23, 71:22, 97:24
**fifth** [1] - 7:10
**fighting** [1] - 118:1
**figure** [2] - 130:20, 131:6
**file** [1] - 131:1
**filed** [3] - 2:15, 2:16, 114:20
**fill** [1] - 47:6
**filled** [1] - 117:18
**filling** [1] - 100:10
**film** [1] - 128:20
**finally** [4] - 9:11, 14:5, 16:14, 96:5
**Finally** [2] - 40:19, 102:6
**findings** [3] - 11:23, 31:20, 32:2
**fine** [5] - 2:19, 48:7, 129:11, 130:5, 133:11
**fingers** [1] - 120:17
**finish** [4] - 68:3, 83:16, 83:19, 131:25
**finished** [9] - 5:1, 69:10, 85:10, 85:12, 85:21, 85:22, 90:4, 100:19, 125:15
**fired** [5] - 38:18, 72:16, 88:2, 118:1, 122:16
**First** [6] - 17:25, 35:6, 77:25, 99:11, 111:17, 121:2
**first** [47] - 3:9, 6:15, 6:19, 13:23, 20:9, 22:17, 24:4, 26:2, 27:20, 29:10, 34:11, 41:1, 47:5, 62:21, 63:1, 63:11, 75:9, 75:24, 77:8, 80:8, 80:9, 80:23, 80:24, 81:5, 81:6, 81:23,

83:10, 84:3, 84:4, 85:6,
86:25, 88:24, 88:25,
95:12, 95:13, 99:8,
99:12, 100:17, 102:7,
102:10, 119:15, 121:15,
121:21, 123:7, 125:8,
126:1, 126:8
  **five** [12] - 23:13, 29:15,
30:4, 30:5, 30:19, 31:11,
31:13, 31:16, 39:18,
63:10, 125:4, 132:22
  **Flanagan** [7] - 1:17,
2:4, 7:21, 34:11, 48:9,
82:19, 83:6
  **FLANAGAN** [45] -
34:12, 36:1, 36:8, 41:10,
41:17, 45:4, 45:14,
45:17, 48:12, 48:16,
48:20, 49:16, 62:23,
71:4, 71:14, 71:18,
71:21, 73:10, 73:19,
74:5, 74:9, 82:20, 83:7,
93:4, 93:11, 93:18,
93:25, 115:7, 115:17,
115:20, 118:5, 118:8,
118:17, 127:7, 128:13,
130:17, 130:21, 131:4,
131:10, 134:4, 134:5,
134:7, 134:8, 134:9,
134:11
  **flannel** [1] - 121:17
  **floor** [3] - 52:7, 52:19,
57:21
  **flow** [1] - 5:23
  **folks** [3] - 30:22,
115:24, 132:25
  **follow** [1] - 62:5
  **follows** [1] - 116:5
  **food** [4] - 101:8, 112:10,
112:13, 125:13
  **footage** [1] - 48:18
  **FOR** [1] - 1:1
  **forcing** [1] - 127:9
  **foregoing** [1] - 135:7
  **forever** [1] - 17:13
  **forget** [2] - 6:25, 9:20
  **form** [2] - 72:6, 72:18
  **forth** [3] - 10:14, 22:15,
24:2
  **four** [20] - 3:12, 4:15,
32:5, 51:14, 63:9, 77:9,
77:11, 81:2, 81:15, 82:2,
82:7, 85:13, 87:3, 88:24,
89:1, 89:11, 100:20,
121:23, 125:12, 132:22
  **four-two** [1] - 51:14
  **fourth** [1] - 77:17
  **Fourth** [1] - 22:20,
23:19, 25:11
  **framing** [1] - 12:16

  **frankly** [4] - 25:20,
31:20, 45:11, 129:19
  **free** [2] - 12:19, 60:12
  **fresh** [1] - 133:1
  **Friday** [19] - 2:16, 5:1,
5:15, 5:16, 61:5, 61:12,
61:15, 61:20, 70:10,
86:11, 86:18, 86:19,
86:20, 91:16, 117:21,
128:9, 132:24, 133:1,
133:10
  **Friday's** [2] - 5:1, 5:2
  **Fridays** [8] - 42:11,
42:12, 70:11, 70:13,
86:12, 91:23, 91:24,
117:20
  **front** [3] - 44:8, 51:23,
69:5
  **frozen** [1] - 76:12
  **fulfill** [1] - 122:11
  **full** [7] - 83:20, 84:11,
85:15, 85:18, 91:4,
93:20, 115:18
  **Full** [1] - 83:20
  **fumigate** [1] - 61:11
  **functions** [1] - 17:16
  **fundamental** [1] - 26:8
  **fundamentally** [4] -
15:23, 17:21, 18:8, 25:7
  **Fundamentally** [2] -
17:14, 23:23

# G

  **gap** [1] - 3:21
  **gear** [10] - 38:16, 38:19,
72:15, 79:12, 79:18,
79:22, 80:19, 80:20,
122:8, 124:9
  **generally** [1] - 54:22
  **generic** [8] - 9:23,
13:17, 13:22, 14:2, 15:8,
30:21, 33:1
  **Georgetown** [1] - 73:22
  **given** [5] - 55:16, 59:8,
120:23, 121:22
  **glasses** [19] - 68:12,
68:14, 68:20, 70:15,
71:25, 78:18, 78:20,
84:18, 85:1, 92:5, 92:11,
98:13, 99:25, 100:22,
102:3, 102:18, 113:11,
121:10, 121:11
  **glove** [37] - 10:6, 10:8,
15:9, 18:21, 19:11,
19:16, 22:7, 33:23,
77:12, 77:14, 77:15,
77:16, 77:18, 77:19,
77:22, 88:23, 89:4, 89:7,

89:14, 89:15, 89:25,
108:5, 108:7, 108:11,
108:14, 108:15, 111:19,
111:20, 121:16, 121:18,
121:19, 121:20, 121:21
  **Gloves** [3] - 38:6,
39:10, 121:15
  **gloves** [139] - 10:17,
12:11, 14:18, 14:19,
14:23, 15:11, 15:12,
19:18, 21:7, 28:13,
30:25, 33:21, 38:7,
38:13, 39:14, 39:23,
40:8, 40:22, 47:24, 48:2,
51:12, 51:13, 51:14,
51:18, 51:20, 51:21,
56:23, 56:24, 63:24,
64:4, 64:10, 64:13,
64:15, 64:19, 64:21,
65:4, 66:24, 67:4, 67:8,
67:14, 67:18, 67:19,
67:23, 69:13, 70:16,
71:25, 77:10, 77:11,
78:1, 79:12, 81:12,
81:15, 81:17, 81:18,
81:19, 81:20, 81:21,
81:24, 82:2, 82:7, 83:24,
84:18, 85:1, 85:2, 85:3,
85:5, 85:9, 86:5, 88:24,
89:2, 89:8, 89:9, 89:11,
89:14, 90:1, 90:15,
90:22, 91:9, 93:6, 98:13,
98:16, 98:17, 98:18,
98:19, 98:20, 98:22,
98:23, 98:25, 99:25,
100:6, 100:22, 100:24,
102:2, 102:18, 108:9,
108:11, 108:14, 108:17,
108:23, 109:8, 109:11,
109:19, 109:22, 110:2,
111:13, 111:15, 111:16,
111:17, 111:19, 111:20,
112:19, 113:1, 113:4,
113:14, 116:24, 117:1,
117:2, 117:6, 117:11,
117:17, 121:14, 121:23,
121:24, 122:2, 122:13,
123:15, 123:22, 124:2,
124:4, 124:25, 126:11
  **Goggles** [1] - 38:8
  **goggles** [4] - 60:14,
60:16, 68:9, 68:13
  **grab** [11] - 17:11, 45:23,
45:24, 46:15, 46:16,
46:18, 46:21, 46:23,
46:24, 47:24, 52:5
  **granted** [1] - 2:14
  **grasping** [1] - 16:15
  **grease** [5] - 76:14,
83:21, 85:15, 85:18,

117:18
  **great** [2] - 129:18, 131:9
  **Great** [4] - 45:19, 46:3,
130:7, 131:11
  **ground** [1] - 34:6
  **grounds** [1] - 33:8
  **group** [1] - 30:24
  **guess** [10] - 4:7, 8:18,
9:13, 10:5, 12:3, 20:23,
48:12, 49:17, 84:22,
129:15
  **guns** [1] - 131:14
  **guys** [1] - 57:21

# H

  **hac** [1] - 2:14
  **hair** [39] - 10:12, 10:13,
11:4, 11:19, 13:23, 14:6,
17:8, 17:11, 28:14,
30:18, 38:8, 39:8, 53:4,
53:8, 54:23, 56:14,
56:17, 56:20, 61:17,
70:15, 71:24, 78:14,
78:15, 78:16, 79:13,
81:7, 86:6, 92:3, 99:20,
99:21, 99:22, 121:10,
124:11, 127:20, 127:23,
127:25, 128:6
  **hairstyle** [1] - 74:4
  **half** [7] - 4:10, 12:10,
57:12, 59:13, 96:14,
131:19, 131:20
  **hand** [22] - 33:24,
34:14, 50:3, 50:6, 50:8,
51:5, 73:11, 89:13,
89:15, 111:21, 120:15,
120:23, 120:25, 121:3,
121:17, 121:20, 126:20,
126:23, 127:3, 127:8
  **handle** [4] - 7:21, 50:6,
51:4, 51:18
  **handling** [2] - 69:11,
71:9
  **hands** [12] - 19:1,
39:25, 40:7, 40:12,
44:14, 51:17, 51:19,
64:9, 80:14, 81:14,
98:25, 111:18
  **hang** [32] - 21:7, 37:5,
37:6, 37:7, 37:9, 40:9,
40:10, 44:5, 44:9, 44:15,
44:16, 44:18, 44:22,
45:24, 46:6, 46:13,
46:24, 46:25, 47:13,
47:16, 47:20, 52:5, 52:6,
63:25, 64:2, 65:6, 65:7,
90:11, 97:2, 100:23,
109:10, 124:1

  **Hang** [1] - 40:8
  **hanging** [5] - 25:20,
46:15, 80:13, 83:24,
112:19
  **hangs** [1] - 46:13
  **hard** [6] - 11:5, 11:25,
12:10, 24:25, 82:3, 92:18
  **harder** [1] - 19:5
  **hardworking** [1] - 23:13
  **hat** [3] - 11:5, 11:25,
12:10
  **hazard** [1] - 19:9
  **head** [4] - 20:11, 27:5,
53:12, 105:9
  **Health** [2] - 19:8, 19:12
  **hear** [6] - 7:24, 35:14,
35:17, 73:25, 74:3, 82:12
  **heard** [2] - 74:5, 74:6
  **hearing** [4] - 32:11,
42:18, 49:13, 104:17
  **heat** [2] - 51:3, 125:13
  **heavier** [1] - 11:3
  **heavy** [2] - 91:19, 91:25
  **helmet** [27] - 39:9,
40:23, 54:5, 54:8, 54:9,
54:13, 54:17, 54:23,
55:16, 55:19, 55:21,
60:25, 70:15, 70:17,
71:24, 78:14, 78:15,
78:17, 79:12, 81:7, 86:6,
98:13, 99:21, 99:23,
102:18, 123:10, 123:11
  **Helmet** [1] - 121:10
  **helmets** [1] - 124:11
  **help** [3] - 6:2, 48:6,
78:11
  **helpful** [6] - 3:6, 12:16,
29:11, 45:11, 45:15,
132:19
  **helps** [1] - 78:10
  **HEMMENDINGER** [6] -
2:7, 2:11, 2:17, 2:20,
2:23, 3:4
  **Hemmendinger** [1] -
2:8
  **hereby** [1] - 135:3
  **hereunto** [1] - 135:10
  **high** [2] - 52:1, 52:4
  **history** [2] - 6:4, 16:3
  **hit** [1] - 131:7
  **hits** [1] - 52:2
  **Hmm** [3] - 58:8, 58:11,
58:13
  **Hold** [1] - 93:9
  **hold** [1] - 132:7
  **holds** [1] - 53:16
  **home** [62] - 7:6, 7:8,
8:7, 13:3, 13:25, 16:24,
17:2, 17:5, 17:12, 18:1,
38:19, 42:8, 42:10,

42:12, 42:15, 42:19, 42:22, 42:25, 43:3, 43:11, 43:12, 60:22, 61:1, 61:3, 61:5, 61:13, 61:20, 70:6, 70:11, 70:21, 70:25, 71:2, 79:22, 79:25, 80:2, 80:5, 80:25, 86:10, 86:20, 91:16, 91:23, 103:17, 104:4, 104:16, 104:18, 104:20, 104:22, 105:1, 105:2, 114:10, 114:18, 115:12, 116:13, 116:18, 117:21, 127:16, 127:20, 127:23, 128:6, 128:9

**honestly** [1] - 3:19
**Honor** [51] - 2:7, 3:4, 3:8, 4:14, 5:6, 6:11, 6:13, 12:18, 17:22, 18:2, 19:2, 20:17, 22:3, 24:1, 25:25, 26:6, 27:4, 27:21, 29:24, 30:13, 31:9, 32:22, 33:16, 35:3, 35:9, 35:13, 45:5, 48:7, 48:22, 51:10, 55:4, 57:18, 62:23, 71:11, 72:21, 73:24, 75:12, 82:22, 83:4, 89:16, 114:20, 116:4, 118:3, 118:5, 127:4, 128:2, 128:11, 128:13, 128:15, 129:7, 133:3

**Honorable** [1] - 1:12
**hook** [2] - 21:6, 46:25
**hooks** [1] - 100:23
**hope** [5] - 3:13, 32:13, 32:14, 32:19, 35:5
**hoped** [1] - 45:1
**Hopefully** [2] - 5:11, 45:7
**hopes** [1] - 32:13
**hoping** [2] - 31:21, 68:3
**hose** [6] - 66:7, 66:8, 83:22, 90:9, 91:12, 123:18
**hoses** [1] - 117:11
**hot** [21] - 37:5, 37:13, 37:15, 43:16, 43:17, 47:9, 50:1, 50:2, 50:4, 50:5, 50:12, 64:20, 76:8, 83:5, 83:21, 90:23, 98:4, 105:8, 105:9
**Hour** [4] - 16:25, 17:13, 131:19, 131:20
**hour** [10] - 3:21, 5:14, 5:16, 36:20, 75:2, 88:16, 88:18, 94:12, 131:12
**hours** [31] - 3:23, 5:21, 6:22, 23:21, 37:11, 47:18, 51:23, 75:20,

75:21, 75:22, 75:24, 75:25, 76:1, 76:2, 76:3, 76:4, 78:19, 88:10, 88:17, 95:22, 96:19, 96:22, 102:12, 132:22, 133:10
**house** [4] - 99:3, 123:3, 127:25, 128:7
**HR** [1] - 4:18
**hum** [1] - 27:3
**Human** [1] - 42:23
**human** [3] - 19:19, 19:25, 20:1
**Humberto** [1] - 4:16
**hundred** [8] - 8:24, 9:3, 30:1, 30:4, 56:22, 56:23
**hung** [1] - 13:24, 14:24, 47:2, 47:12, 51:6, 67:5, 80:14, 109:18, 110:1
**hurrying** [1] - 126:3
**hurt** [8] - 19:14, 19:15, 126:18, 126:20, 126:23, 127:3, 127:8, 127:9

**I**

**identical** [1] - 29:16
**identified** [1] - 10:24
**identify** [1] - 32:25
**ignore** [1] - 6:8
**imagine** [1] - 5:5
**Imagine** [1] - 25:1
**important** [8] - 6:15, 13:15, 13:21, 14:9, 14:13, 19:1, 20:15, 33:10
**Important** [1] - 23:10
**impression** [1] - 48:13
**IN** [1] - 1:1
**Inc** [2] - 2:4, 135:5
**INC** [1] - 1:6
**includes** [3] - 15:24, 56:21, 61:17
**Including** [2] - 10:12, 10:13
**including** [1] - 133:7
**incorrect** [2] - 28:17, 45:23
**INDEX** [1] - 134:1
**indicated** [8] - 49:24, 54:16, 66:1, 68:8, 88:9, 89:17, 91:2, 112:25
**indicating** [1] - 47:1
**indispensable** [17] - 6:18, 6:21, 13:2, 14:4, 14:16, 15:7, 15:18, 15:21, 15:22, 16:2, 16:6, 18:3, 21:25, 22:8, 26:12, 33:4, 34:2
**individual** [1] - 52:22

**individuals** [1] - 35:25
**infect** [2] - 113:7, 113:8
**inflamed** [1] - 120:16
**initial** [1] - 105:25
**injury** [1] - 33:20
**innards** [1] - 102:13
**inquire** [2] - 57:17, 75:11
**inside** [3] - 39:10, 51:19, 104:2
**inspector** [4] - 96:20, 96:23, 102:12, 124:24
**inspectors** [1] - 101:20
**instance** [3] - 83:13, 84:9, 84:15
**integral** [17] - 6:18, 6:20, 13:1, 14:4, 14:16, 15:7, 15:18, 15:20, 15:22, 16:2, 16:5, 18:3, 21:24, 22:7, 26:12, 33:4, 34:1
**interactive** [1] - 132:17
**interested** [2] - 2:22, 2:23
**interfere** [1] - 35:5
**interlocked** [1] - 98:21
**interpreted** [2] - 35:15, 89:14
**interpreter** [13] - 48:22, 57:17, 71:16, 73:24, 75:11, 87:10, 89:13, 97:15, 109:25, 111:1, 112:2, 120:1, 124:19
**Interpreter** [6] - 34:19, 34:23, 35:1, 73:13, 93:14, 118:10
**INTERPRETER** [23] - 35:13, 48:7, 48:22, 48:25, 49:2, 49:6, 49:8, 49:10, 49:12, 49:17, 57:17, 67:21, 73:24, 74:8, 75:11, 87:10, 97:15, 109:24, 110:25, 112:2, 112:5, 124:19, 127:1
**interpreter's** [2] - 83:20, 120:2
**Interpreter's** [2] - 85:24, 98:15
**interpreters** [1] - 34:13
**INTERPRETERS** [1] - 34:16
**Interpreters** [1] - 34:15
**interrogatory** [1] - 129:23
**interrupt** [3] - 11:21, 45:21, 46:1
**interrupted** [2] - 26:25, 29:6
**interruptions** [1] -

133:8
**introduce** [2] - 3:16, 129:12
**introduced** [1] - 43:25
**introducing** [2] - 128:20, 132:18
**involve** [1] - 7:4
**involved** [5] - 14:19, 21:23, 21:24, 24:22, 132:21
**Irwin** [1] - 4:15
**issue** [25] - 4:8, 6:19, 6:20, 7:1, 7:2, 7:6, 7:7, 7:10, 7:13, 8:12, 9:8, 9:16, 10:21, 10:23, 13:5, 13:14, 14:6, 16:14, 20:12, 24:11, 25:21, 27:16, 28:18, 30:22, 57:4
**issued** [2] - 59:24, 62:11
**issues** [8] - 6:14, 7:17, 7:18, 12:23, 13:7, 14:8, 16:15, 25:5
**item** [8] - 14:17, 15:8, 16:15, 16:17, 18:19, 54:7, 55:10, 81:4
**items** [27] - 9:14, 12:8, 13:18, 13:21, 13:22, 14:6, 14:12, 14:23, 15:17, 16:13, 17:4, 20:20, 20:23, 29:17, 30:2, 30:3, 30:11, 30:14, 30:19, 33:1, 33:9, 33:25, 54:22, 60:22, 64:6, 122:15

**J**

**Jane** [2] - 1:17, 2:4
**job** [20] - 29:15, 37:4, 44:5, 44:13, 47:16, 47:21, 53:5, 59:20, 75:7, 75:23, 76:3, 95:13, 96:3, 96:8, 96:18, 105:25, 107:23, 110:3, 126:17
**jobs** [2] - 75:18, 95:19
**judge** [2] - 15:16, 34:4
**Judge** [7] - 1:12, 11:21, 11:23, 32:23, 34:3, 34:5, 43:24
**judgment** [3] - 6:5, 13:11, 114:21
**judicial** [4] - 13:1, 22:19, 24:20, 28:19
**July** [7] - 42:19, 104:17, 114:10, 114:15, 114:17, 115:11, 116:11
**June** [3] - 74:17, 74:21, 74:22

**jury** [3] - 4:3, 5:7, 5:11

**K**

**keep** [10] - 24:25, 25:1, 54:3, 74:3, 78:10, 81:13, 83:1, 91:24, 122:24
**keeps** [1] - 124:19
**kept** [2] - 109:21, 127:23, 128:6
**Kevlar** [4] - 14:19, 18:20, 22:6, 33:24
**keys** [1] - 133:17
**kind** [20] - 12:22, 14:2, 14:4, 15:14, 31:21, 38:7, 38:13, 52:7, 53:8, 53:9, 53:10, 77:17, 79:3, 82:25, 98:16, 103:1, 103:10, 130:18, 131:1
**kinds** [5] - 10:24, 77:9, 77:11, 77:20, 77:22
**King** [1] - 27:13
**knife** [4] - 88:23, 107:11, 107:15, 107:22
**knights** [1] - 33:13
**knives** [4] - 15:12, 127:10, 127:11, 127:12
**knowledge** [1] - 115:4

**L**

**L-U-I-S-A** [1] - 73:16
**lab** [3] - 55:5, 62:10, 114:10
**Labor** [1] - 11:6
**laid** [1] - 13:12
**lap** [1] - 67:2
**Larry** [2] - 1:18, 2:6
**last** [20] - 4:17, 7:13, 16:14, 17:17, 43:10, 45:11, 60:10, 69:9, 73:15, 84:4, 87:24, 93:21, 97:24, 106:25, 117:25, 118:12, 123:8, 126:7, 126:9, 126:17
**Last** [1] - 36:6
**late** [4] - 63:5, 63:11, 66:18, 124:20
**Lately** [1] - 38:12
**lately** [1] - 36:22
**latter** [1] - 112:3
**lavaliere** [1] - 41:15
**law** [12] - 6:6, 7:3, 7:10, 9:1, 11:8, 11:23, 19:12, 26:11, 27:22, 33:10, 34:3, 46:2
**laws** [1] - 19:8
**leader** [25] - 97:9,

97:10, 97:13, 97:18, 97:19, 97:22, 97:24, 99:10, 100:7, 102:8, 103:9, 106:15, 106:16, 106:19, 106:23, 107:4, 107:19, 107:20, 107:22, 108:3, 108:9, 108:25, 109:2, 109:5, 109:7
**least** [3] - 32:14, 132:12, 132:22
**leather** [1] - 79:7
**Leather** [1] - 79:8
**leave** [39] - 38:25, 40:9, 40:10, 40:16, 40:18, 41:22, 42:14, 43:5, 61:2, 69:5, 69:7, 70:6, 70:9, 70:13, 71:25, 81:2, 83:15, 83:24, 84:11, 85:12, 85:13, 86:8, 86:13, 86:19, 87:18, 87:19, 90:24, 94:7, 105:11, 117:14, 123:3, 123:7, 124:15, 125:7, 126:8, 133:12, 133:17
**leaving** [9] - 83:18, 86:22, 86:25, 87:20, 124:1, 124:5, 125:8
**lectern** [1] - 12:20
**left** [197] - 67:5, 71:23, 75:1, 85:15, 86:8, 88:2, 91:25, 94:11, 104:10, 106:6, 112:12, 112:19, 113:13, 113:20, 114:1, 117:5, 117:8, 121:16
**legitimate** [1] - 25:5
**legs** [5] - 44:22, 45:24, 46:16, 46:18, 46:23, 95:16, 95:25
**lenses** [3] - 38:10, 38:11, 79:13
**less** [9] - 3:2, 41:7, 47:15, 50:5, 50:10, 50:11, 52:2, 54:20, 59:13
**letter** [2] - 120:21, 120:22
**letting** [1] - 5:23
**level** [1] - 9:7
**Lexington** [8] - 13:12, 15:2, 21:2, 23:24, 24:7, 26:17, 26:20, 26:22
**liabilities** [1] - 31:14
**liability** [8] - 8:22, 29:21, 30:6, 30:22, 31:15, 31:18, 32:8, 32:9
**lies** [1] - 18:5
**light** [2] - 6:4, 130:16
**limitations** [3] - 7:15, 8:12, 8:13
**limits** [1] - 8:23
**line** [86] - 14:20, 26:16,

28:12, 37:8, 37:9, 39:18, 39:20, 40:16, 41:1, 44:8, 46:7, 46:8, 46:9, 46:11, 47:6, 47:13, 47:23, 51:15, 52:3, 52:23, 60:16, 63:10, 66:17, 66:18, 75:17, 76:18, 76:21, 84:12, 84:13, 84:20, 87:2, 87:17, 87:20, 88:11, 92:18, 95:5, 95:8, 96:6, 96:9, 96:10, 96:18, 97:2, 97:8, 97:19, 97:22, 97:24, 97:25, 98:1, 99:14, 99:15, 100:7, 100:19, 101:14, 102:8, 102:9, 102:10, 102:11, 102:13, 102:15, 102:17, 103:9, 106:1, 106:3, 106:6, 106:14, 106:15, 106:16, 106:19, 106:23, 107:3, 107:12, 107:19, 107:22, 108:3, 108:9, 108:25, 109:2, 109:4, 109:5, 109:7, 123:18, 125:4, 127:4
**Line** [7] - 44:9, 95:9, 95:10, 97:18, 115:10, 115:18
**lines** [2] - 117:12, 128:2
**liquidated** [1] - 9:1
**list** [2] - 17:8, 129:17
**literally** [1] - 33:20
**live** [1] - 128:22
**liver** [2] - 102:13, 102:14
**local** [1] - 2:8
**located** [2] - 74:24, 119:6
**location** [2] - 87:16, 87:17
**lock** [1] - 70:12
**locked** [1] - 133:14
**locker** [50] - 39:8, 39:11, 40:24, 41:19, 42:3, 42:4, 42:5, 42:7, 42:9, 42:14, 57:24, 58:1, 61:2, 61:12, 69:15, 70:3, 70:6, 70:9, 70:14, 71:24, 72:1, 80:21, 80:22, 81:4, 86:3, 86:4, 86:13, 90:25, 91:6, 91:14, 91:24, 99:20, 103:18, 103:19, 103:20, 104:2, 104:3, 104:6, 104:10, 104:14, 104:15, 105:14, 117:21, 122:20, 123:1, 126:12, 126:13, 128:1, 128:9
**lockers** [6] - 42:13, 42:16, 61:9, 87:8, 87:14,

105:18
**Lombard** [1] - 1:23
**look** [26] - 8:15, 8:16, 9:8, 11:14, 11:15, 14:1, 14:14, 14:15, 19:4, 21:2, 22:24, 23:1, 23:24, 24:3, 24:15, 25:8, 25:15, 27:23, 28:20, 28:23, 33:11, 45:21, 115:7, 129:21, 129:24, 132:20
**looked** [4] - 2:14, 11:22, 15:17, 31:19
**looking** [5] - 13:5, 24:24, 26:21, 27:24, 29:6
**looks** [3] - 4:8, 129:5, 133:7
**loose** [1] - 10:23
**Lopez** [2] - 93:11, 116:23
**LORENZANA** [1] - 34:18
**Lorenzana** [2] - 34:18, 48:5
**lost** [1] - 133:16
**lower** [3] - 75:9, 76:2, 76:11
**Lower** [1] - 75:16
**loyal** [1] - 23:13
**LUISA** [3] - 1:4, 73:12, 134:6
**Luisa** [4] - 2:3, 73:10, 73:16, 135:4
**Lunch** [1] - 18:5
**lunch** [141] - 13:10, 14:22, 14:25, 15:1, 15:4, 18:7, 18:13, 18:14, 18:16, 20:12, 20:22, 21:3, 21:11, 21:12, 21:14, 21:16, 22:1, 22:16, 22:18, 22:21, 23:1, 23:2, 23:10, 23:17, 23:22, 23:24, 24:2, 24:9, 24:11, 24:15, 24:16, 24:20, 24:22, 25:1, 25:9, 25:13, 25:15, 25:23, 26:13, 27:2, 27:5, 27:9, 27:11, 27:25, 28:7, 28:10, 28:23, 29:4, 38:25, 40:3, 40:4, 40:5, 40:6, 40:12, 57:14, 58:3, 63:14, 63:16, 63:23, 64:3, 64:9, 65:2, 65:6, 65:10, 65:11, 66:2, 66:8, 66:12, 66:15, 66:22, 71:7, 80:17, 82:10, 82:22, 82:23, 83:8, 83:9, 83:10, 83:13, 83:17, 83:25, 84:2, 84:4, 84:6, 84:7, 84:10, 84:11, 84:14, 84:24, 84:25,

85:7, 89:24, 90:6, 90:12, 99:13, 100:16, 100:17, 101:2, 101:5, 101:9, 101:13, 102:1, 103:17, 104:16, 109:7, 109:19, 110:1, 110:14, 110:15, 110:20, 110:23, 110:24, 111:3, 111:5, 111:9, 111:25, 112:6, 112:13, 112:18, 112:22, 112:25, 113:10, 116:24, 117:5, 123:6, 123:14, 123:21, 124:5, 124:8, 124:9, 124:22, 125:2, 125:3, 125:9, 125:11, 128:25
**Luncheon** [1] - 82:17
**lunches** [1] - 25:3
**lunchtime** [1] - 13:6

**M**

**ma'am** [1] - 35:20
**machine** [3] - 96:13, 96:15
**machinery** [1] - 37:22
**machines** [3] - 113:6, 113:8, 117:12
**mail** [1] - 131:8
**mailbox** [1] - 131:8
**majority** [1] - 25:19
**manager** [2] - 4:15, 4:18
**mandatory** [1] - 89:12
**mandil** [3] - 98:14, 98:15, 124:19
**mangle** [2] - 4:17
**manner** [1] - 135:9
**March** [3] - 1:10, 94:10, 135:6
**Maria** [2] - 118:8, 118:14
**MARIA** [3] - 118:9, 118:15, 134:11
**marked** [3] - 51:13, 53:10, 68:22
**marketing** [1] - 45:12
**Mary** [3] - 1:22, 135:3, 135:15
**MARYLAND** [1] - 1:1
**Maryland** [2] - 1:11, 1:24
**material** [2] - 53:19, 98:19
**matrix** [1] - 17:18
**matter** [12] - 2:2, 5:6, 6:6, 17:1, 26:11, 31:23, 31:25, 32:7, 33:10, 34:3, 135:4, 135:9
**mattered** [1] - 125:25

**matters** [3] - 3:9, 5:18, 7:5
**McDonalds** [1] - 27:1
**mean** [38] - 6:1, 8:14, 12:3, 20:3, 21:11, 23:4, 26:13, 27:1, 30:8, 33:13, 37:16, 45:12, 50:8, 50:15, 51:20, 78:12, 79:20, 82:4, 89:14, 91:23, 92:21, 93:7, 96:12, 99:9, 111:19, 111:20, 112:12, 112:14, 112:16, 115:2, 116:17, 120:14, 129:3, 129:4, 129:13, 130:21, 131:21, 132:21
**meaning** [3] - 21:25, 22:1, 49:15
**means** [3] - 54:13, 75:15, 79:21
**meant** [2] - 64:13, 79:2
**measure** [2] - 18:15, 21:21
**mechanical** [1] - 32:2
**mechanics** [1] - 68:15
**meeting** [1] - 42:23
**meets** [1] - 24:2
**mention** [2] - 9:15, 78:14
**mentioned** [3] - 49:14, 117:10, 133:9
**merely** [2] - 8:23, 16:17
**merits** [1] - 6:13
**mesh** [15] - 14:18, 15:9, 33:24, 77:16, 77:18, 77:23, 81:18, 81:21, 81:23, 82:9, 89:3, 89:6, 108:7, 108:15, 111:20
**metal** [4] - 14:18, 15:9, 33:13, 33:19, 33:20, 33:21, 33:24, 108:20
**microphone** [2] - 35:20, 35:24
**microwaves** [1] - 125:12
**midday** [2] - 3:22, 57:16
**middle** [1] - 28:5
**Might** [1] - 36:1
**might** [3] - 28:13, 72:6, 72:12
**mike** [2] - 41:9, 41:13
**Mike** [2] - 4:19, 82:24
**Millsboro** [7] - 36:11, 36:17, 74:25, 94:2, 118:19, 119:7, 119:9
**mind** [3] - 5:23, 125:21, 125:22
**mine** [2] - 46:13
**minimis** [7] - 7:3, 7:25, 13:3, 14:3, 14:13, 14:15,

18:1, 30:6, 30:20, 30:21, 31:6, 31:7, 31:16, 31:19, 32:3, 32:24, 32:25, 33:10, 34:3
**minimum** [1] - 45:2
**minor** [2] - 25:21
**minute** [6] - 46:6, 46:7, 46:8, 47:13, 71:14, 128:20
**minutes** [39] - 6:22, 6:24, 12:8, 21:3, 21:16, 21:17, 22:24, 22:25, 23:13, 23:16, 24:22, 25:2, 25:6, 29:1, 29:2, 31:16, 31:17, 32:4, 32:6, 39:18, 63:10, 63:16, 63:17, 63:18, 63:20, 66:15, 66:16, 68:4, 71:8, 82:16, 84:12, 85:14, 87:3, 115:25, 125:5, 132:11, 132:13
**misapprehending** [1] - 10:20
**misapprehension** [1] - 18:10
**miss** [1] - 126:5
**mistake** [2] - 64:12, 120:2
**Mitchell** [1] - 28:19
**mode** [1] - 35:14
**moment** [2] - 21:1, 105:22
**Monday** [9] - 1:10, 5:7, 5:11, 80:25, 86:13, 86:16, 86:18, 117:23
**Mondays** [4] - 91:22, 92:1, 122:20, 122:22
**money** [2] - 7:11, 19:22
**month** [7] - 56:8, 56:9, 60:4, 60:5, 60:6, 60:7, 60:9
**months** [2] - 51:9, 74:13
**morning** [27] - 2:10, 2:11, 2:19, 3:7, 3:8, 3:22, 3:23, 4:13, 4:14, 4:21, 4:22, 5:7, 26:2, 26:4, 34:24, 43:21, 43:24, 57:9, 57:25, 58:2, 128:19, 129:4, 129:21, 130:4, 130:6, 131:14, 132:24
**Most** [3] - 58:6, 110:9, 123:7
**most** [15] - 6:15, 12:19, 12:23, 13:16, 14:5, 15:13, 18:15, 19:1, 33:10, 41:4, 105:11, 126:1, 126:2, 126:5, 129:4

**motion** [2] - 2:13
**Mountaine** [1] - 36:15
**MOUNTAIRE** [1] - 1:6
**Mountaire** [44] - 2:3, 36:15, 36:16, 36:21, 36:23, 38:2, 74:14, 74:16, 74:19, 74:23, 75:1, 75:4, 76:23, 77:1, 83:9, 87:24, 88:5, 88:17, 94:5, 94:7, 94:9, 94:11, 94:16, 94:20, 97:3, 97:5, 97:6, 98:10, 106:1, 118:20, 119:2, 119:8, 119:13, 119:15, 119:22, 120:22, 121:4, 121:5, 121:9, 122:4, 123:21, 124:6, 126:14, 135:5
**move** [5] - 5:9, 5:12, 53:13, 69:3, 120:16
**moved** [2] - 94:25, 95:23
**moves** [1] - 53:14
**moving** [4] - 5:10, 39:24, 44:11, 83:1
**MR** [162] - 2:7, 2:11, 2:17, 2:20, 2:23, 3:2, 3:4, 3:8, 3:11, 3:23, 4:7, 4:14, 4:23, 5:6, 5:9, 5:22, 6:11, 6:13, 7:21, 8:1, 8:5, 8:8, 8:10, 8:13, 8:16, 8:20, 8:23, 9:5, 9:10, 9:19, 9:24, 10:3, 10:5, 10:10, 10:13, 10:18, 10:21, 10:23, 11:2, 11:6, 11:11, 11:14, 11:17, 11:19, 12:2, 12:5, 12:13, 12:18, 12:21, 18:2, 18:5, 18:17, 18:22, 18:25, 19:21, 20:2, 20:6, 20:9, 20:13, 20:17, 20:21, 20:25, 21:13, 21:18, 21:23, 22:3, 22:5, 22:10, 22:13, 22:17, 23:7, 23:11, 23:15, 23:18, 23:23, 24:10, 24:12, 24:14, 25:24, 26:5, 26:15, 26:17, 26:21, 26:23, 27:3, 27:15, 27:19, 27:21, 29:9, 29:13, 29:18, 29:24, 30:13, 30:17, 30:24, 31:9, 31:25, 32:18, 32:22, 33:2, 33:6, 33:9, 33:16, 34:9, 35:3, 35:9, 35:18, 43:23, 45:7, 45:22, 49:1, 49:5, 49:20, 55:1, 55:3, 55:4, 55:8, 62:18, 62:20, 68:7, 72:22, 72:25, 82:22, 83:4, 87:23, 105:24,

114:24, 115:1, 115:5, 115:9, 115:14, 115:19, 115:21, 116:4, 116:8, 127:4, 127:15, 128:15, 128:18, 128:24, 129:2, 129:7, 129:9, 129:15, 130:1, 130:3, 130:8, 130:10, 131:16, 131:19, 131:21, 131:24, 132:4, 132:8, 133:3, 133:12, 133:20, 134:4, 134:5, 134:7, 134:10, 134:12
**MS** [48] - 34:12, 34:18, 34:22, 36:1, 36:8, 41:10, 41:13, 41:17, 45:4, 45:14, 45:17, 48:12, 48:16, 48:20, 49:16, 62:23, 71:4, 71:14, 71:18, 71:21, 73:10, 73:19, 74:5, 74:9, 82:20, 83:7, 93:4, 93:11, 93:18, 93:25, 115:7, 115:17, 115:20, 118:5, 118:8, 118:17, 127:7, 128:13, 130:17, 130:21, 131:4, 131:10, 134:4, 134:5, 134:7, 134:8, 134:9, 134:11
**must** [1] - 73:2

## N

**name** [17] - 2:7, 4:17, 34:17, 34:20, 35:22, 36:2, 36:6, 43:25, 73:15, 93:16, 93:20, 93:21, 97:14, 118:12, 118:13, 118:14
**nature** [1] - 8:3
**near** [2] - 110:24, 111:2
**necessarily** [2] - 2:15, 23:7
**necessary** [3] - 21:21, 92:14, 92:15
**neck** [2] - 54:3, 95:17
**necks** [1] - 96:1
**need** [17] - 6:3, 14:14, 14:15, 15:3, 33:11, 35:7, 35:24, 39:2, 39:4, 39:13, 68:2, 71:18, 81:11, 117:14, 132:6, 133:1
**needed** [2] - 81:20, 85:2
**needs** [1] - 41:15
**net** [28] - 13:23, 14:7, 17:11, 30:18, 38:8, 39:8, 53:4, 53:8, 54:23, 56:12, 56:14, 56:15, 56:17, 61:17, 70:15, 71:24, 78:14, 78:15, 78:16, 79:13, 81:7, 86:6, 92:3,

99:21, 121:10, 124:11, 127:20
**nets** [11] - 10:12, 10:13, 10:14, 11:4, 11:19, 17:8, 28:14, 56:20, 127:23, 127:25, 128:6
**never** [10] - 3:15, 42:20, 61:4, 62:15, 63:9, 73:1, 73:6, 76:3, 80:2, 104:21
**Never** [1] - 114:7
**new** [4] - 25:8, 56:17, 87:12, 101:23
**next** [11] - 7:6, 18:7, 46:12, 46:14, 47:3, 90:24, 103:25, 117:23, 133:16
**Next** [3] - 55:5, 73:9, 118:6
**nine** [1] - 130:3
**Ninth** [7] - 9:19, 9:22, 10:24, 12:11, 33:6, 34:2, 34:6
**NO** [1] - 1:5
**Nobody** [4] - 43:1, 87:5, 123:23
**nobody** [1] - 87:5
**noise** [2] - 35:5, 37:20
**noisy** [3] - 37:19, 76:9, 98:6
**non** [25] - 4:3, 5:18, 7:9, 7:14, 9:23, 9:25, 10:2, 10:8, 11:1, 11:3, 13:17, 13:22, 14:2, 14:8, 15:2, 15:8, 15:17, 16:12, 23:3, 23:25, 30:21, 31:4, 31:12, 33:3
**non-case** [1] - 5:18
**non-compensable** [6] - 7:9, 14:8, 15:2, 15:17, 23:3, 23:25
**non-compensated** [1] - 7:14
**non-generic** [2] - 13:17, 15:8
**non-jury** [1] - 4:3
**non-required** [2] - 10:2, 10:8
**non-unique** [11] - 9:23, 9:25, 11:3, 13:17, 13:22, 14:2, 16:12, 30:21, 31:4, 31:12, 33:3
**None** [1] - 127:19
**none** [4] - 14:17, 20:4, 20:8, 20:16
**normally** [2] - 82:12, 113:19
**NORTHERN** [1] - 1:2
**nothing** [8] - 15:24, 26:7, 27:21, 70:11, 72:21, 87:21, 117:13,

128:13
**Nothing** [2] - 93:2, 123:13
**notice** [8] - 62:15, 114:10, 114:13, 114:15, 114:17, 115:12, 115:22, 116:12
**November** [1] - 36:19
**number** [7] - 17:3, 30:14, 31:21, 72:17, 85:3, 96:25, 115:8
**Number** [3] - 30:10, 53:7, 54:6
**Number(s** [1] - 135:5
**numbers** [6] - 12:7, 12:8, 29:14, 29:25, 100:11, 129:20
**nurse** [1] - 120:22

## O

**o'clock** [1] - 130:4
**obey** [1] - 122:11
**object** [1] - 127:4
**Objection** [3] - 62:23, 71:4, 74:5
**objection** [1] - 127:6
**observational** [1] - 2:24
**obviously** [3] - 9:11, 9:16, 27:12
**Obviously** [2] - 4:3, 6:4
**Occupational** [1] - 19:7
**occurring** [2] - 26:13
**OF** [1] - 1:1
**office** [1] - 131:5
**officer** [2] - 27:13, 128:19
**officers** [1] - 26:23
**official** [1] - 135:8
**Official** [1] - 135:16
**often** [7] - 56:7, 56:14, 56:23, 57:7, 95:21, 110:8, 131:2
**Oliver** [17] - 1:19, 2:5, 2:14, 43:20, 43:25, 44:25, 45:21, 46:1, 48:25, 62:17, 68:6, 69:1, 71:22, 72:3, 72:5, 115:4, 116:3
**OLIVER** [27] - 43:23, 45:22, 49:1, 49:5, 49:20, 55:8, 62:18, 62:20, 68:7, 72:22, 72:25, 87:23, 105:24, 114:24, 115:5, 115:9, 115:19, 115:21, 116:4, 116:8, 127:4, 127:15, 134:4, 134:5, 134:7, 134:10, 134:12
**Oliver's** [1] - 2:13

**Once** [5] - 47:2, 56:16, 81:10, 85:22, 91:10
**once** [13] - 31:5, 39:7, 39:16, 41:11, 41:18, 42:15, 42:23, 58:4, 65:4, 81:16, 85:21, 117:14, 117:15
**One** [12] - 2:12, 3:2, 29:11, 30:2, 44:9, 71:22, 93:5, 106:14, 108:19, 121:15, 132:11
**one** [87] - 3:20, 10:21, 15:13, 16:14, 19:2, 27:12, 29:3, 31:14, 32:20, 32:21, 33:24, 35:3, 35:7, 36:17, 44:25, 45:12, 46:9, 46:13, 46:14, 46:24, 47:12, 48:2, 48:10, 48:15, 53:9, 53:10, 53:12, 53:13, 53:14, 53:15, 53:19, 53:23, 55:16, 55:21, 55:25, 56:2, 56:3, 56:8, 57:3, 57:4, 58:1, 58:2, 60:3, 60:5, 60:8, 60:12, 65:19, 72:22, 77:23, 82:8, 82:9, 82:23, 89:13, 89:15, 89:20, 92:20, 93:9, 99:1, 106:12, 106:14, 107:4, 108:10, 108:20, 110:13, 111:20, 120:25, 121:16, 121:18, 121:20, 121:21, 121:22, 128:22, 129:9, 130:12, 130:13, 132:12, 133:16
**ones** [12] - 15:11, 38:15, 48:1, 51:16, 55:20, 55:24, 56:4, 59:1, 68:11, 68:15, 98:24
**open** [7] - 39:1, 39:2, 39:5, 96:10, 96:12, 96:14, 96:17
**opening** [1] - 3:6
**operational** [1] - 4:15
**operations** [1] - 4:16
**opining** [1] - 34:8
**opinion** [2] - 13:7, 34:9
**opponent** [3] - 3:2, 3:17, 128:21
**opposed** [1] - 7:8
**option** [3] - 10:7, 16:25, 17:4
**options** [1] - 17:2
**orally** [1] - 133:5
**order** [3] - 103:23, 125:5, 125:10
**orientation** [2] - 62:3, 62:25
**original** [1] - 114:22
**OSHA** [1] - 19:18

**otherwise** [1] - 101:7
**Otherwise** [3] - 16:6, 16:19, 79:18
**ought** [1] - 11:11
**ourselves** [2] - 5:24, 59:12
**outside** [1] - 53:15
**ovens** [2] - 125:12, 125:13
**overruled** [1] - 127:6
**overtime** [2] - 7:11, 8:25
**overview** [1] - 4:16
**own** [1] - 121:11
**owned** [1] - 118:25

## P

**P-E-R-E-Z** [1] - 73:16
**p.m** [2] - 82:13, 82:17, 133:22
**P.O** [2] - 36:11, 94:2, 118:19
**pack** [2] - 120:1, 120:2
**package** [2] - 56:18, 56:19, 56:20
**packing** [2] - 33:12, 33:17, 107:9
**padlock** [1] - 70:12
**PAGE** [1] - 134:3
**page** [1] - 115:8
**Page** [1] - 115:9
**pages** [1] - 135:7
**paid** [13] - 8:24, 21:17, 23:20, 36:20, 44:5, 78:25, 85:14, 87:2, 87:4, 87:5, 94:12, 120:19
**pair** [5] - 57:3, 57:4, 89:9, 89:14
**pairs** [10] - 57:25, 59:18, 76:12, 81:15, 82:2, 82:7, 89:1, 89:8, 98:23
**paper** [4] - 56:11, 72:15, 90:24, 91:14
**paperwork** [1] - 100:10
**paralegal** [2] - 45:17, 48:16
**Pardon** [1] - 120:2
**part** [10] - 6:18, 9:12, 28:21, 44:18, 44:19, 45:16, 57:12, 79:1, 92:20, 112:3
**participate** [1] - 44:1
**particular** [4] - 44:19, 129:20, 130:14, 130:18
**parties** [2] - 16:22, 32:18
**partner** [1] - 52:24

**party** [2] - 3:17, 128:21
**pass** [1] - 47:17
**passing** [3] - 24:4, 46:17, 76:20
**past** [2] - 21:10, 84:12
**Paul** [1] - 1:19, 2:5, 43:25
**Pause** [2] - 43:9, 71:19
**Paws** [6] - 120:11, 120:12, 120:13, 121:1, 121:3, 122:5
**PAWS** [1] - 120:12
**pay** [14] - 7:11, 9:7, 15:25, 21:12, 21:13, 22:25, 24:8, 24:22, 25:13, 27:8, 28:9, 59:16, 59:18, 60:1
**payroll** [1] - 31:20
**peeling** [1] - 49:13
**pending** [1] - 2:2
**people** [28] - 25:4, 31:1, 31:13, 41:3, 46:5, 58:4, 58:15, 84:1, 86:22, 87:1, 87:7, 87:13, 99:17, 104:23, 105:11, 105:20, 105:21, 110:9, 115:12, 116:12, 125:2, 125:12, 125:19, 126:1, 126:2, 126:3, 126:12
**per** [10] - 6:23, 36:20, 46:6, 46:7, 59:19, 60:4, 60:5, 60:6, 60:7, 60:8
**Per** [2] - 46:7, 60:7
**Perez** [16] - 2:3, 73:10, 73:16, 73:20, 73:23, 85:7, 87:6, 87:14, 87:24, 93:11, 93:17, 93:18, 93:22, 94:1, 94:3, 134:9
**PEREZ** [6] - 1:4, 73:12, 93:13, 93:22, 134:6, 134:9
**perform** [1] - 75:9
**performed** [1] - 25:9
**performing** [5] - 75:24, 107:23
**perhaps** [2] - 45:10, 130:16
**Perhaps** [2] - 41:15, 114:23
**period** [4] - 13:10, 26:13, 84:14, 84:24
**permanent** [1] - 46:7
**permission** [1] - 48:23
**perplexed** [1] - 11:24
**person** [8] - 19:15, 47:3, 86:24, 86:25, 87:4, 97:18, 126:7, 126:9
**personal** [9] - 19:8, 89:18, 121:8, 122:8, 122:15, 122:18

**personally** [1] - 70:2
**perspective** [1] - 29:21
**phone** [6] - 22:23, 23:9, 23:12, 23:22, 25:4, 27:13
**phonetic** [1] - 52:10
**phonetic)** [1] - 52:13
**physically** [3] - 44:19, 46:21, 69:10
**pick** [10] - 39:9, 44:13, 46:25, 52:6, 56:17, 65:19, 67:4, 103:17, 104:16, 124:25
**picked** [1] - 39:16
**picture** [1] - 24:25
**pieces** [1] - 96:1
**pinched** [1] - 133:8
**place** [16] - 33:18, 47:12, 64:1, 64:14, 75:8, 80:11, 81:13, 84:13, 84:20, 84:21, 88:16, 101:14, 103:15, 110:16, 110:19, 111:18
**plaintiff** [5] - 2:4, 3:12, 3:20, 4:5, 6:7, 12:25, 18:4, 21:18, 130:12
**PLAINTIFF** [3] - 73:12, 93:13, 118:9
**PLAINTIFF'S** [1] - 34:25
**plaintiff's** [2] - 4:12, 131:13
**Plaintiffs** [1] - 1:16
**plaintiffs** [12] - 7:8, 7:14, 14:10, 16:11, 16:16, 17:10, 17:17, 18:6, 26:5, 35:4, 35:9, 35:16
**plaintiffs'** [2] - 6:6, 6:23
**plan** [2] - 4:14, 132:23
**plant** [16] - 6:19, 7:9, 17:9, 36:16, 38:20, 38:23, 43:5, 54:10, 74:23, 80:7, 99:8, 118:25, 119:2, 119:6, 119:8, 119:16
**plants** [1] - 25:3
**Plastic** [3] - 38:15, 48:1, 59:1, 104:9
**plastic** [28] - 48:2, 52:13, 52:18, 59:22, 60:1, 60:5, 77:15, 77:18, 77:22, 78:4, 79:7, 81:20, 81:25, 82:3, 82:6, 82:7, 82:8, 98:24, 108:10, 108:11, 108:14, 108:20, 111:17, 111:19, 113:1, 121:16, 121:18, 124:25
**play** [3] - 16:8, 130:12, 131:5
**pluck** [1] - 49:18
**plucking** [3] - 49:3,

49:11, 49:15
**Plucking** [3] - 49:3, 49:5, 49:8
**plug** [1] - 131:3
**plug-in** [1] - 131:3
**plugged** [1] - 41:14
**Plugging** [1] - 49:9
**plugs** [23] - 10:13, 13:24, 14:7, 17:9, 30:18, 38:8, 54:1, 54:17, 54:24, 56:7, 56:9, 70:17, 78:17, 81:7, 86:6, 92:3, 98:13, 99:24, 102:3, 113:11, 121:10, 124:11
**pocket** [2] - 16:18, 99:25, 122:13
**point** [20] - 7:18, 19:14, 20:18, 20:23, 20:24, 20:25, 21:4, 24:18, 27:6, 27:19, 28:11, 28:15, 30:10, 30:20, 31:19, 32:24, 33:11, 41:23, 115:4
**police** [2] - 26:23, 27:13
**policy** [5] - 42:18, 62:10, 62:11, 72:7, 104:17
**pop** [1] - 45:20
**portion** [1] - 116:6
**position** [19] - 14:17, 16:17, 16:18, 17:20, 18:8, 18:12, 20:4, 20:7, 20:9, 20:16, 26:11, 69:10, 83:12, 84:7, 85:4, 96:20, 97:7, 109:4, 125:16
**positions** [10] - 88:10, 89:1, 89:3, 89:6, 92:5, 92:13, 95:21, 125:19, 125:20, 125:24
**possibly** [1] - 3:25
**postliminary** [9] - 12:25, 13:8, 15:5, 16:6, 20:10, 22:18, 24:19, 24:21, 34:1
**Postliminary** [2] - 16:7, 26:8
**postliminary/ preliminary** [3] - 15:18, 28:18, 31:14
**poultry** [1] - 25:3
**power** [1] - 15:13
**PPE** [3] - 9:13, 9:14, 10:8
**PPE's** [1] - 10:10
**practical** [3] - 43:2, 43:13, 105:2
**Precisely** [1] - 27:5
**predominantly** [4] - 25:16, 25:17, 27:7, 33:25

**prefer** [1] - 133:3
**preference** [1] - 89:19
**preferred** [1] - 125:17
**prejudice** [2] - 6:1, 129:6
**preliminarily** [1] - 34:1
**preliminary** [11] - 12:24, 13:8, 15:5, 16:6, 16:7, 20:10, 22:19, 24:19, 24:21, 26:8, 82:20
**prepared** [4] - 45:3, 129:25, 133:5
**present** [2] - 17:21, 132:25
**Pretty** [1] - 52:4
**pretty** [5] - 5:2, 82:15
**primarily** [1] - 16:1, 16:5, 18:18, 18:24, 21:1, 21:4, 23:2, 28:25, 31:2
**primary** [3] - 19:1, 19:5, 19:14
**principal** [2] - 6:18, 22:8
**pro** [1] - 2:14
**problem** [8] - 4:2, 4:6, 5:20, 11:9, 11:11, 24:18, 115:1, 126:9
**problems** [2] - 63:9, 120:15
**procedural** [2] - 3:9, 6:4
**proceed** [3] - 82:18, 83:6, 116:2
**proceeding** [2] - 4:4, 130:12
**proceedings** [4] - 43:9, 71:19, 135:4, 135:8
**Proceedings** [2] - 2:1, 133:22
**process** [1] - 45:13
**product** [1] - 101:7
**production** [4] - 14:11, 14:12, 14:24, 21:6
**productive** [1] - 21:5
**program** [1] - 31:24
**progress** [1] - 130:7
**promoted** [1] - 97:3
**prompts** [1] - 45:1
**proof** [3] - 4:12, 7:25, 8:2
**proper** [2] - 32:10, 73:3
**protected** [1] - 79:9
**protection** [3] - 19:1, 78:9, 104:9
**protective** [26] - 11:3, 19:8, 38:2, 38:5, 38:10, 38:11, 40:6, 40:16, 43:3, 72:15, 73:2, 77:4, 77:24, 78:20, 79:15, 79:22, 92:5, 98:9, 98:12, 99:2, 121:5, 121:8, 122:8,

122:15, 122:18, 122:25
**protector** [2] - 59:1, 82:3
**protects** [1] - 18:25
**prove** [1] - 25:12
**provide** [2] - 19:8, 79:5
**provided** [1] - 19:10
**providing** [1] - 35:4
**public** [1] - 130:25
**pull** [2] - 92:18, 125:18
**Pulling** [1] - 49:10
**pulling** [1] - 75:25
**punch** [9] - 38:25, 41:22, 80:18, 85:24, 99:13, 103:17, 104:15, 114:1
**Punch** [1] - 85:24
**punched** [1] - 85:25
**punishment** [3] - 72:7, 72:8, 72:18
**purpose** [1] - 6:9
**purposes** [2] - 2:24, 30:6
**put** [113] - 3:24, 4:5, 11:25, 12:7, 12:10, 13:18, 13:22, 14:10, 14:12, 14:16, 14:20, 16:16, 16:19, 17:14, 22:15, 28:13, 28:14, 33:12, 38:19, 39:8, 39:9, 39:11, 39:13, 40:24, 41:22, 41:25, 42:1, 43:17, 46:16, 46:22, 50:13, 50:16, 52:9, 53:16, 54:22, 54:23, 57:9, 58:1, 64:23, 64:25, 66:21, 66:23, 67:8, 67:12, 68:16, 69:4, 69:15, 70:3, 78:1, 78:16, 79:22, 79:25, 80:2, 80:4, 80:17, 80:19, 80:20, 80:22, 81:4, 81:6, 81:7, 81:8, 81:12, 81:15, 81:17, 81:18, 81:21, 81:23, 83:2, 84:17, 84:18, 84:22, 84:25, 85:3, 90:16, 90:17, 91:6, 91:8, 91:14, 92:2, 96:19, 99:2, 99:12, 99:20, 99:21, 99:24, 101:15, 101:25, 102:14, 102:23, 103:15, 103:19, 104:2, 104:14, 111:5, 111:9, 111:13, 113:1, 113:5, 114:2, 122:18, 124:9, 124:17, 124:21, 129:3, 131:16
**puts** [2] - 18:16, 20:22
**putting** [7] - 10:7, 16:12, 22:6, 39:25,

50:13, 102:13, 117:1

## Q

**Quality** [1] - 102:23
**quantified** [1] - 31:7
**quantify** [1] - 31:6
**questioning** [1] - 127:5
**questions** [5] - 7:23, 17:24, 71:22, 73:7, 118:3
**quick** [1] - 93:5
**quickest** [1] - 131:6
**quickly** [2] - 2:12, 47:23
**quite** [2] - 3:19, 34:7
**quote** [2] - 6:17, 7:14
**quote-unquote** [1] - 7:14

## R

**R-A-Y** [1] - 36:6
**Radwin** [2] - 131:16, 132:10
**Radwin's** [1] - 130:13
**rag** [1] - 108:19
**raise** [2] - 34:13, 73:11
**raised** [1] - 27:16
**range** [1] - 30:8
**raw** [1] - 48:17
**Ray** [2] - 34:12, 36:4
**RAY** [2] - 34:25, 134:3
**re** [3] - 113:7, 113:8, 124:2
**re-infect** [2] - 113:7, 113:8
**re-wash** [1] - 124:2
**reaction** [1] - 45:1
**read** [6] - 12:21, 22:21, 115:17, 116:6, 128:2, 129:13
**reading** [3] - 115:14, 129:22
**ready** [8] - 35:21, 43:20, 51:6, 66:17, 82:18, 89:24, 90:24, 116:2
**real** [2] - 50:5, 78:25
**realistic** [1] - 7:8
**really** [18] - 5:5, 10:5, 11:24, 12:24, 15:11, 18:13, 27:23, 45:11, 45:15, 47:23, 66:3, 66:16, 83:5, 92:17, 92:18, 129:3, 129:18, 133:14
**reason** [2] - 14:13, 33:20
**reasoning** [1] - 34:3
**recent** [1] - 24:15

**Recently** [1] - 50:12
**recently** [2] - 50:13, 50:17
**receptacle** [1] - 110:16
**recess** [5] - 68:3, 82:13, 82:17, 115:23, 115:24
**Recess** [2] - 68:5, 116:1
**recollection** [1] - 128:16
**record** [13] - 25:5, 29:16, 34:17, 34:21, 35:23, 36:2, 36:10, 39:24, 73:15, 73:21, 93:16, 93:21, 118:12
**recorded** [1] - 135:3
**records** [1] - 31:20
**RECROSS** [2] - 72:24, 134:5
**redirect** [2] - 71:13, 118:4
**REDIRECT** [4] - 71:20, 93:3, 134:5, 134:8
**refer** [3] - 10:1, 54:8, 54:10
**referring** [6] - 10:1, 54:8, 55:9, 55:10, 72:6, 92:25
**Refresh** [1] - 128:16
**refrigerator** [1] - 80:17
**regard** [2] - 6:10, 21:25
**regular** [1] - 28:23
**related** [1] - 5:18
**relates** [2] - 9:7, 9:8
**relating** [1] - 114:10
**released** [1] - 21:5
**relevance** [1] - 127:5
**remain** [1] - 12:20
**remember** [8] - 78:25, 94:11, 112:1, 112:2, 114:11, 114:13, 115:20, 116:15
**Remember** [1] - 28:2
**reminded** [1] - 32:21
**reminding** [1] - 34:7
**remotely** [1] - 33:23
**remove** [3] - 42:9, 64:13, 75:10, 75:15, 76:1, 89:25, 90:1, 96:14, 96:23, 100:24, 124:12
**Remove** [1] - 75:14
**removed** [1] - 90:3
**removes** [2] - 38:16, 20:19, 51:2
**removing** [1] - 75:23
**reopen** [1] - 131:5
**repeat** [5] - 18:9, 43:4, 67:21, 76:24, 87:11, 105:16, 109:24, 110:25, 117:10
**replace** [2] - 110:21,

110:22
**Reported** [1] - 1:22
**Reporter** [2] - 135:16
**REPORTER'S** [1] - 135:1
**representative** [2] - 4:24, 131:24
**request** [1] - 58:3
**requested** [1] - 95:5
**requests** [1] - 48:22
**require** [3] - 38:2, 40:15, 121:5, 127:11
**Required** [1] - 89:23
**required** [22] - 3:6, 9:15, 10:2, 10:8, 10:11, 10:15, 10:23, 14:9, 19:7, 72:11, 72:12, 77:3, 79:3, 88:19, 89:22, 93:7, 98:9, 101:1, 101:3, 121:9
**requirement** [1] - 93:8
**requirements** [1] - 122:11
**Reservations** [1] - 121:2
**reserve** [1] - 7:18
**resistant** [4] - 15:11, 15:12, 19:11, 28:13
**Resources** [1] - 42:23
**respect** [8] - 8:7, 32:24, 33:1, 62:10, 69:13, 71:8, 116:5, 129:4
**respond** [1] - 126:24
**response** [2] - 30:13, 74:6
**responsibilities** [1] - 71:8
**rest** [3] - 52:18, 87:2, 122:24
**restate** [1] - 127:2
**restrictions** [1] - 120:23
**rests** [2] - 4:5, 6:7
**resume** [1] - 124:9
**resumed** [1] - 124:17
**resuming** [1] - 101:14
**return** [1] - 111:23
**returned** [1] - 85:7
**returning** [1] - 101:25
**reversed** [1] - 33:6
**rides** [2] - 125:22, 126:5
**robe** [64] - 38:8, 39:5, 39:7, 39:11, 39:13, 41:23, 41:24, 42:1, 42:2, 42:5, 42:19, 42:22, 43:5, 55:5, 55:10, 55:13, 57:7, 57:9, 57:14, 57:15, 57:16, 57:23, 58:5, 58:15, 58:16, 58:19, 60:21, 61:20, 61:22, 61:24, 64:10, 64:12, 65:14, 65:15, 65:20,

66:20, 66:23, 67:2, 67:9,
79:12, 86:7, 86:8, 98:13,
99:20, 99:22, 103:14,
103:24, 105:10, 110:4,
110:5, 110:7, 110:8,
110:13, 110:17, 111:6,
113:23, 113:25, 122:13,
124:13, 124:15
  **robe's** [1] - 99:24
  **robes** [8] - 39:4, 42:25,
57:8, 57:25, 99:16,
101:19, 110:10, 110:12
  **room** [7] - 3:2, 39:11,
42:3, 42:7, 80:21, 81:4,
104:10
  **Room** [2] - 1:23, 111:2
  **rooms** [1] - 133:16
  **Rosenthal** [1] - 2:8
  **rotate** [1] - 88:14
  **rotated** [1] - 88:9
  **rotating** [1] - 96:3
  **rotation** [6] - 75:19,
88:16, 88:21, 88:22,
95:19, 96:19
  **rotations** [2] - 84:21,
88:19
  **Roughly** [2] - 6:23, 6:24
  **round** [4] - 12:7, 12:8,
29:14, 29:25
  **routinely** [1] - 17:9
  **Roy** [7] - 13:12, 15:2,
15:4, 21:2, 23:24, 24:6,
26:17
  **RPR** [1] - 1:22
  **rubber** [5] - 30:19,
30:25, 53:15, 53:16,
111:20
  **rule** [5] - 11:12, 13:15,
28:10, 32:14, 35:7
  **ruled** [1] - 2:15
  **rules** [6] - 12:21, 28:6,
28:7, 105:1
  **ruling** [1] - 25:7
  **run** [4] - 86:25, 128:15,
130:19, 130:23
  **running** [5] - 31:23,
31:25, 84:5, 126:2, 126:3
  **rush** [1] - 125:22

## S

  **Safety** [2] - 19:7, 19:12
  **safety** [3] - 68:12,
68:14, 68:20
  **salon** [2] - 74:4, 74:11
  **Salvage** [16] - 94:23,
94:25, 95:2, 95:23,
95:24, 96:3, 97:2, 97:22,
102:9, 102:10, 103:3,

103:7, 106:11, 106:14,
107:4, 107:6
  **sanitation** [1] - 90:18
  **sanitize** [19] - 39:21,
40:20, 61:9, 66:1, 66:21,
67:12, 81:11, 90:17,
90:22, 101:5, 101:6,
111:25, 112:6, 112:12,
113:7, 113:8, 113:10,
117:1, 117:3
  **sanitized** [8] - 41:11,
41:18, 76:20, 112:19,
113:4, 113:14, 116:24,
117:6
  **sanitizing** [1] - 6:17
  **SANTANGELO** [2] -
34:22, 41:13
  **Santangelo** [2] - 34:22,
41:8
  **saws** [4] - 15:13, 33:16,
33:17
  **schedule** [1] - 85:13
  **scheduled** [3] - 5:3,
5:4, 5:18
  **scissors** [14] - 15:13,
75:14, 75:16, 76:1,
96:11, 96:16, 102:11,
107:10, 107:15, 107:22,
126:21, 127:10, 127:11,
127:12
  **seated** [4] - 35:2, 35:17,
93:15, 118:11
  **second** [15] - 6:20, 7:1,
21:9, 24:3, 40:3, 43:7,
44:25, 47:5, 75:9, 75:25,
77:8, 85:6, 88:25, 93:9,
124:8
  **seconds** [2] - 12:9,
12:10
  **section** [1] - 94:23
  **Security** [2] - 43:5,
104:24
  **see** [36] - 3:3, 4:6, 5:4,
6:9, 9:4, 9:6, 13:18,
14:1, 16:21, 17:5, 17:9,
17:18, 17:19, 21:5,
22:22, 24:16, 28:20,
30:11, 31:10, 32:17,
33:5, 33:12, 35:6, 35:7,
39:24, 42:25, 43:7, 45:7,
45:13, 46:22, 115:13,
125:24, 129:6, 129:8,
131:6, 132:20
  **seeing** [2] - 104:22,
132:13
  **seeking** [1] - 6:5
  **segregate** [1] - 6:8
  **select** [1] - 96:1
  **send** [4] - 120:18,
129:20, 131:8

  **sending** [1] - 79:6
  **sent** [14] - 72:6, 72:17,
115:11, 116:12, 119:25,
120:13, 120:19, 120:20,
120:21, 120:24, 121:2,
122:9
  **sentence** [1] - 115:18
  **sentencing** [4] - 5:13,
5:15, 133:9
  **sentencings** [3] - 5:16,
5:17, 133:10
  **September** [8] - 74:20,
74:21, 74:22, 75:1,
87:24, 116:9, 118:23,
128:5
  **Sequence** [1] - 14:9
  **sequence** [3] - 16:3,
16:9, 32:10
  **sequencing** [1] - 13:21
  **series** [1] - 103:20
  **Serious** [1] - 9:20
  **service** [1] - 3:5
  **services** [1] - 23:5
  **set** [4] - 24:2, 25:8,
28:11, 48:2
  **sets** [1] - 13:13
  **seven** [4] - 30:3, 30:4,
30:11, 31:11
  **shackles** [8] - 44:15,
44:16, 44:18, 44:22,
45:25, 46:17, 46:22,
47:17
  **shall** [1] - 11:24
  **shape** [1] - 68:19
  **shave** [1] - 56:13
  **Shawe** [1] - 2:8
  **shed** [1] - 130:15
  **sheet** [1] - 132:18
  **sheets** [1] - 32:1
  **Shelly** [1] - 34:18
  **shift** [31] - 13:9, 14:16,
15:6, 22:2, 22:7, 22:9,
26:7, 38:23, 40:19,
40:20, 78:19, 80:6, 80:7,
85:10, 85:11, 85:12,
86:11, 86:21, 87:9,
87:15, 90:21, 99:7,
100:8, 102:6, 102:7,
102:15, 123:24, 124:9,
125:15
  **shifts** [2] - 26:9, 32:5
  **Shitwa** [3] - 93:11,
93:17, 93:22
  **SHITWA** [2] - 93:13,
134:9
  **shoes** [26] - 42:7, 59:2,
78:22, 78:23, 78:24,
79:3, 79:5, 79:12, 79:14,
79:25, 80:25, 81:1,
85:18, 86:5, 91:3, 91:4,

91:10, 91:11, 91:15,
91:18, 92:1, 104:6,
123:2, 123:4, 127:16,
127:19
  **short** [3] - 14:25, 20:16,
120:9
  **show** [18] - 13:20,
14:10, 14:22, 15:1, 16:9,
16:10, 17:6, 17:15,
19:18, 25:25, 51:12,
53:22, 53:25, 54:6, 54:19,
59:4, 68:22, 132:9
  **shows** [1] - 29:16
  **sic)** [1] - 93:23
  **side** [2] - 46:9, 46:11
  **sign** [13] - 38:18, 63:6,
63:7, 72:6, 72:12, 72:13,
72:14, 72:17, 73:1,
79:19, 79:20, 122:9,
122:10
  **signature** [1] - 135:11
  **significant** [3] - 9:12,
9:21, 11:3
  **signing** [2] - 72:7, 72:8
  **similar** [2] - 53:19,
68:20
  **Similar** [1] - 68:15
  **sink** [3] - 105:14,
123:19, 124:2
  **sinks** [2] - 67:17,
105:17
  **sit** [3] - 15:25, 29:12,
73:14
  **sitting** [2] - 27:1, 27:13
  **situation** [1] - 23:5
  **six** [6] - 6:14, 23:13,
23:16, 51:9, 119:10,
128:20
  **Six** [1] - 74:13
  **six-minute** [1] - 128:20
  **sixth** [3] - 75:10, 75:23,
75:25, 92:9, 92:17, 92:18
  **skinned** [3] - 37:5, 37:7,
47:11
  **skinning** [4] - 49:3,
49:4, 49:13, 92:24
  **sleeve** [6] - 78:4, 78:7,
86:5, 90:15, 90:23
  **sleeves** [11] - 10:14,
59:20, 78:1, 78:2, 81:8,
82:4, 82:5, 82:7, 85:1,
90:2
  **slicing** [1] - 77:9
  **slightly** [1] - 74:3
  **slip** [1] - 59:2
  **slow** [1] - 82:15
  **slowdown** [1] - 3:14
  **small** [3] - 7:4, 16:10,
17:15
  **smell** [5] - 37:23, 58:17,

58:23, 65:2, 76:21
  **smells** [1] - 37:24
  **smock** [28] - 13:25,
14:7, 17:7, 30:19, 43:12,
55:2, 55:4, 62:2, 64:1,
77:25, 78:5, 78:6, 78:9,
80:9, 80:10, 80:16, 81:6,
101:15, 101:23, 102:2,
104:15, 104:18, 104:20,
104:22, 109:2, 113:1,
116:17, 121:12
  **smocks** [10] - 79:12,
80:12, 80:13, 101:15,
101:17, 101:20, 104:24,
114:18, 115:12, 116:13
  **snaps** [1] - 55:13
  **soap** [7] - 64:20, 83:22,
85:16, 90:9, 90:23,
102:21, 123:19
  **socks** [1] - 76:13
  **soft** [3] - 77:19, 82:6,
121:15
  **software** [4] - 130:18,
130:19, 130:22, 130:23
  **sold** [1] - 78:24
  **solution** [4] - 67:20,
67:24, 117:2, 117:3
  **someone** [2] - 46:11,
80:14
  **Sometimes** [13] - 55:4,
55:5, 56:8, 78:17, 80:1,
91:18, 96:13, 110:7,
114:4, 119:25, 124:12,
125:10, 125:18
  **sometimes** [25] - 46:25,
55:5, 84:9, 84:10, 85:13,
88:9, 89:17, 91:20, 92:9,
92:11, 92:12, 96:13,
96:14, 101:19, 103:14,
112:17, 113:6, 113:16,
120:4, 123:16, 125:11,
125:16, 127:18, 130:14
  **somewhat** [1] - 82:25
  **soon** [1] - 64:3
  **Sorry** [3] - 45:21, 69:7,
126:24
  **sorry** [21] - 8:14, 11:20,
41:8, 46:1, 52:11, 52:16,
58:9, 62:13, 64:12,
65:18, 74:6, 74:10,
79:14, 83:4, 93:19,
115:10, 126:21, 127:22,
130:9, 131:14
  **sort** [3] - 10:23, 18:13,
45:10
  **sounds** [2] - 32:1,
129:12
  **Spanish** [4] - 4:18,
35:25, 49:12, 54:12
  **spattering** [1] - 57:22

**Speaking** [1] - 82:11
**speaking** [3] - 6:23, 6:24, 35:25
**special** [2] - 64:14, 79:3
**specialist** [2] - 120:20, 120:21
**specific** [2] - 18:14, 40:9
**specifically** [1] - 9:16
**spell** [5] - 36:3, 36:5, 73:15, 93:21, 118:12
**spend** [4] - 27:22, 102:12, 129:21, 132:18
**spending** [1] - 27:6
**splash** [2] - 123:10, 124:25
**splashing** [2] - 76:14, 92:16
**spray** [7] - 66:5, 66:7, 66:8, 67:13, 91:12, 92:10
**sprayed** [4] - 50:23, 50:25, 109:15, 109:18
**spraying** [1] - 67:16
**sprays** [1] - 92:19
**stable** [1] - 52:25
**stage** [4] - 29:20, 29:22, 30:9, 132:7
**stains** [1] - 37:17
**stand** [14] - 47:12, 48:6, 52:10, 52:13, 52:14, 52:16, 52:22, 52:23, 52:25, 68:3, 82:13, 99:14, 100:20, 115:24
**standard** [3] - 13:10, 25:8, 25:11
**standards** [1] - 24:17
**standing** [8] - 51:23, 52:7, 52:15, 52:19, 52:23, 66:17, 124:24, 125:4
**Stano** [1] - 52:13
**starred** [1] - 75:4
**start** [14] - 13:9, 14:15, 17:10, 17:12, 26:7, 27:23, 28:3, 28:5, 84:5, 94:9, 125:5, 131:21, 133:19
**started** [15] - 11:14, 20:14, 35:4, 36:23, 60:18, 62:3, 63:7, 74:16, 88:15, 94:16, 97:5, 97:6, 99:9, 99:11, 132:1
**starting** [3] - 15:6, 20:17, 120:15
**starts** [9] - 12:7, 16:15, 16:18, 18:11, 22:9, 63:10, 66:19
**state** [7] - 34:17, 34:20, 36:2, 36:9, 73:20, 93:20, 94:1

**statements** [1] - 3:6
**STATES** [1] - 1:1
**stating** [4] - 35:22, 73:15, 93:15, 118:12
**station** [3] - 63:1, 63:2, 69:22
**statute** [2] - 7:15, 8:4
**stay** [4] - 76:22, 76:25, 91:12, 125:17
**stays** [1] - 23:12
**steal** [1] - 87:3
**steel** [5] - 88:23, 89:3, 89:7, 108:5, 111:20
**Steiner** [1] - 28:19
**stenographically** [1] - 135:4
**stenos** [1] - 52:9
**Stenos** [1] - 52:11
**step** [5] - 47:2, 73:8, 93:10, 118:7, 128:14
**steps** [1] - 100:20
**sticking** [1] - 16:17
**still** [9] - 14:17, 17:12, 21:2, 37:1, 78:12, 83:1, 100:12, 100:14, 116:17
**STINE** [76] - 4:14, 4:23, 5:6, 5:9, 5:22, 6:11, 9:24, 12:18, 12:21, 18:2, 18:5, 18:17, 18:22, 18:25, 19:21, 20:2, 20:6, 20:9, 20:13, 20:17, 20:21, 20:25, 21:13, 21:18, 21:23, 22:3, 22:5, 22:10, 22:13, 22:17, 23:7, 23:11, 23:15, 23:18, 23:23, 24:10, 24:12, 24:14, 25:24, 26:5, 26:15, 26:17, 26:21, 26:23, 27:3, 27:15, 27:19, 27:21, 29:9, 29:13, 29:18, 29:24, 30:13, 30:17, 30:24, 31:9, 31:25, 32:18, 32:22, 33:2, 33:6, 33:9, 33:16, 34:9, 35:9, 55:3, 82:22, 83:4, 129:7, 129:9, 131:21, 131:24, 132:4, 132:8, 133:3, 133:20
**Stine** [13] - 1:18, 2:6, 3:11, 4:12, 4:13, 7:24, 10:19, 12:17, 17:23, 29:12, 32:20, 34:10, 83:3
**stink** [1] - 58:16
**stinks** [1] - 64:21
**stipulate** [2] - 55:1, 115:14
**stipulated** [1] - 128:2
**stipulating** [1] - 115:5
**stipulation** [3] - 114:23,

114:24, 115:2
**stop** [3] - 21:9, 83:13, 87:1
**stopped** [9] - 26:24, 74:18, 84:5, 87:4, 97:8, 102:15, 119:12, 126:14, 126:22
**stopping** [1] - 26:24
**stops** [1] - 63:15
**store** [7] - 42:5, 42:9, 86:1, 86:2, 86:4, 90:25, 126:12
**storing** [2] - 87:8, 87:13
**Street** [1] - 1:23, 73:22
**stretch** [1] - 53:13
**strict** [1] - 101:21
**strike** [6] - 45:23, 63:22, 72:4, 101:4, 103:6, 121:19
**Strike** [1] - 97:6
**string** [2] - 53:20, 53:22
**stripping** [1] - 88:25
**struggled** [1] - 14:4
**stuck** [1] - 96:15
**stuff** [2] - 66:12, 82:21
**subject** [2] - 79:14, 79:17
**subtracted** [1] - 12:9
**suck** [1] - 95:17
**suffer** [1] - 120:16
**suggestion** [2] - 21:10, 35:16
**suitcase** [2] - 122:21, 122:22
**summary** [2] - 13:11, 114:21
**summer** [2] - 43:15, 43:16
**Superior** [1] - 5:9
**supervisor** [5] - 72:13, 97:8, 112:9, 120:17, 126:16
**supervisors** [1] - 101:6
**supply** [4] - 39:1, 39:2, 39:3, 39:5
**Supply** [12] - 65:23, 65:24, 99:14, 99:15, 101:24, 103:14, 103:25, 110:21, 110:22, 110:24, 111:2, 114:2
**suppose** [1] - 103:2
**supposed** [2] - 61:23, 122:16
**Supreme** [3] - 11:7, 12:13, 28:3
**Susana** [1] - 34:22
**suspended** [3] - 72:19, 73:5, 119:10
**suspension** [1] - 126:15

**Sustained** [1] - 62:24
**sweaters** [3] - 76:13, 89:18, 89:22
**sweaty** [2] - 51:19, 58:17
**switch** [2] - 125:18, 125:20
**SWITUA** [1] - 93:22
**SWORN** [4] - 34:25, 73:12, 93:13, 118:9
**sworn** [1] - 34:15

## T

**table** [3] - 2:25, 4:24, 12:20
**tack** [1] - 23:16
**talks** [1] - 10:16
**task** [6] - 15:23, 15:24, 16:4, 76:4, 96:17, 96:22
**tasks** [1] - 96:18
**tear** [2] - 60:10, 60:11
**temperature** [1] - 76:11
**Ten** [1] - 133:20
**ten** [8] - 20:20, 30:2, 30:4, 31:11, 31:16, 32:6, 125:5
**tender** [6] - 75:15, 75:16, 76:1, 76:2
**tenders** [5] - 75:14, 77:9, 88:25, 107:13, 125:18, 125:19, 125:21
**tennis** [1] - 123:3
**term** [3] - 9:22, 18:13, 48:23
**terminology** [2] - 9:14, 9:20
**terms** [4] - 8:14, 12:16, 108:17, 127:5
**terrible** [1] - 4:18
**test** [15] - 14:14, 16:3, 16:24, 19:5, 22:17, 22:20, 23:24, 24:2, 24:3, 24:4, 25:15, 26:17, 28:15, 28:16
**testified** [8] - 62:9, 70:20, 106:10, 106:13, 106:18, 116:5, 116:23, 117:5
**testify** [1] - 4:10
**testifying** [1] - 82:24
**testimony** [3] - 129:14, 129:22, 132:17
**tests** [3] - 13:13, 28:1, 28:22
**THE** [240] - 1:1, 1:1, 2:2, 2:10, 2:16, 2:18, 2:22, 3:1, 3:3, 3:5, 3:10, 3:22, 4:2, 4:13, 4:22, 5:2, 5:8,

5:12, 5:25, 6:12, 7:20, 7:23, 8:3, 8:6, 8:9, 8:11, 8:14, 8:18, 8:21, 9:4, 9:6, 9:11, 9:22, 9:25, 10:4, 10:9, 10:12, 10:15, 10:19, 10:22, 11:1, 11:5, 11:10, 11:13, 11:16, 11:18, 11:20, 12:3, 12:6, 12:15, 12:19, 17:23, 18:4, 18:7, 18:20, 18:23, 19:19, 19:24, 20:3, 20:7, 20:11, 20:14, 20:19, 20:22, 21:9, 21:15, 21:20, 21:24, 22:4, 22:6, 22:11, 22:14, 23:4, 23:8, 23:12, 23:16, 23:19, 24:8, 24:11, 24:13, 25:22, 26:1, 26:10, 26:16, 26:19, 26:22, 27:1, 27:10, 27:18, 27:20, 29:8, 29:11, 29:14, 29:19, 29:25, 30:16, 30:23, 31:8, 31:23, 32:17, 32:20, 32:23, 33:5, 33:7, 33:15, 34:4, 34:10, 34:13, 34:16, 34:17, 34:20, 34:24, 35:1, 35:2, 35:6, 35:11, 35:13, 35:16, 35:19, 35:22, 35:24, 36:2, 36:4, 36:5, 36:6, 41:8, 41:14, 43:20, 44:2, 44:25, 45:6, 45:9, 45:15, 45:19, 46:1, 48:5, 48:7, 48:9, 48:15, 48:19, 48:21, 48:22, 48:24, 48:25, 49:2, 49:6, 49:7, 49:8, 49:9, 49:10, 49:11, 49:12, 49:17, 49:19, 51:11, 55:7, 57:17, 57:19, 62:17, 62:19, 62:24, 67:21, 68:2, 68:6, 69:1, 69:4, 71:6, 71:13, 71:17, 72:23, 73:8, 73:11, 73:13, 73:14, 73:16, 73:17, 73:24, 74:2, 74:8, 75:11, 75:13, 82:11, 82:18, 83:3, 83:5, 87:10, 93:10, 93:14, 93:15, 93:17, 93:20, 93:22, 97:15, 97:17, 109:24, 110:25, 112:2, 112:5, 114:23, 115:2, 115:8, 115:16, 115:23, 116:2, 116:7, 118:4, 118:6, 118:10, 118:11, 118:14, 124:19, 127:1, 127:6, 128:4, 128:12, 128:14, 128:16, 128:22, 128:25, 129:3, 129:8, 129:11, 129:18, 130:2,

130:5, 130:9, 130:11,
130:20, 130:24, 131:7,
131:11, 131:17, 131:20,
131:23, 132:3, 132:6,
132:23, 133:6, 133:13,
133:21
  **them's** [1] - 132:11
  **themselves** [1] - 7:5
  **theory** [1] - 17:12
  **therefore** [1] - 8:2
  **They've** [2] - 25:12,
25:14
  **they've** [2] - 16:19,
50:12
  **thick** [2] - 77:15, 82:8
  **thicker** [1] - 77:19
  **thigh** [1] - 95:16
  **thin** [4] - 77:12, 77:17,
77:19, 82:8
  **thinking** [1] - 49:18
  **thinner** [1] - 77:14
  **third** [1] - 7:2
  **three** [35] - 3:21, 3:23,
5:17, 7:16, 9:9, 20:19,
20:23, 22:24, 22:25,
25:2, 25:6, 29:1, 29:2,
30:1, 48:17, 56:25, 57:1,
85:13, 87:3, 89:8, 89:9,
89:11, 97:12, 100:20,
106:16, 106:19, 106:23,
106:25, 107:19, 111:16,
111:19, 113:14, 130:13,
132:15, 133:10
  **Three** [7] - 30:3, 95:9,
95:10, 106:24, 106:25,
111:15, 111:16
  **throw** [6] - 19:21,
19:25, 42:2, 75:16,
86:15, 96:25
  **Thursday** [7] - 4:25,
5:4, 5:13, 86:16, 132:7,
132:24, 133:9
  **tie** [9] - 53:12, 53:13,
53:22, 54:5, 54:16,
54:20, 99:20, 100:24
  **ties** [2] - 8:16, 100:24
  **tip** [3] - 75:14, 75:15
  **tired** [1] - 5:10
  **Tirrell** [4] - 4:19, 82:24,
128:18, 129:10
  **titles** [1] - 29:15
  **today** [4] - 3:14, 7:22,
32:7, 106:13
  **toes** [2] - 76:12, 79:9
  **together** [1] - 132:23
  **Tomorrow** [3] - 3:16,
3:22, 3:23
  **tomorrow** [15] - 3:21,
3:22, 4:8, 82:23, 128:17,
128:23, 129:4, 129:12,

129:20, 129:25, 130:6,
131:12, 133:14, 133:19,
133:20
  **took** [5] - 83:13, 84:13,
88:16, 103:14, 119:15
  **tool** [1] - 132:19
  **top** [3] - 52:14, 52:25,
78:6
  **tops** [1] - 33:21
  **total** [1] - 133:10
  **toto** [1] - 23:3
  **touch** [1] - 50:3
  **tough** [2] - 23:20,
47:21, 121:23
  **Townsend** [4] - 88:15,
88:16, 118:24, 118:25
  **training** [1] - 48:14
  **transcribed** [1] - 135:8
  **transcript** [1] - 135:8
  **transfer** [1] - 95:6
  **transferred** [1] - 3:14,
  **translate** [1] - 3:13
  **translated** [1] - 126:23
  **translation** [4] - 3:14,
35:4, 71:15, 126:24
  **translators** [1] - 3:13
  **traveling** [1] - 28:6
  **tray** [1] - 124:23
  **Tray** [2] - 120:1, 120:2
  **treating** [1] - 51:7
  **Trial** [1] - 1:10
  **trial** [3] - 6:14, 32:7,
34:4
  **tried** [2] - 130:11,
130:12
  **trigger** [1] - 22:19
  **triggered** [1] - 16:12
  **tripe** [2] - 119:24,
119:25
  **trouble** [1] - 126:6
  **Trouble** [1] - 126:6
  **truck** [1] - 79:6
  **true** [3] - 25:22, 49:15,
77:5
  **try** [7] - 18:9, 41:15,
129:7, 130:25, 131:5,
132:15, 133:6
  **trying** [6] - 20:11,
20:15, 28:15, 41:3,
50:18, 103:23
  **turn** [8] - 4:3, 5:21,
74:2, 81:18, 103:25,
104:15, 104:25, 114:2
  **turned** [1] - 103:14
  **twice** [5] - 5:10, 57:20,
59:8, 110:10, 117:14
  **Twice** [1] - 59:10
  **Two** [7] - 30:3, 30:10,
59:18, 75:22, 75:24,
77:22, 102:12

**two** [80] - 2:12, 3:23,
4:25, 5:16, 6:7, 7:15,
9:8, 9:17, 10:24, 13:7,
13:13, 14:23, 16:22,
24:22, 25:2, 25:6, 27:25,
28:11, 28:22, 34:13,
46:4, 46:5, 51:12, 51:13,
51:14, 51:17, 57:8,
57:25, 59:16, 59:18,
59:25, 60:7, 60:8, 60:10,
66:22, 75:20, 75:21,
75:24, 75:25, 76:1, 76:2,
76:3, 76:4, 76:12, 77:20,
78:19, 85:2, 88:10,
88:17, 92:13, 95:1, 95:3,
95:13, 95:22, 96:19,
96:22, 102:11, 102:12,
106:3, 106:12, 106:14,
106:15, 106:23, 108:11,
108:21, 109:8, 109:22,
110:1, 110:12, 111:12,
111:20, 113:1, 129:12,
131:24
  **type** [10] - 24:5, 47:24,
51:14, 53:19, 54:1,
58:25, 59:4, 79:5, 79:17,
132:20
  **types** [1] - 25:3
  **typical** [3] - 18:15,
38:22, 80:6, 83:9
  **typically** [3] - 13:24,
14:6, 30:11

### U

  **U.S** [1] - 1:23
  **Um-hum** [1] - 27:3
  **unblessed** [1] - 12:14
  **uncomfortable** [10] -
43:18, 58:18, 58:21,
70:21, 70:24, 80:4,
89:12, 105:6, 105:8,
123:5
  **under** [4] - 16:19,
24:16, 35:7, 48:12
  **underneath** [1] - 46:25
  **understood** [5] - 60:21,
60:25, 72:7, 116:20,
127:1
  **unique** [17] - 9:23, 9:25,
11:1, 11:2, 11:3, 13:17,
13:22, 14:2, 15:8, 16:12,
30:21, 31:3, 31:4, 31:11,
31:12, 33:3
  **Unique** [3] - 9:24, 9:25,
11:1
  **UNITED** [1] - 1:1
  **unless** [1] - 3:20
  **unmistakably** [1] -

22:23
  **unpaid** [1] - 87:6
  **unquote** [1] - 7:14
  **up** [46] - 15:22, 19:18,
20:4, 23:10, 24:25, 25:1,
25:2, 25:8, 25:20, 27:2,
27:25, 28:21, 28:22,
39:9, 39:16, 44:13,
44:15, 46:25, 52:5, 52:6,
52:10, 52:13, 52:14,
56:17, 64:1, 64:2, 65:6,
65:7, 65:19, 67:4, 74:3,
80:14, 99:23, 100:20,
103:17, 104:16, 109:10,
109:18, 110:1, 119:25,
124:25, 125:13, 131:25,
133:15
  **uses** [2] - 97:14, 130:17

### V

  **vacuum** [1] - 96:1
  **Vacuuming** [1] - 95:18
  **various** [1] - 129:16
  **vast** [1] - 25:18
  **vein** [2] - 75:15, 76:1
  **version** [2] - 130:18,
130:22
  **versus** [2] - 2:3, 10:2
  **vice** [1] - 2:14
  **video** [2] - 45:2
  **videos** [6] - 45:4, 45:12,
129:22, 130:12, 130:13,
132:9
  **view** [5] - 19:14, 21:4,
24:18, 30:20, 33:11
  **views** [1] - 82:12
  **Vink** [1] - 4:24
  **violates** [1] - 17:12
  **viscera** [1] - 96:14
  **voice** [1] - 74:3
  **volunteered** [1] - 23:4
  **volunteering** [1] - 23:5
  **VP** [1] - 4:19

### W

  **Wage** [2] - 16:25, 17:13
  **waist** [1] - 52:4
  **wait** [5] - 15:25, 39:1,
39:5, 125:6, 128:25
  **waiting** [3] - 16:11,
28:7, 99:17
  **walk** [4] - 14:11, 17:11,
21:6, 21:8, 39:20, 41:19
  **walking** [4] - 6:17,
16:11, 21:8, 39:20,
87:13, 91:19, 111:9

  **warm** [1] - 50:1
  **wash** [58] - 21:7, 40:7,
40:11, 40:22, 40:23,
41:1, 41:3, 42:16, 56:10,
63:24, 64:8, 64:10,
64:20, 65:1, 66:3, 66:11,
69:15, 81:13, 83:19,
83:21, 83:23, 85:15,
85:17, 90:5, 90:7, 90:10,
90:21, 91:4, 91:6, 91:10,
91:11, 91:12, 91:13,
95:16, 95:25, 100:22,
101:1, 102:17, 102:20,
113:7, 113:17, 117:11,
117:12, 123:9, 123:11,
123:12, 123:15, 123:17,
123:19, 124:2, 124:4,
125:6, 125:7, 125:8,
125:9, 126:11
  **washed** [2] - 91:9,
123:13
  **washing** [3] - 6:17,
22:15, 64:14
  **watching** [1] - 129:22
  **Water** [1] - 102:25
  **water** [38] - 39:22,
39:25, 48:6, 50:13,
50:16, 50:18, 50:19,
50:22, 50:25, 51:8, 53:3,
64:20, 66:5, 67:12,
67:13, 67:16, 67:17,
69:18, 78:8, 83:21,
85:16, 90:23, 92:5, 92:15,
100:3, 100:5, 102:21,
109:15, 109:18, 113:16,
113:18, 117:13, 123:19,
124:3, 124:23, 124:25
  **water's** [1] - 50:23
  **ways** [1] - 46:18
  **wear** [101] - 10:7, 15:10,
15:11, 15:13, 17:4,
17:17, 17:18, 30:18,
30:20, 30:24, 31:13,
33:12, 33:20, 38:2, 38:5,
38:10, 38:11, 38:13,
38:14, 38:16, 40:6, 42:8,
43:2, 51:15, 53:4, 53:8,
53:19, 54:1, 55:13, 56:2,
56:4, 56:12, 56:14,
56:23, 57:12, 58:4,
58:18, 58:25, 59:5,
59:20, 59:22, 60:14,
60:16, 61:18, 68:10,
68:12, 68:15, 70:20,
70:25, 71:2, 72:15, 73:2,
76:12, 77:3, 77:7, 77:9,
78:5, 78:7, 78:14, 78:22,
79:4, 79:11, 79:15,
88:23, 89:19, 91:16,
91:20, 91:25, 92:5, 98:9,

98:12, 98:14, 98:16,
98:22, 98:25, 100:12,
101:11, 104:22, 105:2,
108:2, 108:3, 108:7,
108:9, 108:12, 108:17,
108:23, 108:25, 109:2,
110:12, 121:5, 121:9,
121:19, 122:7, 122:16,
123:2, 123:4, 127:18
  **wearing** [12] - 17:11,
19:16, 19:18, 33:13,
43:13, 72:10, 73:3, 92:1,
105:9, 122:15, 123:3,
123:23
  **wears** [1] - 17:19
  **weather** [1] - 105:8
  **web** [2] - 130:15, 131:3
  **Wednesday** [5] - 4:10,
131:14, 131:22, 132:1,
133:14
  **week** [15] - 5:5, 5:19,
6:15, 23:21, 32:7, 42:14,
42:15, 45:11, 60:7, 60:8,
61:18, 91:24, 122:24,
133:7
  **weekday** [1] - 81:3
  **weekdays** [1] - 81:1
  **weekends** [2] - 61:7,
80:24
  **weird** [1] - 131:1
  **welcome** [1] - 43:21
  **Welcome** [1] - 44:2
  **West** [1] - 1:23
  **wet** [4] - 53:2, 53:3,
78:12, 101:20
  **Whaley** [3] - 11:21,
32:23, 34:5
  **Whaley's** [1] - 11:23
  **what-not** [1] - 102:13
  **whatsoever** [1] - 6:2
  **Whereof** [1] - 135:10
  **white** [3] - 10:6, 10:7,
10:17
  **whole** [11] - 4:11, 23:1,
23:25, 44:21, 47:16,
62:6, 63:22, 76:22,
76:25, 119:18, 121:5
  **willful** [1] - 7:14
  **willfulness** [7] - 7:13,
8:12, 8:17, 9:8, 13:4,
18:2, 82:24
  **wings** [9] - 75:9, 75:21,
75:25, 77:8, 85:6, 88:25,
95:16, 95:25, 125:17
  **wiping** [1] - 117:2
  **wire** [1] - 108:20
  **wires** [1] - 98:21
  **wished** [1] - 9:17
  **witness** [31] - 4:1, 4:3,
4:10, 5:21, 6:7, 34:11,

35:20, 48:6, 51:12,
57:18, 69:5, 71:11, 73:8,
73:9, 73:25, 74:2, 75:12,
82:23, 89:15, 93:2,
93:10, 97:16, 116:5,
118:6, 128:11, 128:14,
128:23, 133:16
  **Witness** [1] - 135:10
  **WITNESS** [14] - 34:25,
35:1, 36:4, 36:6, 73:13,
73:16, 93:17, 93:22,
118:10, 118:14, 134:3,
134:6, 134:9, 134:11
  **witness'** [1] - 48:17
  **WITNESS(Through** [1]
- 93:14
  **witnesses** [11] - 3:12,
3:20, 4:4, 4:15, 6:9,
7:21, 7:22, 35:7, 129:4,
131:25, 132:2
  **wondering** [1] - 87:7
  **word** [3] - 9:17, 49:12,
97:4
  **words** [7] - 6:21, 7:7,
23:5, 23:9, 24:6, 51:6,
92:13
  **wore** [11] - 68:8, 70:21,
89:17, 93:6, 98:15,
98:22, 108:3, 108:5,
108:14, 110:2
  **workers** [14] - 10:7,
30:1, 30:2, 30:3, 46:5,
97:9, 97:11, 97:14,
97:20, 100:10, 108:4,
117:16
  **works** [1] - 31:12
  **worn** [4] - 13:25, 17:9,
59:11, 59:13
  **worried** [1] - 5:22
  **worse** [1] - 72:18
  **wrapped** [1] - 13:24
  **write** [1] - 96:25
  **written** [1] - 62:11

## Y

  **year** [1] - 7:15, 59:8,
59:10, 59:13, 59:16,
59:19, 106:7, 106:14,
107:3, 107:14
  **years** [23] - 7:15, 7:16,
9:8, 9:9, 95:1, 95:3,
95:13, 97:12, 97:24,
106:3, 106:12, 106:14,
106:15, 106:16, 106:19,
106:23, 106:24, 106:25,
107:19, 119:10
  **yellow** [1] - 51:13
  **yourself** [3] - 48:6,

70:24, 126:18

## Z

  **Z-A-M-O-R-O-A** [1] -
118:15
  **Zajac** [3] - 1:22, 135:3,
135:15
  **Zamora** [4] - 118:8,
118:14, 118:18, 128:5
  **ZAMORA** [2] - 118:9,
134:11
  **zero** [1] - 74:17