1

```
 1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
 2                        NORTHERN DIVISION

 3


 4
        LUISA PEREZ, ET AL.
 5
             v.                            CIVIL CASE NO.
 6                                           AMD-06-121

        MOUNTAIRE FARMS, INC., ET AL.
 7
             Defendants
 8      _____/

 9

10                        (Bench Trial)
                      Wednesday, March 25, 2009
11                      Baltimore, Maryland

12
      Before:  Honorable Andre M. Davis, Judge
13

14

15    Appearances:

16          On Behalf of the Plaintiffs:
             C. Christopher Brown, Esquire
17           Jane R. Flanagan, Esquire

18          On Behalf of the Defendants:
             J. Larry Stine, Esquire
19           Paul Oliver, Esquire

20

21

22    Reported by:
      Mary M. Zajac, RPR
23    Room 5515, U.S. Courthouse
      101 West Lombard Street
24    Baltimore, Maryland 21201

25
```

1              (Proceedings at 10 a.m.)

2              MR. BROWN:  Shall we start?

3              THE COURT:  We shall.

4              MR. BROWN:  Great.  I call Dr. Radwin for the

5    plaintiffs.

6              DR. ROBERT RADWIN, PLAINTIFFS' WITNESS, SWORN

7              THE WITNESS:  Yes.

8              THE CLERK:  You may take the witness stand.

9              MR. BROWN:  Treacherous path, it looks like.

10             THE CLERK:  Doctor, begin by stating your name for the

11   record and spelling your last name, please.

12             THE WITNESS:  Robert G. Radwin.

13             DIRECT EXAMINATION

14   BY MR. BROWN:

15   Q    And Dr. Radwin, where do you reside and where's your office?

16   A    I reside at ▮▮▮▮ Tranton Court in Waunakee, Wisconsin.  And

17   my office is on the campus of the University of Wisconsin,

18   Madison, Wisconsin.

19   Q    Why don't we start by you telling the Court why you're here

20   today and what I asked you to please do in preparation?

21   A    I was asked to conduct a study at the Mountaire Millsboro

22   plant of donning and doffing and sanitizing activities that occur

23   in the plant.

24   Q    And do you have a copy of that report with you?

25   A    Yes, I do.

1    Q    And I believe that's Plaintiff's Exhibit Number --

2              MS. FLANAGAN:  17.  Yes.

3    Q    -- 17?

4    A    Yes.

5    Q    Doctor, what, what activities, what background do you have

6    that would enable you to make you a competent witness to answer

7    those questions we just discussed?

8    A    I have an education in engineering.  My degrees include a

9    Bachelors Degree in electrical and computer engineering.  I have

10   a Master's Degree in electrical and computer engineering and

11   bioengineering, and a Ph.D. in industrial engineering.

12             I've conducted numerous research studies in the field

13   of ergonomics and human factors.  And I use --

14   Q    Could you tell us what ergonomics is?

15   A    Yes.  Ergonomics is the, literally it comes from the word,

16   the Greek words "ergos" meaning work and "nomos" meaning study.

17   It's the study of work.  And ergonomics is the field that studies

18   the interaction between humans and machines and their

19   environment.

20             I do work in occupational ergonomics, which studies the

21   interaction within humans in the workplace, and the machines and

22   the work that they do.

23   Q    Would it be fair to say, then, that you have two, at least

24   for purposes of this case, two areas of expertise?  First,

25   measuring what workers do and how long it takes to do them and

1    what they do.  And then secondly, analyzing how employees can be

2    rearranged or production lines can be rearranged to allow for

3    better efficient use of space?

4    A    Yes.  Design of the workplace is part of what I do, as well

5    as studying activities in the workplace and quantifying a number

6    of things, including time.

7    Q    Now, have you in the past been involved as an expert witness

8    in any doffing and donning cases in the United States?

9    A    Yes.

10   Q    Could you give is a few, a few examples of those?

11   A    Yes.  I've conducted similar studies of donning and doffing,

12   both on behalf of plaintiffs and defense in a number of

13   industries, including chicken processing and turkey processing,

14   beef and pork and electronics industry as well.

15   Q    And one of the cases we've been talking about a lot here is

16   the Alvarez case.  Were you involved in that case?

17   A    Yes, I was.  I was a witness for the defense.

18   Q    For management?

19   A    Yes.

20   Q    Doctor, do you have an opinion to a degree of probability as

21   to, on average, how much time is spent by the plaintiff class at

22   the Millsboro Mountaire plant donning, doffing, walking, washing

23   and sanitizing?

24   A    Yes, I do.

25   Q    And what is that opinion?

1    A    The total time for donning and doffing in the Millsboro

2    chicken processing plant was approximately a total of 20.013

3    minutes.

4    Q    And when you, you just said that was the total for doffing

5    and donning.  When you say doffing and donning from here on, do

6    we include washing, sanitizing and walking?

7    A    Yes.

8    Q    So that's sort of the shorthand for five activities rather

9    than just two?

10   A    That's right, yes.

11   Q    Why don't you please tell us, one, what you were asked to

12   do, and then how you proceeded to do it?

13   A    Sure.  I was asked to conduct a study of the donning and

14   doffing activities in the Millsboro plant.  In doing that, the

15   first step was to visit the plant.  I visited the plant in

16   January, January 8th of 2008 and had a tour of the various

17   locations in the plant where donning and doffing occurs.

18          I went through most of the plant, all of the production

19   areas and the locker areas, the cafeteria, supply area, hallways,

20   and developed an understanding of what those activities were and

21   where those activities occurred.

22          Then, in consultation with counsel, I was asked to

23   conduct a study that was under the, the construct of the

24   continuous work day.

25   Q    What do you mean by that?

1   A    What I mean by continuous work day is that the, the

2   activities of donning and doffing start at the first principal

3   activity, which is the acquisition of equipment that's used for

4   work, such as a smock.  And that time for donning and doffing

5   continues until production work begins on the line.

6          And I studied at the start of the shift the time that's

7   elapsed from that first principal activity, which sometimes was

8   acquiring a smock.  But not only acquiring a smock, it might have

9   included other activities that we'll explain in more detail

10  later, until the employees began production work.

11  Q    That's the first unit of your study?

12  A    That's right.  And I can explain it in more detail, what I

13  did.  But just in general terms, I also studied donning and

14  doffing activities and sanitizing activities that occurred in

15  the, at the start of a, of the lunch break that was unpaid, and

16  at the end of the lunch break, as employees went back to the

17  production areas.

18         And then I conducted a fourth measurement of the time

19  that was elapsed when production ends and employees depart from

20  their work stations until the last principal activity of doffing

21  occurred at the end of the shift, which would represent

22  uncompensated time from when production ended until the time when

23  the doffing activity was completed at the end of the day.

24         So the continuous work day includes all of the time

25  from the first principal activity until production begins at the

1    start of the day, and at the end the day, the time when

2    production ends until the last principal activity, when doffing

3    is completed.  And then a similar portion of donning and doffing

4    during the uncompensated break.

5    Q    And how did you gather the data, the information upon which

6    you based your report?

7    A    So once I had an understanding of the procedure --

8    Q    Let me interrupt you for a moment.  Would it help if we

9    showed the plot, the plat, I guess, of the facility?

10   A    Yes.  If I may use my computer.

11           THE COURT:  Certainly.  And I will say, Doctor, and Mr.

12   Brown, I have read the report.  So to the extent that you can

13   assume just a little bit of knowledge on my part, feel free to do

14   so, from having read the report.

15   A    In front, I have a diagram of a portion of the Millsboro --

16   Q    Dr. Radwin, just a second.  They're getting set up.  Sorry.

17   You may proceed.

18   A    The diagram that I'm showing on the screen is a portion of

19   the Millsboro chicken processing plant.  And this diagram has a

20   lot of arrows because it comes from the evacuation diagrams that

21   were provided to me as I was planning my study.  So I had these

22   early on after I visited the plant.

23   Q    So I take it we needn't spend much time look at the red

24   arrows?

25   A    That's correct.  That's correct.  But it does show the

1    layout of the plant in sufficient detail.

2              So this point over here, if you can see my arrows --

3    Q    Have a cursor on the far right side of the middle of the

4    screen?

5    A    Right.  That is the entrance to the plant where employees

6    enter into the plant through these doors.  There's stairs and an

7    entrance.

8              Employees walk into a hallway.  And let me show you

9    some of the landmarks that you'll see in videos that I'll show

10   you shortly.

11             So this is the locker area.  And there are lockers that

12   are arranged as shown in the diagram.  And there's small walls

13   and passageways where employees can come and go into the lockers.

14             There is a rack that is along this wall over here that

15   sometimes has smocks.  There is a supply window back here.  And

16   there's, the window is in front, and there's a doorway where

17   employees can obtain supplies, such as hair nets and aprons and

18   other equipment.

19             There's another hallway that goes this way,

20   perpendicular to the long hallway that I just showed you.  And

21   that hallway has a time clock along the wall adjacent to the

22   locker.

23             And there are rest rooms, they're not marked here as

24   restrooms, but there are rest rooms on this side as well.

25             Employees enter the production area by walking down the

1    hallway where my arrow is moving, passes through some doors which

2    are shown over here at the top of the diagram.  They walk through

3    a sanitizing bath, go through, make a left turn.  Most employees

4    make a left turn to go to the production area and walk through

5    these double doors.  And then they're on the production floor,

6    which is where I'm pointing over here.

7         In the next diagram, this is part of the production

8    floor and this is the large evisceration area.  Here's the

9    dressing room.  And I'll just show you one more diagram.  And

10   this isn't to total scale.  Here's the dressing room.  It's in

11   total size.  There's a kill room.  Live hanging and live

12   receiving.

13        I do have a full scale diagram if you care to see.

14   Q    I think this is sufficient.

15   A    Okay.  So this is a very large plant.  I don't know if the

16   diagram fully lets you appreciate the size.  But that's the

17   layout.

18        THE COURT:  Perhaps you can just, if you recall,

19   Doctor, for example, the kill room.  What would be the rough

20   measurements of the kill room?

21   A    Maybe I should produce that diagram.

22   Q    This hasn't been marked for identification.

23        THE COURT:  Okay.  I'm sure it's not disputed.  If you

24   can read it off of there.

25        MR. STINE:  It's not disputed.  We have that.  We're

1    going to be using the same thing.

2              THE COURT:  I'm just trying to get a sense of the

3    scale.  That's all.  Obviously, I'll see it on the video.

4    BY MR. BROWN:

5    A    This is a scale on this diagram that I'm holding.  One inch

6    represents 20 feet.  And so if you look at the kill room, that

7    would be about 60 feet across approximately, to my eyeball.

8              THE COURT:  Okay.  Thank you.

9    A    So it's a large plant.  This would represent the total

10   layout.

11             THE COURT:  Thank you.

12   Q    Now, Dr. Radwin, it's probably a good time now for you to

13   explain your methodology?

14   A    Yes.  I had a group of videographers who were trained to

15   video using a certain procedure that I'll explain in a moment.

16   And these were students who visited the plant in March of 2008,

17   on March 18th, 19th and 20th.

18             And they were instructed to video employees using a

19   procedure that would video the employees performing the various

20   donning and doffing activities during the various shifts and the

21   various times when different departments started the work day at

22   their breaks, ended their work day, and did that in the day shift

23   and the night shift.  And they went through those three total

24   days.

25             There was one period where the plant didn't allow them

1    to, on the 17th, to video the night shift.  So they had a break

2    and then they went straight through.  Almost 24/7.  Just very

3    little sleep.

4    Q    There were four or five?

5    A    There were five altogether.  Four cameras were operating at

6    one time.  And then the fifth person coordinated them.  Because

7    there were different things happening in different parts of the

8    plant.  And they needed to communicate with management in the

9    plant when these activities were going to happen, when various

10   departments were going to go on break, when they were going to

11   end at the day, when things were going to start.

12         So one person was the coordinator and the others did

13   videos.

14         Now, let me advance my slides to the first activity.

15   Q    That's what I was about to ask you?

16   A    So this is a video that I'm going to show of the start of a

17   shift.  At the start of a shift, the procedure was for each

18   videographer to be stationed at the entrance where employees

19   enter.  And the objective was to have a random employee selected

20   for each videographer at each time.

21         So they were stationed at a time when employees were,

22   before employees would begin to enter.  And they were informed

23   what that time was by plant management.  And each videographer

24   was assigned a random number.  And we had a random number table.

25   So each person was going to count the number of employees who

1    walked through the door.

2            So if your random number was three, the videographer

3    had to wait for three people to pass through the door.  And the

4    third person was the person who they would video.  So they didn't

5    know who or could anticipate who they would video.  And it was

6    completely random in that sense.

7    Q    When you say they entered through the door, you mean the

8    front main entrance door to the building?

9    A    That's correct.  The one that I can show you.  Let's go back

10   to the first diagram I showed you.  That's this door at the

11   entrance to the plant.

12   Q    Okay.

13   A    So what we're looking at --

14   Q    Not the door that gets you into the production area?

15   A    That's correct.  This is the entrance from the street to the

16   plant.  And the place where my arrow is, if you can see the arrow

17   on my screen, is approximately where the cameras were stationed

18   at that time.

19            I'm sorry.  Actually, it's not there.  It's right in

20   here, in these doors right in here.

21   Q    Okay.  And this, this, I take, is one of the, they harvested

22   how many video --

23   A    I don't have that number committed to memory.

24   Q    Well, approximately.

25   A    But it's in my report.  Approximately 30 or 40, I think.

1    But I'm just --

2    Q    Are you talking about the first shift?  Altogether, how

3    many, you're about to show us one of the videos --

4    A    I'm just going to show you one sample.

5    Q    -- taken?  How many of these are there for the whole

6    project?

7    A    Oh, there's almost 200 video clips of the various

8    activities.

9    Q    And this is one of those two?

10   A    That's correct.  This is just one of them.  So the procedure

11   was to do that count and to turn on the camera at the time when

12   that person would just walk through the door, which is when this

13   video clip starts.  And the videographer was instructed to follow

14   the employee from that entrance until they begin production work.

15         And so what we'll watch is an employee entering the

16   plant.  And then we'll follow this employee through the various

17   activities.

18         And I will show you separately afterwards how I

19   analyzed that.  So this is just a video clip, the data collection

20   process.

21         THE COURT:  How many, if you recall off the top of your

22   head, how many employees said thanks but no thanks?

23   A    I don't recall exactly.

24         THE COURT:  I imagine there were a few.

25         THE WITNESS:  Just a few.  And the employee, the

1    videographers were instructed to honor that request.

2                THE COURT:  Of course.

3                THE WITNESS:  I don't recall too many, if any.

4    BY MR. BROWN:

5    Q    And I think that they were also instructed not to engage in

6    conversation with the workers?

7    A    That's correct.  Each videographer was accompanied by a

8    plant supervisor.  And so, and you'll see this in the video.  The

9    videographers are walking through the plant.  And there's a

10   person who is following them.

11               So I'll start the video.  And the person we're going to

12   be watching is this woman in the gray sweatshirt.

13   Q    The one right in the middle?

14   A    Right.  And you'll see her again passing through there right

15   now.  And she has a backpack on.  This woman is now walking down

16   past the locker areas.  Here.  Let me just freeze it for a

17   second.  You can see this entrance here.  This is the lockers on

18   the right.  And now we'll just continue the video.

19               So she acquires a smock from this rack.  And she's

20   carrying the smock.  And she will now walk around the corner by

21   the locker area.  There is a time clock on this wall.  And she'll

22   swipe her time card.

23   Q    That's what she just did, I guess?

24   A    Yes.  She enters the locker room.  And she'll go to her

25   assigned locker.

1    Q    Was she opening it with a key, it looks like?  Did she just

2    open it, did she have a key to her locker?

3    A    Yes.  She opened up her lock.  And she's now opening the

4    door to her locker, and she's taking off her backpack.

5    Q    And this is all real time.  It hasn't been sped up or slowed

6    down?

7    A    No.  This is the actual time in real time.  Correct.  Just

8    freeze that for a moment.  You can see one of the other

9    videographers over here.  While we're videoing one employee,

10   there's four videographers who are videoing other employees that

11   were randomly selected.  So these are the camcorders that each

12   videographer has.  They're small, digital video camcorders that

13   have a hard drive that records electronically the video signal.

14   So she's now at the locker.

15           There's the limited passage through there.  She now

16   took her helmet out of the locker.  And she's carrying her smock

17   and her helmet and I think hair net.  And she's walking out of

18   the locker room.  And she walks into the restroom.

19   Q    That's right across the hall?

20   A    Correct.  It's across the hall from the time clock.

21   Q    I take it you did not follow, the videographer didn't follow

22   her into the restroom?

23   A    That's right.  The videographers weren't permitted to take

24   the cameras into the restrooms.  So we can't see what happens in

25   the restroom and what she's doing.

1          But I'll point out when she walks out of the restroom.

2     Q    Now, are you counting this time?  Does this time in the

3     restroom count or not count?

4     A    It doesn't count and I'll show you how I did that in a

5     little while.

6          When it counts or not, the videographers are instructed

7     to follow the employee throughout all the activities that they

8     perform at the start of the shift.

9          THE COURT:  I knew there was a creepy part to this and

10    this is it for sure.  But science must be served.

11    Q    Feel like a Peeping Tom.

12    A    Now, the employee hasn't walked out yet.  Remember, this was

13    an employee with a gray sweatshirt.

14         THE COURT:  Can you stop it for just one second?

15         THE WITNESS:  Yes.

16         THE COURT:  Doctor, do you know, I'm sure counsel could

17    stipulate to this, but perhaps you know, it just occurred to me,

18    is there a gap, if that's the right word, between the shifts when

19    there's no production activity going on?  Do you recall?

20         THE WITNESS:  To my recollection and understanding,

21    between shifts there's a crew that does sanitizing and

22    maintenance.

23         THE COURT:  Okay.  So there's like a period of time

24    when people are leaving to go home and people are arriving for

25    work, but there's no work being done while that clean-up process

1    takes place, is your recollection?

2              THE WITNESS:  During the clean-up process that's true.

3    However, the entire plant doesn't all go home at exactly the same

4    time.

5              THE COURT:  Okay.  Right.  I learned that yesterday.

6    All right.  So there's, in a sense, there's always a gap.

7              THE WITNESS:  That's right.  There's a cascade of

8    employees from the various areas in the plant as different parts

9    of the plant start and stop.  It's even more complex because

10   there is an area, an evisceration area where the chicken are not

11   chilled.  And then the chilled area.  And there's a time period

12   that has to elapse in order to chill the chickens.

13             THE COURT:  I see.  Okay.  Thank you.

14             THE WITNESS:  So I might be telling you more detail

15   than you care to know.

16             THE COURT:  No.  That's helpful.  Thank you.

17             THE WITNESS:  So I'll continue the video.

18   BY MR. BROWN:

19   Q    Could we just speed it up until she comes out?

20             THE COURT:  No.  Let's wait.

21   A    Unfortunately, I can't speed this video up.

22             THE COURT:  I interrupted so we would lose sense of how

23   long she was in the restroom.

24   A    I'll show you precisely how long she was in there.

25   Q    Just no privacy these days.

1   A    That's one of the videographers walking in front of the

2   other camera.  And you can see on the left here is another

3   videographer videoing another employee.

4   Q    And those, I think, are hooks on the right, to the right of

5   the bathroom where you hang your apron?

6   A    Yes.  The smocks aren't permitted into the restroom.  And so

7   employees have to doff the smocks before they go in.  What you

8   don't see is the entrance to the actual restroom in this video.

9         So let me just -- okay.  So now the employee is walking

10  out.  And what I'd like you to notice is that in the time that

11  she was in the restroom, she had donned her helmet, which she

12  carried in, and a hair net.  And her hair net is now on her hair.

13  She's also wearing her smock, which we couldn't see her don in

14  the video because she was inside the restroom area where the

15  cameras weren't permitted.

16        And she's walking down the hall, which is that long

17  corridor to the supply window.  And now she's standing on a queue

18  at the supply window.

19  Q    Doctor, could you stop and tell us what those letters and

20  numbers are underneath the picture?

21  A    Yes.  So the camcorder is like a computer.  It makes an MPG

22  file, an m-peg file that has a code.  And this code is the video

23  clip code.  It's time coded by the computer.  CAM B stands for

24  camera B.  We coded our cameras A, B, C and D.  D stands for

25  date.  2008 is the year.  0320 is March 20th of 2008.  T stands

1    for time.  The time of day when the video was created was

2    07:53:58.  So we can find that video clip again and reproduce it.

3           So I'll continue the video now.

4    Q    Sure.

5    A    So now she walked through the door of the supply room and

6    she's got an apron.  And she's getting an apron.  The aprons

7    have, are set up in such a way that when employees get new

8    aprons, they have to tie their, the strings around the apron.

9    And that's one of the things that she's doing.

10          Also notice that some employees are taking the apron

11   and they write their names with a marker on the apron so they can

12   find their apron later on.  And I'll show you an example of that.

13   But you can see this fellow in front, who we're not timing, is,

14   looks like he's putting his name on the apron so he can find it.

15   Q    Do you write it in with a pen?

16   A    With a large marker.

17   Q    Marker.

18          THE COURT:  Looks like the marker is made available

19   right there in the supply room.

20          THE WITNESS:  That's what it looks like.  You can see

21   other employees doing the same thing with their aprons.

22   BY MR. BROWN:

23   Q    Is that our person on the right?

24   A    The person who is being videoed is on the left.  She's

25   standing by the table.  I think she's tying the strings around

1    her apron.  If you're a different size, you want to make your

2    strings shorter for a shorter person and longer if you're a

3    taller person.  So they're adjusted for that person.

4    Q    I take it you've been in quite a few poultry plants in your

5    day?

6    A    Yes.  I've studied these kinds, I've done these kinds of

7    studies in about 24 chicken processing plants.

8              THE COURT:  The time stamp is when the camera started

9    rolling on a particular subject or --

10             THE WITNESS:  I'm not sure.  I think the time stamp

11   that you see is when the camera stopped.

12             THE COURT:  When it stopped.  Okay.

13             THE WITNESS:  Okay.  So now she walked out of the

14   supply room and she's carrying her apron.

15   BY MR. BROWN:

16   Q    The other thing is a smock?

17   A    And she's wearing her smock, her hair net, and her helmet.

18   She walks back into the locker room.  And she's opening her

19   locker now.  And it looks like she's getting some gloves.

20             Some employees also take grocery bags with them to work

21   and they can store some of their equipment in those grocery bags

22   when they hang them on hooks.  And I think that was one of the

23   things that she was taking out of her locker as well.

24             She's leaving the locker now.  And now she makes a

25   right turn and walks towards the production area.  She makes a

1   left turn to go through the first set of double doors.  And

2   there's a second set of doors that she's passing through now,

3   second entrance.

4   Q    Has she walked through the sanitary basin?

5   A    Yes.  The floor was quite wet, as you can see.  The camera's

6   pointing down, I think, because the videographer, there's a lot

7   of people there, and the videographer is watching the employee

8   but he was watching, staying out of the way and just wasn't

9   paying attention to focusing the camera on her.  There she is

10  again.

11       And she puts on her, you can see, actually, if you

12  look, you saw it earlier, her name was on her apron and written

13  in a large marker.

14       She has her hood on.  It's cold in this area of the

15  plant.  So employees will wear warm clothing to work as well.

16  Q    I think she just tied her apron?

17  A    Yes.  You notice there's a lot of other activity going on.

18  And many of the other employees are doing some of the things that

19  we'll observe her do at various times and places.  Not everybody

20  does everything in precisely the same order and at the same time.

21  And I'll show you some examples of that.  My study takes all of

22  those things into account.

23       And now she's walking to her work station.  You notice

24  that the, I'm stopping the film for a second.  You notice that

25  there are no chickens yet on these cones.

1          THE COURT:  Can you back it up, please, Doctor?  I want

2     to see that last thing she did, which I guess was the sanitizing.

3          THE WITNESS:  Yes.  It's not easy to do that at this

4     time.  But I can do that in a different program in a while.

5          THE COURT:  That's fine.  Or perhaps I'll see it on

6     another clip.

7          THE WITNESS:  Okay.  I'll show you that again.  This is

8     just a video portion.

9          THE COURT:  Okay.

10         THE WITNESS:  So now she's putting on gloves.

11    BY MR. BROWN:

12    Q    And she's at the line but the line's not moving?

13    A    Well, there aren't chicken on the line.  The line is

14    actually moving.  But there will be chickens on those cones when

15    production begins.

16    Q    And that is your understanding is when the pay clock begins?

17    A    That's my understanding, yes.

18    Q    Now, is she in her proper place on the line or is she a few

19    steps away?

20    A    Well, this is where she works, I presume.  I don't know from

21    her personnel records exactly if this is the correct place.  I

22    think it is.

23    Q    No.  I meant is she now in work -- if a chicken were to come

24    by, is she in the right place to pick it up or is she still --

25    A    Yes.  This is where she should be working with product.  And

1    you can see she's putting on gloves.  And other employees are

2    moving into position.  And she's looking down the line.  There

3    are no chickens yet.

4             We would have liked to video until we saw chickens

5    coming down the line but because of the limited amount of time

6    that we had in the plant and because the videographers were

7    instructed to stay until she was ready to work and didn't do any

8    more donning, the video stopped and the videographer went to

9    another location to video somebody else entering the plant, so

10   that we would have sufficient amount of data.

11   Q    So are you saying there was some waiting time involved by

12   her, right around now, time-wise, in the picture?

13   A    Right.  You don't see any chickens yet.  So the time that

14   we've captured in this video doesn't include the total time that

15   has elapsed until production has begun.

16   Q    So another way of saying that is your study in this respect

17   is under-inclusive?

18   A    That's right.

19   Q    And would that also be the case because of the not covering

20   the doffing that went on, the donning that went on in the

21   bathroom?

22   A    Yes.  And I'll show you how I do that in a moment.

23   Q    Okay.

24   A    So that's done at the start of the shift.  Let me show you

25   the other activities and how they were videoed.  Then I'll go back

1    to each of these and show you how I analyze them.

2    Q     This is second unit of time, in essence?

3    A     Yes.  So the second activity is doff at the start of the

4    lunch break.  And these are the unpaid breaks.  And the

5    procedure's a little different here for the videographers.  The

6    videographers are now at the individual lines in the plant.  And

7    because we know how many people are working on any line, we can

8    count that number and produce a random number from one to how

9    many other people are on that line.

10          So each videographer is assigned a random spot.  And so

11   the employee who they're going to video is someone that they're

12   watching because they were randomly assigned that person by the

13   supervisor and they're waiting for that person to depart from the

14   work station.

15          So the person that you see in this video here isn't the

16   person who's being studied.  I'll show you who that is in a

17   moment.  So I'll start the video.

18          Now they're all walking off of the work station.  The

19   break has begun.  And the person who we're following is this tall

20   fellow right here.  So he's just walked off the line.  He unties

21   his apron.  He's still wearing arm guards and gloves and all of

22   his other gear.

23          He's at a line where sanitizing is done, people are

24   washing their aprons.  You can see the other employees in front

25   of him doing that and using paper towels to dry them off.

1          There's also a hand wash on the side here, or glove

2     wash.

3     Q    Can you stop that for a moment?  Those people at the right

4     side who are washing, do you know if they are, their lunch break

5     just started, also?

6     A    Yes, I think so.  We only studied one person at a time.  But

7     this is when the break occurred and so that line was leaving.  So

8     there's a number of employees who depart all at that time.  And

9     you can see how although they walk in a line, there's a lot of

10    people who are moving off, going on to lunch at one time.

11    Q    Is it fair to say that it's well congested?

12    A    Yes.  And you can see that in the video as I continue.

13         This person is standing on the line.  There's people in

14    front of him.  And they're at a sink.  And you can see how

15    they're splashing water on their aprons to sanitize them.  He's

16    actually holding the apron of the person in front of him.  I

17    don't know if you can see that.

18         But the person standing in front of him had untied his

19    apron so he's helping that person by holding the strings tight so

20    he can wash him.

21         Actually, what happens, one thing to notice, he walks

22    away from the sink.  And in this video clip, he never does wash

23    his apron.

24         What some employees do is wait on line.  If it's too

25    long a line and their lunch break has begun, they might choose

1    not to do that until they come back.  And so you will see in the

2    videos that some employees will wash their apron going right off

3    the line to lunch.  Some employees, like this employee, will hang

4    up their apron.  And when they come back from lunch, they'll wash

5    their apron.

6             So now he's walking through a doorway and a passageway.

7    You can see other employees who are wiping down their aprons.

8    Through another passage.

9    Q    We're still in the production area?

10   A    That's correct.  And now he's out in the hallway.  And there

11   are hooks.  And he's taken his apron and put it on a hook.  Goes

12   through another set of doors.  And he's walking towards the

13   cafeteria now.

14   Q    What happened to the gloves?  Does he still have his gloves

15   on?

16   A    He does.  And you can see those in the video.  And I can try

17   to freeze frame it.  But he just moved his arm and you can see,

18   he's still wearing gloves.

19            And he walks into the cafeteria.  And the video stops

20   because the videographers were not permitted to video donning and

21   doffing activities in the cafeteria.  They weren't allowed in the

22   cafeteria with the cameras.

23   Q    That would make your study under-inclusive as well?

24   A    Yes.  Any donning and doffing that occurs in the cafeteria

25   was not timed or videoed.

1          So this is the start of the lunch break.  At the end of

2     the lunch break, we start at the cafeteria door.  And here is an

3     employee who's walking out of the cafeteria.  And we're going to

4     follow him going back to his work station.

5     Q    And he's not the same fellow we were just watching?

6     A    This is a different employee.  And again, the procedure

7     here -- whoops.  Let me actually back up and explain the

8     procedure.

9          The procedure here is similar to when employees enter

10    the plant.  So they're all passing from lunch now.  And so they,

11    each videographer has a random number and a random person, the

12    fourth, fifth or sixth, whatever that random number is, there was

13    a random number from one to six, would be the person who was

14    videod.

15         And he puts on safety glasses.  And you can see him do

16    that.  And then he puts on ear plugs.  And he's walking towards

17    the production floor.  You can see him adjusting his ear, hearing

18    protection, ear plugs.  Now, this time is before production

19    begins.  He's going back to his work station, which is down this

20    passageway.  He passed the restroom area.  There are pallet jacks

21    and other things that he walks around.

22         And now he's over at the area where his apron is hung

23    on the hook.  So this is similar to the first person.  I'm going

24    to freeze the film for a minute.

25         This is the similar to the first person we saw who hung

1    up his apron on the hook.  So this is a different person, but

2    he's going to look for his apron.

3            He's going through the aprons now.  There's also this

4    soap on the floor for sanitation purposes.  And he's looking for

5    the apron with his name on it.

6    Q    I take it there's no company attendant that helps him find

7    his apron?

8    A    No.  Presumably, that one is his.  He's now proceeding to

9    don the apron.  Tie it.

10   Q    He has no gloves on right now?

11   A    That's correct.  It's difficult to tie an apron with gloves.

12           THE COURT:  Are there bells or signals to alert

13   employees that the line's going to start in five minutes or

14   something?

15           THE WITNESS:  Not to my knowledge.

16   BY MR. BROWN:

17   Q    Now, what?  Is that washing?

18   A    Now he has gloves.

19           THE COURT:  Where are the defense exhibits?  Did we

20   ever find a box?  No, I mean the items.  The PPE.  Could you hand

21   those up, please?

22           THE WITNESS:  Okay.  I stopped the video for a moment.

23   Now he's over at a sink.

24           THE COURT:  You can hand it to the clerk.  Thank you.

25           THE WITNESS:  And he's proceeding to sanitize.

1          MR. BROWN:  Do you want to hold that for a minute?

2          THE COURT:  You may proceed.

3          THE WITNESS:  So this employee is walking back to his

4     work station.

5     BY MR. BROWN:

6     Q    Could you stop it for just a second?  Do you have any reason

7     to believe that this fellow didn't think different than he would

8     otherwise do because he suspected that somebody was filming

9     things and, therefore, things ought to be sped up or slowed down?

10    A    No.  It's my experience that employees proceed at the rate

11    that they normally do.  You can easily see that there are many

12    other employees engaged in similar activities at the same pace

13    and in the same manner.  And that's how I know that it's

14    representative.  Also, I'm just going to freeze it for a second.

15    Maybe I'll just run while he does that.

16          One thing that you should also notice is that although

17    it looks like we're standing very close to the employee with the

18    camera, these are wide angle lenses.  And in fact, with zoom on

19    them, you can stand quite far.  I think we usually stay around 20

20    feet away from the employees, as long as we can see them in the

21    field of view.

22          So the camera isn't right on top of the employee, as it

23    might appear in the video.

24    Q    And our guy's now wiping off his gloves with paper?

25    A    Yes.  Now he's walking to his work station.  You can see

1    that the line is moving but there aren't chickens yet coming to

2    his station.  And the video stops.  And so again, the amount of

3    time elapsed until production begins wasn't fully captured.  But

4    he's standing at his work station now.  And we just weren't able

5    to spend the full amount of time or we would miss other employees

6    returning to their work stations on other lines.

7              THE COURT:  Now, he wasn't wearing a bump cap.

8              THE WITNESS:  That's right.  So the last activity is

9    doffing at the end of the shift.  And the procedure here is

10   similar to what we did at the start of a break.  There's a line

11   and we have a random person who's selected based on a random

12   number generator and the number of people who work on that line.

13   And each videographer is stationed at a different station and

14   videoing a random employee.

15             So the employee who we're going to be following is this

16   woman in the green bump cap.  And now she's departed her work

17   station at the end of her shift.  She's at the sink and she's

18   going to sanitize her apron.  And it's my understanding that

19   employees don't get a new apron every day and so they need to

20   wash it and stow it.

21             And you'll see that what many employees do is use these

22   hoses that are available for them to hose down their aprons.

23   Q    Now, this is part of the process that Dr. Davis was unable

24   to evaluate, is that correct?

25   A    Yes.

1          THE COURT:  Why is he wiping his shoes?  I know that's

2    not the one we're looking at.

3          THE WITNESS:  Yeah.  Well, many of the employees stow

4    their boots in their lockers.

5          THE COURT:  I see.

6          THE WITNESS:  And the paper towels are here.  So in the

7    locker room they don't have paper towels available.  I suspect

8    that's the reason why.

9          THE COURT:  She's going to take some with her.

10   BY MR. BROWN:

11   Q    Who are we following again?  Green helmet?

12   A    So the woman here in the green helmet, in the center of the

13   screen.  You can see other employees working on another line.

14   They haven't finished their shift yet.  Her line has finished.

15   And now she's walking through the doors, double doors, to the

16   hallway.  Makes that right turn.  Now she's out in the hallway by

17   the locker area.  And the time clock, she's taken her smock and

18   has stowed that.  You can't see her quite yet.  I'll show you her

19   in a minute.  There she is.  She swiped the time clock.  She's

20   walking down the hallway.

21          And she goes into the cafeteria.  And the camera is

22   going to wait for her outside of the cafeteria.  There she is in

23   the blue shirt.  She got her lunch pail from the cafeteria.  Now

24   she's going to proceed to the locker room.

25          She's still wearing her helmet, her hair net, and her

1     boots.  She's taking off one boot.  Puts on a street shoe.  Takes

2     another boot off and puts on her street shoe.  Stows her boots in

3     her locker.  Takes her things.  You can see she's got the lunch

4     pail and some other items that she carries with her.  She's

5     walking down the hallway to the exit.

6             She's wearing her helmet and her hair net.  And she

7     walks out the door.  And that's where we stop videoing.

8             So these are examples of the various activities that we

9     were quantifying.  Not every employee does all of these at the

10    same time and in the same order.  However, because we've

11    randomized the videos over the course of multiple shifts and

12    multiple days, it's a representation of the frequency that these

13    events occur over that period of time.

14            So now I'm going to, I'd like to show you how we

15    analyzed the video once the videographers returned from the field

16    trip.

17            We use software in my laboratory that I've developed

18    for conducting time studies, that allows us to conduct these

19    analyses.

20    Q    Let me just interrupt, if I may, for a second.  The

21    methodology that you have in part explained already and you're

22    about to explain in a few minutes it sounds like, that's a

23    methodology that you have used before, is that correct?

24    A    Yes.  I've been using this methodology for conducting these

25    kinds of studies for over ten years.

1    Q    And have you been qualified as an expert in court with

2    respect to your, this methodology we're talking about?

3    A    Yes, I have.

4    Q    Have you ever been disqualified or not accepted?

5    A    No.  So the video is called multimedia video task analysis.

6    And it was a software package that is commercially available

7    through the University of Wisconsin.  And it's something that my

8    laboratory has developed and continues to develop for doing

9    ergonomic and time study analysis.

10             And I'll show you how this works.  This is the first

11   video which, just to recall.  It was the done at the start of the

12   shift.  And so now you can see the same video in the screen over

13   here.  And the software has controls like VCR controls.  There's

14   a play button.  And we can play forward and backward.  We can

15   even play slow motion and freeze frame, and look at the video in

16   any which way we want.

17             There are several windows here that are important.

18   This window that you see in the center has, right now it's set to

19   a 15 minute time frame.  So the total time that you're looking at

20   here is 15 minutes over this window.  And I can change that to

21   say 30 minutes or even an hour.  So this represents the full hour

22   of time.

23             There's two time lines.  And I'll show you how we make

24   them.  The top time line represents the amount of time for the

25   activity that has elapsed that we're studying.  So this is the

1    start of shift.  Black boxes represent, with an S, is the start

2    of shift.  The end of shift is red.  Brown is lunch start.  And

3    the green boxes are lunch end.

4          So this would be color-coded depending upon this legend

5    of events.  And then null is just blank.  Most of it's null.

6    That's time that we don't include or we don't study.

7          So there's that first line.  Then there's a second line

8    that's called discard or eliminate.  And that's another time line

9    that's also created when we do the timing.  And this is going to

10   be time that's subtracted out from the time, that won't count in

11   the donning and doffing time.  So I'll show you how that works.

12         There's a blue line that I think you can see on your

13   screen.  That's over here.  If I move this down a little bit you

14   can see it a little better.  That blue line is the actual time

15   right now that you see on the video screen.  And it's

16   synchronized to the video.  So if I start the video and you see

17   it play, you see as the video proceeds the blue line moves across

18   the screen.

19         And so this employee is walking in.  And now she walks

20   over to the rack.  And when she picks up her smock, that's the

21   first principal activity in this sequence.  So here she goes.

22   And she just picked up her smock.  And that's the first principal

23   activity.  And that's the beginning of this black bar.

24         So I won't play the video in its entirety in full

25   speed.  But if you recall, she walks into the locker room.

1          So let me advance the video to the point where she's in

2     the locker room.  I'm just actually going to move it up further,

3     a little bit more.

4          And so the time up until this point is included in the

5     donning at the start of the shift.  Now she gets a helmet.

6     Closes her locker.  You see she's carrying her helmet and her

7     smock in the left arm.  And if you recall, this employee walks to

8     the restroom.  And so the point where she goes into the restroom,

9     and I'll just freeze that for a second -- I can back that up,

10    even -- the point where she walks into the restroom is encoded on

11    this discard line.  So that begins the time that we're going to

12    subtract out because she was in the restroom.

13         So if I just advance that to the end of the sequence so

14    we don't have to wait for her to come out of the restroom again.

15    And I'll start the video at the point where she departs from the

16    restroom, which is happening around here, just about now you'll

17    see it happen, is the point where we start timing again.

18         THE COURT:  So for you it's a mouse click or a key

19    stroke?

20         THE WITNESS:  That's right.  And just the way I'm

21    moving this cursor around, I can just press some buttons or some

22    keys and mark that frame.  And it can be marked to the exact

23    video frame where the event begins and ends.

24         The nice thing about this is you can move around the

25    video and find that exact moment where things begin and end.

1    BY MR. BROWN:

2    Q    Where is the counted, counted time appear?  Is that on the

3    screen yet?

4    A    Right.  So the time that's elapsed, this is a total hour

5    here.  And so this time here represents about 15 minutes in

6    total, the top black line.  And then about five minutes or so

7    just, I'm just estimating that by looking, I can give you the

8    precise time if I looked at the data, is the type that's

9    subtracted.

10        So you can see now this is the point in time where she

11   walks out of the -- there she is, and she's walking out of the

12   restroom.  And then that time is marked.

13        So although she's donned in the restroom, because she

14   was in the restroom and because Mr. Brown instructed me to not

15   time people in the restroom, we didn't include that time in the

16   analysis.

17        And then she moves on.  As you recall.  She goes to the

18   Supply Room.  So I won't show you that full sequence here.  I'll

19   just show you the end, at the very end here where she's at the

20   line and she's donning her gloves.  Hen again, the same thing.

21   Just at the end of the video, the camera stops and the timing

22   stops.

23        Okay.  Then you can see at this time the blue line, the

24   blue cursor is at the end.

25        One thing to notice is that there's a number here,

1    which is a frame number.  Each video frame has a unique number.

2    Each video frame is 1/30th of a second.  That's how the computer

3    knows how much time there is from the frame, from the start of

4    the mark to the frame at the end of the mark.

5              So this is how we analyze the first event, don at the

6    start of the shift.  Doff at the start of the lunch break.  I'll

7    load that one in.  And so now it's loaded.  And you can see that

8    the file has a brown lunch start.  And there's a 15 minute window

9    now.  And so there's about four minutes or so that is marked

10   here.  I'll start the video.

11             The blue line crosses when the employee, who's this

12   fellow here, actually, this fellow with the green hat, passes the

13   camera and departs the work station.  So the time begins.  Then

14   that goes until he goes into the cafeteria.  We can calculate

15   that time.

16             The next time is don at the end of the lunch break.

17   And I'll load that one in.  And so now you see there's a 15

18   minute time window here.  The green bar represents the time

19   that's elapsed.  The lunch end.  Here's where he walks out of the

20   cafeteria.  The time starts right now.  He's putting on his

21   glasses and walking out of the cafeteria.  Then it goes until the

22   very end that we saw earlier when he's at his line.

23             The last clip is the doff at the end of the shift.

24   I'll load that one in.

25             And here's the red bar which represents the end of the

1    shift.  And that's going to start when the employee departs the

2    work station, which is now.  And you'll notice that there's a

3    segment over here.  And I'll just forward to that part.  It's

4    just when she walks into the cafeteria as she's going to retrieve

5    her lunch pail.  Again, we weren't allowed to video in the

6    cafeteria.  Mr. Brown has instructed me to subtract time in the

7    cafeteria.  So we subtract out that time to get her lunch pail.

8            So when she comes out of the cafeteria again, which is

9    now, we start the time again.  And that goes to the end.

10           Here she's taking off her boot and doffing the last

11   boot and stowing it in the locker.  And we stopped the timing at

12   the point where she stowed the last boot.  And it's not when she

13   walks out of the door of the plant.  But you see she's just

14   closing the locker door now.  That time isn't included.  And all

15   the time that happens after she closes her locker, even the

16   closing of the locker, until she walks out, is not included.

17           One thing to notice is that she's wearing a helmet and

18   a hair met.  And she wears that out of the building.  We don't

19   count that doffing time.

20   Q    Is that it?

21   A    Yeah.

22   Q    Why don't you take the stand and let me ask you a few more

23   questions.  I don't know who configured that witness box.  Real

24   challenge.

25           Could you please look at your report, Dr. Radwin, which

1    is Exhibit Number 17?

2    A    Yes.

3    Q    And I think your discussion thus far has taken us up to Page

4    Seven.

5    A    That's correct.

6    Q    Can you tell us what -- the first, the first phase, what was

7    your, what activity, what part of the activity did you count as

8    turning on the clock, so to speak, and becoming doffing and

9    donning time?

10   A    All right.  So the analysts go through the video, using the

11   same procedure I showed you and marked those times.  Those times

12   from the computer get dumped into a spreadsheet.  And then I

13   proceeded to calculate averages for each of the four activity.

14   Q    But as I understand it, to start the day, acquiring the

15   smock was when you started the time on it as opposed to when the

16   smock was actually donned?

17   A    That's correct.  Typically, the smock was acquired at the

18   start of the day.  But employees sometimes do their activities at

19   the start of the day in different orders.  So an employee can go

20   to the locker room and open the locker and retrieve their helmet.

21            So if the helmet was the first, retrieval of the helmet

22   was the first activity that the employee did which was a donning

23   activity, then that started the clock.

24   Q    What if the worker came, obtained the smock, did not put it

25   on, but went to the cafeteria and had a cup of coffee?

1    A    Yes.

2    Q    How do you count, how would you be counting that?

3    A    So the time that the employee acquires the smock until the

4    employee walks into the cafeteria would count.  The time inside

5    the cafeteria, having coffee or doing whatever they do in the

6    cafeteria, does not count until they depart the cafeteria and

7    continue the process of donning.

8    Q    Could you please take us through your report, the results

9    part, page, down at the bottom of Page 7?

10   A    So one of the things that I analyzed was whether all of the

11   data that we collected was representative of the different

12   departments in the plant.  And altogether, we have 197 video

13   clips, almost 200 video clips, as I said earlier.

14        I studied, based on the payroll for March 13th, 2008,

15   which was the data that was provided to me, the number of

16   employees who were payrolled in each of the departments, starting

17   with first processing, all way up through Delaware support.  And

18   I counted how many employees were videoed in each of those

19   departments and compared that against the percentage of employees

20   in the plant who worked in these production departments, in these

21   departments.  And I concluded that the sample is representative.

22   Q    I was reading instead of listening, which is a bad thing to

23   do.  Was there a mistake I made in advising you what to cover

24   with respect to the Delaware support, the maintenance workers?

25   A    So in the study as we understood it in the plant, we

1    included all of these departments.  And so First Processing,

2    Second Processing, Debone, Further Processing, Production

3    Support, and Delaware Support was included.  Delaware Support

4    includes maintenance, pallets and the live hanging/catching crew.

5    I think the live hanging/catching crew employees are production

6    employees.

7              And so although there were several employees who,

8    several jobs that are part of the Delaware Support that aren't

9    included in production necessarily, then we studied Delaware

10   Support.  That included 7 of the total 197 employees.

11             There are actually 199 video clips.  Two of the

12   employees, we couldn't identify which department they worked in.

13   And so they're not included in this analysis.

14   Q    What would be the consequence of removing Production Support

15   and Delaware Support, or non-production people, is a better way

16   to say it, from your study?

17   A    It doesn't change things from, of any level of statistical

18   significance.  As a matter of fact, I did that analysis and I

19   found that the times increased slightly.  So by including all the

20   Delaware Support employees that I included in the original data

21   collection, the time increases by about a tenth a minute, when

22   you take out Delaware Support, which is not statistically

23   significant.

24   Q    And I take it the chart at the top of Page Eight is just

25   another way of presenting the information at the bottom of Page

1    Seven?

2    A    Yes, that's correct.

3    Q    Now, there's a chart, a table, you call it, Table Number

4    Three on Page Nine.  What is that all about?

5    A    So once I measured the times for each of the activities and

6    subtracted out the activities that weren't included, such as

7    going to the cafeteria and going to the restroom, I took those

8    times and averaged them for each of the four activities.  And so

9    Table Three summarizes the activity, one through four, from don

10   start of shift, doff start of lunch break, don end of lunch

11   break, and doff end of shift.  And the second column is the mean

12   time or the average time for each of those activities that were

13   observed.  The average time and the standard deviation is

14   presented in the third column, as well as the number of

15   observations or cases.  And those are all summarized on the

16   bottom row.

17        When you total up the average times, it totals up to

18   20.879 minutes.

19   Q    And then what is, explain to us, please, the right-hand side

20   of the chart.

21   A    Yes.  I also calculated some other statistical measures.

22   First, the confidence interval, which is the 95% confidence

23   interval that's measured on the right hand, the most right-hand

24   column, which is used as a margin of error.  And that's shown for

25   each of the activities and in total, which comes out to less than

1    one minute, plus or minus one minute, which was the margin of

2    error that I set out to achieve.

3              And the lower and upper 95% confidence interval, plus

4    or minus these times, are represented by that interval.

5              So the average total donning and doffing time is

6    between 20.013 minutes and 21.745 minutes.

7    Q    And the statistical measurements, were they all

8    satisfactory?  Do you have full confidence in the statistically

9    proper aspects of the test?

10   A    , yes.

11   Q    And on the next page, you first, you first, the next page

12   says 20.013 minutes.  A moment ago you said between 20.013 and

13   another number.

14   A    Yes.  Honestly, that's a transcription error.  20.013 is the

15   lower 95% confidence interval.  That's the conservative lower

16   estimate.  But the total average is 20.879 minutes, which is

17   shown at the bottom of the second column, in Table Three, which

18   is the sum of the average.

19   Q    One of the criticisms of your study could be that you're

20   using a bunch of young kids who maybe don't know what they're

21   doing.  You weren't there on the scene for them when they were

22   there.  Why do you have, do you have confidence in their

23   production, in their product, or is there something we should be

24   worried about?

25   A    No.  You shouldn't be worried.  Each of the students were

1    seniors or graduates.  The students were well trained to perform

2    the tasks that they were instructed to do.  Each of these

3    students were working over their spring break, just to show the

4    level of diligence these students have, rather than taking time

5    off.  And they have all graduated.  They all have good jobs with

6    Fortune 500 companies.  One student is an entrepreneur and

7    starting his own high tech business and continues to work from

8    time to time with me on these studies.  And another student is in

9    law school.

10   Q    Thank you.  Let's look again at your report.  The latter

11   part of the report has four appendices.  And if we could -- this

12   gives you, this gives the reader the detailed data, I take it.

13   A    Yes.  So each of the individual times is reported for every

14   video clip in the analysis.  So Appendix One has the elapsed

15   times for don at the start of shift.  Appendix Two is for the

16   times measured for doff start of lunch break.  Appendix Three is

17   for don end of lunch break.  And Appendix Four contains the

18   elapsed times for doff at the end of the shift.

19          The other information that is included in those

20   appendices are the video data file for each of those

21   observations, the frame number in which the event starts, the job

22   and the department that the observed employee worked in.

23   Q    I notice in look at the column of time, time elapsed,

24   there's some significant disparities between the time elapsed.

25   It's a twenty-plus minute time on the, maybe it looks like the

1    eighth line.

2              And then down lower there somewhere is, well, there's

3    at least a two minute, I think I saw one minute line.

4              So why the gross disparities and should we be concerned

5    about them?

6    A    You shouldn't be concerned.  I actually report those times

7    in Table Three.  And two columns that we didn't discuss when I

8    described Table Three is the minimum time and the maximum time

9    that's described in the column titled Min Time and Max Time.

10             So in Appendix One, don start of shift, the lowest time

11   that was observed is 1.883 minutes.  The maximum time is 20.685

12   minutes.  These are the actual times that were observed.  All of

13   these activities occur at different times of day.  Employees

14   arrive at different times and are permitted to arrive at

15   different times.  So each of these activities that transpire over

16   the course of the day take place in these different amount of

17   times.

18             They are also explained by different activities that

19   different employees perform.  Some employees do things on

20   occasion, like go to the supply room and get an apron.  Many

21   employees don't do that.  And the frequency that they do that is

22   represented in the study.

23             So if you do this study, you'll find that sometimes you

24   can observe an employee with 1.883 minutes of donning at the

25   start of shift and sometimes at 20.685 minutes.  But that's to be

1    expected, the way that this plant is designed.

2    Q    You earlier indicated that as an industrial engineer part of

3    what you do is analyze the way in which plants are put together,

4    whether there are inefficiencies in the structure of the plant.

5    Is that correct?

6    A    Yes.

7    Q    What do you say to the suggestion that there really is no

8    way of measuring these times you've been talking about and

9    thereby translating that into pay for workers over a period of

10   time?

11   A    I would disagree.  There are a number of processes and

12   procedures that Mountaire could, could implement in order to

13   capture that time and compensate employees for the donning and

14   doffing times.  And there are a number of improvements that could

15   be made to lower that amount of time.  However, this is what they

16   currently do and what they have done.  And that's what we

17   observed.

18   Q    What are some of the other things they might have done if --

19   let's say they're worried about people checking in, getting their

20   smock and then just standing in the hall and gossiping for a half

21   hour?

22   A    Right.  So Mountaire could implement procedures and rules

23   that could prevent those kinds of things from happening.  I can

24   envision a number of things.  I didn't specifically design

25   improvements.

1          But one thing that they could do is they could study

2     how much time it should take to don and then have employees swipe

3     their time card at the time just before the first principal

4     activity.

5          So one way of doing that would be to move the time

6     clock from where it was over by the locker room to near the

7     entrance, right by the rack where employees acquire their smocks,

8     for example.  If they did that, then they could swipe their time

9     card and then get a smock and make that the procedure; that

10    before they start to don, they must swipe first.

11         The time that production begins can be also measured,

12    which is what they do.  And they can add, they can just attribute

13    the amount of time from the swipe till production begins and

14    compensate employees for that.  Or they might provide employees

15    with a certain amount of time to don and have them paid that

16    additional amount of time.

17         If employees swipe in earlier than that, then they

18    won't get compensated except for the amount of time that's

19    permitted for donning and doffing.  I can think of other ways

20    that they could compensate employees for these various

21    activities.

22         The time clock is in one location.  But as I mentioned,

23    there are several places where donning and doffing begins.  I've

24    seen many plants where there are multiple time clocks and

25    employees can be instructed to swipe before they start working.

1    Q    So in essence what you're saying is the company has the

2    power, being the management, to control the activities of the

3    workers?

4    A    Yes.  And they can not only have these activities under

5    their control, but they can make many improvements and actually

6    reduce the amount of time that donning and doffing could take.  I

7    can suggest a number of those improvements that would have

8    reduced the amount of time.

9           So, for example, industrial engineers will do studies

10   like I did and observe what employees do and then try to improve

11   inefficient or n-o-n value adding activities.  Like tying the

12   string on the apron, for instance.  That could be done in

13   advance.  So employees can take an apron and have it already tied

14   on there.  They could have their names on the aprons in advance

15   and not have, and they wouldn't to compensate the employees for

16   those times.  But they don't do that right now.

17   Q    We've given them enough tips.  Your Honor, if I could have a

18   moment just to look over my things?

19          THE COURT:  Certainly.  Actually, Mr. Brown, why don't

20   we take a ten minute recess and then we'll resume?

21          MR. BROWN:  Sure.

22          (Recess.)

23          THE COURT:  Mr. Brown.

24          MR. BROWN:  Your Honor, we have a few more questions.

25          THE COURT:  All right.

1    BY MR. BROWN:

2    Q    One of the pieces of personal protective equipment that's

3    used, at least at Mountaire, as the testimony has been, are

4    cotton gloves.  The cotton gloves are not required by the company

5    or by the government?  What is the, from your experience in

6    working, viewing the plants, what is the purpose of the cotton

7    glove?

8    A    Cotton gloves are commonly worn in food processing plants

9    under rubber gloves.  And they're an important item for a number

10   of reasons.  The employees who work with poultry in this plant

11   immerse their hands in wet material and a lot of water.  And

12   water has a very strong cooling effect on the hands.  I've

13   conducted studies for a turkey processing plant, looking at how,

14   ways of warming hands because cold hands can act as a, can act to

15   reduce dexterity, for instance, and have been related to

16   musculoskeletal injuries in the workplace.

17          In particular, when hands are cold, when you lose

18   dexterity, that becomes a safety hazard because not only can

19   employees not perform their job as well when their hands are

20   cold, but it can pose a safety hazard if hands are clumsy when

21   they're cold.  So employees wear cotton gloves to keep their

22   hands warm and to keep the gloves on and to try to keep their

23   hands from cooling in the workplace.

24   Q    I'd like to ask you a few questions about Dr. Davis's report

25   and methodology.  Have you read that?

1    A     Yes.

2    Q     I'd like, first, to show you a short film, Defendant's

3    Exhibit 37.  And hopefully we can -- and this film purports to be

4    snippets from Dr. Davis's experiment for methodology.

5              Let's wait until everybody gets ready.

6              Dr. Radwin, if there's anything relevant to your

7    testimony thus far that is displayed by this short film, please

8    let me know, or tell us whatever, and I can stop it.

9    A     Yes.  So my understanding of this study was to have all of

10   the items that different employees don and doff on a table in an

11   office and to time each of the individual times that it takes to

12   don these items, and the total time.

13             There's a number of reasons why this study doesn't

14   measure the same activities that my study measures.  And I can

15   elaborate if you'd like.

16   Q     Could you please elaborate on that and then we'll get back

17   to the film?

18   A     Yes.  So in my study, my study, as I mentioned at the start

19   of my testimony, is based on a continuous work day that starts

20   when the first principal activity occurs, until production takes

21   place, excluding certain activities, such as the cafeteria and

22   the restroom.  This study measures the amount of time from --

23   Q     By this, you mean Dr. Davis's?

24   A     Dr. Davis's study measures the amount of time taken from the

25   start of donning until the items are donned.  What it fails to

1    take into account, however, is the continuous work day.  And in

2    addition, because all the items are on the table in front of the

3    employee, it doesn't take into account activities that are

4    integral to putting on or donning these items.

5           For example, the first principal activity in my study

6    was, in the example I showed, acquiring a smock.  And the

7    employee then proceeded to walk from the rack where the smocks

8    were kept to the locker where the helmet and the hair net was

9    kept.

10          In this study, the employee doesn't include that time

11   to walk from the rack until the helmet and the hair net is

12   available.  The helmet and hair net is available on the table,

13   which isn't realistic.  And this simulation doesn't include that

14   walking time.

15          Furthermore, it doesn't include all of the things that

16   happened between the time that an employee walks from one

17   location to the other, such as walking around a crowd or even

18   waiting in line in some of the narrow passages.

19          Furthermore, if you'd look at this video --

20   Q    Let me interrupt you.  Have you seen this before?

21   A    Yes.

22   Q    Okay.  Let's, for those who haven't, let's look at it first

23   and then we can analyze it.

24          (Tape played.)

25   Q    Those are ear plugs, I trust?  And there is a stop watch

1    down at the lower left.

2    A    Yes.  That looks like a chain glove or, I think it's a chain

3    glove or a Kevlar protective glove.  There's an arm guard on one

4    of the employee's arms.  And she's completed donning.  As I was

5    mentioning, there's a number of things that are not included,

6    including times from going from place to place to acquire these

7    items, as well as just when, as you notice in the plant when

8    gloves are donned and hands are wet, it takes a lot longer to don

9    a glove than it does when they're dry and sitting on a table.

10          This doesn't take into account the activities, such as

11   tying the string around the apron when new aprons are required,

12   or even acquiring new aprons and having to wait in a queue in

13   order to go to the Supply Window.

14          It doesn't include the activities that are related to

15   sanitizing.  And there were a number of activities involved in

16   the chicken processing plant dealing with washing and cleaning,

17   both at the start of the shift, you saw at the breaks, and at the

18   end of the shift, that this study doesn't take into account.

19   Q    But Dr. Davis has produced two studies, is that right, one

20   for walking time and one for doff and donning time?

21   A    Yes.

22   Q    But none includes washing, sanitizing time?

23   A    Yes.

24   Q    Could we go on?

25          (Video playing.)

1   A    So now the employee is proceeding to doff the equipment that

2   she donned again.  Because they're not wet, the gloves come off

3   easily and she can just take these items and put them on the

4   table rather than have to put them in a locker or even stow the

5   smocks in a bin and walk from location to location where all

6   these various activities occur.

7   Q    Is that it, in essence?

8   A    Yes.

9   Q    Your Honor, I move the acceptance of Dr. Radwin's report as

10  the report of an expert industrial engineer and an expert in,

11  really, I guess, understanding the workings and machinations of a

12  poultry factory.

13          THE COURT:  Without objection?

14          MR. STINE:  I have no objection as to the industrial

15  engineering aspects of it.  But the second grounds that he's

16  trying to qualify him for, I don't think he's laid qualifications

17  for just having expertise in a poultry plant.  He's done some

18  studies in poultry plants.  But it's far broader than the

19  expertise he's even needed to have.  So I think he needs to be

20  more limited.

21          THE COURT:  I'm sorry.  Do you have any more questions?

22          MR. BROWN:  I don't have any more questions.

23          THE COURT:  I don't think he's offered an opinion in

24  that respect.  He did talk about why you wear cotton gloves and

25  perhaps one or two other things.

1           MR. STINE:  I have no objection to him being qualified

2    as a work measurement/time study expert because that's what he

3    is.  We agree with that.

4           MR. BROWN:  I think that probably is broad enough.

5           THE COURT:  Okay.  Witness is accepted.

6           MR. BROWN:  I have no further questions.

7           THE COURT:  Thank you, Mr. Brown.

8           CROSS EXAMINATION

9    BY MR. STINE:

10   Q    Thank you.  Dr. Radwin, good afternoon.

11   A    Good afternoon.

12   Q    You've been talking, you've been using a term during your

13   testimony, "first principal activity."  How did you get the

14   definition of first principal activity?

15   A    When I first started designing these studies, the U.S.

16   Department of Labor contacted me and asked me to design a study

17   similar to the study I conducted at Mountaire.  And that was the

18   term that was used.  And it was explained to me in terms of the

19   processes I described.  I don't use it as a legal term but as a

20   term to describe the activities that I studied.

21   Q    In other words, it's not your expertise to describe the

22   first principal activity.  The lawyers told you what to measure

23   as the first principal activity, correct?

24   A    This study was performed at the request of Mr. Brown.  And

25   he instructed me on which activities he wanted included in the

1    study.

2    Q    But the point is, that's not your expertise.  Mr. Brown

3    tells you your expertise is to do the measurements from the

4    points he tells you, from Point A to the end, start point to end

5    point?

6    A    My expertise is in engineering and not in law.

7    Q    Okay.  That's fine.  Now, were you aware that certain

8    positions have required gear and then there are other gear that

9    employees can wear in the facility?

10   A    Yes.

11   Q    Okay.  And your study didn't make any distinction between

12   what gear was required for the measured employee and what gear

13   was not required for the measured employee, did it?

14   A    I didn't make any distinction between gear that was required

15   nor gear that wasn't required.  I measured from the first

16   principal activity, which included often a smock or gear that was

17   required, and measured the time beyond that as I've described.

18   And the only item that I'm aware of that isn't required is the

19   cotton glove, which I don't think was the first principal

20   activity in any of the observations I had.

21   Q    But sometimes it was the last principal activity.  For

22   example, in the video you showed going in the cafeteria, you

23   continued the time because he was wearing cotton gloves?

24   A    The time walking to the cafeteria was included.  And if

25   doffing the cotton gloves occurred in the cafeteria, that time

1    wasn't included in the study, anyway.

2    Q    Hold on just a second.  Was the walk always included at the

3    end of the, I mean at the start of the lunch break?

4    A    Yes.

5    Q    So even if they had completely doffed everything they were

6    required to doff, you continued to measure the walk time to the

7    cafeteria, is that correct?

8    A    Yes.

9    Q    Was that pursuant to instructions?

10   A    Yes.

11   Q    So this occurred, so in your study, you included time that

12   was post donning time, correct?  They finished donning and you

13   were still measuring the time at the start of the lunch break?

14   A    Usually, employees doffed at the start of the lunch break.

15   And when they doffed, they included the items that I showed.

16   Many of the items were carried into the cafeteria.  And although

17   we don't videotape in the cafeteria, I observed employees

18   doffing, as well as my videographers.  But time wasn't included

19   in the videos.

20   Q    Did you determine what the company required to be doffed

21   before they went into the cafeteria?

22   A    I didn't make the distinction between what was required and

23   wasn't required by the company.  However, I can easily envision

24   that one would have to take off cotton gloves, for example, in

25   order to eat their lunch.  That would be hard possibly to perform

1    some of the activities that one needs to do in a cafeteria.  So I

2    observed those activities.

3    Q    Did you also observe people in the cafeteria with a hard hat

4    on, hair nets, the ear plugs tied to the bump cap?

5    A    Sometimes.

6    Q    Some of them wearing smocks?

7    A    Sometimes.

8    Q    Were all of them wearing their boots?

9    A    I don't usually like to say all, although it might be all.

10   Many of them wore boots.

11   Q    Did you observe any not wearing boots?  I'll rephrase that

12   in a way that might be easier.

13   A    No.  Not that I can recall.

14   Q    Okay.  Now, did you make any determination as to whether the

15   defendants required the gear to be stored at the facility?

16   A    I didn't make any accommodations in my study or distinction

17   between items that were required to be stored or items that

18   weren't stored.  But I observed that many items were stored in

19   the lockers that were provided by the company for the employees.

20   Q    So your study was focused on whether they stored them or

21   not, not whether they had to or not, correct?

22   A    That's right.  The study observed what employees actually

23   do.  And the employees who stored their equipment were timed

24   storing that equipment.  And employees who departed from the

25   plant without storing equipment, such as a helmet or boots, were

1    not timed.

2    Q    And also, you did not know for a particular employee which

3    items were required or not required?

4    A    That wasn't part of the study.  I observed what employees

5    wore.  I didn't observe any employees disciplined for wearing

6    certain items or for performing certain procedures in my study.

7    Q    Because of the way you did your study, which was from

8    basically a Point A to a Point B, with subtractions for cafeteria

9    and restrooms, you didn't measure individual type of activities,

10   did you?

11   A    I didn't measure any individual activities except for the

12   two activities that we described.  However, I observed that many

13   of the activities that occurred within that elapsed time included

14   donning, doffing, sanitizing, and the activities that we are

15   discussing here today.

16   Q    Okay.  But --

17            THE COURT:  I'm sorry.  Did he answer your question?

18   I'm not sure I heard your question.

19   Q    Okay.

20            THE COURT:  I thought you asked --

21   Q    Go ahead, Your Honor.

22            THE COURT:  Did you use the word "vision?"

23   Q    No, I didn't use the word "vision."

24            THE COURT:  Okay.  Then I didn't understand.  I didn't

25   hear the question.  What question were you answering, Doctor?

1    A    Now I --

2                THE COURT:  You forget it.

3                THE WITNESS:  That's passed my mind.

4                MR. STINE:  How quickly we forget.  I have to say the

5    same things.

6                THE COURT:  You said something that sounded like

7    "vision."

8                MR. STINE:  That's my combination Southern and Jamaican

9    accent.  I do apologize for that.

10               THE COURT:  (Laughing.) I'm sorry.

11               MR. STINE:

12   Q    That's all right, Your Honor.  I think the fundamental

13   question was, you didn't measure the components of the time for

14   activities, correct?

15   A    No.  I didn't break down those activities into individual

16   elements or times.  I measured the total time from the first

17   principal activity or, to the start of production, from the last

18   principal, from the end of production to the last principal

19   activity.  And I also measured the times for the start and end of

20   lunch breaks, as I described earlier in my testimony.

21   Q    Okay.  So it's fair to say that there's nothing in your

22   study as to the time that it actually took to don each item?

23   A    That wasn't the objective of my study, no.

24   Q    Nor was any time that they actually doffed each item, is

25   that correct?

1    A    That wasn't the objective of my study.

2    Q    Nor did you really study walking time as an individual

3    component?  You didn't measure just the walking time?

4    A    I didn't measure just walking time, no.

5    Q    Now, also, in some of the videos there's time where the

6    employees are just basically, I'm going to use a plain term,

7    hanging around in the hallway time.  You did observe that, did

8    you not?

9    A    I wouldn't use those, that term to characterize what

10   employees were doing.  Sometimes employees waited.  Sometimes

11   they were waiting on line.  Sometimes they were waiting for

12   assignments.  And sometimes they were waiting to go on to the

13   production floor.

14   Q    But you didn't measure that time, either?

15   A    I didn't measure that time specifically.  Times were as I've

16   described.

17   Q    Nor did you individually measure the component involved in

18   sanitizing or washing the equipment?

19   A    No.  I didn't measure the individual components of

20   sanitizing or washing.

21   Q    Now, you also used the words "last principal activity."  I

22   never got quite the definition that you were using in your study.

23   Can you give me how you defined the last principal activity in

24   your study?

25   A    The last principal activity is the completion of the doffing

1   and stowing the last item that the employee doffs at the end of

2   the day.

3          So, for example, we saw a video where an employee took

4   boots and stowed them in a locker.  The last principal activity

5   was the release of those boots in the locker.  It didn't include

6   the time after that, which was the closing of the locker and

7   walking outside of the plant.

8   Q    Did you have any observations at the end of the day where

9   people took all their equipment home?

10  A    No.  Nobody that I observed walked off the line and didn't

11  perform activities that involved doffing.

12  Q    No.  I'm sorry.  I didn't communicate that well.  I

13  apologize.  Did you observe any employees at the doffing at the

14  end of the day who did not stow their gear in the lockers?

15  A    I can't recall specifically if there were cases were an

16  employee didn't stow gear in the lockers.  But I can anticipate

17  that that might happen.  And in the case where it didn't happen,

18  the last principal activity and the way that my study is

19  designed, would include the last item that was doffed and

20  relinquished.

21         For example, the smocks are thrown into a bin at the

22  end of the day, and that might be the last principal activity for

23  that situation.

24  Q    Now, we did talk briefly during your direct examination

25  about your report and the minimum times.  I believe that was

1    reflected on Table Three on Page Nine.  Is that correct?

2    A    Yes.

3    Q    And, for example, on the minimum time involved in the task,

4    there was a don started shift, there's a minimum time of 1.883.

5    So you did observe an employee who was able to get to the

6    facility, get their gear, and get to the line in 1.83 minutes,

7    including walk and sanitizing, is that correct?

8    A    I was able to observe an employee perform activities for don

9    at start of shift in that amount of time.  But that doesn't mean

10   that every activity that's performed could be performed in that

11   amount of time.  It just means that one person performed the

12   activities in that amount of time.

13          For example, if an employee had to go to the supply

14   window, that would, I'm pretty sure that isn't included in that

15   1.883 minutes.  And depending upon what job that an employee

16   performs, it doesn't mean that everybody can perform these

17   activities in 1.883 minutes.  But one employee did.

18   Q    Okay.  And when you started the study, for example, in the

19   video that we were watching at the start of the don, the lady

20   walked by the rack, the smocks, picked up her smock, and put it

21   over her arm, correct?

22   A    Yes.

23   Q    And that was the point at which you started the time?

24   A    Yes.

25   Q    And in fact, in looking at the video, it was quite sometime

1    before she actually donned or put on the first item?

2    A    She acquired the first item, and it was an item used for

3    work.  She carried it to a place where she was going to conduct

4    other activities for work.

5    Q    I understand.  But your assignment was to do it from that

6    point.  You're not making a legal conclusion one way or the other

7    as to what's proper or not?

8    A    I'm not making the legal conclusion.  But it's important to

9    understand that in order to perform the other activities that she

10   performed, she needed to acquire that smock at the location that

11   the company kept them so that she can perform the other

12   activities that involve that smock.

13   Q    Are you aware of the Wage Hour memorandum concerning

14   acquisition and when it's required to be counted?

15   A    I've read it.

16   Q    Okay.  Do you recall what it said about the acquisition and

17   when it was counted and when it was not?

18   A    I'm not here to testify on legal matters.  However, what

19   I've read is my understanding, and I was instructed in similar

20   ways to conduct my study.

21   Q    And in fact, if you look at your table, Appendix One, there

22   can be some substantial differences from employees doing exactly

23   the same department work, isn't that correct?

24   A    I wouldn't characterize it as exactly the same work.  They

25   might be in the same department but there are many factors that

1    my study takes into account that attributes to the variation in

2    those times.

3    Q    For example, writing your name on an apron could slow down

4    one person versus another who didn't write it?

5    A    That's one example.  But it could include the time that the

6    employee arrived at the start of the day.  It could include other

7    activities that prevent the employee from completing the donning.

8    There are many reasons why those activities at the start of the

9    shift vary.

10   Q    And in fact, a lot of that is measuring the choices of the

11   employees, is it not?

12   A    I don't totally agree with that because I think that many of

13   the reasons why these times vary are because of the layout of the

14   plant and because of the way that donning and doffing is designed

15   in this plant for the employee to go about the various

16   activities.

17           I can envision, as we've mentioned earlier, many ways

18   that the employer could have engineered the donning process so

19   that these times would be less.  However, this was the way that

20   the plant was designed and these were the practices and

21   procedures that were performed in this plant.  And I characterize

22   those times.

23   Q    Now, the racks for the smocks were put right at the

24   entrance, were they not, or within a short distance of the

25   entrance?

1    A    Yes.

2    Q    So because they were right there and they were convenient

3    and efficient, as most employees came in the time started for

4    your study when they touched the smock, pick it off the rack?

5    A    That was where the company kept the smocks.

6    Q    If they waited to give them the smocks until much later,

7    your study would have started much later when they acquired the

8    items?

9    A    That's right.

10   Q    But if they had controlled the donning at a much later date,

11   but still allowed the employees to acquire gear from the Supply

12   Room or from the rack, it wouldn't have made a difference to your

13   study, would it?

14   A    It depends on what they did.

15   Q    Well, all right.  Let's just say the rack, the normal

16   process is when you walk in, the rack's right there to grab your

17   smock.  So if I can move the donning another ten minutes later on

18   from when they walk in and acquire the smock, your study would

19   still start the time when they walked in and grabbed the smock,

20   correct?  Even if I had a rule that says you can't put it on for

21   ten more minutes?

22   A    Using your hypothetical of ten minutes, I can't agree

23   because I didn't observe that much time that elapsed between

24   acquiring a smock and doing other activities that were part of

25   the donning process.  And I have a number of video observations

1    and observations that I had when I was in the plant.

2           And my observation was after an employee acquires a

3    smock, if they don't start doing other activities that are part

4    of donning very soon after that in the locker room, or go into

5    the supply area, they go to the cafeteria, and I don't count that

6    time in my study.

7    Q    I understand that.  The point I was trying to make is even

8    if the company controlled the donning and had a rule that you

9    can't don any item until five minutes before the start of the

10   shift, if the employees acquired the items any time preceding

11   that, your study would still capture that time as donning and

12   doffing, isn't that correct?

13   A    If that rule was in place, I could have studied that by

14   knowing the time that the shift started and when that occurred.

15   If you're asking me if employees can choose to acquire their

16   smocks earlier, my study is designed to study what people

17   actually do.  And employees do what they normally do in my study.

18   They don't get compensated for donning right now.

19          So what employees do or what they typically do in my

20   study and what I observed, if the company chose to change the

21   rules and the processes and procedures, I might have a different

22   outcome.  But I didn't study that.

23   Q    No.  I understand that.  But the way your study is set up,

24   it doesn't matter when the employee dons.  It only matters when

25   the employee acquires, correct?

1   A    What I'm saying is, if the company made that change, I might

2   have done a different study.

3   Q    Okay.  But the point I want to make is, it doesn't matter in

4   your study when the employees don an item, it matters when they

5   acquire the item?

6   A    That's correct.

7   Q    And it doesn't matter in your study that the employees could

8   be wearing something from home if they did not?

9   A    It doesn't include the time that might involve donning

10  equipments that are worn from home.

11  Q    For example, you did observe a number of folks walking in

12  the facility wearing boots, correct?

13  A    Yes.

14  Q    Okay.  However, if the first thing that they touched at the

15  start of the day, another employee was not wearing their boots,

16  went to the locker and pulled their boots out and started putting

17  them on, you'd start the clock at that point, correct?

18  A    Yes.  That represents the total average time that employees

19  spend in the plant donning.  And that's what we observed.  That's

20  what there was as we saw it when we were there.

21  Q    Now, at the, on your minimum table for the doff for lunch,

22  you had somebody being able to get their equipment off and get to

23  the lunch room in 0.801 minutes, correct?  Page Nine, Table

24  Three, Dr. Radwin.

25  A    Yes.  In less than a minute.

1   Q    In less than a minute.  So some of the employees were able

2   to do this very quickly?

3   A    Yes.  If an employee was close to the cafeteria and they

4   walked without having a lot of things to do, then it could take

5   that amount of time.  That doesn't mean that everybody can take

6   that amount of time.  It was one employee who we observed.

7   Q    And there were other employees who did it relatively

8   quickly, also, did they not, for the time to doff at the lunch

9   time?  I mean, he wasn't the only one that got through it quickly

10  or she was not the only one that got through it quickly?

11  A    The problem I'm having answering your question is you're

12  saying "it."  And "it" is different for each employee.  It

13  depends upon where they're located, what items they doff, what

14  kinds of crowds and lines they have at the sinks, what kinds of

15  obstacles they have to walk from.  And all of those factors

16  affect the amount of time.  And my study takes that all into

17  account and measures the amount of time that it takes on average.

18  Q    What was the furthest department away that you measured, for

19  people you measured?

20          MR. BROWN:  Excuse me?

21  Q    The furthest distance.

22  A    It would be First Processing.  And I would have to -- I

23  don't think I characterized anything more detailed than the Evis

24  D-1, SV, and D-3.  I don't recall off the top of my head which

25  one's the furthest.

1    Q    So you didn't take into account, then, the distance traveled

2    by these employees?

3    A    Oh, yes, I did.

4    Q    You did it by measuring the time.  But you don't know which

5    department was further?

6    A    Well, I could figure that out as I sit here right now.  And

7    I told you my best answer.  But I could tell you the answer.

8    Q    First Processing's your best, your best estimate at this

9    time?

10   A    As I sit here now with the information in front of me.  I

11   don't have my plant layout in front of me and I don't have all

12   that information.

13   Q    Let's give you a plant layout.  We don't want to make you --

14   I'm not trying to make you answer questions off the top of your

15   head when you need a map.  Let's get you the map.

16        Your Honor, this is Defendant's Exhibit 35 we've just

17   marked.  If I may?

18        THE COURT:  All right.

19   Q    And we've put it on a board to make it a little bit easier

20   to see.

21        Dr. Radwin, I'm going to try to make it a little easier

22   for you, if you can see this or you want to come out and look at

23   it?

24   A    No.  I think I can answer your question.  What I'm saying --

25   Q    Hold on a second, Dr. Radwin.  Got confusion going on.  Do

1   you want to see this?

2              MR. BROWN:  Yes.

3   Q    I gave you these maps.

4              MR. BROWN:  I just want to see.

5   A    What I'm saying is I don't have to characterize the longest

6   distance or the shortest distance for any of these departments.

7   I've sampled employees in all of these departments.  And so the

8   times that it takes on average from all of these different

9   departments is the time that I measured.

10  Q    I understand that.  But First Processing is the furthest

11  walk, is it not?

12  A    Yes.

13  Q    Okay.  And you oversampled in First Processing in comparison

14  to the percentage, First Processing versus the percentage that

15  you sampled.  You wrote on your Table One on Page Seven that

16  there are 13% of folks were in First Processing but 24% of your

17  sample was in First Processing?

18  A    That's right.  A small difference.

19  Q    Now, in looking at the donning for the lunch, as near as I

20  can tell looking at your study, the person who did the analysis

21  of the start of the time -- and that wasn't you, was it?

22  A    I think if you're asking me who ran the computer software

23  and marked the software, I had students do that under my

24  instruction.

25  Q    Okay.  But your instructions for don lunch was, I want you

1    to start their time as soon as the employee leaves the cafeteria?

2    A    Yes.  That was done under the instructions of Mr. Brown.

3    Q    Okay.  So what was the first principal activity for, for the

4    donning?  Just leaving the cafeteria?

5    A    That's right.  The first principal activity was departing

6    the cafeteria and then proceeding to perform the activities that

7    employees perform while they're not on break.

8    Q    So you didn't, you didn't measure, even on the donning at

9    lunch, from the time they first acquired the next piece of gear,

10   did you?

11   A    I didn't measure the time that they acquired.  I measured

12   the time that they were in the process of performing activities

13   that weren't part of their 30 minute break, which included

14   donning and walking and sanitizing and going back to the line.

15   Q    Okay.  Now, isn't it a fact, Dr. Radwin, that for the lunch,

16   you started when they started traveling back to the production

17   floor, correct?

18   A    Yes, that's right.

19   Q    Okay.

20            THE COURT:  Excuse me, if you don't mind.  I apologize.

21   What if they took a detour to the bathroom?

22            THE WITNESS:  Then I subtracted that time out.

23            THE COURT:  The time they were in the bathroom?

24            THE WITNESS:  Correct.

25            THE COURT:  But the travel from cafeteria to the

1    bathroom counted?

2             THE WITNESS:  Yes, but it wasn't very far and they

3    would have to walk that distance in order to get to the

4    production floor, anyway.  So then we continued that after the

5    bathroom.

6             THE COURT:  I'm sorry to interrupt, Mr. Stine.

7    BY MR. STINE:

8    Q    Feel free, Your Honor.  Now, in looking at the tape that did

9    you show us, typically acquiring the first item did not occur

10   until they were in their own department, correct?

11   A    I'm not sure what question you're asking me.

12   Q    Okay.  Typically -- do you remember the process at the start

13   of the lunch?  They would typically take off their apron, their

14   gloves, and hang them on a look, correct?

15   A    Yes.  I wasn't sure if you were still talking about lunch.

16   Q    I'm still talking about lunch.  And they would hang their

17   apron, and we saw this in the tape, too.  They would hang their

18   apron and typically they would tie their gloves, also, correct?

19   A    Typically, the first activity as soon as they walk off the

20   line is to start pulling on their gloves and sometimes untie

21   their apron.  Just about the same time that they start walking

22   away.

23   Q    And were there not hooks in each one of the departments to

24   hang that apron and gloves?

25   A    There were hooks.  Many locations throughout the plant, as

1   you saw, sometimes those hooks get crowded.  And so employees

2   find empty hooks and that's where they put their stuff.

3   Q    Okay.  And at that point, they have released the last item

4   before lunch, correct?

5   A    They've --

6   Q    If they're leaving?

7   A    If it's the last item that they doffed, that would be the

8   release of the last item but they'd still have to get to the

9   cafeteria where break starts.

10  Q    Okay.  So your study then included after they've doffed, the

11  travel time from their department to the cafeteria?

12  A    Yes.

13  Q    Okay.  Did you ever make a determination as to what items

14  the employees were required to doff at lunch?

15  A    I testified already that I don't make any distinction

16  between what's required and what's not required.  I measured what

17  I observed was work equipment and I measure the time for doffing

18  work equipment and for donning work equipment.

19  Q    Okay.  So it's fair to say on the doffing at lunch, your

20  study did not capture the time from the time the employee would

21  leave the line until they had hung the apron and the gloves on

22  the hook, is that correct?

23  A    I'm not sure what you're asking me.

24  Q    Let me rephrase it again.  It's fair to state, isn't it, Dr.

25  Radwin, that your study did not measure the time from the time

1   they left the line -- and we're talking about the doff at

2   lunch -- until the time they hung, they sanitized and then hung

3   their apron and glove on the hook?

4   A    It included that time but I didn't specifically parse that

5   time out of the total time.

6   Q    And let me make certain because you said something that I

7   think is correct.  I just want to verify this.  You said that

8   employees could either sanitize going to lunch or coming back?

9   A    They can sanitize some of the things, like their apron,

10  before going to lunch or after going to lunch.  And I

11  characterized the amount of time that it takes to do that.

12  However, as you know, there are a number of reasons why employees

13  would want to wash things that they take into the lunch room, or

14  their hands, before having lunch.  And that's what I observed.

15  Q    It would be healthy for the employees to wash their hands

16  before they had lunch?

17  A    That's correct.

18  Q    Okay.  And also, you did not measure your time from the

19  time -- and we're talking about the donning back from lunch.  You

20  did not time it from the time they first acquired their apron

21  until they got back to the line, is that correct?

22  A    I included that time but I didn't specifically measure that

23  time.  As you can see in some of the videos and one could make

24  that measurement, I didn't make that because I wasn't asked to,

25  but there's a considerable number of activities from the time an

1    employee acquires their apron until they get to the line and

2    start production work.

3    Q    But you didn't measure it?

4    A    I didn't measure it specifically.  I included it.

5    Q    One of the other things that I saw in your study is there's,

6    there's no time in the sense of the time of day in relation to

7    the start of the shift or time of day in relation to the lunch

8    break.  It's just not there.  You didn't deem it important to

9    record what time of day the breaks start versus what time of day

10   the employees left or came back.

11   A    I wasn't asked to do that.  But that information is

12   contained in the videos.  I could do that analysis if I was

13   asked.

14   Q    Could you tell, you know, did some of the employees leave

15   early from the cafeteria to go back to the production area?

16   A    I'm not sure what you mean by early.

17   Q    How long was the lunch break?

18   A    My understanding was there's a 30 minute lunch break.

19   Q    Are you aware it was a 36 minute lunch break?

20   A    I didn't take that into account, whether there were more

21   than 30 minutes or not.  I was told it was a 30 minute lunch

22   break.  And it doesn't matter in my study how long the lunch

23   break actually is.  What I measured was the amount of time that

24   employees spend engaged in the activities that I described.

25   Q    But there's no way to look at your study and make a

1    determination with what's in your study as to whether some of

2    that time was actually after the clock started or not?

3    A    I didn't measure that at all.

4    Q    Okay.  Let's talk a little bit about the doffing at the end

5    of the shift.  From what it looks like to me is you measured the

6    time from leaving the position until they either walked out of

7    the plant, put gear in the locker?  Is that true?

8    A    No.  That's not true.

9    Q    So when did you stop it if they walked out of the plant and

10   didn't store gear?

11   A    As I, I think I already answered that question.  If

12   employees doffed the last item, that was the last principal

13   activity and I stopped timing up to that point.  If employees

14   didn't doff anything, I didn't observe that, so there would be a

15   last principal activity where I stopped the clock.

16   Q    But you did not stop the time when the employee took off the

17   last piece of equipment at the plant?

18   A    I'm not sure.

19   Q    Okay.  I'm walking out.  The last thing I'm taking off is my

20   smock.  You don't stop the time from when I take the smock off.

21   You continue to measure the time until I walk and as I walk by

22   the bin and toss the smock into the bin as I'm walking out,

23   correct?

24   A    Yes.  As I described, my study includes not only the taking

25   off of the smock, but the stowage of the smock.

1   Q    And the stowage, in your observation, was a bin that

2   employees would be walking by and kind of throw into this bin in

3   stride out the plant, correct?

4   A    Well, if an employees carried the smock out of the bin, I

5   didn't observe, out of the plant, rather, I didn't observe that.

6   The employees put the smock in the place where they were

7   provided.

8   Q    Right.  There was a bin that you could throw it in, correct?

9   A    Yes.

10  Q    Okay.  Did you observe employees who were walking out the

11  plant with a smock in their hand and basically taking the smock

12  and throwing it as they continued to walk?  I mean, they didn't

13  break stride to dispose of the smock, did they?

14  A    I didn't break it down into such minutiae.  I measured the

15  time as I described.

16  Q    I understand how you measured.  I was asking your

17  observations when you were in the facility.  Did you observe how

18  the employees were throwing the smock into the bin?

19  A    I didn't characterize that as part of my study.

20  Q    Well, I understand that.  Did you observe it?

21  A    I observed employees putting the smocks in the bin when they

22  passed it, yes.

23  Q    And when you stopped it, you did not take into account items

24  that could be and were worn out of the plant, correct?

25  A    I didn't include the time that included wearing items out of

1    the plant after the last item was doffed.

2    Q    Okay.  The point I'm trying to make, Dr. Radwin, is that an

3    employee, for example, had the right to walk out of the plant

4    with the boots, correct?

5    A    I understand that's true, yes.

6    Q    Okay.  But for your study, for your purposes, if they

7    stopped in the locker room and sat down and took their boots off

8    and put their shoes on and put them in the locker, that was

9    compensable time.  Whereas if they just walked out of the plant,

10   the time you would have stopped it would have been the time they

11   doffed the last item, is that correct?

12   A    Yes.

13            THE COURT:  How much more do you expect to have, Mr.

14   Stine?

15            MR. STINE:  Ten, fifteen minutes, Your Honor.  Maybe

16   twenty.

17            THE COURT:  Okay.  Why don't we take a lunch break now?

18            MR. STINE:  That would be fine, Your Honor.

19            THE COURT:  You're available, Doctor, of course, this

20   afternoon?

21            THE WITNESS:  Yes.

22            THE COURT:  All right.  We'll stand in recess until two

23   p.m.

24            (Luncheon Recess.)

25            THE COURT:  You may proceed.

1    BY MR. STINE:

2    Q    Thank you, Your Honor.  Dr. Radwin, are you familiar with

3    what the procedure is on Friday at end the shift for the

4    employees related to the locker?

5    A    No.

6    Q    Are you aware that they were required to take all their

7    items home on Friday?

8    A    I think I heard something about that but we weren't

9    permitted to be there on Friday.  We didn't study the activities

10   on Friday.

11   Q    So there's no taking into account how that would affect the

12   doffing at the end of the day without having to stow the items in

13   the locker?

14   A    I could look at my data and give you an estimate based on

15   what I've seen.  But I didn't specifically study Friday.

16   Q    Okay.  Were you also aware that employees were allowed to

17   pick up smocks in the afternoon to have the fresh one for the

18   following day?

19   A    Yes.

20   Q    Okay.  Did you make any adjustments for the time they had,

21   that they picked up their smocks in the afternoon?

22   A    My study takes that into account.  When employees pick up

23   their smocks in the afternoon or at other times during the day,

24   that's during the times when we were studying donning and

25   doffing, that time is included.

1    Q    So you would include the time in the doffing time when they

2    were picking up the smocks for the following day?

3    A    If that was an activity that was performed.  The frequency

4    and the rate of occurrence, because we randomly sample, would

5    take into account when that occurs in the plant.

6    Q    You indicated that your seniors and your other student were

7    well trained.  How did you well train them?

8    A    I instructed them on how to perform the study.  I observed

9    what they did after the study was done and it was done well.  I

10   was confident that they were prepared to execute the study as

11   instructed.

12   Q    And how long did that training last?

13   A    All of these students have done previous studies like this

14   before.  So they'd spent a lot of time in plants prior to this

15   one.  I couldn't venture to guess how much training that was.

16   Q    Now, you talked briefly about cotton gloves.  Do you recall

17   that testimony?

18   A    Yes.

19   Q    Which positions in the plant have cold jobs?

20   A    When I am referring to the cold, I'm referring to immersing

21   the hands and working with materials that are wet, which will

22   cool the hands by, you know, hypothermia, just by removing heat

23   from the hands.

24          If you wear, if you immerse your hands, your hands are

25   going to be cool.

1    Q    Which jobs in Mountaire would require, in your opinion,

2    would require cotton gloves?

3    A    I would say any job where people's hands get cold.

4    Q    Do you have a job --

5    A    I haven't studied that specifically.  But I observed that a

6    lot of employees wear cotton gloves.

7    Q    So some do not, correct?

8    A    Some do not.

9    Q    And some of the jobs are not cold, correct?

10   A    That's correct.

11   Q    So this, you would have to look at each job title, I take

12   it, to decide, make a final decision as to which jobs in your

13   opinion would require cotton gloves?

14   A    I didn't look at what was required.  I studied what

15   employees actually do.  Cotton gloves are useful for keeping the

16   hands warm.  They're also useful from keeping the hands from

17   getting too sweaty.  That's why people wear cotton liners in

18   cotton clothing under warm clothing, for similar reasons.

19   Q    But if the last activity in your study was the doffing of

20   the cotton gloves, you would account it in?  Or if it had been

21   the first thing in the day, then the acquiring of the cotton

22   gloves at the time would have started those points?

23   A    I would have counted it but I didn't have to because that

24   wasn't what I observed.

25   Q    Now, you also were commenting during your examination

1    concerning the time card.  The time card.  The time clocks.

2    A    Yes.

3    Q    And you indicated you would put it up by the front door?

4    A    That would be one possible way of accounting for some of the

5    donning and doffing time.

6    Q    Now, your study showed some people as much as 20 minutes,

7    which included a good bit of waiting time, did it not?

8    A    Yes.  But that was the practices and procedures that were

9    permitted in the plant.

10   Q    So do you think it's practical for a company to put a time

11   clock out front and allow employees to engage in waiting around

12   and coming early just for their own convenience of being paid?

13   A    I think it's under the control of an employer to determine

14   when employees can arrive.  And if employees arrive early and

15   they know how much time is allowed for donning and doffing, they

16   can subtract that time from the, from the time records.

17   Q    In order for the employer to control this time, based upon

18   your study, the employer must prohibit the employees from

19   acquiring any piece of gear before they want them to, is that

20   correct?

21   A    It depends on where they put the gear and where they start

22   keeping track of the time.  What I'm saying is I studied what

23   happens in the plant when I was there.  And I can envision, and I

24   testified, that the plant could develop processes and procedures

25   and design the layout of the facility to minimize the donning and

1    doffing time, but they haven't done that in the plant that I

2    studied.

3    Q    I understand that.  But you also were rendering at least

4    testimony about practical aspects.  And I'm trying to explore

5    that testimony as opposed to your study.

6              And if I understand, based upon your study, the

7    employer would have to keep the employees from acquiring personal

8    protective equipment in order to keep the clock from starting, is

9    that correct?

10   A    That's correct.  And I've seen that implemented in other

11   plants.

12   Q    And you used another term as an industrial engineer, which

13   is non-value added time.  Is that correct?

14   A    Yes.

15   Q    And it's important for employers to minimize non-value time,

16   is that not true?

17   A    Non-value added activities or non-value added time, that's

18   correct.

19   Q    Right.  So if we want to be in business and continue to make

20   a profit, we need to control the non-value added time, correct?

21   A    That would be a good way to run a plant.

22   Q    So in order to control this, the employer would have to

23   implement controls to restrict the employees from acquiring items

24   before they want them to, correct?

25   A    That's how I've seen other employees do it, yes.

1    Q    And they would have to actually have a disciplinary system,

2    that if employees acquired items before they wanted to, they'd

3    have to be disciplined before doing so, correct?

4    A    Doesn't have to be that way.  That might be one procedure

5    that could be used.  But I've observed other processes and

6    procedures that limit access to employees until certain times of

7    day.  And that would eliminate that problem.

8    Q    And the employees would have to be relatively restricted and

9    regulated as to what activities they could do prior to entering

10   the production floor, correct?

11   A    I don't know if I would characterize it that way.  But one

12   could locate items closer to the production floor so that

13   employees can have access to the cafeteria or locker areas

14   without having to work with work items before they start their

15   work day.

16   Q    I have no further questions, Your Honor.

17             THE COURT:  All right.  Any redirect, Mr. Brown?

18             MR. BROWN:  No, Your Honor.

19             THE COURT:  Doctor, thank you very much, sir.  You're,

20   of course, welcome to stay or to head on back to Wisconsin.

21             THE WITNESS:  Thank you.

22             THE COURT:  Thank you.

23             MR. BROWN:  Your Honor, that closes plaintiffs' case.

24             THE COURT:  All right.

25             MR. BROWN:  We have exhibits that I think we've almost

1    totally agreed to.  Have a few odds and ends.

2                THE COURT:  Okay.  Subject to those odds and ends, the

3    exhibits marked in plaintiffs' exhibit book are admitted and

4    plaintiff rests.

5                MR. STINE:  Your Honor, at this time we move for

6    judgment as a matter of law.

7                THE COURT:  Okay.  Do you want to be heard, Mr. Stine?

8                MR. STINE:  Yes, Your Honor, I do.  Our first ground

9    is, as you recall at the opening of this case, Mr. Brown

10   indicated that one of the prima facie elements for the plaintiff

11   is time.

12               THE COURT:  Is?

13               MR. STINE:  Time.

14               THE COURT:  Time.

15               MR. STINE:  He called it time.  And I agree that that

16   is an issue.  And in that aspect, the plaintiffs have failed to

17   properly present evidence related to the time.  Let me explain.

18                This is an overtime case, Your Honor.  And the question

19   becomes not if it's unpaid compensation time.  That is not the

20   issue.  The issue in a Fair Labor Standards Act case, is it

21   unpaid overtime pay?  And what is missing from the record is this

22   20 minutes a day is uncompensated overtime pay.  You don't find

23   it anywhere in the record.  There is nothing in this record that

24   Your Honor can look at and say based upon these facts introduced

25   by the plaintiff, they have shown that this 20 minutes a day by

1    Dr. Radwin is unpaid overtime.

2           They can show that some of this time, at least in

3    giving them the benefit of the doubt for this purpose, which you

4    do, is uncompensated time.  But there is not a single piece of

5    evidence that says that this time -- in other words, they haven't

6    demonstrated they're working eight hours a day.  If, in fact,

7    these employees were working seven and a half hours a day and

8    they have an uncompensated 20 minutes a day, there is no overtime

9    violation.

10          The record has nothing in it.  There's not a piece of

11   testimony nor a piece of evidence that showed that this is unpaid

12   overtime.  And because of that, they don't have it.

13          And the Fourth Circuit has recognized that particular

14   principle in a case called Davis v. Food Lion, 792 F.2d. 1274 at

15   1276, a Fourth Circuit 1986 case.

16          And it states, and I quote:  "In order to recover, an

17   employee must prove that he worked overtime hours without

18   compensation and he must show the amount and extent of his

19   overtime work as a matter of just and reasonable inference."

20          Now, we have bifurcated the case, Your Honor, for

21   damages.  So the second half, and you must show the amount and

22   the extent as a matter of just and reasonable inference would be

23   more of a damage issue.

24          But the first part, in order to recover, must prove

25   that he worked overtime hours without compensation is a liability

1  issue.  And there's not a bit of evidence in the record for that.

2          In addition, as you've heard from Dr. Radwin, some of

3  the time that he has used in his calculations are travel time

4  without a doubt.  Particularly if you take, for example, the

5  lunch time.  He clearly acknowledged that some of the time that

6  they are purporting to give to you occurred after the last doff

7  or before the first don.  It was travel time.

8          Your Honor, that's no more than me leaving my desk for

9  lunch time and headed towards the restaurant.  The idea would be

10  almost equivalent of I'm still getting paid until the time I get

11  to the restaurant and my time starts when I finish my meal and

12  leave from the restaurant and head back to work.

13          That's not the way it works.  The way it works is when

14  I leave my desk for lunch and start traveling, if I'm done with

15  everything else, I'm on my own time going to get a meal.  Same

16  here.  When they are done and wandering around, at best, at best

17  you could argue, taking the apron off and the gloves off and

18  hanging them could be a very minor part of time for that.  But it

19  is not a significant time.  Nor is there any evidence as to how

20  much time that actually occurred.

21          As to the lunch break, the test is predominant benefit

22  on balance employees used meal time for their own or for the

23  employer's benefit.  It's unmistakable that if you look at the 36

24  minutes that we're talking about, at best the amount of time that

25  was used during this lunch time, which is even arguably for the

1     employer's benefit, is the doffing of the apron and gloves and

2     the donning of apron and gloves and sanitizing before. But that,

3     Your Honor, is only arguable. Because at this point it is really

4     for the benefit of the employee to clean up or get lunch. But

5     even so, it is such a very small amount that it is pretty clear

6     that the predominant benefit of this is for the employee.

7          And the plaintiff, if you noted in their response to

8     the Motion For Summary Judgment, did indicate when they wrote

9     their response that they did not dispute the entire lunch break

10    period. So they're trying to have this Court pull out the amount

11    of time, however small that may be, for taking off the apron and

12    cleaning up and then coming back and putting the apron and

13    cleaning up and going back.

14         So for those reasons, we think that summary judgment is

15    in order -- not summary judgment -- judgment as a matter of law.

16         As to willfulness, their evidence basically is that the

17    Department of Labor took a position saying, We think the donning

18    and doffing is compensable and that Mountaire disagreed, and that

19    district courts, since that time and continuing up until this

20    year, have agreed with Mountaire. Remember, if we're in a

21    willful situation, you're only deciding willful if we're wrong.

22    Willful and good faith don't come into play until such time as

23    the Court finds liability. So you're always going to have a

24    violation.

25         The question is, for them, did they prove bad faith

1    when, in fact, the testimony that you had before them in that

2    case was those documents showed that they were aware of the

3    Sanderson Farm victory that was affirmed by the Fifth Circuit,

4    they were aware of the Pilgrims Pride case affirmed by the Fifth

5    Circuit.

6         They had the WHAM, the Wage Hour Advisory Memorandum

7    that says, if you'll have them don, let them don stuff at home it

8    doesn't count.  So they tried to do that.  All those things

9    relate to the failure to prove willfulness on their conclusions.

10        And the other thing I would like to point out, Your

11   Honor, is implicit in the study done by Dr. Radwin was this

12   concept of grasping.  If you recall, it's very clear that he

13   doesn't measure the time from the first don of an item and stops

14   at the first doff, but uses grasping and releasing as his times.

15   And the basis of it as near as we can tell is the Wage Hour

16   Advisory Memorandum, which has been noted as Plaintiffs' Exhibit

17   Nine.

18        And if you would, if you'll pull that exhibit out,

19   Plaintiffs' Exhibit Nine, and look in the very first footnote on

20   page one.  What Wage Hour said, and it is in the last sentence,

21   this is their position, since like donning, obtain the gear as

22   opposed to waiting to obtain the gear is always essential if the

23   worker is to do his job.  The compensable day starts once the

24   employee has obtained the gear that is required to be stored.

25   And here's the critical part that they left out -- required to be

1    stored on their premises by taking an item out of a bin, a

2    locker, or other designated storage area.

3         The evidence is pretty clear they're not required to

4    store it on the premises.  As a matter of fact, the testimony

5    from the plaintiff was they were forced on Fridays to take the

6    stuff off the premises.  And Dr. Radwin's own testimony was he

7    watched people take items out all the time.

8         So using, they're only using part of the Wage Hour

9    Advisory Memorandum about the grasping, without using the last

10   paragraph.

11        In addition, we don't think that they've established,

12   and it is their burden to prove the judicial exception to

13   postliminary/preliminary, that this is integral and

14   indispensable.  It has to be something more than required time.

15   It's got to be essential to their jobs.  These things are not

16   integral and indispensable.

17        If you use the definition of "required" and 'primarily

18   for the employee's benefit", that's the same definition of work

19   and you obliterate any meaning of postliminary and preliminary,

20   Your Honor.

21        But I would like to reemphasize that there is no

22   evidence of any overtime, uncompensated time, which is their

23   element for time, they have failed to prove, Your Honor.

24        THE COURT:  Thank you, Mr. Stine.  Let me make sure

25   that both I and Mr. Brown have your issues in front of us.  I

1    think there are five.

2              MR. STINE:  Yes, Your Honor.

3              THE COURT:  No evidence to sustain an overtime case.

4    No willfulness.  Insufficient evidence of willfulness.

5              MR. STINE:  Yes, Your Honor.

6              THE COURT:  Failure of proof regarding the trigger of

7    the, of the work day.

8              MR. STINE:  Yes, Your Honor.

9              THE COURT:  It's not obtaining, it's donning or some

10   later time.

11             MR. STINE:  Yes, Your Honor.  Donning or doffing.

12             THE COURT:  Or perhaps earlier time, but certainly not

13   grasping.

14             MR. STINE:  Yes, Your Honor.

15             THE COURT:  And what were the other two?

16             MR. STINE:  Integral and indispensable.

17             THE COURT:  Integral and indispensable and the take

18   home defense.

19             MR. STINE:  Yes, Your Honor.  That's the take home

20   defense.  That's not their prima facie.

21             What I was arguing about is the grasping has a

22   connection with being required to be stored by the Wage Hour

23   Advisory Memorandum.

24             THE COURT:  Okay.

25             MR. STINE:  They've not established that particular

1    event.  And the postliminary/preliminary, again, the hair nets

2    and smocks and the things that a lot of the courts called

3    non-unique or generic, or grasping is non-unique.  Generic items

4    is the trigger.  That's even a further item.  And even donning

5    and doffing are not integral and indispensable.  And they failed

6    to get the time issue.

7          So at best, you're maybe talking about the metal mesh

8    gloves.  If you watch the evidence, you see where they put those

9    things on.  They put them on way at the end of the production

10   line.

11         THE COURT:  Thank you.  I'll hear from Mr. Brown.

12         MR. BROWN:  Your Honor, we saw today visibly the

13   significant amount of effort that workers put into the job in

14   order to get on to the line.  And it's a tremendous number of

15   hours.  We saw, minute upon minute upon minute.  And I think that

16   quite clearly establishes that this is an integral and part of

17   the work that has to be done.

18         They couldn't, you are not allowed to walk out into the

19   plant, on to the production line without all this equipment on.

20   It's for the employer's benefit to put it on.

21         I think we've talked about that.  Your recent opinion

22   gets into those details quite nicely.

23         The time issue, as Mr. Stine refers to it.  My

24   understanding of what we're here today for, among other things,

25   well, first, plaintiffs have to to prevail.  But if plaintiffs do

1    prevail, the Court, I think, has to pick between, has to

2    establish how many minutes per day were spent on doffing,

3    donning, washing, walking, etc. And my expectation was that

4    there would be a number.

5          Only when you get that number can you then go into the

6    spreadsheet that you create, all the workers, and figure out, if

7    the worker only worked 30 hours, 30 hours a week, and donning and

8    doffing type was only two hours, let's say, that person wouldn't

9    have a FLSA claim because that's not overtime. But if the person

10    were working 41 hours a week plus 2, is 42, that would be

11    overtime.

12          I understand Mr. Stine yesterday to say that that's

13    part of what we would do after we find out from you. And I think

14    there's ample evidence of time. I guess there's more to come

15    from Dr. Davis.

16          I think, I'm not quite sure of what Mr. Stine is saying

17    with respect to what I put down as the second issue. But I think

18    it is suggesting that Dr. Radwin should not have counted travel

19    time. Now, the Supreme Court says travel time is compensable

20    after you get to the, get to the plant. And then at the end of

21    the day, after you get out of the plant, it would seem that

22    travel time at the middle of the day at lunch type is equally

23    compensable. It's work that's necessary. The person has to

24    have, under federal law has to have a lunch break if you work

25    this many days, hours in the day.

1          And I just don't -- now, I don't know of a court that

2     has, and I could be wrong, I don't know of a court that has

3     specifically answered this question.  But the logic is if you,

4     because the employee would have to doff and don at the beginning

5     of the day, have to walk a little bit later, have to doff at

6     lunch, that seemingly ought to be part of the same process.

7          We think there's a conflict in the evidence as to

8     willfulness.  We think at this motion for judgment we get the

9     benefit of the doubt at least for now on that.

10          I don't know if you studied them, but the internal

11     memoranda, I think, are fairly crass in the way in which they

12     describe what they're planning and ways of getting around and

13     keeping these people from getting the ability to earn, to get

14     paid for work they do.

15          They specifically tried to create a situation which

16     gave apparent illusory right to people.  They have the right to

17     go home and change at home.  But as the testimony showed, it's

18     impractical to do so.  You don't finish your greasy job, go hop

19     in the car with your greasy uniform on.  You doff the uniform.

20          If you, if you're in the summer type, you don't, I mean

21     it sounds totally cumbersome to put on your -- we saw how people

22     looked when they are doffed, when they're all donned and they're

23     in their attire.  And I just think it's impractical to understand

24     how they could come back and forth to work each day all dressed

25     up in this, what looks like a costume outside the workplace, but

1    a necessity within the workplace.

2            I haven't read this second paragraph, I haven't yet

3    read the second paragraph, paragraph, Footnote One.  Footnote One

4    clearly says, and this is why we instructed Dr. Radwin to follow

5    this, it says compensable day starts once the employee has

6    obtained the gear.  And he may have used the word "received the

7    gear" but it's a near, nearly the same thing.

8            And I think in any kind of a resolution of a problem

9    like this one of the things that's going to have to happen is

10   that the remedy that is given can't be precise.  There's no hard

11   line between one kind of activity or another kind of activity.

12   The Court has made one, Alvarez made one bright line for us.

13   That is, before you go into the factory, at the beginning of the

14   day if you wait in line, that's non-compensable time.  But other

15   than that, there's going to have to be a little give and take as

16   to exactly when you turn the clock off and when you turn the

17   clock on.

18           I think I've covered the points they've raised.  And if

19   I haven't -- yes.  The issue of lunch time about travel time.  My

20   memory is that the labor, the Department of Labor has

21   specifically said that you're entitled to lunch time,

22   non-productive lunch time, the time you're changing, the time

23   you're walking, the time you're washing.  They've said it over

24   and over again.  Indeed, they have suggested that if you don't

25   give somebody their full unpaid lunch period, you may forfeit the

1    right to be able to not pay them for the whole period, whole half

2    hour, whatever it happens to be.

3         So that the Department of Labor, at least, has been

4    fairly consistent that that's compensable time.

5         Now, Ms. Flanagan did some case law research and I

6    haven't had time to see the case law research.  Perhaps, could

7    she explain to you the lunch time issue on the case law?

8         THE COURT:  I'm sorry?

9         MR. BROWN:  Could I turn over this lunch time --

10         THE COURT:  Oh, absolutely.  Yes.  Absolutely.

11         MS. FLANAGAN:  I was just going to say we looked into

12    this briefly, Your Honor, the other day.  As Mr. Stine mentioned,

13    you know, it's not the whole lunch period we're talking about

14    here.  We're talking about the unpaid donning and doffing time at

15    the beginning and end of lunch, which sort of puts this in a

16    separate category than, you know, the ambulance drivers on call,

17    seeking compensation for the whole lunch period.

18         But at least in a quick review, in Fox v. Tyson Foods,

19    2002 Westlaw 32987224, out of the Northern District of Alabama,

20    and in this recent In Re Cargill Meat Solutions, which came out

21    of the Middle District of Pennsylvania, those are at least two

22    decisions where at least the summary judgment stage plaintiffs

23    had sought compensation for unpaid donning and doffing time, as

24    we do at the beginning, at the beginning of the day, at the

25    beginning of lunch, at the end of lunch, at the end of the day.

1   And the Court essentially analyzed the claims, the lunch time

2   claims in the same way that they analyzed the beginning and the

3   end of the day claims.

4          In other words, if it's compensable, if it's, if it's

5   compensable activity, then you get paid for it, if you don't

6   analyze it separately as a lunch claim, I guess.  We could

7   certainly do further, you know, we looked at this very briefly

8   but can look further.  But those are two examples of courts that

9   analyzed it as a whole.

10          THE COURT:  So they denied summary judgment to the

11   defendants in each of those cases?

12          MS. FLANAGAN:  I believe so.

13          THE COURT:  Okay.

14          MS. FLANAGAN:  In, for example, in this Cargill Meat

15   Solutions case, there was a 2030 issue in this case, also.  But

16   essentially the Court says if we assume that the 2030 doesn't

17   apply to donning and doffing of protective gear at the beginning

18   and end of the day, in other words, if it's a principal activity,

19   then under the continuous day rule any activity between

20   commencement and completion of the donning and doffing would be

21   compensable.  And of course that's going to include time at the

22   beginning and end of lunch.

23          THE COURT:  Thank you, Ms. Flanagan.

24          MR. BROWN:  I think we've hit all the issues.

25          THE COURT:  Okay.  Thank you, Mr. Brown.  Final word,

1     Mr. Stine?

2          MR. STINE:  Yes, Your Honor.  Mr. Oliver wanted me to

3     make certain that the tape, we think in their evidence our

4     take-home defense has been proven because it's clear from the

5     evidence they got that they can take the stuff home.  In fact,

6     Dr. Radwin's admitted seeing people coming in wearing different,

7     various and sundry portions of things from home.

8          As to the issue, it's what I was telling you before, is

9     the Fourth Circuit's standard is, here's what you look at for

10    lunch time.  This is not postliminary or preliminary time.  Start

11    of shift, end of shift.  As a matter of fact, the plaintiffs'

12    lawyers are arguing repeatedly in 3(o) occasions, Your Honor.

13    3(o) only applies to the start and end of the time, not during

14    lunch time.  The reason in part is there's a standard fourth, and

15    the Fourth Circuit's got one.  And that's the Roy v. City of

16    Lexington.  And it basically says, we look to see if it's the

17    predominant benefit.  That's the issue.

18         In this case, there's very little time on either end of

19    it.  That's pretty much, you can see that from the evidence,

20    this, quote, "donning and doffing" of the gloves and the apron,

21    and then they're on their own.  They're free.  They don't have to

22    do anything else up until that point.  The predominant benefit is

23    for them to go get their meals and to come back.  And that is the

24    standard that is set forth in the Roy v. City of Lexington case,

25    which says, We determine whether, on the balance, employees use

1    meal time for their own or for the employer's benefit.  That's

2    the question.

3              These cases have not dealt with the meal break and then

4    said, okay, they haven't dealt with this argument I'm raising to

5    you, Your Honor.  Here's what the standard is for this.  Inside

6    we'll use the continuous work day.  It's a different set of

7    rules.  And there's not a case yet that doesn't do anything but

8    just simply take the postliminary/preliminary time, which by its

9    very terms is the start of the shift and the end of the shift.

10   That's what they're about.  And it has a different set of rules.

11             And those cases don't deal with, okay, we're going to

12   look at this first to see if it's predominantly for the benefit

13   of the employer or employee, and then after that we're going to

14   look at a second test.

15             THE COURT:  Well, under what circumstance -- I'm sorry.

16   Were you finished?  I have a few questions for you but I don't

17   want to interrupt.

18             MR. STINE:  No, Your Honor.

19             THE COURT:  On this lunch period issue, under what

20   circumstances would a lunch period ever be predominantly for the

21   employer?

22             MR. STINE:  There are cases in which it's been held

23   that way, where they are having demands on their time during

24   lunch time to do things for the employer.  To handle phone calls,

25   to take emergencies.  But what they're looking for, is this

1    predominantly for the employee to go out and get a meal?  And if

2    it is, it's a meal time.  That's what they're looking at.

3            In our case, it's pretty clear that they turn from the

4    line, they sanitize, they hang their aprons up.  At most that's

5    the most you can call work.  They're free to go down the

6    cafeteria.  They're free to leave and come back.  They've got to

7    swipe out if they do.  And they're free until they get back to

8    putting the apron on.  It's their time.  There's nothing the

9    company --

10           THE COURT:  Why would they have to swipe out, by the

11   way?  That was an interesting comment.

12           MR. STINE:  A lot of times companies want it because

13   it's an attendance measurement.  They want to know if you leave

14   the premises and come back.

15           THE COURT:  But if it's, if it's their time, what does

16   the company care whether they are on the premises or not?

17           MR. STINE:  Because it is so hard with this big number

18   of folks, Your Honor, to know if they come back.

19           THE COURT:  I'm sorry?

20           MR. STINE:  There are so many people, there's 900

21   employees in this facility, it's difficult to know if they come

22   back.  It really is.  It's just, if they don't show up --

23           THE COURT:  Really?

24           MR. STINE:  Yeah.

25           THE COURT:  I mean, you got supervisors walking around

1    all over the place.

2            MR. STINE:  I'm telling you it's difficult.  It's a lot

3    of folks.

4            THE COURT:  Must be the supervisors leaving.

5            MR. STINE:  Ms. Vink says I misspoke about the swiping

6    out, so I will retract that.

7            THE COURT:  Okay.

8            MR. STINE:  Your Honor, I do, in a lot of poultry

9    plants, and I do know it is not an uncommon practice.

10           THE COURT:  No.  Of course, I get it.

11           MR. STINE:  I just misspoke.

12           THE COURT:  No.  I get it.  I get it.  I didn't mean to

13   make it sound absurd.  Of course, an employer, whether you have

14   900 or 90 or 12, you want to know where your people are in the

15   work day just in terms of public safety and caring about families

16   or something.  If you get a call from, you know, the third grade

17   teacher, you want to be able to say, Mom's here or Dad's here.

18           MR. STINE:  Or they're not.

19           THE COURT:  Not running up to the Kentucky Fried

20   Chicken to buy lunch.

21           MR. STINE:  That is true.  But, Your Honor, if you will

22   look at the cases dealing with lunch breaks, you'll see this is

23   the standard they're looking at.

24           THE COURT:  But there are no donning and doffing lunch

25   break cases.

1          MR. STINE:  There are donning and doffing lunch cases,

2     as Ms. Flanagan says.  But when you read them, they haven't dealt

3     with this particular issue yet, where the defense are saying, No,

4     you can't mix these two.  And that's what I'm --

5          THE COURT:  So there hasn't been any cases that

6     presented this issue.  That's kind of what I'm saying.

7          MR. STINE:  Yes, Your Honor.

8          THE COURT:  If you're right --

9          MR. STINE:  If I'm right.

10         THE COURT:  -- and I'm sure you are about this, this

11    would be an issue of first impression, or near so.

12         MR. STINE:  Yes, Your Honor.

13         THE COURT:  It just strikes me, if we can start there,

14    I don't want to create some absurd hypothetical.  But if it's a

15    continuous work day and if the employer is requiring these

16    employees to be cleaned up when they go into the, into the

17    cafeteria, and if as a practical matter you're not going to eat

18    your lunch with cotton gloves on, you're certainly not going to

19    eat lunch with those plastic gloves on.  Something's got to be

20    done with some of this stuff, is what I'm getting at.

21         Now, it may be, it may fold into some kind of de

22    minimis idea or something.  But something's got to be done with

23    this stuff.  Those people are not going into that cafeteria off

24    that line without doing something with that apron and those

25    gloves.

1          MR. STINE:  Yes, Your Honor.  But if you'll look at

2    some of these lunch break cases, you'll see that there will be

3    cases where the employees are saying, Well, I had to work three

4    minutes to answer a telephone.  Real productive work.  I got a

5    call.  I'm sitting at my desk.  I'm free to do what I want.  I'm

6    not going out today.  I picked up the phone and answered for

7    three minutes and hang up.

8          Courts are looking at it after this, they're saying

9    it's still for the benefit of the employer and we're allowing a

10   meal break.

11         So there are cases out there where work is performed

12   during the lunch break and the courts don't go, Okay, we're going

13   to give you three minutes of work time because you're answering

14   the phone.  Or we want to find an average in a week.  You answer

15   the phone 15 minutes a week during those lunches.  They look at

16   this test.  That's the point I'm saying.

17         You don't see a donning and doffing situation.  But you

18   do see them have lunch time cases where they are doing some small

19   minutes of work.  And in this particular case, much more related

20   to the job than this, which is basically they got to clean up and

21   go eat.

22         THE COURT:  But I could see, you know, a secretary

23   answering a phone maybe once or twice on a Tuesday and maybe once

24   on a Thursday.  But in this case, these folks are going to do

25   this every day for sure, absolutely, no exceptions.  They're

1    going to come out of it before they go into the cafeteria and

2    they got to get back into it before they can get to work.  And

3    they have to be at the line when the chicken arrives or they're

4    late.

5         MR. STINE:  That is true.

6         THE COURT:  And so they got to, you know, they got to

7    do their business and get back out there and look -- I saw that

8    guy looking for his apron.  He's looking for his apron.

9         And by the way, something bothered me.  There were two

10   things that have kind of -- well, not bothered me.  That's not

11   right.  In your video, I normally don't notice these kind of

12   things, but why did you have a toilet with no seat in that video?

13   Am I the only one who noticed that?

14        MR. STINE:  No, Your Honor, I noticed it.

15        THE COURT:  You noticed it, too.

16        MR. STINE:  Yes.

17        THE COURT:  Tell the company, tell Mr. Tirrell.

18        MR. STINE:  We notice the sample of a clean toilet.  It

19   did have a --

20        THE COURT:  It did.  It did.  You're right.

21        MR. STINE:  I think it was to make a contrast between

22   dirty and --

23        THE COURT:  But seriously, how can it be that you have

24   the option -- this is not particularly relevant to your point,

25   Mr. Stine -- but how can you have the option to clean your apron

1    before you go to the cafeteria or afterwards if people are

2    cleaning their aprons or hanging theirs on the same hooks as your

3    dirty apron?  See, I'm being very helpful here.  Take that back

4    to the company.

5            MR. STINE:  Maybe we ought to just tell them not to

6    clean it until they come back.

7            THE COURT:  Well, they should have a dirty apron rack

8    and a clean apron rack.

9            MR. STINE:  Yes, Your Honor.  I do understand that most

10   of what is on the apron is chicken.  It's chicken fat and grease.

11   That's what it is.

12           THE COURT:  Well, that's the chicken.

13           MR. STINE:  Yeah.  Touching chicken with chicken.

14           THE COURT:  Okay.  I agree.  I'm going to deny the

15   motion.  I'm going to permit the defense case to come in and try

16   to make a decision here on a full record.

17           With regard to Dr. Rakin's --

18           MR. BROWN:  Radwin.

19           THE COURT:  Radwin.  Excuse me.  I'm a little bit

20   curious about that piece of the methodology.  Can it really be

21   that someone who comes off the line, had a big breakfast, so he's

22   not, he's not particularly hungry, so he's taking his time

23   getting to the cafeteria.  He's chitchatting with his buddies,

24   leisurely washing up and what have you.  So if he's hanging

25   around out there for 10 minutes or 12 minutes or 15 minutes

1    before he -- I mean, if he happened to be one of those that the

2    students picked up, I get your point on that.  There's something,

3    there's something -- and it's not a criticism of the methodology

4    as much as it is just the reality of what you can measure.  I

5    recognize that.

6              MR. STINE:  And one of the videos that we plan to prove

7    in our defense is the 20 minute video, which will give you a very

8    good flavor.

9              THE COURT:  The one that the plaintiffs made?

10             MR. STINE:  The one that took 20 minutes to don.  We

11   are planning to show that one to you.

12             THE COURT:  I thought you might.

13             MR. STINE:  You are correct, Your Honor.  It's on the

14   agenda, probably for tomorrow.

15             THE COURT:  I thought you might.  Well, I'm looking

16   forward to seeing it.  Because it's kind of like what I just

17   talked about, I guess.  Guys just sort of hanging out.

18             MR. STINE:  It is exactly that.

19             THE COURT:  Hanging out, chatting it up.

20             MR. STINE:  Yes, sir.

21             THE COURT:  Walk outside, have a cigarette.

22             MR. STINE:  I don't believe he went outside to have a

23   cigarette.  He did chat it up pretty good.  You will see that.

24             THE COURT:  So there is that.  But I'm still, just as a

25   matter of analysis, I don't see why, given the rather unique

1  nature of donning and doffing claims, if the work day's begun,

2  and we'll come back to your point about obtaining or getting, but

3  if the work day's begun and if the Court has gotten past 2030 and

4  has gotten past Steiner favorably to the plaintiff, it just

5  doesn't appeal to my common sense that you can be paid for the

6  time it takes you to manage this protective gear in the morning

7  and in the evening, and you're doing the exact same thing with it

8  more or less, more or less.  More less than more, I'll grant you.

9      MR. STINE:  A lot less more, Your Honor.  We can get

10  confused with all these tenses.

11      THE COURT:  But, I mean, apart from the business of how

12  long you give them before they get to the cafeteria, I mean, it's

13  the same thing, really.  And so I think, I think there's enough

14  here for me to at least chew on, so to speak.

15      MR. STINE:  Yes, Your Honor.

16      THE COURT:  Now, on this footnote, I get your point.

17      MR. STINE:  Yes, Your Honor.

18      THE COURT:  I really do.  They take it home on Fridays.

19  But I don't read the footnote quite the way you do.  When they

20  say required to be stored on the premises, I think there's a

21  more, frankly, practical, functional, shall we say, dynamic sense

22  of that.  You're right.  You can force the employees to clear out

23  their lockers on Fridays.  I get that.  But that doesn't mean

24  that the other six nights of the week they're not stored on the

25  premises.  And it doesn't mean that they're not required to be

1    stored on the premises.

2         Now, I'll grant you, what is meant by required?  Now, I

3    have to tell you, looking at the videos now and having a real

4    good sense of what this is all about, particularly given two

5    shifts, chicken workers play golf.  Chicken workers take their

6    kids to the park before work, after work.  Chicken workers do the

7    kinds of things that we all do, or don't do.  They're people,

8    too.

9         And so the idea of on a regular basis some man or some

10   woman putting on these boots, no matter where they are, you know,

11   they're out, they're down in Ocean City, you know, lounging on

12   the beach, and they got these in the car on a hot July day and

13   they're going to go back to the car to work their second shift

14   and put these on and wear them?  Come on.  No.  I don't think so.

15        MR. STINE:  I believe --

16        THE COURT:  Well, I'm sure some do.  I'm sure some do.

17   But my point is, as I think about what it means that the stuff

18   has to be left there, I'm looking at it from the point of view, I

19   don't know if I'd call it an objective person standard, I'll hear

20   some argument on this, but in the summertime in an area as lovely

21   as coastal Delmarva, you got people walking around in shorts and,

22   you know, tanning up.  They're not going to be walking around in

23   that stuff when they come to work.

24        MR. STINE:  No.  They're not going to be walking

25   around.

1          THE COURT:  So they're going to leave that stuff in the

2     locker.  And you notice, by the way, this was the third thing I

3     wanted to mention to you.  Well, actually, there are two more.  I

4     didn't hear any evidence about showers.

5          MR. STINE:  They typically don't shower.

6          THE COURT:  Are there showers?

7          MR. STINE:  No.

8          THE COURT:  No.  No.  And I didn't see any place for

9     somebody to sit down and put those boots on.  Certainly not in

10    the locker room.  I mean, I was really struck by, it was like

11    Times Square.  Well, that's an exaggeration, of course.  But

12    really, I mean, we watched that first lady.  She went into her

13    locker and so forth.  I'm thinking of the lady who left, the

14    doffing at the end of day.  She had to stand there and twist her

15    body and get her boots off, and it looked like sneakers.  The

16    doctor referred to them as street shoes.  And it looked like she

17    was doing some kind of balancing act to keep her foot from going

18    down on the nasty ground in that locker room.  So she kind of

19    slipped the boot off and quickly got her foot down in that

20    sneaker.

21         I mean, you know, you got people twisting their backs

22    and stuff getting out of these boots.  People don't want to wear

23    these boots home in the middle of July.

24         MR. STINE:  Well, Your Honor, it's like if I go to the

25    beach, I promise you I don't wear my suit.  Okay?  But when I'm

1   getting ready to come to work, even if I've been to the beach,

2   I'm getting my suit on before I hit work.

3          THE COURT:  See, that's my point.  Now, I haven't heard

4   any evidence, and I think you raised it in your cross

5   examination, what time do the shifts start?  I know there are two

6   shifts.  And I know that that first video, apparently the camera

7   stopped, according to the doctor's testimony, at 7:53 a.m.

8          MR. STINE:  Correct.

9          THE COURT:  So it seemed to have started, I don't know,

10  7:00 or 7:15 or 7:25, whatever it was.

11         MR. STINE:  We did have some testimony about that.

12         THE COURT:  Okay.  But anyway, my point is if a member

13  of the plaintiff class works the second shift and he or she has a

14  line time of, let's just say, I don't know, 3:45, 2:45, or even

15  6:15, whatever it is, p.m., in the middle of July a lot of people

16  are going to be engaged in family stuff.  Kids are out of school.

17  There's groceries to buy.  There's all kinds of stuff to do.  You

18  do not want to be walking up and down the boardwalk in those

19  boots and that smock so you can jump into your car and run out to

20  Millsboro.

21         By the way, how far is Millsboro from Salisbury or from

22  Ocean City?

23         MR. BROWN:  Thirty miles.

24         MR. STINE:  Thirty-five minutes, Your Honor.

25         THE COURT:  Thirty-five minutes.  There you go.  So I'm

1   not making this up.

2          MR. STINE:  No, Your Honor.

3          THE COURT:  I'm not making this up.  You got people at

4   the beach tanning up, probably thinking about another job, or

5   maybe not.  And so, in other words, the paradigm is not

6   necessarily what those of us fortunate enough to be in this

7   courtroom today have.

8          You go to bed either early or late.  You watch

9   Letterman or Leno.  You know, you go to bed at midnight and

10  you're an early riser.  You get up, you have your oatmeal at

11  6:00.  And you put on your coat and tie or your lovely suit.  And

12  you go to an office.  And you work till, you know, five or six.

13  That's one paradigm.

14         But there are other people who live a different kind of

15  life.

16         MR. STINE:  Yes, Your Honor.

17         THE COURT:  So they don't wear a coat and tie.  But

18  they wear, you know, short pants and jogging outfits and nice

19  Nike sneakers.

20         MR. STINE:  Your Honor, I think the point that Wage

21  Hour is making is it's choice.  And it may not be.  I tell you

22  right now, I'd be wearing those boots if I had them to come into

23  this courthouse.  It's cold out there right now.

24         THE COURT:  I agree with you there.

25         MR. STINE:  I left Atlanta, it was 74.  I wish I had

1    those boots on.

2              THE COURT:  I said to Mr. Oliver, we didn't count on

3    this week when he came up to Baltimore.  Anyway, I think there's

4    enough here for the Court to consider.

5              And finally, I got to tell you, and I'm going to hear

6    you on it later.  But I think Mr. Brown's point about those

7    e-mails is well taken.  Now, I found Mr. Tirrell to be a

8    fantastic witness.  I really did.  I thought he was candid.  He

9    was honest.  He was smart.  I enjoyed listening to him.  You

10   know, I don't begrudge him for one second the need to hold on to

11   that competitive advantage that we talked about.

12             But when I look at those e-mails and the timing, I

13   think he was largely candid.  I think, I think it wouldn't be

14   unreasonable to make a willfulness finding.  I think it's very

15   close.

16             MR. STINE:  Your Honor, you do recall, from his point

17   of view, that other district courts --

18             THE COURT:  But see, that's what bothers me.  Well,

19   that's not what bothers me.  What bothers me is the way that he

20   said it, frankly, in the e-mails.  All right?  Now, he said, he

21   runs a plant in the Fourth Circuit.  And I don't begrudge him or

22   his lawyers for saying, Well, you're in the Fourth Circuit and

23   the Fourth Circuit hasn't spoken to this yet.  But we got these

24   other courts.  And now the Supreme Court comes out with the

25   decision that's not directly on point, not directly on point, but

1  it's a unanimous decision that comes about as close to being

2  directly on point as you can imagine.

3        I mean, it would be remarkable for the Supreme Court,

4  well, maybe not remarkable, but for the Supreme Court to sustain

5  the First Circuit and the Ninth Circuit on the issue of walking

6  on the facts of that case, those cases, and say, Oh, no, not

7  waiting, but walking during the continuous work day.  It's not a

8  holding but, boy, it's pretty powerful stuff.

9        And so when you read that opinion and study it and then

10  look at those e-mails, a reasonable finder of fact could say, you

11  know what they were doing?  They were doing what their business

12  sense told them to do.  Let's, you know, move the wash basins,

13  you know, reconfigure whatever we can reconfigure, and let's hew

14  the line as near as possible.

15        Now, whether that equates to willfulness is a separate

16  question.  I'm not even really seriously looking at that at this

17  point.  I'm just saying there's enough there so that at the end

18  of the case the Court looks at it, and the totality of all the

19  evidence, I don't know.

20        MR. STINE:  Yes, Your Honor.  I would point out that

21  other district courts after Alvarez have continued to find that

22  the donning and doffing of the types of items at Mountaire are

23  non-compensable.

24        THE COURT:  I understand that.  I understand that.

25        MR. STINE:  I think it's difficult to see how you prove

1     it up.

2                THE COURT:  My good friend Judge Garbis --

3                MR. STINE:  Yes, I understand that.

4                THE COURT:  My very dear friend, Judge Garbis, did it.

5                MR. STINE:  Yes, Your Honor.  I'm aware of that, Your

6     Honor.

7                THE COURT:  Of course you are.  Of course you are.  So

8     I understand that, you know, this is, this is a hot potato, is

9     what we got.

10               MR. STINE:  It just seems to be very difficult to hold

11    a company to liquidated damages and to say it's wilful when

12    federal district judges are struggling with this and finding the

13    companies in compliance.  And I think it's a good faith belief

14    that we're right, the other side's wrong.

15               And once again, Your Honor, you don't get to those

16    issues, you don't get to them until you find against us.  So you

17    never even have a good faith and willfulness until the Court's

18    found liability.

19               THE COURT:  What I understood your objection to be, and

20    I thought it was perfectly appropriate and I sustained it, when

21    Mr. Brown attempted to get into the advice of counsel defense,

22    which is a sub-species of the good faith defense, you objected,

23    quite appropriately, and I sustained it.  So I don't know what

24    Mr. Tirrell has been told by his lawyers.

25               MR. STINE:  You actually know a lot about what he was

1      told by lawyers.  There are exhibits here.

2                THE COURT:  Well, I know what the letters say.

3                MR. STINE:  Yes, Your Honor.

4                THE COURT:  I was not allowed to hear what his lawyers

5      told him.  And that's fine.  And please, don't misinterpret that.

6                MR. STINE:  No, Your Honor.  But the point I was making

7      is some of these exhibits are from David Wylie, from Haynes Worth

8      saying --

9                THE COURT:  Yes, I saw that.

10               MR. STINE:  And those are legal opinions that he got.

11               THE COURT:  Of course.  But remember, I promised you I

12      was not going to consider any of that for purposes of the

13      plaintiffs' case.  You called him out of order.

14               MR. STINE:  Yes, Your Honor.

15               THE COURT:  Effectively, all I have in front of me is

16      the e-mails.

17               MR. STINE:  Yes, Your Honor.

18               THE COURT:  And the inferences arising from them.

19               MR. STINE:  Yes, Your Honor.

20               THE COURT:  So I think those are all the issues I

21      wanted to specifically address, Mr. Stine.  I think all your

22      issues are very, very live here, absolutely.  But we're going to

23      hear the whole case.

24               MR. STINE:  Yes, Your Honor.

25               THE COURT:  Okay.  So the motion for judgment at the

1    close of the plaintiffs' case under Rule 52 is denied for the

2    reasons stated on the record.

3            So shall we call it a day or you ready to proceed with

4    a witness?

5            MR. STINE:  We would very much like to continue because

6    we've brought the witnesses here.

7            THE COURT:  Oh, okay.

8            MR. STINE:  So we would like to proceed as long as we

9    can to get these two witnesses heard.

10           THE COURT:  Of course.  I thought they were the

11   doctor's students.

12           MR. STINE:  No.

13           THE COURT:  I didn't really --

14           MR. STINE:  They do look awful young to me, too, Your

15   Honor, but I'm afraid that's a function of my age.

16           THE COURT:  I didn't really think that.  Okay.  So why

17   don't we -- why don't you go ahead and put one of them on before

18   we take a recess, or do we need a recess now?

19           MR. OLIVER:  No, we can proceed now.  Amanda Irwin.

20            AMANDA IRWIN, DEFENDANT'S WITNESS, SWORN

21           THE CLERK:  Thank you.  You may be seated.  Please

22   begin by stating your name for the record and spelling your last

23   name, please.

24           THE WITNESS:  Amanda Irwin, I-R-W-I-N.

25           THE CLERK:  Thank you.

1              DIRECT EXAMINATION

2     BY MR. OLIVER:

3     Q    Ms. Irwin --

4     A    Yes.

5     Q    May I proceed, Judge?

6              THE COURT:  Yes, please.

7     Q    Are you currently employed by Mountaire?

8     A    Yes, I am.

9     Q    In what position, please?

10    A    I'm the Quality Assurance Manager.

11    Q    Okay.  And what are the duties of the Quality Assurance

12    Manager?

13    A    I oversee the Food Safety Program and all the regulatory

14    issues with the USDA, as well as the Quality Program, product

15    grading standards.

16    Q    Okay.  And how long have you been in that position as

17    Quality Assurance Manager?

18    A    I have been in that position since August, 2007.

19    Q    Can you tell us a little bit about your background,

20    educational background, please?

21    A    I have a Bachelors of Science in animal science from Clemson

22    and I have a Masters of Human Resource Management from Wilmington

23    College.  I have been with Mountaire since June, 1997.

24              THE COURT:  I'm sorry.  Did you say '97?

25              THE WITNESS:  Yes, 1997.

1    BY MR. OLIVER:

2    Q    When did you get your Masters in Human Resources?

3    A    May, 2003.

4    Q    Okay.  Can you briefly tell us the positions that you've

5    held at Mountaire?

6    A    I started as a QA Management intern.  Actually, I was with

7    Townsend at that point because we were purchased by Mountaire.

8    So I started there in the North Carolina facility.  Came to the

9    Millsboro facility with Townsend in November of '97 as the

10   Customer Service Manager.  Then I did a QA lab internship.

11        From there, I went to Evisceration Supervisor in June

12   of '99.  I was there about 18 months.  And I became a Further

13   Processing Superintendent.  Did that, I was in that position, I

14   think, about two years.  And then I became the Further Processing

15   Manager.

16        I left the company in December, 2004.  I came back in

17   September, 2006 to the Further Processing Manager position again.

18   And then I was the QA Manager from August, 2007 to present.

19   Q    Okay.  Can you give the Court a description of the various

20   departments in the plant and how they flow together with respect

21   to the chicken processing?

22   A    Okay.  The chickens come in on what we call live haul

23   trailers.  They come into the receiving area.  The cages are

24   dumped on to the receiving belt.  And that's when the live

25   hangers in the Live Hang Department then place the chickens on

1    the line.

2           The chickens then go through -- you want the

3    description of the actual process itself?

4    Q    Yes.  Through the departments, each department, and how the

5    process works in the departments.

6           THE COURT:  Can I?

7           MR. OLIVER:  Yes.

8           THE COURT:  We've all had lunch, I think, except me.

9    Could you briefly explain what it means to live hang a chicken?

10          THE WITNESS:  In the Live Hang Department, the chickens

11   come in on a conveyor belt.

12          THE COURT:  They're alive?

13          THE WITNESS:  And they're alive.  Yes.  And the men,

14   the employees who pick the chickens up by their two legs and

15   place them in a shackle on the line.  And the line is moving.

16          THE COURT:  In a shackle.  That's what I don't quite --

17          THE WITNESS:  It's piece of metal.  The line itself is,

18   you know, up above you.  And then there's a piece of metal there.

19   And it goes into a two-pronged shackle, and the chicken's feet go

20   into the shackle.

21          THE COURT:  So they're sort of put in there.

22          THE WITNESS:  Yeah, they're held like right where

23   that --

24          THE COURT:  And they hold the chicken?

25          THE WITNESS:  Yes.  Right where the foot of the chicken

1    would meet the leg is where they're suspended from.

2              THE COURT:  I see.  Okay.  I'm sorry.  Go ahead.

3    BY MR. OLIVER:

4    Q    No.  No.  No.  At any time, obviously, that's the purpose.

5    So Your Honor can understand the process.

6              THE COURT:  I appreciate that.

7    A    And the line is continually moving.  The chickens are

8    stunned.  Then they go through a kill wheel.  There's a person

9    beyond --

10   Q    When you say they're stunned, now, as you indicated, they

11   come in on this belt and they pass before these live hangers, is

12   that correct?

13   A    Yes.

14   Q    And are they usually some on one side of the belt and some

15   on the other?

16   A    There's two belts.

17   Q    Okay.  Two belts.

18   A    There's two belts.  So there's two separate kill lines.

19   They hang the chicken on the belt.  They go through the

20   electrical stunner.

21   Q    All right.  Now, when they put them on the belt, the belt is

22   moving fast, right?

23   A    Yes.

24   Q    And they put them on the belt and the chickens are carried

25   past where the live hangers are into another area?

1    A    The belt -- yes.  Yes.  The belt leaves with the chickens.

2    They head off.  And the live hangers are in the same spot.

3    Q    Generally, how many live hangers do you have around that

4    area?

5    A    One kill line, they have ten hangers.  And on the other one

6    they have eight hangers.

7    Q    Okay.  So when they pass through and the live hangers put

8    them in the shackles, and these shackles move on down past where

9    they are, correct?

10   A    Yes.

11   Q    Into another area?

12   A    Yes.

13   Q    What is that next area?

14   A    That is the kill room.

15   Q    Okay.  Kill room.  And what happens in the kill room?

16   A    The birds are stunned.

17   Q    How are they stunned?

18   A    With an electrical stunner.  It's a water bath.  The

19   birds --

20   Q    There's not a person that does that?

21   A    No, machine.

22   Q    It's a process?

23   A    Machine, yes.

24   Q    Go ahead.

25   A    Goes to a kill wheel, we call it.  It's a kill machine.  The

1    blade turns and cuts the chicken's two arteries on one side.

2    Then there's a person beyond that machine that backs up the

3    performance of that machine.

4            If a bird is missed, they cut the throat of the

5    chicken.

6    Q    So during the second area that you just described, is a, is

7    a mechanized process of basically stunning and killing the

8    chickens?

9    A    Yes.

10   Q    All right.  And it goes through that area.  At the end of

11   that, there is one person or two?

12   A    One person on each line.

13   Q    One person on each line.  And that person's job is to do

14   what?

15   A    To back up the kill machine.  They will kill any chicken

16   that is not killed automatically by the machine.

17   Q    All right.  Now, and these are all chickens still on the

18   shackle, correct?

19   A    Yes.

20   Q    And as the shackles leave that area with the chicken's now,

21   with necks cut, what happens next?

22   A    They go through a blood tunnel.  There's like 80 to 90

23   seconds of bleed-out time.  The chickens are just traveling on a

24   line.

25   Q    They're just going around, bleeding?

1    A    Yes.

2    Q    Okay.

3    A    And then they go into the scald, the scalders, where it's a

4    hot water bath.  It softens the feathers.  When they exit the

5    scalders, they go through a series of what we call pickers.

6    They're machines that actually take the feathers off of the birds

7    using rubber fingers.

8    Q    Okay.

9    A    Then the birds go through a hock cutter.

10   Q    A what kind of cutter?

11   A    Hock.  H-O-C-K, cutter.

12   Q    Okay.

13   A    And it separates the foot of the chicken from the rest of

14   the chicken.  The chicken itself will then continue on into the

15   Evisceration Department.

16   Q    Now, when you cut the feet, it's hanging by its feet,

17   correct?

18   A    Yes.

19   Q    And this thing cuts the feet off?

20   A    Yes.

21   Q    And now the chicken is back down off the shackles?

22   A    No.

23   Q    No?

24   A    No. It's transferred by a machine on to another set of

25   lines.

DIRECT EXAMINATION OF AMANDA IRWIN                                    124

1   Q    And what, is it being suspended in any way?

2   A    It's hanging from.

3   Q    It's still in the shackles?

4   A    Yes.

5   Q    Okay.  I'm sorry.

6   A    There's an auto re-hanger where it comes from the kill line

7   to the evisceration lines.

8   Q    Okay.

9   A    And we have two evisceration lines that have auto re-hang

10  and one line where the birds hit a belt, and there's two people

11  who hang those chickens back on to the evisceration.  And the

12  feet continue on to another process.

13  Q    Okay.  All right.  And what was that last process called?

14  I'm sorry.

15  A    That was dressing.

16  Q    Dressing.  All right.  So once it leaves dressing, where

17  does it go next?

18  A    It goes to evisceration.

19  Q    Goes to evisceration?

20  A    Yes.

21  Q    Tell me what happens in evisceration?

22  A    In evisceration, it's a series of machines that are backed

23  up by people.  They remove everything in the chicken that is

24  considered inedible.  So like, you know, it takes out the guts

25  and everything.

DIRECT EXAMINATION OF AMANDA IRWIN                          125

1    Q    And you say how many lines are there?

2    A    There's three.

3    Q    Three lines?

4    A    Yes.

5    Q    Does the same thing happen on each line?

6    A    Yes.

7    Q    And as it goes down the line, there are various people who

8    do things to the chicken?

9    A    There are various machines.  And then the people back up the

10   machines.  And in this area is also the USDA inspection, where

11   the USDA people visually inspect every single chicken.

12   Q    All right.  And what are they inspecting for at that point?

13   A    They're deciding if the chicken should be condemned, if it's

14   safe and can continue on down the line, or if it needs to be

15   reconditioned in some way.  It might have to have a wing trimmed

16   off or a leg trimmed off and they would send it to the

17   reprocessing area where people would manually cut that chicken

18   up.

19   Q    All right.  So once it passes the inspector's station, what

20   happens then?

21   A    They continue down the line.  And they will, they go through

22   the, like the cropper, which would take the crop and the windpipe

23   out of the bird.

24   Q    The cropper is a machine?

25   A    It's a machine.

1    Q    Okay.

2    A    They go through the inside/outside bird washers, which are

3    machines that they pump water on the inside of the cavity of the

4    bird and the outside of the bird to remove any extraneous

5    material.

6             And then they would go to a final trimmer, which is a

7    person.  And they would cut off broken wings, bad bruises, things

8    that are considered inedible.  And then they would go through one

9    final brush cabinet.

10   Q    How many trimmers do you have?

11   A    One per line.

12   Q    One per line.  Okay.

13   A    Yeah.

14   Q    Go ahead.

15   A    And so they go through a final brush cabinet with water to

16   final rinse.  And then the chicken continues on to a chiller,

17   where they drop off the line there and they, it's a cold water

18   bath that would chill the chickens to 40 degrees or less.

19   Q    All right.  And how long does that chill process take,

20   approximately?

21   A    The chill process is about two hours.

22   Q    About two hours.  So they go through this quick process that

23   you've just described.  Can you tell me about how long it is from

24   the time that the live hangers put them on the hooks to the time

25   they get to the chillers?

1    A    I think it's about 17 minutes approximately.

2    Q    All right.  And then all of those are then dropped into the

3    chiller, is that correct?

4    A    Yes.

5    Q    And then they stay there for two hours?

6    A    Yes.  They move through the chill system.

7    Q    The chill system, which is automated?

8    A    Yes.

9    Q    All right.  And after chiller, what happens then?  What's

10   the next department, I guess?

11   A    The Chiller Rehang Department.  We have a machine that sizes

12   the chickens and distributes them on to two hanging tables.  And

13   then we have people there who pick the chickens up off the

14   conveyor belt and hang them on to the cut up lines.

15   Q    And they are, you call them rehangers?

16   A    Yes.

17   Q    And they grab, and they put the feet in other shackles.

18   A    Yes.  This is a different style of shackle.  And this would

19   just be hung right by the hock because there's no foot on the

20   bird at this time.

21   Q    Okay.  All right.  And how large is that department, of

22   rehanging?  How many rehangers do you have, approximately?

23   A    I think it's, it's between like 10 and 16 or so.  It's not a

24   huge department.

25   Q    Okay.  Once it's rehung, where does it go next?

1    A    It would, the birds travel in a line.  And we have front

2    half saws that would cut the front half of the chicken off, which

3    is the breast and the wings.  They drop on to the debone tables.

4    Q    Okay.

5    A    And so, and the front half is loaded on a cone by a person.

6    Q    Okay.

7    A    And then that cone line, we call it cone debone, travels.

8    That bird is on, the front half is on that cone and each person

9    has a different task and a different sort of cut --

10   Q    There's a line?

11   A    There's a line.

12   Q    With different people on the line?

13   A    Yes.

14   Q    And the cone passes in front of them?

15   A    Yes.

16   Q    And they each do different things to the bird?

17   A    Yes.  They each have a different cut.  Some remove wings,

18   some remove a right or a left wing, some remove the boneless

19   tenders, and what not.  And that, that, that completes like the

20   front half section of that.

21   Q    Right.

22   A    From what didn't drop off of the line, we call it the

23   saddle, the legs and the drums in the back, continues on to a

24   cut-up department.  And we have machines called leg processors

25   that you can set them to.  You would run drumsticks and thighs.

1   Or you might cut leg quarters, or you might cut legs and backs,

2   depending on what you want.

3   Q   .  And once they go through that, what's the next

4   department?

5   A   They can get packed out into bulk products for sale in 40

6   pound boxes.

7   Q   Is that what you call a tray pack?

8   A   No.  That's a bulk.

9   Q   Sorry.

10  A   And some might go to Leg Debone where we, the big legs would

11  get deboned on another line where we hang, we hang the leg, and

12  each person has their own cut.  And the line moves in front of

13  them.

14         We have a Thigh Debone Department, so thighs from one

15  cut-up line would get fed there.  And we have machines that

16  debone them, and people that trim using scissors.

17         We have a tray pack business where you would get the

18  A-grade drums and wings and some A-grade boneless that would get

19  sent over to our Tray Pack Department.  And over there, meat is

20  dumped on a line.  And people, the trays move in front of the

21  people and people pack meat into the trays.

22         From there, the product is wrapped.  It's like you

23  would buy it in the grocery store, you know, ready to go, wrapped

24  and labeled.  We send it upstairs to our Weight Price Label

25  Department where we put on the price, whatever the customer

1    wants, as far as the price per pound.

2              It's boxed from there and sent to the cooler.

3    Q    All right.  Yes?

4              THE COURT:  From the death of the chicken to the

5    cooler, how much time is that?  How much time does that chicken

6    spend on the lines?

7              THE WITNESS:  It would be like three hours or less.

8              THE COURT:  Three hours.

9              THE WITNESS:  It's pretty quick.

10             THE COURT:  I see.  Thank you.

11   BY MR. OLIVER:

12   Q    Have you described to us pretty much the process that the

13   various parts of the chicken go through?

14   A    Yes.

15   Q    All right.  Okay.  Can you describe to me the use of time

16   cards by Mountaire?

17   A    Each employee has an ID card.  They use it.  They walk in,

18   when they come into the facility and they swipe the time clock.

19   That really is just, it tells you that they're there on site.  We

20   run, as supervisors we run an attendance report.  And if a person

21   hasn't swiped in, their name will show up so you know they're not

22   on premises.

23   Q    Okay.  All right.  And is there a time that they have to

24   swipe in?

25   A    No.  There's no rules about when you swipe in.  We just ask

1    that you swipe in before you report to the line.

2    Q    All right.  And when do they report to the line?

3    A    They, each, everyone has a scheduled, each department has a

4    scheduled start time, but you report to your work position when

5    the chicken gets there.

6    Q    All right.  Now, each department has a scheduled start time

7    is what you said, correct?

8    A    Yes.

9    Q    And the employee knows what that scheduled start time is?

10   A    Yes.  It's the same every day.

11   Q    Now, is he paid from the scheduled start time or from when

12   the first chicken is received?

13   A    You're paid from the scheduled start time.

14   Q    All right.  Now, when is an employee considered tardy under

15   this process?

16   A    You're considered late if you, if the, you report to your

17   station after the chicken's already passed you.

18   Q    All right.  Do all of the departments that you have

19   described the chicken going through use line time?

20   A    Yes.

21   Q    All right.  Can you describe to the Court how your

22   department line time works?

23   A    As far, like if I want to use life hang as an example?

24   Q    Yes.

25   A    In the morning, we start hanging at 5:33.

1    Q    That's the scheduled start time?

2    A    That's the scheduled start time every morning.  So at 5:33,

3    everyone comes up to the line and they start hanging all at once.

4    And the supervisor would, when they do time at the end of the

5    day, would enter into the computer 5:33 as the beginning time.

6    Q    All right.  So the department start time, even though it's

7    scheduled, is kept by the supervisor?

8    A    Yes.

9    Q    Okay.  All right.  If an employee for some reason or another

10   has to work more than the other people on the line, is there any

11   allowance made for that?

12   A    Yes.  We have people who are scheduled to work over line

13   time every day, like clean up people, floor people who might pick

14   up trash or wash down.  And they are paid extra by the

15   supervisor.

16   Q    And how is their time kept, do you know?

17   A    It's kept in the computer by the supervisor.  So if I, say I

18   worked an extra 12 minutes, if the line time was eight hours and

19   I worked an extra 12 minutes, I would be paid 8.2 hours.

20   Q    All right.  How many shifts do you have at the plant?

21   A    We have two processing shifts and then one clean up.  A

22   sanitation shift is our third shift.

23   Q    All right.  And for first shift, when does that shift

24   normally start?

25   A    We start hanging at 5:33.  And then all of the rest of the

1    shifts are based off of that time, based on when the chickens

2    arrive.

3    Q    The start time for each of the departments is different on

4    the same shift?

5    A    Yes.

6    Q    Okay.  So by the first shift, the first department time is

7    5:33?

8    A    Yes.

9    Q    I see.  Okay.  And second shift, when does the second shift

10   start?

11   A    I am not exactly sure what time they start hanging.  I think

12   that they might, it's something, it's an odd number.  It's like

13   3:06 or something that they start hanging chickens on night

14   shift.  I'm not 100% sure.

15   Q    And is the process in terms of line time the same with

16   respect to the first shift and second shift, in terms of how its

17   kept?

18   A    Yes.

19   Q    All right.  And the third shift is a clean up shift, is that

20   correct?

21   A    Yes.

22   Q    Now, who works during that shift?

23   A    We contract out our sanitation program.  So we have a

24   contractor who have their own employees and supplies and

25   everything.

1    Q    And what time does the third shift start, if you know?

2    A    They start at the end of, whenever each department ends.  So

3    in live hang they would start cleaning up as soon as the last

4    chicken left.  And that would be like 11:00 at night or something

5    around there.

6    Q    Okay.  All right.

7              THE COURT:  Do you mind, Mr. Oliver?

8              MR. OLIVER:  Yes, any time.

9              THE COURT:  Is there a, I guess what I'm trying to ask

10   is, do you have chickens out back waiting to come in all the

11   time?

12             THE WITNESS:  Not all the time.  We do have chickens.

13   We have a scheduled catching.  Like we have a catching schedule

14   and we try to minimize yard time because it makes it easier to

15   process.

16             THE COURT:  I see.

17             THE WITNESS:  So you always try to have chickens IN the

18   yard less than two hours.

19             THE COURT:  I see.  So ideally, I guess, and I think

20   Mr. Stine suggested, perhaps he didn't mean to, do you shut down

21   on weekends?

22             THE WITNESS:  Typically, we don't process on Saturdays

23   and Sundays.  We may have scheduled in if we're busy, a scheduled

24   processing day.

25             THE COURT:  I see.  So ideally, late Friday evening the

1   plant's cleaned up and there are no chickens in the yard or very

2   few chickens in the yard?

3          THE WITNESS:  We would never carry chickens over Friday

4   to Monday.  You would stay and finish or you might get done early

5   because you run out of chickens.

6          THE COURT:  I see.  And then a fresh load comes in late

7   Sunday night?

8          THE WITNESS:  Early Monday morning, yes.

9          THE COURT:  Early Monday morning.  I see.  Okay.  Thank

10  you.

11  BY MR. OLIVER:

12  Q    No problem.  Can you explain to the judge the concept of

13  required versus optional, personal protective equipment at

14  Mountaire?

15  A    Okay.  Everyone has to wear a bump cap, a hair net.  They

16  wear a lab, a smock.  I call it a lab coat.  They wear a smock.

17  And everyone has to wear steel toe boots, no matter what job.

18  You really, you really do if you're in contact with product.

19  Q    If you have those four items, any time an employee or a

20  visitor enters the processing area, are they required to wear

21  those four items?

22  A    Those items, plus ear plugs.  I think I forgot to mention

23  the ear plugs.

24  Q    All right.  Name those again for us.

25  A    Bump cap, hair net, lab coat, steel toe boots, ear plugs.

1    Q    Whether they're going to do their job or whether they're

2    going to go into that area, they have to have those five items

3    on, is that correct?

4    A    Yes.  Everyone wears those.

5    Q    All right.  Okay.  You can go on with respect to describing.

6    I'm sorry.

7    A    And then most people wear an apron if you are in contact

8    with exposed product, people, and you work on the line, you would

9    wear an apron.

10   Q    That would be required?  The apron would be required?

11   A    That is required.

12   Q    All right.  Now, the apron is the plastic one that's on the

13   outer cover?

14   A    Yes.

15   Q    Okay.  Go ahead.

16   A    And then you would be required, if you're handling product,

17   to wear a rubber glove of some sort.  You, if you're using a

18   knife, you're required to wear a cut-resistant glove.  If you are

19   working in leg debone, you have to wear a metal chain glove as

20   well as an arm guard.

21         And that's really all the requirements --

22   Q    What about scissors?  Are there positions that have

23   scissors?

24   A    Scissors are the same.  Scissors are the same as a knife.

25   If you are wearing scissors, you have to wear a cut-resistant

1    glove.

2    Q    What if you come in contact with where a saw or saws are

3    being used?

4    A    If you're using a saw, you would use metal, the metal chain

5    gloves.

6    Q    What positions do that?  Can you name them?

7    A    The metal chain glove?

8    Q    That have to have a metal chain glove.

9    A    Just, leg debone would use one metal chain glove.  And if

10   you were working on a saw, you would have to use two metal chain

11   gloves.

12   Q    Okay.

13   A    If you are using a high pressure hose, hanging chickens,

14   hanging live chickens, or operating the cage dump area, or

15   working as a gizzard puller in Evisceration, you have to wear

16   safety glasses, and if you're putting CO2 on product.

17   Q    If you're actually using CO2 itself?

18   A    If you're take the scoop of CO2 and putting it on product

19   you have to be wearing safety glasses.

20   Q    Other than people using CO2, who are the other people, the

21   other positions that require safety glasses?

22   A    If you're a floor person using a high pressure hose.

23   Q    Now, when you say a floor person, is that a clean up person?

24   A    Someone cleaning up during the shift.  If you use the hose

25   you have to be wearing the glasses at the time of using the hose.

1    Q    Okay.

2    A    If you're working as a gizzard puller in Evisceration and if

3    you're hanging live chickens or doing the cage dump live

4    chickens.  And CO2.

5    Q    All right.  Is the safety glasses, are the safety glasses

6    required for any of the other positions?

7    A    No.

8    Q    Okay.  All right.  You had mentioned the hard arm guard.

9    What positions require that?

10   A    Just, just in Leg Debone.  If they're doing the first,

11   second or third cuts, they have to wear the arm guard.  But if

12   they're trimming with scissors on the end of the line or loading

13   the cones at the beginning of the line, they don't have to wear

14   the arm guard.  They just put it in their pocket.

15   Q    What about cotton gloves?  When are they required?

16   A    They're not required.  They're optional.

17   Q    Are they not required for any position?

18   A    They're not required.  Those thermal cotton gloves are not

19   required for any position.

20   Q    All right.  Now, are there other, there's the thin cotton

21   gloves and there are more thicker ones?

22   A    I'm talking about the thermal cotton gloves.  They're the

23   ones that aren't required for anybody.  But the thicker cotton

24   gloves, the live hangers use them when they pick up the live

25   birds and hang them.

1    Q    Okay.  Are they required for the live hangers?

2    A    Yes.

3    Q    Are they required for anybody else?

4    A    No.

5    Q    All right.  Is anybody else other than the live hanger

6    required to wear cotton gloves?

7    A    No.

8    Q    You did mention bump cap.  Are they required at all?

9    A    Yes.  They're required in the plant.

10   Q    All right.  You did mention it.  I'm sorry.  They're the

11   ones that have to be worn if anybody enters into the processing

12   area.  You have to wear a bump cap?

13   A    Yes.

14   Q    Okay.  And what's the purpose of the, of wearing the bump

15   cap?  Do you know?

16   A    Just employee safety.

17   Q    All right.  Safety in what sense?  Protecting from what?

18   A    Well, I mean, there's plenty of places that people work

19   overhead, like mechanics and things.

20   Q    Yes.

21   A    People, they might be working on a machine on a ladder.  And

22   there are chickens that hang on the line.  The lines do run

23   overhead.

24   Q    So the bump cap.  All right.  What about the hair net?

25   A    The hair net is food safety.  Keeping our hair out of the

1    product.

2    Q    Okay.  What about the ear plugs?

3    A    The ear plugs are personal safety.

4    Q    Okay.  What about the boots?

5    A    And the boots are also personal safety because people drive

6    pallet jacks in the different areas.

7    Q    You mean, when you say that people drive pallet jacks, you

8    mean they --

9    A    If you move products through the processing areas, you are

10   driving a pallet jack, you wouldn't want someone to have their

11   toe caught.

12   Q    All right.  So it's not the people who are driving the

13   pallet jack.  It's the fact that you got to make sure that people

14   who are standing around don't come in contact with it?

15   A    Yes.

16   Q    Is that what you're saying?

17   A    Yes.  And for the person driving safety as well.

18   Q    As well.  Everybody.  I understand.  What about the, the cut

19   gloves?

20   A    The cut glove is for the safety of the person using the

21   knife.

22   Q    What about the plastic sleeves?

23   A    The plastic sleeves are for product protection.  And they

24   only get worn in the tray pack area.

25   Q    Plastic sleeves are the --

1    A    Oh, the plastic arm guard?

2    Q    Plastic sleeves.  We didn't talk about those, right?  You

3    had talked about the plastic arm guard.

4    A    The plastic arm guard --

5    Q    Is a hard plastic?

6    A    -- is a hard plastic arm guard.  And that is for the

7    employee's protection.

8    Q    Because they --

9    A    Because when you cut, the leg itself is slippery.  And we

10   found that it prevents employees poking themselves.

11   Q    All right.  And the plastic sleeves that we're talking

12   about, describe those.

13   A    Those are, they're a blue plastic and you put them on over

14   your lab coat.  And they, they come up just a little bit above

15   your elbow.  And the cuff goes to your wrist.  And that's really

16   because when people pack in the Tray Pack Department, they have

17   to lean over, reach over the tray to the meat line, to the tray

18   line.  And it keeps the lab coat sleeve out of the products.

19   Q    All right.  And is anyone other than the position that you

20   just described required to wear this plastic sleeve?

21   A    No.  Only the tray pack people wear the sleeves.

22   Q    Okay.  All right.  The smock.  What is the purpose of the

23   smock?

24   A    The smock protects the product from your street clothes as

25   well as your street clothes from the product.

1    Q    All right.  Now, you also have both a smock and the plastic,

2    I mean, and the apron, is that correct?

3    A    And the apron goes over.

4    Q    The apron is on top of the smock?

5    A    Yes.

6    Q    So the smock, in terms of the body of the smock, doesn't

7    really come in contact with the food, does it, because of the

8    apron?

9    A    Correct.  The body doesn't.  And the apron keeps your smock

10   dry.

11   Q    Okay.  Now, are the employees required to keep their

12   required equipment at the company?

13   A    No.

14   Q    All right.  What is the company's policy with respect to

15   taking equipment home?

16   A    You can take any of your equipment home.  You can pick up

17   your smock before you leave at the end of the day so you can have

18   it for the next day.  We only ask that -- or you can choose to

19   store it in your locker.  We only ask that you take it home on

20   Fridays so that we can clean lockers on the weekends.

21   Q    All right.  Now, is every employee provided a locker?

22   A    Yes.

23   Q    And what is the purpose of providing the locker?

24   A    I think it's just for convenience.

25   Q    Whose convenience?

1    A    The employee's convenience.

2    Q    All right.  The employees have not always been able to take

3    their lab coat or smock home, is that correct?

4    A    No.  Years ago they couldn't, they couldn't take it home at

5    the end of the day for the next day.

6    Q    All right.

7              THE COURT:  Could you tell us why?

8              THE WITNESS:  Actually, I had a break in service.  And

9    when I left the plant, you couldn't pick your coat up at the end

10   of the shift.  And when I came back after 20 months, you could.

11   So I don't really know why they changed it.

12             THE COURT:  Thank you.

13   BY MR. OLIVER:

14   Q    All right.  At the time when you came back, before, the food

15   inspectors that are there, do they wear these lab coats as well?

16   A    Yes.  They have a different color lab coat, but they wear

17   company-issued lab coats.

18   Q    All right.  Did they wear their lab coats to the job?

19   A    They wear them in and out of the plant and they wear them in

20   the parking lot, to their cars.

21   Q    Did they do that before and after you left?

22   A    Yes.  They've always done it independent of what our policy

23   was.

24   Q    All right.  So they would generally either, both before this

25   change by the company and after, these inspectors, food service

1  inspectors would wear their lab coats home every day?

2  A    Yes.

3  Q    And that they would wear them to work every day?

4  A    Yes.

5  Q    All right.  Now, you indicated that on Friday the employees

6  have to remove all of the equipment or things they have in their

7  locker and take them home, is that correct?

8  A    Yes.  They're supposed to leave their locker open and empty

9  on Fridays.

10  Q    All right.  And they can bring that stuff back and put them

11  in those lockers if they want on the next Monday, right?

12  A    On Monday, yes.

13  Q    They can keep them in those lockers Monday through Friday?

14  A    Yes.

15  Q    Are they required to keep them in the locker Monday through

16  Friday?

17  A    No.

18  Q    Now, before you left to take the time off, did employees

19  take that opportunity to take most of their equipment or some of

20  their equipment home?

21  A    I think it was up to the individual employee.  I saw a mix.

22  Everybody, some people took some, some people took all.  Some

23  people just stored their stuff on site.

24  Q    All right.  Do you ever see people take their steel toe

25  boots home?

1    A    A lot of people wear them home.

2    Q    Wear them home.  And wear them to work?

3    A    And wear them to work.

4    Q    All right.  What about the bump cap?

5    A    I saw a lot of people would wear, wear it out or carry it

6    out, and a lot of people also store it.

7    Q    All right.  And usually employees keep their ear plugs with

8    the bump cap, tied in some way, is that correct?

9    A    Yeah.  The ear plugs are tied to the bump cap.

10   Q    Is that the way they normally do it?  It's not required?

11   A    Everybody does it.

12   Q    They all do that?  So basically once they've got the bump

13   cap on, they've got the ear plugs at least around their necks,

14   sort of?

15   A    Yes.  We asked the employees to make sure that their ear

16   plugs are tied to the bump cap because we don't want to lose them

17   in the product.

18   Q    I see.  Okay.  What about the hair net?

19   A    The hair --

20   Q    Do you see people wearing the hair net to work and away from

21   work?

22   A    Yes.  I see both of those things.

23   Q    All right.  The time frame I'm asking right now is before

24   you went on your, before you left the company in 2005, did you

25   say?

1    A    2004.

2    Q    Four?

3    A    I've seen people wear their hair nets in and out both before

4    I left and since I've been back.

5    Q    Okay.  All right.  After you came back, you came back in

6    2005 or 2006?

7    A    2006.

8    Q    2006.  And at that time the rule had changed so that in

9    addition to all of the other equipment, you could take, the

10   employee could take the lab coat home, is that correct?

11   A    Yes.

12   Q    And did you see people take them home?  The lab coat, I

13   mean.

14   A    Yeah.  I see a mix of, some people pick them up and put them

15   in their locker for the next day, and some people pick them up

16   and take them.  And some people just wait for the next morning

17   and pick them up.

18   Q    All right.  So you have actually seen employees wear some of

19   the equipment like the bump cap, the shoes, into work?

20   A    Yes.

21   Q    Yes.  Have you ever seen employees wear the lab coat into

22   work?

23   A    Sometimes.  It's not as common.  You'll see people carry it

24   in.  But some people do wear it in.

25   Q    Okay.  What about the apron?

1  A    No.  I don't really see people wear aprons in.  Typically,

2  it's in their pocket or in their locker.

3  Q    Okay.  All right.  I believe you've already indicated that

4  when the employee is about to enter the actual processing area

5  that they have to wear the equipment that you described, is that

6  correct?

7  A    Yes.

8  Q    All right.  Where does the, do you have -- have you observed

9  employees donning that equipment?

10  A    Yes.

11  Q    Where do you generally see them donning that equipment?

12  A    I've seen them donning it in the locker room.  A

13  combination.  Some people put some of their equipment on in the

14  cafeteria.  Some people put it on as they're heading into the,

15  like as they're walking down the hall to get into the plant to go

16  to the, cross through the foot path into the processing area.

17  And then a lot, a lot of people put on their aprons and their

18  gloves as they walk to the line.

19  Q    All right.  Does the company have a rule about when

20  employees can show up at the plant in terms of prior to their

21  actual start of their work time?

22  A    No.  We, a lot of people, some people come right as their

23  shift begins.  And a lot of people come earlier.  A lot of people

24  share rides between the shifts.  And some people might actually

25  come and eat breakfast or eat kind of like, go to the cafeteria

1    before the second shift starts, kind of hang out and wait until

2    their shift starts.

3    Q    Okay.  Now, when the employee arrives in the morning, when

4    they come in to the plant, they have to, what's the first thing

5    that the employee encounters, generally?

6    A    When they come into the plant, they pass through security.

7    Q    Okay.

8    A    And then they walk down the hall.  And the first thing that

9    they will come into contact with is the rack with all the smocks

10   on it.

11   Q    Now, is this on a Monday you're describing to me?

12   A    Okay.  It can be, yeah, it could be a Monday.  But every

13   morning, Monday through Friday, that rack of smocks is out there.

14   Q    The rack is out there every day?

15   A    Every day.  Monday morning or the beginning of like,

16   beginning of shift, any day.  And there's two people out there

17   and they hand out coats.  And you just walk by and say if you

18   need a medium or a large or whatever size, and they hand it to

19   you as you walk.

20          On a Monday morning, there's a second station set up

21   for all the replacement PPE, like hair nets and gloves that you

22   would get.  And they have a lady there who is handing out hair

23   nets and trading in gloves, or handing out aprons.

24          And then there's also the supply.  Then further down

25   the hall there's the supply room.

1    Q    Yes.

2    A    That's open every day, Monday through Friday.  And they also

3    hand out aprons and gloves and hair nets and things there as

4    well.

5    Q    All right.  So how often do the, does the company replenish

6    various required PPE?

7    A    Things like hair nets and gloves are replaced every week.

8    And apron --

9    Q    On a Monday generally?

10   A    Every Monday.  Every Monday.  And I believe that they

11   replace aprons every other Monday.  And then other things you

12   would replace as they are worn, like a cut glove.  If your cut

13   glove has a hole in it, you would turn it in to your supervisor,

14   you would get a new one.

15   Q    All right.  But the smocks are available every day, is that

16   correct?

17   A    Every day for smocks.

18   Q    All right.  Okay.  Have you observed the process of donning

19   these various items of equipment?

20   A    Yes.

21   Q    Can you describe to us generally how it would be done?

22   A    You may or may not already have your boots on.  So when

23   people come in, you know, they might have to put on their boots

24   or they might be wearing them.  But typically, you pick up a

25   smock and you can continue on to your locker.  You put your smock

1    on.  That's usually first.  And then you put a hair net on.  And

2    then your bump cap, and your ear plugs are attached.  You don't

3    have to put your ear plugs in your ears until you're in the

4    plant.

5         Those are the items you have to have on before you go

6    into the processing area.

7         And then typically, you know, you put your gloves and

8    your apron in your pocket and walk to go into the plant.

9    Q    All right.  So usually they don't, the employees that work

10   in the processing area don't go into the processing area itself

11   until they're starting to head for their job, is that correct?

12   A    Correct.  They don't typically go in until it's really time

13   to work.

14   Q    All right.  And when they go into the processing plant, they

15   have this equipment that you've just described on.  And they

16   haven't put the apron on yet, is that correct?

17   A    No.

18   Q    And generally, have they put on the gloves if they are

19   required to wear a glove or gloves?

20   A    Typically, they haven't put them on before they walk in.

21   They'll start putting them on as they walk in, after they cross

22   the foot bath.

23   Q    All right.

24   A    You have to walk through a foot bath.  It's just a big kind

25   of like a trough of water.  You can't miss it.  You have to walk

1    through it.

2    Q    Do you have to -- I'm sorry.  Go ahead.

3    A    You just walk through.  And then people start putting on.

4    If you have it, you need to put it on.

5    Q    Let me just make sure I understand about this water trough.

6    When you walk through it, do you have to do anything special?

7    A    No.  You just walk.  It's chlorinated water, so you just

8    walk through.

9    Q    So you can do it without breaking stride?

10   A    You do not break stride, no.

11   Q    All right.  So you just walk through this foot bath to

12   sanitize the boots?  Is that what it's doing?

13   A    Yes.

14   Q    All right.  Once you past that -- everybody goes through

15   that who goes into that area, right?

16   A    Yes.  If you go into the processing plant, you've gone

17   through this foot bath.

18   Q    All right.  So once you've gone through the foot bath, can

19   you describe what happens then for those employees?

20   A    Then as you walk to your processing area -- different

21   departments require different things.  So if you're going to the

22   Debone Area, you would put your cut glove on.  And then you would

23   put rubber gloves on over that.  You put your apron on and tie

24   it.  And then as you walk to the line, we have hand dip stations,

25   and your gloves have to be on before you dip them.

1    Q    Now, these hand dip stations, are they located near the

2    lines where the employees are going to be working?

3    A    Yes.  We have them in each department and they're close to

4    the lines.  And they're of two, two types.  They're either like a

5    trough attached to the wall or we have freestanding ones.  We

6    added stainless steel that are extra that we put out there and

7    you just dip and go to the line.

8              THE COURT:  Ms. Irwin, help yourself to some water if

9    you'd like.

10   A    Anyway, yes, you just dip and you go to the line from there.

11   Q    All right.  So the employees are required, if they're using

12   some type of glove, to dip that glove in this sanitizer, is that

13   what you're saying?

14   A    Yes.

15   Q    And what else are they required to do other than dip the

16   gloves in the sanitizer?

17   A    That's all.

18   Q    What about before, with respect to the apron?  Are they

19   required to do anything with the apron when they come in?

20   A    No.  The apron just can't have visible fat or meat from the

21   prior day.  If someone sees you with your, and your apron hat was

22   visibly dirty, we would ask you to wash it.  We have hoses.

23   Q    Where are the hoses located?

24   A    They're very close to the hand dip stations.  And they're

25   specifically for aprons.  They're like gardened hoses.  There's

1    little stations and you would go and wash the apron off with this

2    hose.

3    Q    And when you say "wash", you mean like spray the water on

4    you?

5    A    Spray the water, rinse it right on your apron.

6    Q    All right.  But if they're coming in in the morning, they

7    would just normally be sanitizing the glove?  Is that what I

8    understand you to be saying?

9    A    Yes, just the gloves and then go.

10   Q    And then once they sanitize the glove, they're ready to go

11   to their station?

12   A    Yes.

13   Q    All right.  And based on what you have described them to

14   have, to do to get there, they are now ready to receive the first

15   chicken, is that correct?

16   A    Yes.  They're ready to work at that point.

17   Q    All right.  Do the employees receive breaks at the company?

18   A    Yes.  There's two paid ten-minute breaks each day, one in

19   the morning and one in the afternoon.

20   Q    How long are the breaks that are paid?

21   A    The policy is a ten minute break.  But I would think it

22   would be hard to find that enforced.  Most people take 12 minutes

23   to 15 minutes.

24   Q    And what do the employees generally do during these ten

25   minute breaks?

1    A    Whatever they choose.  I mean, they might use the restroom.

2    They might have a snack in the cafeteria.  They might go out to

3    the smoking area.

4    Q    Okay.  All right.  Now, they also receive a lunch break, is

5    that correct?

6    A    Yes.  36 minutes.

7    Q    Now it is 36 minutes, is that correct?

8    A    Yes.

9    Q    At sometime earlier it was 30 minutes?

10   A    Correct.

11   Q    All right.  When it's time for lunch, what are the employees

12   required to do at the end of, at the time, at the beginning of

13   the lunch break, if anything?

14   A    The, they take off their aprons and their gloves.  And they

15   can choose to rinse them then or they can just, most people tie

16   their gloves to their apron and hang them up on a hook and just

17   go to lunch.

18   Q    All right.  Now, are they required by the company to do

19   that?

20   A    They are required to hang them up.  Yes.  Hang the aprons

21   up.  We have apron hangers and we ask that people don't wear them

22   in the cafeteria.

23   Q    All right.  So they're to hang them up.  Now, why do we tell

24   them to hang them up, do you know?

25   A    Why do we tell them to hang them up?

1    Q    Um-hum.

2    A    Because hanging them up is a storage area, it's near the

3    line, and it's not taken into the cafeteria because you don't

4    want to contaminate the cafeteria with raw product.

5    Q    Okay.  And when you say you don't want to contaminate the

6    cafeteria, meaning their ability to eat while they're on the

7    lunch break?

8    A    Yes.  The places where -- I mean, everyone eats together in

9    the cafeteria.

10   Q    All right.  Okay.  Once they have tied their apron and their

11   gloves to the hook, are there any other requirements that the

12   company makes of the employee during the lunch breaks?

13   A    No.

14   Q    All right.  Or at least not at the beginning, right?  Now,

15   if when they come back from lunch, right, before they can

16   actually start their work, what are they required to do, if

17   anything?

18   A    They have to put their apron back on and it should not be

19   visibly, have any visible meat or fat on it.  If it does, you

20   should rinse it with the garden hose, put your gloves on, and

21   then dip them again before you head back to the line.

22   Q    All right.  And once you do that, you're ready to receive

23   product again that day, is that correct?

24   A    Yes.  Yes.

25   Q    All right.  Other than those two functions, that is, taking

1    them off and hanging them, that is the apron and the gloves, and

2    when you come back, putting them on and sanitizing the gloves and

3    the apron if it is dirty, is there anything else that is required

4    of the employee to do during the lunch break that you can think

5    of?

6    A    No.  There's nothing else required that I can think of.

7    Q    All right.  And do the employees receive a 36 minute break,

8    lunch break?

9    A    Yes.

10   Q    All right.  Let me ask you a couple questions about the

11   lunch break.  From your observance of employees during the lunch

12   break, do they normally hang up their apron and gloves and

13   continue to wear the rest of the required equipment to the area

14   that they're going to use for lunch?

15   A    Yes.  Yes.  I mean, everyone just hangs up their apron and

16   goes.  And everybody pretty much wears their bump cap, their hair

17   net, the ear plugs and their coat and their boots into the

18   cafeteria.

19   Q    All right.  And they keep them on while they're eating?

20   A    Yes, we all do.

21   Q    And then they come back and the only things generally that

22   they have to put back on are the two things that are required to

23   put back on, is that right?

24   A    Just the apron and the gloves.

25   Q    Okay.  Now, at the end of the day, does the company impose

1   any requirement on the employee as to what they must do with the

2   equipment that they have on when that end of the day starts?

3   A    No.  There's no requirements.  I mean, you just, they get

4   off the line, take it off, and go.  Just like they did at lunch

5   except they carry the apron and the gloves out with them to their

6   locker.

7   Q    Do you require anything specific that they must do with

8   respect to the apron?

9   A    No.

10  Q    All right.  Is there anything specific that you require them

11  to do with the smock?

12  A    No.  We have bins.  If you're turning your smock in as you

13  walk by, like they put these two big laundry bins out right,

14  immediately outside the processing area, before the time clock.

15  So when you, you walk out, take your smock off, throw it in the

16  bin, keep going.

17  Q    All right.  Are they required to throw their smock away?

18  A    To turn it in?  No.

19  Q    What about their boots?  Are they required to do anything

20  with the boots when they're in the way, after they finished their

21  day?

22  A    No.  There's no requirement on the boots.

23  Q    What about the bump cap?

24  A    Nothing.  You can wear it out or you can store it.

25  Q    Hair net?

1    A    Same thing.  No requirements.

2    Q    Ear plugs?

3    A    No requirements.

4    Q    All right.  I guess that's it.  Okay.  Any of the gloves?

5    Can they take them home as well?

6    A    Yes, they can all be taken home with you.

7    Q    All right.  Are they required to clean and sanitize them at

8    the end of the day?

9    A    No.  They're just required to be visibly clean the next

10    morning before you go to the line.  And of course, your gloves

11    have to be dipped again before you go to the line.

12    Q    And again, on Friday in particular, the employees, when they

13    leave, they take all of their required equipment as well as

14    anything they may have had stored in their locker, and they take

15    that home with them?

16    A    Yes.  They empty their lockers and take everything home.

17    Q    And they may throw, they may dump their smock in the bin as

18    you've described?

19    A    Yes.

20    Q    Or they may not if they don't want to?

21    A    Correct.

22    Q    They can also get that smock from the supply room at that

23    time for the next day?

24    A    Yes.

25    Q    Or they can wait until the next day to get it if they want?

1    A    Yes.

2    Q    All right.  With respect to the lab coats that the judge

3    asked you about, did you recall that before you left or the time

4    that you were away, that USDA had any requirement with respect to

5    the use of the lab coats?

6    A    No.  USDA never imposed any requirements on us.

7    Q    All right.  So even before the policy was changed, USDA did

8    not require, as far as you know, that the lab coats remained at

9    the facility?

10   A    No, they did not require that.

11   Q    Okay.  Your Honor, one minute.

12             THE COURT:  Certainly.

13             (Pause in Proceedings.)

14   Q    Now, as the Quality Assurance Manager, when you enter the

15   plant you have to wear the same equipment that other employees

16   have to wear or other people who go into the processing area, is

17   that correct?

18   A    Yes.  I wear a bump cap, hair net, ear plugs, the lab coat,

19   and the steel toe boots.

20   Q    All right.

21   A    Every day.

22   Q    All right.  Now, also, employees can buy like, for example,

23   a box of hair nets or gloves?

24   A    Yes.

25   Q    In what kind of quantity?  Do you know?  Large quantities or

1     --

2     A    I think you can buy them actually individually.  You can buy

3     individual hair nets.

4     Q    And do employees sometime buy more than one so that they

5     will have them?

6     A    I think sometimes they do if they, they decide that they

7     want more than one a week.

8     Q    All right.  And has it been, do you know whether or not

9     employees generally will take, for example, their bump cap and

10    their hair net home or not?

11    A    Yes, I think that employees do do that.

12    Q    Okay.  That's all I have of this witness, Your Honor.

13         MR. BROWN:  I'll be no more than five minutes, Your

14    Honor.

15         THE COURT:  Okay.  You'd like to get the gentleman on

16    today?

17         MR. OLIVER:  Yes, Your Honor, we most assuredly would

18    like to do so.

19         THE COURT:  Okay.  How long do you think he's going to

20    be on direct?

21         MR. OLIVER:  I think he will be a little bit shorter

22    because they both talk about the same things.  I'll try to not be

23    repetitive, but he may have some additional information.  It will

24    be shorter.

25         THE COURT:  Okay.  So why don't we take a recess now,

1    Mr. Brown?  We'll take ten minutes.  And I'm sure we will get him

2    completed.

3            (Recess.)

4            THE COURT:  Whenever you're ready, Mr. Brown.

5            CROSS EXAMINATION

6    BY MR. BROWN:

7    Q    Your Honor, I have just a question or two.  Ms. Irwin, we

8    were discussing earlier the duration, the typical duration of the

9    work day for the employers (sic) of the Millsboro facility.  Is

10   the typical day 8 hours plus 36 minutes for lunch?

11   A    For the employees?

12   Q    For the employees.

13   A    A typical shift would be eight hours of processing time and

14   then there would be a 36 minute lunch in between.

15   Q    Thank you.  I have no further questions.

16           THE COURT:  All right.  Any redirect?

17           MR. OLIVER:  No, sir.

18           THE COURT:  All right.  You may step down.  Thank you,

19   Ms. Irwin.

20           MR. OLIVER:  Our next witness, Your Honor, would be

21   Humberto Ariztizabal.

22           THE COURT:  By the way, as he approaches the witness

23   stand, Mr. Stine, Mr. Brown reminds me, I didn't, I don't think I

24   specifically, in denying your motion for judgment, I didn't

25   specifically address that point, and I'm reminded.  And I just

1    have two quick things to say about it.

2         Number one, I'm going to look at what you've said about

3    Food Lion.  But my understanding was what I take Mr. Brown's

4    understanding to have been throughout, which is that while you

5    say, if I heard you right, Food Lion somehow differentiates the

6    issue of damages from the issue of hours worked.

7         MR. STINE:  For liability.

8         THE COURT:  Well, see, that cuts through it with too

9    blunt an instrument.  We had agreed that we weren't, we wouldn't

10   deal with damages at this phase of the case.  And so clearly, as

11   a matter of law, if, as Mr. Brown said and as you argued, if an

12   employee, if a class member on any given week didn't work but 32

13   hours or 35 hours or maybe even 37 and a half hours, then he

14   loses.  He doesn't lose as a matter of law, though, I don't

15   think.  He loses as a matter of fact that he didn't, he didn't

16   work enough hours to achieve overtime.

17        But maybe more fundamentally, frankly, though Mr. Brown

18   just asked the question of your witness, I believe that the

19   evidence is sufficient for the Court to have inferred from all

20   that it heard in the plaintiff's case that members or significant

21   numbers of members of the plaintiff class typically work 40 hours

22   a week without the supplement for donning and doffing.  So that's

23   really my main point.  I think it's easily inferable that these

24   plaintiffs work 40 hours a week.

25        MR. STINE:  Yes, Your Honor.

1          THE COURT:  So the motion was denied.

2          MR. STINE:  I understood that, Your Honor.

3          THE COURT:  You did understand.  I just failed to

4   address it explicitly and I apologize.  I'm sorry, sir.  Would

5   you stand and be sworn, please?

6          HUMBERTO ARISTIZABAL, DEFENDANT'S WITNESS, SWORN

7          THE WITNESS:  Yes, do.

8          THE CLERK:  Thank you.  You may be seated.  Please

9   begin by stating your name for the record.

10         THE WITNESS:  Humberto Aristizabal.  H-U-M-B-E-R-T-O.

11   And the last name, A-R-I-S-T-I-Z-A-B-A-L.

12         DIRECT EXAMINATION

13   BY MR. OLIVER:

14   Q    May I proceed, Your Honor?

15         THE COURT:  Yes, please, Mr. Oliver.

16   Q    Can you tell the Court whether you're employed currently

17   with Mountaire?

18   A    Yes.  I am.  First of all, I want to apologize because I'm

19   fighting a cold, plus I have an accent.  So I'm going to try to

20   be very slow so everybody can understand what I'm saying and I

21   can verbalize my thoughts.

22         THE COURT:  Thank you, sir.

23   A    You're very welcome, Your Honor.  Yeah, I'm currently

24   employed with Mountaire Farms.

25   Q    And what is your current position with Mountaire?

1    A    My current position, I'm the Complex Human Resources

2    Manager.  That means that I'm in charge of Human Resources, the

3    head of HR.

4    Q    Can you tell us a little bit about your professional

5    background?

6    A    Yes.  I have a Bachelors degree, Bachelors of Science degree

7    in Business Administration from Xavier University.  And I also

8    have a --

9    Q    Which Xavier University is that?

10   A    The one in Bogota, Colombia, in South America.

11            THE COURT:  Not the one in the NCAA final March

12   Madness?

13            THE WITNESS:  No, sir.  No.  But it's owned by the

14   Jesuits, too.

15   BY MR. OLIVER:

16   Q    Now, are you from Colombia?

17   A    Yes, I am.  From Colombia, South America.

18   Q    South America.  All right.  And go ahead.  I didn't mean to

19   interrupt you.  But I wanted to clarify that.

20   A    Thank you.  I have a Bachelor of Science degree in Business

21   Administration.  And I came to the United States ten years ago

22   initially to come to grad school.  So I obtained a degree in

23   Business Administration, a Masters Degree in Business

24   Administration, MBA.  And I did two concentrations, one in Human

25   Resources Management, and the other one in Marketing Management.

1    Q    Okay.  And where did you get that degree?  I'm sorry.  Did

2    you say?

3    A    I got that degree from Goldey-Beacom College in Wilmington,

4    Delaware.

5    Q    Okay.  And when did you start your employment with

6    Mountaire?

7    A    I started my employment with Mountaire on April the 1st,

8    2004.

9    Q    Okay.  And what position did you have at that time?

10   A    I started my employment with Mountaire as a trainer in the

11   Training and Development Department, training instructor.

12   Q    And what is, what does a trainer do in that department?

13   A    One of the most important things that the trainer does is

14   interacting with the employees, especially from the beginning of

15   their employment.  We conduct a new hires orientation.  So we're

16   really in contact with the employees from the very beginning of

17   their time in the company.

18             As a trainer, you are the person, in fact, that is the

19   first point of contact with the employees.  You have to explain

20   all the rules and regulations.  And then you follow up with the

21   employees.

22             As they go throughout the company, we have a number of

23   development programs.  And many of those programs deal with

24   leadership development.  Some other programs deal with food

25   safety or safety issues.  So the training instructors are in

1    charge of developing those programs and presenting them to the

2    employees.

3    Q    Okay.  How long were you in the position of trainer?

4    A    I was in the position around, about one year.  And then --

5    one or one and a half years.  And I was in charge of the Training

6    and Development Department.  I filled in as the entry Training

7    Manager for sometime.  And then I was promoted to the Human

8    Resources position as a day shift Human Resources Manager.

9    Q    All right.  The Training Manager that you mentioned,

10   position, tell me just quickly what it is that you did as the

11   Training Manager.

12   A    Well, basically, what you have to do is you're responsible

13   for training initiatives throughout the company.  One of the most

14   important is leadership development.  We have a program that is

15   called Leadership Development.  We try to promote people from

16   within.

17        So many of the employees from the line who have high

18   potential, they go through this program.  And after going through

19   this program, they could be promoted.

20        Another thing that the Training and Development Manager

21   does is support all the different areas with any training it

22   needs.  So you have to do the assessment.  And based on the

23   assessment and the needs from the different areas, you develop

24   programs.  And then it's design, implementation, the execution,

25   and the evaluation of those training initiatives.

1    Q    All right.  And after you were Training Manager, you said

2    you were promoted to --

3    A    Yeah.  I was promoted to the day shift Human Resources

4    Manager position.  As it was mentioned before, we have mainly two

5    shifts.  So we have a Human Resources Manager for each one of

6    those shifts.  And the Human Resources Manager deals mainly with

7    employee relations issues.

8    Q    Okay.  Can you give me an example of what you mean by human

9    relations issues?

10   A    Well, basically, counseling, discipline.  But most

11   importantly, we try to develop our relationship with the

12   employees.  Mountaire Farms, in our Millsboro facility, we are

13   union free.  And the reason why we have, prevail as a union free

14   facility for so many years is because we have a very close

15   relationship with the employees, a very open door policy.  And

16   then the Human Resources Managers, they play a very important

17   part in keeping that communication open.

18          So there are a number of meetings that the Human

19   Resources Manager conducts, trying to get employee involvement.

20   There's a series of activities that you do to keep the employees

21   engaged.  And the Human Resources Manager really works with

22   managers like Amanda and some other managers to be more proactive

23   than reactive, trying to anticipate any problems that might be

24   developing, and try to see what's in the mind of the employees.

25   Try to help them develop personally and professionally.

1              In fact, that position has a very, very important role

2       because part of our creating the company is to, trying to achieve

3       the personal and the professional development of our employees.

4              So the Human Resources Manager really works really hard

5       trying to get to that, helping people to develop personally and

6       professionally.  So it's a full plate, but it's very rewarding.

7       Q    As Day Shift Manager, how long were you Day Shift Manager?

8       A    I was a Human Resources Manager on day shift for about a

9       year.

10      Q    Okay.  And after that year, what did you do?

11      A    And then on April the 1st, 2007, I was promoted as Head of

12      Human Resources.  That position used to be called Director of

13      Human Resources.  But the current name is Complex Human Resources

14      Manager.  And now I'm in charge of all those departments --

15      training and development, benefits and compensation.  I'm in

16      charge of the Employee Relations Managers, the recruiters.  And

17      also, the Training and Development I already mentioned.  The

18      whole Human Resources Department.  We have 24 people in that

19      department.

20      Q    Okay.  How many employees do you have at the Millsboro

21      plant?

22      A    The number varies.  But right now could be around 1500.

23      Q    Okay.  And on the first shift, about how many employees

24      would you have a day?

25      A    Around 900 employees.

1    Q    And how many on the second shift?

2    A    The remainder.

3    Q    All right.  What about the third shift, which is

4    maintenance?

5    A    Well --

6    Q    That's subbed out, I believe?

7    A    Well, let me tell you for one second.  The sanitation shift,

8    as we mentioned before, has been subcontracted.

9    Q    Right.

10   A    So contractors are the ones who clean the plant.

11   Q    Right.

12   A    So we don't have a third shift.  We used to.  We used to

13   have a third shift sometime ago.

14   Q    Okay.  You're correct.  I'm sorry.

15   A    No problem.

16            THE COURT:  I'm curious.  I'm sorry.

17            MR. OLIVER:  Yes, please.

18            THE COURT:  Again, of marginal relevance.  What was

19   your turnover last year.

20            THE WITNESS:  Well, the turnover last year --

21            THE COURT:  Roughly.

22            THE WITNESS:  More or less, probably 65%.  It sounds --

23            THE COURT:  No.  It is high but I bet it's probably

24   industry average, isn't it?

25            THE WITNESS:  Yes, Your Honor.  If you look at

1    manufacturing in general, manufacturing has one of the highest

2    degrees of turnover.  But in comparison with manufacturing, we

3    are not the highest.  But it's a lot.  So we have many people

4    coming but many people staying.

5           On the other hand, two weeks ago we celebrated the 40th

6    anniversary of one of our employees who retired.  So you see two

7    different things.

8           THE COURT:  Yeah.  I would have guessed it was high but

9    I would not have guessed as high as 65.  Thank you.  I'm sorry,

10   Mr. Oliver.

11   BY MR. OLIVER:

12   Q    No.  Your Honor, this is your court.

13          THE COURT:  Your case.

14   Q    Looking at first shift, are all the people on first shift on

15   line time?

16   A    Most of the departments are on line time.  There's a couple

17   exceptions.  Like the shipping department, they're not on line

18   time.  The QA Department, which Amanda's head of, they are not on

19   line time.  The maintenance mechanics, they're not on line time.

20          But for the most part, the other departments are on

21   line time.

22   Q    All right.  What about second shift?  Is it the same?

23   A    Second shift is the same because second shift is pretty much

24   the same.  It's the same departments running.

25   Q    Okay.  All right.  Can you briefly explain to the Court how

1   line time generally operates in your Millsboro plant?

2   A    Yes.  Basically, we have a scheduled time for the

3   departments to start.  And then at that time the departments are

4   supposed to start.  However, and then from that point on,

5   obviously, the employees are getting paid.

6          Line time deals with the employees getting to the line

7   and their work stations at the time that the chicken or the final

8   products just passes their work station.  However, if I'm on the

9   eighth position on the running line, I'm getting paid from the

10  beginning of the scheduled time for that department.  So that's

11  the concept.

12         THE COURT:  And by the way, why 5:33?

13         THE WITNESS:  5:33 a.m.  It sounds like --

14         THE COURT:  Did somebody have a child born at 5:33 in

15  the morning?

16         THE WITNESS:  Well, it's because of the process.  First

17  Processing, when we receive the chickens and when we start

18  hanging them and following that process, that's called First

19  Processing.  You have to start a couple hours in advance because,

20  as we heard before, the chickens, they stay in the chiller for

21  two hours or so.  So by the time that the other departments come

22  around 8 a.m., 7:30, some of them, you already have to have some

23  chickens there.

24         THE COURT:  I see.

25         THE WITNESS:  So that's the reason why you start early.

1          THE COURT:  So I take it, it's a relatively smaller

2    percentage of people who actually start at 5:33?

3          THE WITNESS:  Yes.  In comparison with the other

4    departments.

5          THE COURT:  Yeah.  Okay.  I get it.

6    BY MR. OLIVER:

7    Q    When is an employee considered tardy under your policies?

8    A    Well, basically, if the employee is not at his or her work

9    station at the time when the chicken or the finished product

10   comes, at that point the person will be consider tardy.

11   Q    Okay.  The employees, depending on their positions, are

12   required to wear a certain type of equipment, is that correct?

13   A    That's correct.

14   Q    All right.  Now, if an employee doesn't wear the equipment

15   that is required, what happens to him?

16   A    Well, we always give then reminders.  Let's say, for

17   example, that somebody's on the production line and they are not

18   wearing the ear plugs.  Typically, the supervisor, the line

19   leader or the QA technician in that area, they will give the

20   person a reminder.  And that's the most important thing.  Most

21   people just comply after getting a reminder.  We want them to be

22   safe and to be protected.

23   Q    Is there someone watching them to, to let them know if

24   they're not wearing the particular item of protective wear?

25   A    Well, we have line supervisors in each line.  And there is a

1    constant interaction of the supervisor and the people throughout

2    the day.  Our supervisors are hands on.  They just don't sit in

3    an office.  They are right there where the action happens.  So it

4    is pretty evident if someone's not wearing something, especially

5    in my example, like the ear plugs.  They will be hanging and they

6    will get a reminder.

7    Q    You had mentioned the QA technician.  Is that someone who,

8    what is the responsibility of the QA technician?

9    A    Well, QA technicians, they have many responsibilities.  They

10   follow the QA program and the Hassup (phonetic) program.  And

11   then they also help us to enforce some of the rules that protect

12   their people and protect the product from contamination.  So if a

13   QA technician for some reason sees something out of the ordinary,

14   let's say that for some reason product went on to the floor, the

15   QA technician will bring that issue to the supervisor.  Or in my

16   example, if somebody's not wearing the ear plugs, they could get

17   a reminder, too.

18   Q    Is the distribution of required equipment and all of that

19   within your, report to you?

20   A    No.  It reports to the Purchasing Department, the Supply

21   Room.  But we, one of my departments, Training and Development,

22   communicates the policy to people during the orientation session.

23   Q    And what is your policy with respect to equipment and taking

24   it home or leaving it at work?

25   A    Well, we believe that our employees have to have choices.

1    And one choice that they are able to have is the choice to keep

2    all the equipment at the plant if they want.  But they also have

3    the choice to take that to their own homes.  So our policy allows

4    them to take everything, all required and optional equipment, to

5    their houses if they wish.

6    Q    All right.  Now, that's a policy that to some extent has

7    been in effect.  But with respect to lab coats, it's not always

8    been that case, is that correct?

9    A    That's correct.

10   Q    All right.  Now, when did the policy change with respect to

11   lab coats?

12   A    I believe it was in July, 2006.

13   Q    And were you involved in letting the employees know that

14   this policy had changed?

15   A    Well, at that point I was the Human Resources Manager for

16   day shift.  I was not directly involved in developing the policy.

17   But I was involved in communicating the policy.  I did some

18   translations because we have different languages.  We

19   communicated the policy.  We have information boards for our

20   employees.

21        We also have a TV system.  Each time that we want to

22   communicate something, we typically use a TV scrawler.  So I

23   remember putting the message right there.

24        And being proactive in training, the supervisors to

25   anticipate any questions that the employees might have, that's

1    something that I did, too.

2    Q    All right.  Now, have you observed, since that time what,

3    how the employees apply that rule, if they do, or that policy?

4    A    Again, as we gave choices to the employees, some of them

5    have taken that choice and they take things home.  I've seen all

6    kinds of possibilities, to say so.  Some people decide to leave

7    all their equipment in their locker.  Some people go out and come

8    the following day with some of their PPE or most of the PPE, the

9    personal protection equipment, on.

10        So it's difficult to give you like a cookie cutter kind

11   of answer.  There's no percentage that I can give you.  But I see

12   people making choices to whatever is the main thing that allows

13   them to be comfortable.  And for some people it's easier to live

14   one way.  For some people it's easier to live another way.

15        I think the important thing is that our employees have

16   the opportunity to do it and to take it home if they want.  And

17   they have the opportunity to leave it in the locker if they want.

18   Q    Have you observed that, that employees, have you yourself

19   observed employees, for example, wearing their steel toe shoes

20   home?

21   A    Yes.  I have personally observed that.  I lived, for a long

22   part of my career with Mountaire, I've been five years with

23   Mountaire, I live in Georgetown, Delaware.  And I used to go to

24   the same supermarkets, to the same places that everybody used to

25   go.  As head of Human Resources, with my previous job as a

1    trainer, I got to know many employees directly.  And you can see

2    them any day of the week after work wearing their PPE.  It might

3    not seem to be very comfortable.

4         But it is the same thing like if you were going to see

5    some contractors today.  They will be shopping with their work

6    boots.  Or if you were going to see some farmers, they will be

7    with their farming gear, shopping.

8         We are in a very rural area.  We're in the country.  So

9    we see many people going to do many activities as they wear some

10   of the PPE.

11   Q    All right.  Now, when you say the PPE, I want make sure that

12   we understand what we're talking about.  The bump cap, for

13   example?

14   A    Yeah.  I've seen employees wearing the bump cap, the hair

15   met, and the ear plugs are attached, and the boots at the

16   supermarket.

17   Q    All right.  What about, have you seen them wearing a smock

18   away from the office?

19   A    I've seen them leaving --

20   Q    Yes.

21   A    -- but I haven't seen anybody really at the supermarket or

22   other places with the smock.

23   Q    All right.  Have you seen people, employees walk, coming

24   back to work with their smock on?

25   A    I've seen employees with their smock on.  And I also see

1    employees with their smock, like, hanging by their arm.

2    Q    Okay.  All right.

3    A    Do you mind if I take some?

4    Q    No, please.

5              THE COURT:  Please.  Help yourself.

6              THE WITNESS:  Thank you.

7    Q    Are employees required to store any of their equipment on

8    the premises?

9    A    No.  The employees are not required.  They have the option

10   to do so.  And we provide lockers for their convenience.

11   Q    All right.  On Friday, what is the company's policy with

12   respect to employees keeping things in their lockers?

13   A    Well, we tell the employees during the orientation session,

14   and sometimes on the information boards, that they have to empty

15   their lockers at the end of their shift on Fridays.  We do some

16   cleaning on those lockers.  Sometimes we do pest control as well.

17   So we want them to leave the lockers open.

18             Many times we tell them that they could leave their

19   locks, but their locks have to be on the door as the door is

20   opened.  They don't have to be closed.  Because, now what we do

21   is we have to go over the weekend, cut the locks to get access to

22   the lockers.  So we enforce it pretty well because we have to

23   keep them clean.

24   Q    Okay.  Your Honor, I am finished with this witness.

25             THE COURT:  Thank you, Mr. Oliver.

1          MR. BROWN:  We don't have any questions, Your Honor.

2          THE COURT:  Okay.  I think I did have one or two.

3    Well, maybe.  I don't know.  Maybe I don't.

4          Mr. Stine and I agreed, you need to redo the training

5    video.  The safety video.

6          THE WITNESS:  Well, Your Honor, thank you so much for

7    the suggestion.  We'll look into that.

8          THE COURT:  Okay.  All right.  Well, thank you very

9    much, counsel.  So Mr. Stine, Mr. Oliver, tomorrow we will have

10   Dr. Davis.

11         MR. STINE:  Correct, Your Honor.

12         THE COURT:  And some videos.

13         MR. STINE:  Yes, Your Honor.

14         THE COURT:  And any other live witnesses?

15         MR. STINE:  No, Your Honor.

16         THE COURT:  Okay.

17         MR. STINE:  That will conclude our case with Dr.

18   Davis's testimony.  His only concern is he's got a 6:30 flight on

19   AirTran.  It's the last one out.

20         THE COURT:  He is in good shape.  He's in good shape.

21         MR. STINE:  I just thought he'd want to make certain

22   you knew.

23         THE COURT:  All right.  I have a sentencing tomorrow,

24   counsel, scheduled at 10.  I'm reasonably confident it will not

25   take more than an hour.  And frankly, it should take less than an

1  hour.  So I'm happy to -- first of all, I'm happy to have you

2  here for the sentencing and we can start immediately afterwards.

3  But it probably makes more sense for you to relax.  And I'll

4  suggest that you be here at eleven because I don't think it's

5  going to take more than an hour.  Is that a problem?

6         MR. STINE:  I'm just a little worried about his flight.

7  That's all.  I think he's going to be on stand, I don't know how

8  long on cross.

9         THE COURT:  Out of BWI?

10        MR. STINE:  Yeah.

11        THE COURT:  At six?

12        MR. STINE:  6:30.

13        THE COURT:  No problem.

14        MR. STINE:  All right.

15        THE COURT:  Mr. Brown and Ms. Flanagan aren't going to

16  be long with Mr. Davis.

17        MR. BROWN:  In light of that deadline, we'll just be

18  very short.

19        MR. STINE:  Appreciate it.

20        THE COURT:  So I'm confident we'll get started pretty

21  promptly at eleven or shortly after eleven.  And, you know, if we

22  need to, we'll go through lunch, have a short lunch.  We'll be

23  sure to get you out of here, sir.

24        MR. STINE:  Thank you.

25        MR. BROWN:  Your Honor, will we have closing arguments

1    sometime?

2            THE COURT:  Yes.  I'm hoping on -- I've canceled my

3    commitment on Friday morning.  I have a sentencing on Friday at

4    noon and at two.  So I'm hoping, and I've canceled my Friday

5    morning non-case commitment.  So I'm hoping we can have a couple

6    of hours of argument on Friday.  And I don't anticipate ruling

7    orally from the bench but I theoretically could, at least on some

8    issues.

9            You all have worked so very hard on this.  You

10   absolutely are entitled to have my full consideration and a

11   carefully reasoned opinion.  So I don't anticipate ruling on

12   Friday.  But I certainly want to hear argument on Friday.

13           MR. STINE:  Yes, Your Honor.  We'll be prepared.  First

14   thing in the morning, probably?

15           THE COURT:  Probably 9:30, 10:00.  Thank you all very

16   much.

17           (Conclusion of Proceedings at 4:50 p.m.)

18

19

20

21

22

23

24

25

1                              INDEX

2

3                                                     PAGE

4    WITNESS: DR. ROBERT RADWIN.

5    DIRECT EXAMINATION BY MR. BROWN               2

6    CROSS EXAMINATION BY MR. STINE               54

7

8    WITNESS: AMANDA IRWIN

9    DIRECT EXAMINATION BY MR. OLIVER            117

10   CROSS EXAMINATION BY MR. BROWN              161

11

12   WITNESS: HUMBERTO ARIZTIZABAL

13   DIRECT EXAMINATION BY MR. OLIVER            163

14

15

16

17

18

19

20

21

22

23

24

25

1                        REPORTER'S CERTIFICATE

2

3            I, Mary M. Zajac, do hereby certify that I recorded

4    stenographically the proceedings in the matter of Luisa Perez, et

5    al v. Mountaire Farms, Inc., Case Number(s) AMD-06-121, on March

6    25, 2008.

7            I further certify that the foregoing pages constitute

8    the official transcript of proceedings as transcribed by me to

9    the within matter in a complete and accurate manner.

10           In Witness Whereof, I have hereunto affixed my

11   signature this _____ day of _____, 2009.

12

13

14

15                          _____

                            Mary M. Zajac,
16                          Official Court Reporter

17

18

19

20

21

22

23

24

25

**'**

**'97** [2] - 117:24, 118:9
**'99** [1] - 118:12
**'primarily** [1] - 90:17

**0**

**0.801** [1] - 67:23
**0320** [1] - 18:25
**07:53:58** [1] - 19:2

**1**

**1.83** [1] - 62:6
**1.883** [5] - 45:11, 45:24, 62:4, 62:15, 62:17
**1/30th** [1] - 37:2
**10** [4] - 2:1, 105:25, 127:23, 178:24
**100%** [1] - 133:14
**101** [1] - 1:23
**10:00** [1] - 180:15
**117** [1] - 181:9
**11:00** [1] - 134:4
**12** [5] - 101:14, 105:25, 132:18, 132:19, 153:22
**1274** [1] - 86:14
**1276** [1] - 86:15
**13%** [1] - 70:16
**13th** [1] - 40:14
**15** [8] - 33:19, 33:20, 36:5, 37:8, 37:17, 103:15, 105:25, 153:23
**1500** [1] - 168:22
**16** [1] - 127:23
**161** [1] - 181:10
**163** [1] - 181:13
**17** [4] - 3:2, 3:3, 39:1, 127:1
**17th** [1] - 11:1
**18** [1] - 118:12
**18th** [1] - 10:17
**197** [2] - 40:12, 41:10
**1986** [1] - 86:15
**199** [1] - 41:11
**1997** [2] - 117:23, 117:25
**19th** [1] - 10:17
**1st** [2] - 165:7, 168:11

**2**

**2** [2] - 93:10, 181:5
**20** [9] - 10:6, 29:19, 82:6, 85:22, 85:25, 86:8, 106:7, 106:10, 143:10

**20.013** [5] - 5:2, 43:6, 43:12, 43:14
**20.685** [2] - 45:11, 45:25
**20.879** [2] - 42:18, 43:16
**200** [2] - 13:7, 40:13
**2002** [1] - 96:19
**2003** [1] - 118:3
**2004** [3] - 118:16, 146:1, 165:8
**2005** [2] - 145:24, 146:6
**2006** [5] - 118:17, 146:6, 146:7, 146:8, 174:12
**2007** [3] - 117:18, 118:18, 168:11
**2008** [6] - 5:16, 10:16, 18:25, 40:14, 182:6
**2009** [2] - 1:10, 182:11
**2030** [3] - 97:15, 97:16, 107:3
**20th** [2] - 10:17, 18:25
**21.745** [1] - 43:6
**21201** [1] - 1:24
**24** [2] - 20:7, 168:18
**24%** [1] - 70:16
**24/7** [1] - 11:2
**25** [2] - 1:10, 182:6
**2:45** [1] - 110:14

**3**

**3(o** [2] - 98:12, 98:13
**30** [9] - 12:25, 33:21, 71:13, 75:18, 75:21, 93:7, 154:9
**32** [1] - 162:12
**32987224** [1] - 96:19
**35** [2] - 69:16, 162:13
**36** [7] - 75:19, 87:23, 154:6, 154:7, 156:7, 161:10, 161:14
**37** [2] - 50:3, 162:13
**3:06** [1] - 133:13
**3:45** [1] - 110:14

**4**

**40** [5] - 12:25, 126:18, 129:5, 162:21, 162:24
**40th** [1] - 170:5
**41** [1] - 93:10
**42** [1] - 93:10
**4:50** [1] - 180:17

**5**

**500** [1] - 44:6
**52** [1] - 116:1
**54** [1] - 181:6
**5515** [1] - 1:23
**5:33** [9] - 131:25, 132:2, 132:5, 132:25, 133:7, 171:12, 171:13, 171:14, 172:2

**6**

**60** [1] - 10:7
**65** [1] - 170:9
**65%** [1] - 169:22
**6:00** [1] - 111:11
**6:15** [1] - 110:15
**6:30** [2] - 178:18, 179:12

**7**

**7** [2] - 40:9, 41:10
**74** [1] - 111:25
**792** [1] - 86:14
**7:00** [1] - 110:10
**7:15** [1] - 110:10
**7:25** [1] - 110:10
**7:30** [1] - 171:22
**7:53** [1] - 110:7

**8**

**8** [2] - 161:10, 171:22
**8.2** [1] - 132:19
**80** [1] - 122:22
**8th** [1] - 5:16

**9**

**90** [2] - 101:14, 122:22
**900** [3] - 100:20, 101:14, 168:25
**95%** [3] - 42:22, 43:3, 43:15
**9:30** [1] - 180:15

**A**

**A-grade** [2] - 129:18
**A-R-I-S-T-I-Z-A-B-A-L** [1] - 163:11
**a.m** [4] - 2:1, 110:7, 171:13, 171:22
**ability** [2] - 94:13, 155:6

**able** [9] - 30:4, 62:5, 62:8, 67:22, 68:1, 96:1, 101:17, 143:2, 174:1
**absolutely** [4] - 96:10, 103:25, 115:22, 180:10
**Absolutely** [1] - 96:10
**absurd** [2] - 101:13, 102:14
**accent** [2] - 59:9, 163:19
**acceptance** [1] - 53:9
**accepted** [2] - 33:4, 54:5
**access** [3] - 84:6, 84:13, 177:21
**accommodations** [1] - 57:16
**accompanied** [1] - 14:7
**according** [1] - 110:7
**account** [14] - 21:22, 51:1, 51:3, 52:10, 52:18, 64:1, 68:17, 69:1, 75:20, 77:23, 79:11, 79:22, 80:5, 81:20
**accounting** [1] - 82:4
**accurate** [1] - 182:9
**achieve** [3] - 43:2, 162:16, 168:2
**acknowledged** [1] - 87:5
**acquire** [7] - 47:7, 52:6, 63:10, 65:11, 65:18, 66:15, 67:5
**acquired** [8] - 39:17, 63:2, 65:7, 66:10, 71:9, 71:11, 74:20, 84:2
**acquires** [5] - 14:19, 40:3, 66:2, 66:25, 75:1
**acquiring** [11] - 6:8, 39:14, 51:6, 52:12, 65:24, 72:9, 81:21, 82:19, 83:7, 83:23
**acquisition** [3] - 6:3, 63:14, 63:16
**Act** [1] - 85:20
**act** [3] - 49:14, 109:17
**action** [1] - 173:3
**activities** [72] - 2:22, 3:5, 4:5, 5:8, 5:14, 5:20, 5:21, 6:2, 6:9, 6:14, 10:20, 11:9, 13:8, 13:17, 16:7, 23:25, 26:21, 29:12, 32:8, 39:18, 42:5, 42:6, 42:8, 42:12, 42:25, 45:13, 45:15, 45:18, 47:21, 48:2, 48:4, 48:11, 50:14, 50:21, 51:3, 52:10, 52:14, 52:15, 53:6, 54:20, 54:25, 57:1, 57:2, 58:9, 58:11, 58:12,

**58**:13, 58:14, 59:14, 59:15, 61:11, 62:8, 62:12, 62:17, 63:4, 63:9, 63:12, 64:7, 64:8, 64:16, 65:24, 66:3, 71:6, 71:12, 74:25, 75:24, 79:9, 83:17, 84:9, 167:20, 176:9
**activity** [51] - 6:3, 6:7, 6:20, 6:23, 6:25, 7:2, 11:14, 16:19, 21:17, 24:3, 30:8, 33:25, 34:21, 34:23, 39:7, 39:13, 39:22, 39:23, 42:9, 47:4, 50:20, 51:5, 54:13, 54:14, 54:22, 54:23, 55:16, 55:20, 55:21, 59:17, 59:19, 60:21, 60:23, 60:25, 61:4, 61:18, 61:22, 62:10, 71:3, 71:5, 72:19, 76:13, 76:15, 80:3, 81:19, 95:11, 97:5, 97:18, 97:19
**actual** [7] - 15:7, 18:8, 34:14, 45:12, 119:3, 147:4, 147:21
**add** [1] - 47:12
**added** [5] - 83:13, 83:17, 83:20, 152:6
**adding** [1] - 48:11
**addition** [4] - 51:2, 87:2, 90:11, 146:9
**additional** [2] - 47:16, 160:23
**address** [3] - 115:21, 161:25, 163:4
**adjacent** [1] - 8:21
**adjusted** [1] - 20:3
**adjusting** [1] - 27:17
**adjustments** [1] - 79:20
**Administration** [4] - 164:7, 164:21, 164:23, 164:24
**admitted** [2] - 85:3, 98:6
**advance** [6] - 11:14, 35:1, 35:13, 48:13, 48:14, 171:19
**advantage** [1] - 112:11
**advice** [1] - 114:21
**advising** [1] - 40:23
**Advisory** [4] - 89:6, 89:16, 90:9, 91:23
**affect** [2] - 68:16, 79:11
**affirmed** [2] - 89:3, 89:4
**affixed** [1] - 182:10
**afraid** [1] - 116:15
**afternoon** [7] - 54:10, 54:11, 78:20, 79:17, 79:21, 79:23, 153:19

**afterwards** [3] - 13:18, 105:1, 179:2

**age** [1] - 116:15

**agenda** [1] - 106:14

**ago** [5] - 43:12, 143:4, 164:21, 169:13, 170:5

**agree** [6] - 54:3, 64:12, 65:22, 85:15, 105:14, 111:24

**agreed** [4] - 85:1, 88:20, 162:9, 178:4

**ahead** [8] - 58:21, 116:17, 120:2, 121:24, 126:14, 136:15, 151:2, 164:18

**AirTran** [1] - 178:19

**AL** [2] - 1:4, 1:6

**al** [1] - 182:5

**Alabama** [1] - 96:19

**alert** [1] - 28:12

**alive** [2] - 119:12, 119:13

**allow** [3] - 4:2, 10:25, 82:11

**allowance** [1] - 132:11

**allowed** [7] - 26:21, 38:5, 65:11, 79:16, 82:15, 92:18, 115:4

**allowing** [1] - 103:9

**allows** [3] - 32:18, 174:3, 175:12

**almost** [4] - 13:7, 40:13, 84:25, 87:10

**Almost** [1] - 11:2

**altogether** [2] - 11:5, 40:12

**Altogether** [1] - 13:2

**Alvarez** [3] - 4:16, 95:12, 113:21

**Amanda** [3] - 116:19, 116:24, 167:22

**AMANDA** [2] - 116:20, 181:8

**Amanda's** [1] - 170:18

**ambulance** [1] - 96:16

**AMD-06-121** [2] - 1:6, 182:5

**America** [3] - 164:10, 164:17, 164:18

**amount** [30] - 23:5, 23:10, 30:2, 30:5, 33:24, 45:16, 46:15, 47:13, 47:15, 47:16, 47:18, 48:6, 48:8, 50:22, 50:24, 62:9, 62:11, 62:12, 68:5, 68:6, 68:16, 68:17, 74:11, 75:23, 86:18, 86:21, 87:24, 88:5, 88:10, 92:13

**ample** [1] - 93:14

**analyses** [1] - 32:19

**analysis** [9] - 33:5, 33:9, 36:16, 41:13, 41:18, 44:14, 70:20, 75:12, 106:25

**analysts** [1] - 39:10

**analyze** [5] - 24:1, 37:5, 46:3, 51:23, 97:6

**analyzed** [6] - 13:19, 32:15, 40:10, 97:1, 97:2, 97:9

**analyzing** [1] - 4:1

**Andre** [1] - 1:12

**angle** [1] - 29:18

**animal** [1] - 117:21

**anniversary** [1] - 170:6

**answer** [9] - 3:6, 58:17, 69:7, 69:14, 69:24, 103:4, 103:14, 175:11

**answered** [2] - 76:11, 94:3, 103:6

**answering** [4] - 58:25, 68:11, 103:13, 103:23

**anticipate** [2] - 12:5, 61:16, 167:23, 174:25, 180:6, 180:11

**anyway** [3] - 56:1, 72:4, 110:12

**Anyway** [2] - 112:3, 152:10

**apart** [1] - 107:11

**apologize** [5] - 59:9, 61:13, 71:20, 163:4, 163:18

**apparent** [1] - 94:16

**appeal** [1] - 107:5

**appear** [2] - 29:23, 36:2

**Appearances** [1] - 1:15

**appendices** [2] - 44:11, 44:20

**Appendix** [6] - 44:14, 44:15, 44:16, 44:17, 45:10, 63:21

**applies** [1] - 98:13

**apply** [2] - 97:17, 175:3

**appreciate** [2] - 9:16, 120:6

**Appreciate** [1] - 179:19

**approaches** [1] - 161:22

**appropriate** [1] - 114:20

**appropriately** [1] - 114:23

**April** [2] - 165:7, 168:11

**apron** [90] - 18:5, 19:6, 19:8, 19:10, 19:11, 19:12, 19:14, 20:1, 20:14, 21:12, 21:16, 24:21, 25:16, 25:19, 25:23, 26:2, 26:4, 26:5,

26:11, 27:22, 28:1, 28:2, 28:5, 28:7, 28:9, 28:11, 30:18, 30:19, 45:20, 48:12, 48:13, 52:11, 64:3, 72:13, 72:17, 72:18, 72:21, 72:24, 73:21, 74:3, 74:9, 74:20, 75:1, 87:17, 88:1, 88:2, 88:11, 88:12, 98:20, 100:8, 102:24, 104:8, 104:25, 105:3, 105:7, 105:8, 105:10, 136:7, 136:9, 136:10, 136:12, 142:2, 142:3, 142:4, 142:8, 142:9, 146:25, 149:8, 150:8, 150:16, 151:23, 152:18, 152:19, 152:20, 152:21, 153:1, 153:5, 154:16, 154:21, 155:10, 155:18, 156:1, 156:3, 156:12, 156:15, 156:24, 157:5, 157:8

**aprons** [22] - 8:17, 19:6, 19:8, 19:21, 24:24, 25:15, 26:7, 28:3, 30:22, 48:14, 52:11, 52:12, 100:4, 105:2, 147:1, 147:17, 148:23, 149:3, 149:11, 152:25, 154:14, 154:20

**Area** [1] - 151:22

**area** [50] - 5:19, 8:11, 8:25, 9:4, 9:8, 12:14, 14:21, 17:10, 17:11, 18:14, 20:25, 21:14, 26:9, 27:20, 27:22, 31:17, 66:5, 75:15, 90:2, 108:20, 118:23, 120:25, 121:4, 121:11, 121:13, 122:6, 122:10, 122:20, 125:10, 125:17, 135:20, 136:2, 137:14, 139:12, 140:24, 147:4, 147:16, 150:6, 150:10, 151:15, 151:20, 154:3, 155:2, 156:13, 157:14, 159:16, 172:19, 176:8

**areas** [11] - 3:24, 5:19, 6:17, 14:16, 17:8, 84:13, 140:6, 140:9, 166:21, 166:23

**arguable** [1] - 88:3

**arguably** [1] - 87:25

**argue** [1] - 87:17

**argued** [1] - 162:11

**arguing** [2] - 91:21, 98:12

**argument** [4] - 99:4, 108:20, 180:6, 180:12

**arguments** [1] - 179:25

**arising** [1] - 115:18

**ARISTIZABAL** [1] - 163:6

**Aristizabal** [1] - 163:10

**ARIZTIZABAL** [1] - 181:12

**Ariztizabal** [1] - 161:21

**arm** [14] - 24:21, 26:17, 35:7, 52:3, 62:21, 136:20, 138:8, 138:11, 138:14, 141:1, 141:3, 141:4, 141:6, 177:1

**arms** [1] - 52:4

**arranged** [1] - 8:12

**arrive** [5] - 45:14, 82:14, 133:2

**arrived** [1] - 64:6

**arrives** [2] - 104:3, 148:3

**arriving** [1] - 16:24

**arrow** [1] - 9:1, 12:16

**arrows** [3] - 7:20, 7:24, 8:2

**arteries** [1] - 122:1

**aspect** [1] - 85:16

**aspects** [3] - 43:9, 53:15, 83:4

**assessment** [2] - 166:22, 166:23

**assigned** [4] - 11:24, 14:25, 24:10, 24:12

**assignment** [1] - 63:5

**assignments** [1] - 60:12

**assume** [2] - 7:13, 97:16

**Assurance** [4] - 117:10, 117:11, 117:17, 159:14

**assuredly** [1] - 160:17

**Atlanta** [1] - 111:25

**attached** [3] - 150:2, 152:5, 176:15

**attempted** [1] - 114:21

**attendance** [2] - 100:13, 130:20

**attendant** [1] - 28:6

**attention** [1] - 21:9

**attire** [1] - 94:23

**attribute** [1] - 47:12

**attributes** [1] - 64:1

**August** [2] - 117:18, 118:18

**auto** [2] - 124:6, 124:9

**automated** [1] - 127:7

**automatically** [1] - 122:16

**available** [8] - 19:18, 30:22, 31:7, 33:6, 51:12, 78:19, 149:15

**average** [12] - 4:21,

42:12, 42:13, 42:17, 43:5, 43:16, 43:18, 67:18, 68:17, 70:8, 103:14, 169:24

**averaged** [1] - 42:8

**averages** [1] - 39:13

**aware** [9] - 55:7, 55:18, 63:13, 75:19, 79:6, 79:16, 89:2, 89:4, 114:5

**awful** [1] - 116:14

## B

**Bachelor** [1] - 164:20

**Bachelors** [4] - 3:9, 117:21, 164:6

**backed** [1] - 124:22

**background** [4] - 3:5, 117:19, 117:20, 164:5

**backpack** [2] - 14:15, 15:4

**backs** [3] - 109:21, 122:2, 129:1

**backward** [1] - 33:14

**bad** [3] - 40:22, 88:25, 126:7

**bags** [2] - 20:20, 20:21

**balance** [2] - 87:22, 98:25

**balancing** [1] - 109:17

**Baltimore** [3] - 1:11, 1:24, 112:3

**bar** [3] - 34:23, 37:18, 37:25

**based** [12] - 7:6, 30:11, 40:14, 50:19, 79:14, 82:17, 83:6, 85:24, 133:1, 153:13, 166:22

**basin** [1] - 21:4

**basins** [1] - 113:12

**basis** [2] - 89:15, 108:9

**bath** [9] - 9:3, 121:18, 123:4, 126:18, 150:22, 150:24, 151:11, 151:17, 151:18

**bathroom** [6] - 18:5, 23:21, 71:21, 71:23, 72:1, 72:5

**beach** [4] - 108:12, 109:25, 110:1, 111:4

**Beacom** [1] - 165:3

**became** [2] - 118:12, 118:14

**becomes** [2] - 49:18, 85:19

**becoming** [1] - 39:8

**bed** [2] - 111:8, 111:9

**beef** [1] - 4:14

**began** [1] - 6:10

**begin** [6] - 2:10, 11:22, 13:14, 35:25, 116:22, 163:9

**beginning** [19] - 34:23, 94:4, 95:13, 96:15, 96:24, 96:25, 97:2, 97:17, 97:22, 132:5, 138:13, 148:15, 148:16, 154:12, 155:14, 165:14, 165:16, 171:10

**begins** [13] - 6:5, 6:25, 22:15, 22:16, 27:19, 30:3, 35:11, 35:23, 37:13, 47:11, 47:13, 47:23, 147:23

**begrudge** [2] - 112:10, 112:21

**begun** [5] - 23:15, 24:19, 25:25, 107:1, 107:3

**Behalf** [2] - 1:16, 1:18

**behalf** [1] - 4:12

**belief** [1] - 114:13

**bells** [1] - 28:12

**belt** [12] - 118:24, 119:11, 120:11, 120:14, 120:19, 120:21, 120:24, 121:1, 124:10, 127:14

**belts** [3] - 120:16, 120:17, 120:18

**Bench** [1] - 1:10

**bench** [1] - 180:7

**benefit** [14] - 86:3, 87:21, 87:23, 88:1, 88:4, 88:6, 90:18, 92:20, 94:9, 98:17, 98:22, 99:1, 99:12, 103:9

**benefits** [1] - 168:15

**best** [7] - 69:7, 69:8, 87:16, 87:24, 92:7

**bet** [1] - 169:23

**better** [3] - 4:3, 34:14, 41:15

**between** [20] - 3:18, 16:18, 16:21, 43:6, 43:12, 44:24, 51:16, 55:11, 55:14, 56:22, 57:17, 65:23, 73:16, 93:1, 95:11, 97:19, 104:21, 127:23, 147:24, 161:14

**beyond** [3] - 55:17, 120:9, 122:2

**bifurcated** [1] - 86:20

**big** [5] - 100:17, 105:21, 129:10, 150:24, 157:13

**bin** [13] - 53:5, 61:21, 76:22, 77:1, 77:2, 77:4, 77:8, 77:18, 77:21, 90:1, 157:16, 158:17

**bins** [2] - 157:12, 157:13

**bioengineering** [1] - 3:11

**bird** [8] - 122:4, 125:23, 126:2, 126:4, 127:20, 128:8, 128:16

**birds** [7] - 121:16, 121:19, 123:6, 123:9, 124:10, 128:1, 138:25

**bit** [13] - 7:13, 34:13, 35:3, 69:19, 76:4, 82:7, 87:1, 94:5, 105:19, 117:19, 141:14, 160:21, 164:4

**black** [2] - 34:23, 36:6

**Black** [1] - 34:1

**blade** [1] - 122:1

**blank** [1] - 34:5

**bleed** [1] - 122:23

**bleed-out** [1] - 122:23

**bleeding** [1] - 122:25

**blood** [1] - 122:22

**blue** [8] - 31:23, 34:12, 34:14, 34:17, 36:23, 36:24, 37:11, 141:13

**blunt** [1] - 162:9

**board** [1] - 69:19

**boards** [2] - 174:19, 177:14

**boardwalk** [1] - 110:18

**body** [3] - 109:15, 142:6, 142:9

**Bogota** [1] - 164:10

**boneless** [2] - 128:18, 129:18

**book** [1] - 85:3

**boot** [6] - 32:1, 32:2, 38:10, 38:11, 38:12, 109:19

**boots** [37] - 31:4, 32:1, 32:2, 57:8, 57:10, 57:11, 57:25, 61:4, 61:5, 67:12, 67:15, 67:16, 78:4, 78:7, 108:10, 109:9, 109:15, 109:22, 109:23, 110:19, 111:22, 112:1, 135:17, 135:25, 140:4, 140:5, 144:25, 149:22, 149:23, 151:12, 156:17, 157:19, 157:20, 157:22, 159:19, 176:6, 176:15

**born** [1] - 171:14

**bothered** [2] - 104:9, 104:10

**bothers** [3] - 112:18, 112:19

**bottom** [4] - 40:9, 41:25, 42:16, 43:17

**box** [3] - 28:20, 38:23,

159:23

**boxed** [1] - 130:2

**boxes** [3] - 34:1, 34:3, 129:6

**boy** [1] - 113:8

**break** [55] - 6:15, 6:16, 7:4, 11:1, 11:10, 24:4, 24:19, 25:4, 25:7, 25:25, 27:1, 27:2, 30:10, 37:6, 37:16, 42:10, 42:11, 44:3, 44:16, 44:17, 56:3, 56:13, 56:14, 59:15, 71:7, 71:13, 73:9, 75:8, 75:17, 75:18, 75:19, 75:22, 75:23, 77:13, 77:14, 78:17, 87:21, 88:9, 93:24, 99:3, 101:25, 103:2, 103:10, 103:12, 143:8, 151:10, 153:21, 154:4, 154:13, 155:7, 156:4, 156:7, 156:8, 156:11, 156:12

**breakfast** [2] - 105:21, 147:25

**breaking** [1] - 151:9

**breaks** [11] - 10:22, 24:4, 52:17, 59:20, 75:9, 101:22, 153:17, 153:18, 153:20, 153:25, 155:12

**breast** [1] - 128:3

**briefly** [7] - 61:24, 80:16, 96:12, 97:7, 118:4, 119:9, 170:25

**bright** [1] - 95:12

**bring** [2] - 144:10, 173:15

**broad** [1] - 54:4

**broader** [1] - 53:18

**broken** [1] - 126:7

**brought** [1] - 116:6

**brown** [1] - 37:8

**BROWN** [39] - 2:2, 2:4, 2:9, 2:14, 10:4, 14:4, 17:18, 19:22, 20:15, 22:11, 28:16, 29:1, 29:5, 31:10, 36:1, 48:21, 48:24, 49:1, 53:22, 54:4, 54:6, 68:20, 70:2, 70:4, 84:18, 84:23, 84:25, 92:12, 96:9, 97:24, 105:18, 110:23, 160:13, 161:6, 178:1, 179:17, 179:25, 181:5, 181:10

**Brown** [23] - 1:16, 7:12, 34:2, 36:14, 38:6, 48:19, 48:23, 54:7, 54:24, 55:2, 71:2, 84:17, 85:9, 90:25, 92:11, 97:25, 114:21, 161:1, 161:4, 161:23, 162:11, 162:17, 179:15

**Brown's** [2] - 112:6, 162:3

**bruises** [1] - 126:7

**brush** [1] - 126:9, 126:15

**buddies** [1] - 105:23

**building** [2] - 12:8, 38:18

**bulk** [2] - 129:5, 129:8

**Bump** [1] - 135:25

**bump** [21] - 30:7, 30:16, 57:4, 135:15, 139:8, 139:12, 139:14, 139:24, 145:4, 145:8, 145:9, 145:12, 145:16, 146:19, 150:2, 156:16, 157:23, 159:18, 160:9, 176:12, 176:14

**bunch** [1] - 43:20

**burden** [1] - 90:12

**business** [6] - 44:7, 83:19, 104:7, 107:11, 113:11, 129:17

**Business** [4] - 164:7, 164:20, 164:23

**busy** [1] - 134:23

**button** [1] - 33:14

**buttons** [1] - 35:21

**buy** [7] - 101:20, 110:17, 129:23, 159:22, 160:2, 160:4

**BWI** [1] - 179:9

**BY** [31] - 2:14, 10:4, 14:4, 17:18, 19:22, 20:15, 22:11, 28:16, 29:5, 31:10, 36:1, 49:1, 54:9, 72:7, 79:1, 117:2, 118:1, 120:3, 130:11, 135:11, 143:13, 161:6, 163:13, 164:15, 170:11, 172:6, 181:5, 181:6, 181:9, 181:10, 181:13

**C**

**cabinet** [1] - 126:9, 126:15

**cafeteria** [61] - 5:19, 26:13, 26:19, 26:21, 26:22, 26:24, 27:2, 27:3, 31:21, 31:22, 31:23, 37:14, 37:20, 37:21, 38:4, 38:6, 38:7, 38:8, 39:25, 40:4, 40:5, 40:6, 42:7, 50:21, 55:22, 55:24, 55:25, 56:7, 56:16, 56:17, 56:21, 57:1, 57:3, 58:8, 66:5, 68:3, 71:1, 71:4, 71:6,

71:25, 73:9, 73:11, 75:15, 84:13, 100:6, 102:17, 102:23, 104:1, 105:1, 105:23, 107:12, 147:14, 147:25, 154:2, 154:22, 155:3, 155:4, 155:6, 155:9, 156:18

**cage** [2] - 137:14, 138:3

**cages** [1] - 118:23

**calculate** [2] - 37:14, 39:13

**calculated** [1] - 42:21

**calculations** [1] - 87:3

**CAM** [1] - 18:23

**camcorder** [1] - 18:21

**camcorders** [2] - 15:11, 15:12

**camera** [12] - 13:11, 18:2, 18:24, 20:8, 20:11, 21:9, 29:18, 29:22, 31:21, 36:21, 37:13, 110:6

**camera's** [1] - 21:5

**cameras** [1] - 11:5, 12:17, 15:24, 18:15, 18:24, 26:22

**campus** [1] - 2:17

**canceled** [2] - 180:2, 180:4

**candid** [2] - 112:8, 112:13

**cap** [2] - 30:7, 30:16, 57:4, 135:15, 135:25, 139:8, 139:12, 139:15, 139:24, 145:4, 145:8, 145:9, 145:13, 145:16, 146:19, 150:2, 156:16, 157:23, 159:18, 160:9, 176:12, 176:14

**capture** [3] - 46:13, 66:11, 73:20

**captured** [2] - 23:14, 30:3

**car** [4] - 94:19, 108:12, 108:13, 110:19

**card** [6] - 14:22, 47:3, 47:9, 82:1, 130:17

**cards** [1] - 130:16

**care** [3] - 9:13, 17:15, 100:16

**career** [1] - 175:22

**carefully** [1] - 180:11

**Cargill** [2] - 96:20, 97:14

**caring** [1] - 101:15

**Carolina** [1] - 118:8

**carried** [5] - 18:12, 56:16, 63:3, 77:4, 120:24

**carries** [1] - 32:4

**carry** [4] - 135:3, 145:5,

146:23, 157:5
**carrying** [4] - 14:20, 15:16, 20:14, 35:6
**cars** [1] - 143:20
**cascade** [1] - 17:7
**case** [38] - 3:24, 4:16, 23:19, 61:17, 84:23, 85:9, 85:18, 85:20, 86:14, 86:15, 86:20, 89:2, 89:4, 91:3, 96:5, 96:6, 96:7, 97:15, 98:18, 98:24, 99:7, 100:3, 103:19, 103:24, 105:15, 113:6, 113:18, 115:13, 115:23, 116:1, 162:10, 162:20, 170:13, 174:8, 178:17, 180:5
**Case** [1] - 182:5
**CASE** [1] - 1:5
**cases** [17] - 4:8, 4:15, 42:15, 61:15, 97:11, 99:3, 99:11, 99:22, 101:22, 101:25, 102:1, 102:5, 103:2, 103:3, 103:11, 103:18, 113:6
**catching** [2] - 134:13
**category** [1] - 96:16
**caught** [1] - 140:11
**cavity** [1] - 126:3
**celebrated** [1] - 170:5
**center** [2] - 31:12, 33:18
**certain** [11] - 10:15, 47:15, 50:21, 55:7, 58:6, 74:6, 84:6, 98:3, 172:12, 178:21
**certainly** [4] - 91:12, 97:7, 102:18, 180:12
**Certainly** [4] - 7:11, 48:19, 109:9, 159:12
**CERTIFICATE** [1] - 182:1
**certify** [2] - 182:3, 182:7
**chain** [8] - 52:2, 136:19, 137:4, 137:7, 137:8, 137:9, 137:10
**challenge** [1] - 38:24
**change** [7] - 33:20, 41:17, 66:20, 67:1, 94:17, 143:25, 174:10
**changed** [4] - 143:11, 146:8, 159:7, 174:14
**changing** [1] - 95:22
**characterize** [6] - 60:9, 63:24, 64:21, 70:5, 77:19, 84:11
**characterized** [2] - 68:23, 74:11
**charge** [5] - 164:2, 166:1, 166:5, 168:14, 168:16

**chart** [3] - 41:24, 42:3, 42:20
**chat** [1] - 106:23
**chatting** [1] - 106:19
**checking** [1] - 46:19
**chew** [1] - 107:14
**Chicken** [3] - 101:20, 108:5, 108:6
**chicken** [43] - 4:13, 5:2, 7:19, 17:10, 20:7, 22:13, 22:23, 52:16, 104:3, 105:10, 105:12, 105:13, 108:5, 118:21, 119:9, 119:24, 119:25, 120:19, 122:5, 122:15, 123:13, 123:14, 123:21, 124:23, 125:8, 125:11, 125:13, 125:17, 126:16, 128:2, 130:4, 130:5, 130:13, 131:5, 131:12, 131:19, 134:4, 153:15, 171:7, 172:9
**chicken's** [4] - 119:19, 122:1, 122:20, 131:17
**chickens** [39] - 17:12, 21:25, 22:14, 23:3, 23:4, 23:13, 30:1, 118:22, 118:25, 119:2, 119:10, 119:14, 120:7, 120:24, 121:1, 122:8, 122:17, 122:23, 124:11, 126:18, 127:12, 127:13, 133:1, 133:13, 134:10, 134:12, 134:17, 135:1, 135:2, 135:3, 135:5, 137:13, 137:14, 138:3, 138:4, 139:22, 171:17, 171:20, 171:23
**child** [1] - 171:14
**chill** [6] - 17:12, 126:18, 126:19, 126:21, 127:6, 127:7
**chilled** [2] - 17:11
**chiller** [4] - 126:16, 127:3, 127:9, 171:20
**Chiller** [1] - 127:11
**chillers** [1] - 126:25
**chitchatting** [1] - 105:23
**chlorinated** [1] - 151:7
**choice** [5] - 111:21, 174:1, 174:3, 175:5
**choices** [4] - 64:10, 173:25, 175:4, 175:12
**choose** [5] - 25:25, 66:15, 142:18, 154:1, 154:15
**chose** [1] - 66:20
**Christopher** [1] - 1:16
**cigarette** [2] - 106:21,

106:23
**Circuit** [9] - 86:13, 86:15, 89:3, 89:5, 112:21, 112:22, 112:23, 113:5
**Circuit's** [2] - 98:9, 98:15
**circumstance** [1] - 99:15
**circumstances** [1] - 99:20
**City** [4] - 98:15, 98:24, 108:11, 110:22
**CIVIL** [1] - 1:5
**claim** [2] - 93:9, 97:6
**claims** [4] - 97:1, 97:2, 97:3, 107:1
**clarify** [1] - 164:19
**class** [4] - 4:21, 110:13, 162:12, 162:21
**clean** [7] - 16:25, 17:2, 88:4, 103:20, 104:18, 104:25, 105:6, 105:8, 132:13, 132:21, 133:19, 137:23, 142:20, 158:7, 158:9, 169:10, 177:23
**clean-up** [2] - 16:25, 17:2
**cleaned** [2] - 102:16, 135:1
**cleaning** [7] - 52:16, 88:12, 88:13, 105:2, 134:3, 137:24, 177:16
**clear** [6] - 88:5, 89:12, 90:3, 98:4, 100:3, 107:22
**clearly** [4] - 87:5, 92:16, 95:4, 162:10
**Clemson** [1] - 117:21
**clerk** [1] - 28:24
**CLERK** [5] - 2:8, 2:10, 116:21, 116:25, 163:8
**click** [1] - 35:18
**clip** [8] - 13:13, 13:19, 18:23, 19:2, 22:6, 25:22, 37:23, 44:14
**clips** [4] - 13:7, 40:13, 41:11
**clock** [19] - 8:21, 14:21, 15:20, 22:16, 31:17, 31:19, 39:8, 39:23, 47:6, 47:22, 67:17, 76:2, 76:15, 82:11, 83:8, 95:16, 95:17, 130:18, 157:14
**clocks** [2] - 47:24, 82:1
**close** [6] - 29:17, 68:3, 112:15, 113:1, 116:1, 152:3, 152:24, 167:14
**closed** [1] - 177:20
**closer** [1] - 84:12

**Closes** [1] - 35:6
**closes** [2] - 38:15, 84:23
**closing** [4] - 38:14, 38:16, 61:6, 179:25
**clothes** [2] - 141:24, 141:25
**clothing** [3] - 21:15, 81:18
**clumsy** [1] - 49:20
**CO2** [5] - 137:16, 137:17, 137:18, 137:20, 138:4
**coastal** [1] - 108:21
**coat** [14] - 111:11, 111:17, 135:16, 135:25, 141:14, 141:18, 143:3, 143:9, 143:16, 146:10, 146:12, 146:21, 156:17, 159:18
**coats** [10] - 143:15, 143:17, 143:18, 144:1, 148:17, 159:2, 159:5, 159:8, 174:7, 174:11
**code** [3] - 18:22, 18:23
**coded** [3] - 18:23, 18:24, 34:4
**coffee** [2] - 39:25, 40:15
**cold** [12] - 21:14, 49:14, 49:17, 49:20, 49:21, 80:19, 80:20, 81:3, 81:9, 111:23, 126:17, 163:19
**collected** [1] - 40:11
**collection** [2] - 13:19, 41:21
**College** [2] - 117:23, 165:3
**Colombia** [3] - 164:10, 164:16, 164:17
**color** [2] - 34:4, 143:16
**color-coded** [1] - 34:4
**column** [6] - 42:11, 42:14, 42:24, 43:17, 44:23, 45:9
**columns** [1] - 45:7
**combination** [2] - 59:8, 147:13
**comfortable** [2] - 175:13, 176:3
**coming** [9] - 23:5, 30:1, 74:8, 82:12, 88:12, 98:6, 153:6, 170:4, 176:23
**commencement** [1] - 97:20
**comment** [1] - 100:11
**commenting** [1] - 81:25
**commercially** [1] - 33:6
**commitment** [2] - 180:3, 180:5
**committed** [1] - 12:23

**common** [2] - 107:5, 146:23
**commonly** [1] - 49:8
**communicate** [3] - 11:8, 61:12, 174:22
**communicated** [1] - 174:19
**communicates** [1] - 173:22
**communicating** [1] - 174:17
**communication** [1] - 167:17
**companies** [3] - 44:6, 100:12, 114:13
**company** [32] - 28:6, 48:1, 49:4, 56:20, 56:23, 57:19, 63:11, 65:5, 66:6, 66:20, 67:1, 82:10, 100:9, 100:16, 104:17, 105:4, 114:11, 118:16, 142:12, 143:17, 143:25, 145:24, 147:19, 149:5, 153:17, 154:18, 155:12, 156:25, 165:17, 165:22, 166:13, 168:2
**company's** [2] - 142:14, 177:11
**company-issued** [1] - 143:17
**compared** [1] - 40:19
**comparison** [3] - 70:13, 170:2, 172:3
**compensable** [12] - 78:9, 88:18, 89:23, 93:19, 93:23, 95:5, 95:14, 96:4, 97:4, 97:5, 97:21, 113:23
**compensate** [4] - 46:13, 47:14, 47:20, 48:15
**compensated** [2] - 47:18, 66:18
**compensation** [6] - 85:19, 86:18, 86:25, 96:17, 96:23, 168:15
**competent** [1] - 3:6
**competitive** [1] - 112:11
**complete** [1] - 182:9
**completed** [4] - 6:23, 7:3, 52:4, 161:2
**completely** [2] - 12:6, 56:5
**completes** [1] - 128:19
**completing** [1] - 64:7
**completion** [2] - 60:25, 97:20
**complex** [1] - 17:9
**Complex** [2] - 164:1,

168:13
  **compliance** [1] - 114:13
  **comply** [1] - 172:21
  **component** [2] - 60:3,
60:17
  **components** [2] -
59:13, 60:19
  **computer** [10] - 3:9,
3:10, 7:10, 18:21, 18:23,
37:2, 39:12, 70:22,
132:5, 132:17
  **concentrations** [1] -
164:24
  **concept** [3] - 89:12,
135:12, 171:11
  **concern** [1] - 178:18
  **concerned** [2] - 45:4,
45:6
  **concerning** [2] - 63:13,
82:1
  **conclude** [1] - 178:17
  **concluded** [1] - 40:21
  **conclusion** [2] - 63:6,
63:8
  **Conclusion** [1] - 180:17
  **conclusions** [1] - 89:9
  **condemned** [1] -
125:13
  **conduct** [7] - 2:21,
5:13, 5:23, 32:18, 63:3,
63:20, 165:15
  **conducted** [5] - 3:12,
4:11, 6:18, 49:13, 54:17
  **conducting** [2] - 32:18,
32:24
  **conducts** [1] - 167:19
  **cone** [5] - 128:5, 128:7,
128:8, 128:14
  **cones** [3] - 21:25,
22:14, 138:13
  **confidence** [6] - 42:22,
43:3, 43:8, 43:15, 43:22
  **confident** [3] - 80:10,
178:24, 179:20
  **configured** [1] - 38:23
  **conflict** [1] - 94:7
  **confused** [1] - 107:10
  **confusion** [1] - 69:25
  **congested** [1] - 25:11
  **connection** [1] - 91:22
  **consequence** [1] -
41:14
  **conservative** [1] - 43:15
  **consider** [3] - 112:4,
115:12, 172:10
  **considerable** [1] -
74:25
  **consideration** [1] -
180:10
  **considered** [5] -

124:24, 126:8, 131:14,
131:16, 172:7
  **consistent** [1] - 96:4
  **constant** [1] - 173:1
  **constitute** [1] - 182:7
  **construct** [1] - 5:23
  **consultation** [1] - 5:22
  **contact** [8] - 135:18,
136:7, 137:2, 140:14,
142:7, 148:9, 165:16,
165:19
  **contacted** [1] - 54:16
  **contained** [1] - 75:12
  **contains** [1] - 44:17
  **contaminate** [2] -
155:4, 155:5
  **contamination** [1] -
173:12
  **continually** [1] - 120:7
  **continue** [14] - 14:18,
17:17, 19:3, 25:12, 40:7,
76:21, 83:19, 116:5,
123:14, 124:12, 125:14,
125:21, 149:25, 156:13
  **continued** [5] - 55:23,
56:6, 72:4, 77:12, 113:21
  **continues** [1] - 6:5,
33:8, 44:7, 126:16,
128:23
  **continuing** [1] - 88:19
  **continuous** [9] - 5:24,
6:1, 6:24, 50:19, 51:1,
97:19, 99:6, 102:15,
113:7
  **contract** [1] - 133:23
  **contractor** [1] - 133:24
  **contractors** [2] -
169:10, 176:5
  **contrast** [1] - 104:21
  **control** [7] - 48:2, 48:5,
82:13, 82:17, 83:20,
83:22, 177:16
  **controlled** [2] - 65:10,
66:8
  **controls** [3] - 33:13,
83:23
  **convenience** [5] -
82:12, 142:24, 142:25,
143:1, 177:10
  **convenient** [1] - 65:2
  **conversation** [1] - 14:6
  **conveyor** [2] - 119:11,
127:14
  **cookie** [1] - 175:10
  **cool** [2] - 80:22, 80:25
  **cooler** [2] - 130:2, 130:5
  **cooling** [2] - 49:12,
49:23
  **coordinated** [1] - 11:6
  **coordinator** [1] - 11:12

  **copy** [1] - 2:24
  **corner** [1] - 14:20
  **correct** [87] - 7:25, 12:9,
12:15, 13:10, 14:7,
22:21, 26:10, 28:11,
30:24, 32:23, 39:5,
39:17, 42:2, 46:5, 54:23,
56:7, 56:12, 57:21,
59:14, 59:25, 62:1, 62:7,
62:21, 63:23, 65:20,
66:12, 66:25, 67:6,
67:12, 67:17, 67:23,
71:17, 72:10, 72:14,
72:18, 73:4, 73:22, 74:7,
74:17, 74:21, 76:23,
77:3, 77:8, 77:24, 78:4,
78:11, 81:7, 81:9, 81:10,
82:20, 83:9, 83:10,
83:13, 83:18, 83:20,
83:24, 84:3, 84:10,
106:13, 120:12, 121:9,
122:18, 123:17, 127:3,
131:7, 133:20, 136:3,
142:2, 143:3, 144:7,
145:8, 146:10, 147:6,
149:16, 150:11, 150:16,
153:15, 154:5, 154:7,
155:23, 159:17, 169:14,
172:12, 172:13, 174:8,
174:9
  **Correct** [9] - 15:7,
15:20, 71:24, 110:8,
142:9, 150:12, 154:10,
158:21, 178:11
  **corridor** [1] - 18:17
  **costume** [1] - 94:25
  **cotton** [24] - 49:4, 49:6,
49:21, 53:24, 55:19,
55:23, 55:25, 56:24,
80:16, 81:2, 81:6, 81:13,
81:17, 81:18, 81:20,
81:21, 102:18, 138:15,
138:18, 138:20, 138:22,
138:23, 139:6
  **Cotton** [2] - 49:8, 81:15
  **counsel** [5] - 5:22,
16:16, 114:21, 178:9,
178:24
  **counseling** [1] - 167:10
  **count** [15] - 11:25,
13:11, 16:3, 16:4, 24:8,
34:10, 38:19, 39:7, 40:2,
40:4, 40:6, 66:5, 89:8,
112:2
  **counted** [8] - 36:2,
40:18, 63:14, 63:17,
72:1, 81:23, 93:18
  **counting** [2] - 16:2,
40:2
  **country** [1] - 176:8

  **counts** [1] - 16:6
  **couple** [4] - 156:10,
170:16, 171:19, 180:5
  **course** [14] - 14:2,
32:11, 45:16, 78:19,
84:20, 97:21, 101:10,
101:13, 109:11, 114:7,
115:11, 116:10, 158:10
  **court** [4] - 33:1, 94:1,
94:2, 170:12
  **Court** [21] - 2:16, 2:19,
88:10, 88:23, 93:1,
93:19, 95:12, 97:1,
97:16, 107:3, 112:4,
112:24, 113:3, 113:4,
113:18, 118:19, 131:21,
162:19, 163:16, 170:25,
182:16
  **COURT** [213] - 1:1, 2:3,
7:11, 9:18, 9:23, 10:2,
10:8, 10:11, 13:21,
13:24, 14:2, 16:9, 16:14,
16:16, 16:23, 17:5,
17:13, 17:16, 17:20,
17:22, 19:18, 20:8,
20:12, 22:1, 22:5, 22:9,
28:12, 28:19, 28:24,
29:2, 30:7, 31:1, 31:5,
31:9, 35:18, 48:19,
48:23, 48:25, 53:13,
53:21, 53:23, 54:5, 54:7,
58:17, 58:20, 58:22,
59:2, 59:6, 59:9, 59:10,
69:18, 71:20, 71:23,
71:25, 72:6, 78:13,
78:17, 78:19, 78:22,
78:25, 84:17, 84:19,
84:22, 84:24, 85:2, 85:7,
85:12, 85:14, 90:24,
91:3, 91:6, 91:9, 91:12,
91:15, 91:17, 91:24,
92:11, 96:8, 96:10,
97:10, 97:13, 97:23,
97:25, 99:15, 99:19,
100:10, 100:15, 100:19,
100:23, 100:25, 101:4,
101:7, 101:10, 101:12,
101:19, 101:24, 102:5,
102:8, 102:10, 102:13,
103:22, 104:6, 104:15,
104:17, 104:20, 104:23,
105:7, 105:12, 105:14,
105:19, 106:9, 106:12,
106:15, 106:19, 106:21,
106:24, 107:11, 107:16,
107:18, 108:16, 109:1,
109:6, 109:8, 110:3,
110:9, 110:12, 110:25,
111:3, 111:17, 111:24,
112:2, 112:18, 113:24,

114:2, 114:4, 114:7,
114:19, 115:2, 115:4,
115:9, 115:11, 115:15,
115:18, 115:20, 115:25,
116:7, 116:10, 116:13,
116:16, 117:6, 117:24,
119:6, 119:8, 119:12,
119:16, 119:21, 119:24,
120:2, 120:6, 130:4,
130:8, 130:10, 134:7,
134:9, 134:16, 134:19,
134:25, 135:6, 135:9,
143:7, 143:12, 152:8,
159:12, 160:15, 160:19,
160:25, 161:4, 161:16,
161:18, 161:22, 162:8,
163:1, 163:3, 163:15,
163:22, 164:11, 169:16,
169:18, 169:21, 169:23,
170:8, 170:13, 171:12,
171:14, 171:24, 172:1,
172:5, 177:5, 177:25,
178:2, 178:8, 178:12,
178:14, 178:16, 178:20,
178:23, 179:9, 179:11,
179:13, 179:15, 179:20,
180:2, 180:15
  **Court's** [1] - 114:17
  **courthouse** [1] - 111:23
  **Courthouse** [1] - 1:23
  **courtroom** [1] - 111:7
  **courts** [7] - 88:19, 92:2,
97:8, 103:12, 112:17,
112:24, 113:21
  **Courts** [1] - 103:8
  **cover** [2] - 40:23,
136:13
  **covered** [1] - 95:18
  **covering** [1] - 23:19
  **crass** [1] - 94:11
  **create** [3] - 93:6, 94:15,
102:14
  **created** [2] - 19:1, 34:9
  **creating** [1] - 168:2
  **creepy** [1] - 16:9
  **crew** [3] - 16:21, 41:4,
41:5
  **critical** [1] - 89:25
  **criticism** [1] - 106:3
  **criticisms** [1] - 43:19
  **crop** [1] - 125:22
  **cropper** [2] - 125:22,
125:24
  **CROSS** [4] - 54:8,
161:5, 181:6, 181:10
  **cross** [4] - 110:4,
147:16, 150:21, 179:8
  **crosses** [1] - 37:11
  **crowd** [1] - 51:17
  **crowded** [1] - 73:1

**crowds** [1] - 68:14
**cuff** [1] - 141:15
**cumbersome** [1] - 94:21
**cup** [1] - 39:25
**curious** [2] - 105:20, 169:16
**current** [2] - 163:25, 164:1, 168:13
**cursor** [3] - 8:3, 35:21, 36:24
**customer** [1] - 129:25
**Customer** [1] - 118:10
**cut** [23] - 122:4, 122:21, 123:16, 125:17, 126:7, 127:14, 128:2, 128:9, 128:17, 128:24, 129:1, 129:12, 129:15, 136:18, 136:25, 140:18, 140:20, 141:9, 149:12, 151:22, 177:21
**cut-resistant** [2] - 136:18, 136:25
**cut-up** [1] - 128:24, 129:15
**cuts** [4] - 122:1, 123:19, 138:11, 162:8
**cutter** [4] - 123:9, 123:10, 123:11, 175:10

## D

**D-1** [1] - 68:24
**D-3** [1] - 68:24
**Dad's** [1] - 101:17
**damage** [1] - 86:23
**damages** [4] - 86:21, 114:11, 162:6, 162:10
**data** [10] - 7:5, 13:19, 23:10, 36:8, 40:11, 40:15, 41:20, 44:12, 44:20, 79:14
**date** [2] - 18:25, 65:10
**David** [1] - 115:7
**Davis** [7] - 1:12, 30:23, 52:19, 86:14, 93:15, 178:10, 179:16
**Davis's** [5] - 49:24, 50:4, 50:23, 50:24, 178:18
**day's** [2] - 107:1, 107:3
**days** [4] - 10:24, 17:25, 32:12, 93:25
**de** [1] - 102:21
**deadline** [1] - 179:17
**deal** [4] - 99:11, 162:10, 165:23, 165:24
**dealing** [2] - 52:16, 101:22

**deals** [2] - 167:6, 171:6
**dealt** [3] - 99:3, 99:4, 102:2
**dear** [1] - 114:4
**death** [1] - 130:4
**Debone** [5] - 41:2, 129:10, 129:14, 138:10, 151:22
**debone** [5] - 128:3, 128:7, 129:16, 136:19, 137:9
**deboned** [1] - 129:11
**December** [1] - 118:16
**decide** [3] - 81:12, 160:6, 175:6
**deciding** [2] - 88:21, 125:13
**decision** [4] - 81:12, 105:16, 112:25, 113:1
**decisions** [1] - 96:22
**deem** [1] - 75:8
**DEFENDANT'S** [2] - 116:20, 163:6
**Defendant's** [2] - 50:2, 69:16
**Defendants** [2] - 1:7, 1:18
**defendants** [2] - 57:15, 97:11
**defense** [11] - 4:12, 4:17, 28:19, 91:18, 91:20, 98:4, 102:3, 105:15, 106:7, 114:21, 114:22
**defined** [1] - 60:23
**definition** [4] - 54:14, 60:22, 90:17, 90:18
**Degree** [3] - 3:9, 3:10, 164:23
**degree** [4] - 4:20, 164:6, 164:20, 164:22, 165:1, 165:3
**degrees** [3] - 3:8, 126:18, 170:2
**Delaware** [11] - 40:17, 40:24, 41:3, 41:8, 41:9, 41:15, 41:20, 41:22, 165:4, 175:23
**Delmarva** [1] - 108:21
**demands** [1] - 99:23
**demonstrated** [1] - 86:6
**denied** [3] - 97:10, 116:1, 163:1
**deny** [1] - 105:14
**denying** [1] - 161:24
**depart** [4] - 6:19, 24:13, 25:8, 40:6
**departed** [2] - 30:16, 57:24
**departing** [1] - 71:5

**department** [25] - 41:12, 44:22, 63:23, 63:25, 68:18, 69:5, 72:10, 73:11, 119:4, 127:10, 127:21, 127:24, 128:24, 129:4, 131:3, 131:6, 131:22, 132:6, 133:6, 134:2, 152:3, 165:12, 168:19, 170:17, 171:10
**Department** [17] - 54:16, 88:17, 95:20, 96:3, 118:25, 119:10, 123:15, 127:11, 129:14, 129:19, 129:25, 141:16, 165:11, 166:6, 168:18, 170:18, 173:20
**departments** [27] - 10:21, 11:10, 40:12, 40:16, 40:19, 40:20, 40:21, 41:1, 70:6, 70:7, 70:9, 72:23, 118:20, 119:4, 119:5, 131:18, 133:3, 151:21, 168:14, 170:16, 170:20, 170:24, 171:3, 171:21, 172:4, 173:21
**departs** [3] - 35:15, 37:13, 38:1
**describe** [8] - 54:20, 54:21, 94:12, 130:15, 131:21, 141:12, 149:21, 151:19
**described** [19] - 45:8, 45:9, 54:19, 55:17, 58:12, 59:20, 60:16, 75:24, 76:24, 77:15, 122:6, 126:23, 130:12, 131:19, 141:20, 147:5, 150:15, 153:13, 158:18
**describing** [2] - 136:5, 148:11
**description** [2] - 118:19, 119:3
**design** [4] - 46:24, 54:16, 82:25, 166:24
**Design** [1] - 4:4
**designated** [1] - 90:2
**designed** [5] - 46:1, 61:19, 64:14, 64:20, 66:16
**designing** [1] - 54:15
**desk** [3] - 87:8, 87:14, 103:5
**detail** [4] - 6:9, 6:12, 8:1, 17:14
**detailed** [2] - 44:12, 68:23
**details** [1] - 92:22
**determination** [3] -

57:14, 73:13, 76:1
**determine** [3] - 56:20, 82:13, 98:25
**detour** [1] - 71:21
**develop** [6] - 33:8, 82:24, 166:23, 167:11, 167:25, 168:5
**developed** [3] - 5:20, 32:17, 33:8
**developing** [3] - 166:1, 167:24, 174:16
**Development** [6] - 165:11, 166:6, 166:15, 166:20, 168:17, 173:21
**development** [5] - 165:23, 165:24, 166:14, 168:3, 168:15
**deviation** [1] - 42:13
**dexterity** [2] - 49:15, 49:18
**diagram** [12] - 7:15, 7:18, 7:19, 8:12, 9:2, 9:7, 9:9, 9:13, 9:16, 9:21, 10:5, 12:10
**diagrams** [1] - 7:20
**difference** [2] - 65:12, 70:18
**differences** [1] - 63:22
**different** [43] - 10:21, 11:7, 17:8, 20:1, 22:4, 24:5, 27:6, 28:1, 29:7, 30:13, 39:19, 40:11, 45:13, 45:14, 45:15, 45:16, 45:18, 45:19, 50:10, 66:21, 67:2, 68:12, 70:8, 98:6, 99:6, 99:10, 111:14, 127:18, 128:9, 128:12, 128:16, 128:17, 133:3, 140:6, 143:16, 151:20, 151:21, 166:21, 166:23, 170:7, 174:18
**differentiates** [1] - 162:5
**difficult** [6] - 28:11, 100:21, 101:2, 113:25, 114:10, 175:10
**digital** [1] - 15:12
**diligence** [1] - 44:4
**dip** [9] - 151:24, 151:25, 152:1, 152:7, 152:10, 152:12, 152:15, 152:24, 155:21
**dipped** [1] - 158:11
**direct** [2] - 61:24, 160:20
**DIRECT** [2] - 2:13, 117:1, 163:12, 181:5, 181:9, 181:13
**directly** [5] - 112:25,

113:2, 174:16, 176:1
**Director** [1] - 168:12
**dirty** [5] - 104:22, 105:3, 105:7, 152:22, 156:3
**disagree** [1] - 46:11
**disagreed** [1] - 88:18
**discard** [2] - 34:8, 35:11
**disciplinary** [1] - 84:1
**discipline** [1] - 167:10
**disciplined** [2] - 58:5, 84:3
**discuss** [1] - 45:7
**discussed** [1] - 3:7
**discussing** [2] - 58:15, 161:8
**discussion** [1] - 39:3
**disparities** [2] - 44:24, 45:4
**displayed** [1] - 50:7
**dispose** [1] - 77:13
**dispute** [1] - 88:9
**disputed** [2] - 9:23, 9:25
**disqualified** [1] - 33:4
**distance** [6] - 64:24, 68:21, 69:1, 70:6, 72:3
**distinction** [5] - 55:11, 55:14, 56:22, 57:16, 73:15
**distributes** [1] - 127:12
**distribution** [1] - 173:18
**district** [4] - 88:19, 112:17, 113:21, 114:12
**District** [2] - 96:19, 96:21
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**Doctor** [11] - 2:10, 3:5, 4:20, 7:11, 9:19, 16:16, 18:19, 22:1, 58:25, 78:19, 84:19
**doctor** [1] - 109:16
**doctor's** [2] - 110:7, 116:11
**documents** [1] - 89:2
**doff** [22] - 18:7, 24:3, 37:23, 42:10, 42:11, 44:16, 44:18, 50:10, 52:20, 53:1, 56:6, 67:21, 68:8, 68:13, 73:14, 74:1, 76:14, 87:6, 89:14, 94:4, 94:5, 94:19
**Doff** [1] - 37:6
**doffed** [12] - 56:5, 56:14, 56:15, 56:20, 59:24, 61:19, 73:7, 73:10, 76:12, 78:1, 78:11, 94:22
**doffing** [66] - 2:22, 4:8,

4:11, 4:22, 5:1, 5:4, 5:5, 5:14, 5:17, 6:2, 6:4, 6:14, 6:20, 6:23, 7:2, 7:3, 10:20, 23:20, 26:21, 26:24, 30:9, 34:11, 38:10, 38:19, 39:8, 43:5, 46:14, 47:19, 47:23, 48:6, 55:25, 56:18, 58:14, 60:25, 61:11, 61:13, 64:14, 66:12, 73:17, 73:19, 76:4, 79:12, 79:25, 80:1, 81:19, 82:5, 82:15, 83:1, 88:1, 88:18, 91:11, 92:5, 93:2, 93:8, 96:14, 96:23, 97:17, 97:20, 98:20, 101:24, 102:1, 103:17, 107:1, 109:14, 113:22, 162:22

**doffs** [1] - 61:1

**don** [28] - 18:13, 28:9, 37:5, 37:16, 42:9, 42:10, 44:15, 44:17, 45:10, 47:2, 47:10, 47:15, 50:10, 50:12, 52:8, 59:22, 62:4, 62:8, 62:19, 66:9, 67:4, 70:25, 87:7, 89:7, 89:13, 94:4, 106:10

**done** [24] - 16:25, 20:6, 23:24, 24:23, 33:11, 46:16, 46:18, 48:12, 53:17, 67:2, 71:2, 80:9, 80:13, 83:1, 87:14, 87:16, 89:11, 92:17, 102:20, 102:22, 135:4, 143:22, 149:21

**donned** [8] - 18:11, 36:13, 39:16, 50:25, 52:8, 53:2, 63:1, 94:22

**Donning** [1] - 91:11

**donning** [81] - 2:22, 4:8, 4:11, 4:22, 5:1, 5:5, 5:13, 5:17, 6:2, 6:4, 6:13, 7:3, 10:20, 23:8, 23:20, 26:20, 26:24, 34:11, 35:5, 36:20, 39:9, 39:22, 40:7, 43:5, 45:24, 46:13, 47:19, 47:23, 48:6, 50:25, 51:4, 52:4, 52:20, 56:12, 58:14, 64:7, 64:14, 64:18, 65:10, 65:17, 65:25, 66:4, 66:8, 66:11, 66:18, 67:9, 67:19, 70:19, 71:4, 71:8, 71:14, 73:18, 74:19, 79:24, 82:5, 82:15, 82:25, 88:2, 88:17, 89:21, 91:9, 92:4, 93:3, 93:7, 96:14, 96:23, 97:17, 97:20, 98:20,

101:24, 102:1, 103:17, 107:1, 113:22, 147:9, 147:11, 147:12, 149:18, 162:22

**dons** [1] - 66:24

**door** [17] - 12:1, 12:3, 12:7, 12:8, 12:10, 12:14, 13:12, 15:4, 19:5, 27:2, 32:7, 38:13, 38:14, 82:3, 167:15, 177:19

**doors** [9] - 8:6, 9:1, 9:5, 12:20, 21:1, 21:2, 26:12, 31:15

**doorway** [2] - 8:16, 26:6

**double** [3] - 9:5, 21:1, 31:15

**doubt** [3] - 86:3, 87:4, 94:9

**down** [39] - 8:25, 14:15, 15:6, 18:16, 21:6, 23:2, 23:5, 26:7, 27:19, 29:9, 30:22, 31:20, 32:5, 34:13, 40:9, 45:2, 52:1, 59:15, 64:3, 77:14, 78:7, 93:17, 100:5, 108:11, 109:9, 109:18, 109:19, 110:18, 121:8, 123:21, 125:7, 125:14, 125:21, 132:14, 134:20, 147:15, 148:8, 148:24, 161:18

**Dr** [32] - 2:4, 2:15, 7:16, 10:12, 30:23, 38:25, 49:24, 50:4, 50:6, 50:23, 50:24, 52:19, 53:9, 54:10, 67:24, 69:21, 69:25, 71:15, 73:24, 78:2, 79:2, 86:1, 87:2, 89:11, 90:6, 93:15, 93:18, 95:4, 98:6, 105:17, 178:10, 178:17

**DR** [2] - 2:6, 181:4

**dressed** [1] - 94:24

**Dressing** [1] - 124:16

**dressing** [4] - 9:9, 9:10, 124:15, 124:16

**drive** [3] - 15:13, 140:5, 140:7

**drivers** [1] - 96:16

**driving** [3] - 140:10, 140:12, 140:17

**drop** [3] - 126:17, 128:3, 128:22

**dropped** [1] - 127:2

**drums** [2] - 128:23, 129:18

**drumsticks** [1] - 128:25

**dry** [3] - 24:25, 52:9, 142:10

**dump** [3] - 137:14, 138:3, 158:17

**dumped** [3] - 39:12, 118:24, 129:20

**duration** [2] - 161:8

**During** [1] - 17:2

**during** [22] - 7:4, 10:20, 54:12, 61:24, 79:23, 79:24, 81:25, 87:25, 98:13, 99:23, 103:12, 103:15, 113:7, 122:6, 133:22, 137:24, 153:24, 155:12, 156:4, 156:11, 173:22, 177:13

**duties** [1] - 117:11

**dynamic** [1] - 107:21

# E

**e-mails** [5] - 112:7, 112:12, 112:20, 113:10, 115:16

**Ear** [1] - 158:2

**ear** [22] - 27:16, 27:17, 27:18, 51:25, 57:4, 135:22, 135:23, 135:25, 140:2, 140:3, 145:7, 145:9, 145:13, 145:15, 150:2, 150:3, 156:17, 159:18, 172:18, 173:5, 173:16, 176:15

**Early** [2] - 135:8, 135:9

**early** [9] - 7:22, 75:15, 75:16, 82:12, 82:14, 111:8, 111:10, 135:4, 171:25

**earn** [1] - 94:13

**ears** [1] - 150:3

**easier** [6] - 57:12, 69:19, 69:21, 134:14, 175:13, 175:14

**easily** [4] - 29:11, 53:3, 56:23, 162:23

**easy** [1] - 22:3

**eat** [7] - 56:25, 102:17, 102:19, 103:21, 147:25, 155:6

**eating** [1] - 156:19

**eats** [1] - 155:8

**education** [1] - 3:8

**educational** [1] - 117:20

**effect** [2] - 49:12, 174:7

**Effectively** [1] - 115:15

**efficient** [2] - 4:3, 65:3

**effort** [1] - 92:13

**Eight** [1] - 41:24

**eight** [4] - 86:6, 121:6, 132:18, 161:13

**eighth** [2] - 45:1, 171:9

**either** [7] - 60:14, 74:8,

76:6, 98:18, 111:8, 143:24, 152:4

**elaborate** [2] - 50:15, 50:16

**elapse** [1] - 17:12

**elapsed** [13] - 6:7, 6:19, 23:15, 30:3, 33:25, 36:4, 37:19, 44:14, 44:18, 44:23, 44:24, 58:13, 65:23

**elbow** [1] - 141:15

**electrical** [4] - 3:9, 3:10, 120:20, 121:18

**electronically** [1] - 15:13

**electronics** [1] - 4:14

**element** [1] - 90:23

**elements** [2] - 59:16, 85:10

**eleven** [3] - 179:4, 179:21

**eliminate** [2] - 34:8, 84:7

**emergencies** [1] - 99:25

**employed** [3] - 117:7, 163:16, 163:24

**Employee** [1] - 168:16

**employee** [92] - 11:19, 13:14, 13:15, 13:16, 13:25, 15:9, 16:7, 16:12, 16:13, 18:3, 18:9, 21:7, 24:11, 26:3, 27:3, 27:6, 29:3, 29:17, 29:22, 30:14, 30:15, 32:9, 34:19, 35:7, 37:11, 38:1, 39:19, 39:22, 40:3, 40:4, 44:22, 45:24, 51:3, 51:7, 51:10, 51:16, 53:1, 55:12, 55:13, 58:2, 61:1, 61:3, 61:16, 62:5, 62:8, 62:13, 62:15, 62:17, 64:6, 64:7, 64:15, 66:2, 66:24, 66:25, 67:15, 68:3, 68:6, 68:12, 71:1, 73:20, 75:1, 76:16, 78:3, 86:17, 88:4, 88:6, 89:24, 94:4, 95:5, 99:13, 100:1, 130:17, 131:9, 131:14, 132:9, 135:19, 139:16, 142:21, 144:21, 146:10, 147:4, 148:3, 148:5, 155:12, 156:4, 157:1, 162:12, 167:7, 167:19, 172:7, 172:8, 172:14

**employee's** [4] - 52:4, 90:18, 141:7, 143:1

**Employees** [3] - 8:8, 8:25, 45:13

**employees** [203] - 4:1,

6:10, 6:16, 6:19, 8:5, 8:13, 8:17, 9:3, 10:18, 10:19, 11:18, 11:21, 11:22, 11:25, 13:22, 15:10, 17:8, 18:7, 19:7, 19:10, 19:21, 20:20, 21:15, 21:18, 23:1, 24:24, 25:8, 25:24, 26:2, 26:3, 26:7, 27:9, 28:13, 29:10, 29:12, 29:20, 30:5, 30:19, 30:21, 31:3, 31:13, 39:18, 40:16, 40:18, 40:19, 41:5, 41:6, 41:7, 41:10, 41:12, 41:20, 45:19, 45:21, 46:13, 47:2, 47:7, 47:14, 47:17, 47:20, 47:25, 48:10, 48:13, 48:15, 49:10, 49:19, 49:21, 50:10, 55:9, 56:14, 56:17, 57:19, 57:22, 57:23, 57:24, 58:4, 58:5, 60:6, 60:10, 61:13, 63:22, 64:11, 65:3, 65:11, 66:10, 66:15, 66:17, 66:19, 67:4, 67:7, 67:18, 68:1, 68:7, 69:2, 70:7, 71:7, 73:1, 73:14, 74:8, 74:12, 74:15, 75:10, 75:14, 75:24, 76:12, 76:13, 77:2, 77:4, 77:6, 77:10, 77:18, 77:21, 79:4, 79:16, 79:22, 81:6, 81:15, 82:11, 82:14, 82:18, 83:7, 83:23, 83:25, 84:2, 84:6, 84:8, 84:13, 86:7, 87:22, 98:25, 100:21, 102:16, 103:3, 107:22, 119:14, 133:24, 141:10, 142:11, 143:2, 144:5, 144:18, 145:7, 145:15, 146:18, 146:21, 147:9, 147:20, 150:9, 151:19, 152:2, 152:11, 153:17, 153:24, 154:11, 156:7, 156:11, 158:12, 159:15, 159:22, 160:4, 160:9, 160:11, 161:11, 161:12, 165:14, 165:16, 165:19, 165:21, 166:2, 166:17, 167:12, 167:15, 167:20, 167:24, 168:3, 168:20, 168:23, 168:25, 170:6, 171:5, 171:6, 172:11, 173:25, 174:13, 174:20, 174:25, 175:3, 175:4, 175:15, 175:18, 175:19, 176:1, 176:14, 176:23, 176:25, 177:1, 177:7, 177:9, 177:12, 177:13

**employer** [12] - 64:18,
82:13, 82:17, 82:18,
83:7, 83:22, 99:13,
99:21, 99:24, 101:13,
102:15, 103:9
**employer's** [4] - 87:23,
88:1, 92:20, 99:1
**employers** [2] - 83:15,
161:9
**employment** [4] -
165:5, 165:7, 165:10,
165:15
**empty** [4] - 73:2, 144:8,
158:16, 177:14
**enable** [1] - 3:6
**encoded** [1] - 35:10
**encounters** [1] - 148:5
**end** [66] - 6:16, 6:21,
6:23, 7:1, 11:11, 27:1,
30:9, 30:17, 34:2, 34:3,
35:13, 35:25, 36:19,
36:21, 36:24, 37:4,
37:16, 37:19, 37:22,
37:23, 37:25, 38:9,
42:10, 42:11, 44:17,
44:18, 52:18, 55:4, 56:3,
59:18, 59:19, 61:1, 61:8,
61:14, 61:22, 76:4, 79:3,
79:12, 92:9, 93:20,
96:15, 96:25, 97:3,
97:18, 97:22, 98:11,
98:13, 98:18, 99:9,
109:14, 113:17, 122:10,
132:4, 134:2, 138:12,
142:17, 143:5, 143:9,
154:12, 156:25, 157:2,
158:8, 177:15
**ended** [2] - 6:22, 10:22
**ends** [6] - 6:19, 7:2,
35:23, 85:1, 85:2, 134:2
**enforce** [2] - 173:11,
177:22
**enforced** [1] - 153:22
**engage** [2] - 14:5, 82:11
**engaged** [4] - 29:12,
75:24, 110:16, 167:21
**engineer** [3] - 46:2,
53:10, 83:12
**engineered** [1] - 64:18
**engineering** [6] - 3:8,
3:9, 3:10, 3:11, 53:15,
55:6
**engineers** [1] - 48:9
**enjoyed** [1] - 112:9
**enter** [8] - 8:6, 8:25,
11:19, 11:22, 27:9,
132:5, 147:4, 159:14
**entered** [1] - 12:7
**entering** [3] - 13:15,
23:9, 84:9

**enters** [3] - 14:24,
135:20, 139:11
**entire** [2] - 17:3, 88:9
**entirety** [1] - 34:24
**entitled** [2] - 95:21,
180:10
**entrance** [13] - 8:5, 8:7,
11:18, 12:8, 12:11,
12:15, 13:14, 14:17,
18:8, 21:3, 47:7, 64:24,
64:25
**entrepreneur** [1] - 44:6
**entry** [1] - 166:6
**environment** [1] - 3:19
**envision** [4] - 46:24,
56:23, 64:17, 82:23
**equally** [1] - 93:22
**equates** [1] - 113:15
**equipment** [45] - 6:3,
8:18, 20:21, 49:2, 53:1,
57:23, 57:24, 57:25,
60:18, 61:9, 67:22,
73:17, 73:18, 76:17,
83:8, 92:19, 135:13,
142:12, 142:15, 142:16,
144:6, 144:19, 144:20,
146:9, 146:19, 147:5,
147:9, 147:11, 147:13,
149:19, 150:15, 156:13,
157:2, 158:13, 159:15,
172:12, 172:14, 173:18,
173:23, 174:2, 174:4,
175:7, 175:9, 177:7
**equipments** [1] - 67:10
**equivalent** [1] - 87:10
**ergonomic** [1] - 33:9
**ergonomics** [4] - 3:13,
3:14, 3:17, 3:20
**Ergonomics** [1] - 3:15
**ergos** [1] - 3:16
**error** [3] - 42:24, 43:2,
43:14
**especially** [2] - 165:14,
173:4
**Esquire** [4] - 1:16, 1:17,
1:18, 1:19
**essence** [1] - 24:2,
48:1, 53:7
**essential** [2] - 89:22,
90:15
**essentially** [2] - 97:1,
97:16
**establish** [1] - 93:2
**established** [2] - 90:11,
91:25
**establishes** [1] - 92:16
**estimate** [3] - 43:16,
69:8, 79:14
**estimating** [1] - 36:7
**et** [1] - 182:4

**ET** [2] - 1:4, 1:6
**etc** [1] - 93:3
**evacuation** [1] - 7:20
**evaluate** [1] - 30:24
**evaluation** [1] - 166:25
**evening** [2] - 107:7,
134:25
**event** [4] - 35:23, 37:5,
44:21, 92:1
**events** [2] - 32:13, 34:5
**evidence** [20] - 85:17,
86:5, 86:11, 87:1, 87:19,
88:16, 90:3, 90:22, 91:3,
91:4, 92:8, 93:14, 94:7,
98:3, 98:5, 98:19, 109:4,
110:4, 113:19, 162:19
**evident** [1] - 173:4
**Evis** [1] - 68:23
**evisceration** [9] - 9:8,
17:10, 124:7, 124:9,
124:11, 124:18, 124:19,
124:21, 124:22
**Evisceration** [4] -
118:11, 123:15, 137:15,
138:2
**exact** [3] - 35:22, 35:25,
107:7
**exactly** [8] - 13:23,
17:3, 22:21, 63:22,
63:24, 95:16, 106:18,
133:11
**exaggeration** [1] -
109:11
**examination** [3] -
61:24, 81:25, 110:5
**EXAMINATION** [10] -
2:13, 54:8, 117:1, 161:5,
163:12, 181:5, 181:6,
181:9, 181:10, 181:13
**example** [28] - 9:19,
19:12, 47:8, 48:9, 51:5,
51:6, 55:22, 56:24, 61:3,
61:21, 62:3, 62:13,
62:18, 64:3, 64:5, 67:11,
78:3, 87:4, 97:14,
131:23, 159:22, 160:9,
167:8, 172:17, 173:5,
173:16, 175:19, 176:13
**examples** [4] - 4:10,
21:21, 32:8, 97:8
**except** [4] - 47:18,
58:11, 119:8, 157:5
**exception** [1] - 90:12
**exceptions** [2] - 103:25,
170:17
**excluding** [1] - 50:21
**Excuse** [3] - 68:20,
71:20, 105:19
**execute** [1] - 80:10
**execution** [1] - 166:24

**Exhibit** [6] - 3:1, 39:1,
50:3, 69:16, 89:16, 89:19
**exhibit** [2] - 85:3, 89:18
**exhibits** [5] - 28:19,
84:25, 85:3, 115:1, 115:7
**exit** [2] - 32:5, 123:4
**expect** [1] - 78:13
**expectation** [1] - 93:3
**expected** [1] - 46:1
**experience** [2] - 29:10,
49:5
**experiment** [1] - 50:4
**expert** [5] - 4:7, 33:1,
53:10, 54:2
**expertise** [7] - 3:24,
53:17, 53:19, 54:21,
55:2, 55:3, 55:6
**explain** [13] - 6:9, 6:12,
10:13, 10:15, 27:7,
32:22, 42:19, 85:17,
96:7, 119:9, 135:12,
165:19, 170:25
**explained** [2] - 32:21,
45:18, 54:18
**explicitly** [1] - 163:4
**explore** [1] - 83:4
**exposed** [1] - 136:8
**extent** [4] - 7:12, 86:18,
86:22, 174:6
**extra** [4] - 132:14,
132:18, 132:19, 152:6
**extraneous** [1] - 126:4
**eyeball** [1] - 10:7

**F**

**F.2d** [1] - 86:14
**facie** [2] - 85:10, 91:20
**facility** [15] - 7:9, 55:9,
57:15, 62:6, 67:12,
77:17, 82:25, 100:21,
118:8, 118:9, 130:18,
159:9, 161:9, 167:12,
167:14
**fact** [16] - 29:18, 41:18,
62:25, 63:21, 64:10,
71:15, 86:6, 89:1, 90:4,
98:5, 98:11, 113:10,
140:13, 162:15, 165:18,
168:1
**factors** [3] - 3:13,
63:25, 68:15
**factory** [2] - 53:12,
95:13
**facts** [2] - 85:24, 113:6
**failed** [4] - 85:16, 90:23,
92:5, 163:3
**fails** [1] - 50:25
**Failure** [1] - 91:6

**failure** [1] - 89:9
**fair** [5] - 3:23, 25:11,
59:21, 73:19, 73:24
**Fair** [1] - 85:20
**fairly** [2] - 94:11, 96:4
**faith** [5] - 88:22, 88:25,
114:13, 114:17, 114:22
**familiar** [1] - 79:2
**families** [1] - 101:15
**family** [1] - 110:16
**fantastic** [1] - 112:8
**far** [10] - 8:3, 29:19,
39:3, 50:7, 53:18, 72:2,
110:21, 130:1, 131:23,
159:8
**Farm** [1] - 89:3
**farmers** [1] - 176:6
**farming** [1] - 176:7
**Farms** [2] - 163:24,
167:12, 182:5
**FARMS** [1] - 1:6
**fast** [1] - 120:22
**fat** [3] - 105:10, 152:20,
155:19
**favorably** [1] - 107:4
**feathers** [2] - 123:4,
123:6
**fed** [1] - 129:15
**federal** [2] - 93:24,
114:12
**feet** [9] - 10:6, 10:7,
29:20, 119:19, 123:16,
123:19, 124:12, 127:17
**fellow** [6] - 19:13,
24:20, 27:5, 29:7, 37:12
**few** [13] - 4:10, 13:24,
13:25, 20:4, 22:18,
32:22, 38:22, 48:24,
49:24, 85:1, 99:16, 135:2
**field** [4] - 3:12, 3:17,
29:21, 32:15
**fifteen** [1] - 78:15
**Fifth** [2] - 89:3, 89:4
**fifth** [2] - 11:6, 27:12
**fighting** [1] - 163:19
**figure** [2] - 69:3, 93:6
**file** [4] - 18:22, 37:8,
44:20
**filled** [1] - 166:6
**film** [6] - 21:24, 27:24,
50:2, 50:3, 50:7, 50:17
**filming** [1] - 29:8
**Final** [1] - 97:25
**final** [8] - 81:12, 126:6,
126:9, 126:15, 126:16,
164:11, 171:7
**finally** [1] - 112:5
**finder** [1] - 113:10
**fine** [4] - 22:5, 55:7,
78:18, 115:5

fingers [1] - 123:7
finish [3] - 87:11, 94:18, 135:4
finished [7] - 31:14, 56:12, 99:16, 157:20, 172:9, 177:24
First [15] - 3:24, 41:1, 42:22, 68:22, 69:8, 70:10, 70:13, 70:14, 70:16, 70:17, 113:5, 163:18, 171:16, 171:18, 180:13
first [73] - 5:15, 6:2, 6:7, 6:11, 6:25, 11:14, 12:10, 13:2, 21:1, 27:23, 27:25, 33:10, 34:7, 34:21, 34:22, 37:5, 39:6, 39:21, 39:22, 40:17, 43:11, 47:3, 47:10, 50:2, 50:20, 51:5, 51:22, 54:13, 54:14, 54:15, 54:22, 54:23, 55:15, 55:19, 59:16, 63:1, 63:2, 67:14, 71:3, 71:5, 71:9, 72:9, 72:19, 74:20, 81:21, 85:8, 86:24, 87:7, 89:13, 89:14, 89:19, 92:25, 99:12, 102:11, 109:12, 110:6, 131:12, 132:23, 133:6, 133:16, 138:10, 148:4, 148:8, 150:1, 153:14, 165:19, 168:23, 170:14, 179:1
five [13] - 5:8, 11:4, 11:5, 28:13, 36:6, 66:9, 91:1, 110:24, 110:25, 111:12, 136:2, 160:13, 175:22
Flanagan [5] - 1:17, 96:5, 97:23, 102:2, 179:15
FLANAGAN [4] - 3:2, 96:11, 97:12, 97:14
flavor [1] - 106:8
flight [2] - 178:18, 179:6
floor [14] - 9:5, 9:8, 21:5, 27:17, 28:4, 60:13, 71:17, 72:4, 84:10, 84:12, 132:13, 137:22, 137:23, 173:14
flow [1] - 118:20
FLSA [1] - 93:9
focused [1] - 57:20
focusing [1] - 21:9
fold [1] - 102:21
folks [5] - 67:11, 70:16, 100:18, 101:3, 103:24
follow [9] - 13:13, 13:16, 15:21, 16:7, 27:4, 95:4, 165:20, 173:10

following [8] - 14:10, 24:19, 30:15, 31:11, 79:18, 80:2, 171:18, 175:8
Food [4] - 86:14, 117:13, 162:3, 162:5
food [6] - 49:8, 139:25, 142:7, 143:14, 143:25, 165:24
Foods [1] - 96:18
foot [11] - 109:17, 109:19, 119:25, 123:13, 127:19, 147:16, 150:22, 150:24, 151:11, 151:17, 151:18
footnote [1] - 89:19, 107:16, 107:19
Footnote [2] - 95:3
FOR [1] - 1:1
force [1] - 107:22
forced [1] - 90:5
foregoing [1] - 182:7
forfeit [1] - 95:25
forget [2] - 59:2, 59:4
forgot [1] - 135:22
forth [3] - 94:24, 98:24, 109:13
fortunate [1] - 111:6
Fortune [1] - 44:6
forward [3] - 33:14, 38:3, 106:16
four [9] - 11:4, 15:10, 37:9, 39:13, 42:8, 42:9, 44:11, 135:19, 135:21
Four [3] - 11:5, 44:17, 146:2
fourth [2] - 6:18, 27:12, 98:14
Fourth [7] - 86:13, 86:15, 98:9, 98:15, 112:21, 112:22, 112:23
Fox [1] - 96:18
frame [12] - 26:17, 33:15, 33:19, 35:22, 35:23, 37:1, 37:2, 37:3, 37:4, 44:21, 145:23
frankly [4] - 107:21, 112:20, 162:17, 178:25
free [9] - 7:13, 72:8, 98:21, 100:5, 100:6, 100:7, 103:5, 167:13
freestanding [1] - 152:5
freeze [7] - 14:16, 15:8, 26:17, 27:24, 29:14, 33:15, 35:9
frequency [3] - 32:12, 45:21, 80:3
fresh [2] - 79:17, 135:6
Friday [20] - 79:3, 79:7, 79:9, 79:10, 79:15,

134:25, 135:3, 144:5, 144:13, 144:16, 148:13, 149:2, 158:12, 177:11, 180:3, 180:4, 180:6, 180:12
Fridays [6] - 90:5, 107:18, 107:23, 142:20, 144:9, 177:15
Fried [1] - 101:19
friend [2] - 114:2, 114:4
front [24] - 7:15, 8:16, 12:8, 18:1, 19:13, 24:24, 25:14, 25:16, 25:18, 51:2, 69:10, 69:11, 82:3, 82:11, 90:25, 115:15, 128:1, 128:2, 128:5, 128:8, 128:14, 128:20, 129:12, 129:20
full [10] - 9:13, 30:5, 33:21, 34:24, 36:18, 43:8, 95:25, 105:16, 168:6, 180:10
fully [2] - 9:16, 30:3
function [1] - 116:15
functional [1] - 107:21
functions [1] - 155:25
fundamental [1] - 59:12
fundamentally [1] - 162:17
Furthermore [2] - 51:15, 51:19
furthest [4] - 68:18, 68:21, 68:25, 70:10

## G

gap [2] - 16:18, 17:6
Garbis [2] - 114:2, 114:4
garden [1] - 155:20
gardened [1] - 152:25
gather [1] - 7:5
gear [26] - 24:22, 55:8, 55:12, 55:14, 55:15, 55:16, 57:15, 61:14, 61:16, 62:6, 65:11, 71:9, 76:7, 76:10, 82:19, 82:21, 89:21, 89:22, 89:24, 95:6, 95:7, 97:17, 107:6, 176:7
general [2] - 6:13, 170:1
Generally [1] - 121:3
generally [10] - 143:24, 147:11, 148:5, 149:9, 149:21, 150:18, 153:24, 156:21, 160:9, 171:1
generator [1] - 30:12
generic [1] - 92:3
Generic [1] - 92:3

gentleman [1] - 160:15
Georgetown [1] - 175:23
given [5] - 48:17, 95:10, 106:25, 108:4, 162:12
gizzard [2] - 137:15, 138:2
glasses [8] - 27:15, 37:21, 137:16, 137:19, 137:21, 137:25, 138:5
glove [24] - 25:1, 49:7, 52:2, 52:3, 52:9, 55:19, 74:3, 136:17, 136:18, 136:19, 137:1, 137:7, 137:8, 137:9, 140:20, 149:12, 149:13, 150:19, 151:22, 152:12, 153:7, 153:10
gloves [77] - 20:19, 22:10, 23:1, 24:21, 26:14, 26:18, 28:10, 28:11, 28:18, 29:24, 36:20, 49:4, 49:8, 49:9, 49:21, 49:22, 52:8, 53:2, 53:24, 55:23, 55:25, 56:24, 72:14, 72:18, 72:20, 72:24, 73:21, 80:16, 81:2, 81:6, 81:13, 81:15, 81:20, 81:22, 87:17, 88:1, 88:2, 92:8, 98:20, 102:18, 102:19, 102:25, 137:5, 137:11, 138:15, 138:18, 138:21, 138:22, 138:24, 139:6, 140:19, 147:18, 148:21, 148:23, 149:3, 149:7, 150:7, 150:18, 150:19, 151:23, 151:25, 152:16, 153:9, 154:14, 154:16, 155:11, 155:20, 156:1, 156:2, 156:12, 156:24, 157:5, 158:4, 158:10, 159:23
Goldey [1] - 165:3
Goldey-Beacom [1] - 165:3
golf [1] - 108:5
gossiping [1] - 46:20
government [1] - 49:5
grab [2] - 65:16, 127:17
grabbed [1] - 65:19
grad [1] - 164:22
grade [3] - 101:16, 129:18
grading [1] - 117:15
graduated [1] - 44:5
graduates [1] - 44:1
grant [2] - 107:8, 108:2
grasping [6] - 89:12, 89:14, 90:9, 91:13,

91:21, 92:3
gray [2] - 14:12, 16:13
grease [1] - 105:10
greasy [2] - 94:18, 94:19
Great [1] - 2:4
Greek [1] - 3:16
green [5] - 30:16, 31:12, 34:3, 37:12, 37:18
Green [1] - 31:11
groceries [1] - 110:17
grocery [3] - 20:20, 20:21, 129:23
gross [1] - 45:4
ground [2] - 85:8, 109:18
grounds [1] - 53:15
group [1] - 10:14
guard [2] - 52:3, 136:20, 138:8, 138:11, 138:14, 141:1, 141:3, 141:4, 141:6
guards [1] - 24:21
guess [2] - 7:9, 14:23, 22:2, 53:11, 80:15, 93:14, 97:6, 106:17, 127:10, 134:9, 134:19, 158:4
guessed [2] - 170:8, 170:9
guts [1] - 124:24
guy [1] - 104:8
Guys [1] - 106:17

## H

H-U-M-B-E-R-T-O [1] - 163:10
Hair [1] - 157:25
hair [34] - 8:17, 15:17, 18:12, 20:17, 31:25, 32:6, 38:18, 51:8, 51:11, 51:12, 57:4, 92:1, 135:15, 135:25, 139:24, 139:25, 145:18, 145:19, 145:20, 146:3, 148:21, 148:22, 149:3, 149:7, 150:1, 156:16, 159:18, 159:23, 160:3, 160:10, 176:14
half [14] - 46:20, 86:7, 86:21, 96:1, 128:2, 128:5, 128:8, 128:20, 162:13, 166:5
hall [15] - 15:19, 15:20, 18:16, 46:20, 147:15, 148:8, 148:25
hallway [8] - 8:8, 8:19, 8:20, 8:21, 9:1, 26:10,

31:16, 31:20, 32:5, 60:7
**hallways** [1] - 5:19
**hand** [14] - 25:1, 28:20, 28:24, 42:19, 42:23, 77:11, 148:17, 148:18, 149:3, 151:24, 152:1, 152:24, 170:5
**handing** [2] - 148:22, 148:23
**handle** [1] - 99:24
**handling** [1] - 136:16
**hands** [21] - 49:11, 49:12, 49:14, 49:17, 49:19, 49:20, 49:22, 49:23, 52:8, 74:14, 74:15, 80:21, 80:22, 80:23, 80:24, 81:3, 81:16, 173:2
**Hang** - 118:25, 119:10, 154:20
**hang** [7] - 18:5, 20:22, 26:3, 72:14, 72:16, 72:17, 72:24, 100:4, 103:7, 119:9, 120:19, 124:9, 124:11, 127:14, 129:11, 131:23, 134:3, 138:25, 139:22, 148:1, 154:16, 154:20, 154:23, 154:24, 154:25, 156:12
**hanger** [2] - 124:6, 139:5
**hangers** [12] - 118:25, 120:11, 120:25, 121:2, 121:3, 121:5, 121:6, 121:7, 126:24, 138:24, 139:1, 154:21
**hanging** [22] - 9:11, 60:7, 87:18, 105:2, 105:24, 106:17, 123:16, 124:2, 127:12, 131:25, 132:3, 132:25, 133:11, 133:13, 137:13, 137:14, 138:3, 155:2, 156:1, 171:18, 173:5, 177:1
**Hanging** [1] - 106:19
**hanging/catching** [2] - 41:4, 41:5
**hangs** [1] - 156:15
**happy** [2] - 179:1
**hard** [1] - 15:13, 56:25, 57:3, 95:10, 100:17, 138:8, 141:5, 141:6, 153:22, 168:4, 180:9
**harvested** [1] - 12:21
**Hassup** [1] - 173:10
**hat** [3] - 37:12, 57:3, 152:21
**haul** [1] - 118:22
**Haynes** [1] - 115:7
**hazard** [2] - 49:18,

49:20
**Head** - 168:11
**head** [11] - 13:22, 68:24, 69:15, 84:20, 87:12, 121:2, 150:11, 155:21, 164:3, 170:18, 175:25
**headed** [1] - 87:9
**heading** [1] - 147:14
**healthy** [1] - 74:15
**hear** [8] - 58:25, 92:11, 108:19, 109:4, 112:5, 115:4, 115:23, 180:12
**heard** [9] - 58:18, 79:8, 85:7, 87:2, 110:3, 116:9, 162:5, 162:20, 171:20
**hearing** [1] - 27:17
**heat** [3] - 80:22
**held** [3] - 99:22, 118:5, 119:22
**helmet** [18] - 15:16, 15:17, 18:11, 20:17, 31:11, 31:12, 31:25, 32:6, 35:5, 35:6, 38:17, 39:20, 39:21, 51:8, 51:11, 51:12, 57:25
**Help** [1] - 177:5
**help** [4] - 7:8, 152:8, 167:25, 173:11
**helpful** [2] - 17:16, 105:3
**helping** [2] - 25:19, 168:5
**helps** [1] - 28:6
**Hen** [1] - 36:20
**hereby** [1] - 182:3
**hereunto** [1] - 182:10
**hew** [1] - 113:13
**high** [7] - 44:7, 137:13, 137:22, 166:17, 169:23, 170:8, 170:9
**highest** [2] - 170:1, 170:3
**hires** [1] - 165:15
**hit** [3] - 97:24, 110:2, 124:10
**hock** [2] - 123:9, 127:19
**Hock** [1] - 123:11
**HOCK** [1] - 123:11
**Hold** [2] - 56:2, 69:25
**hold** [4] - 29:1, 112:10, 114:10, 119:24
**holding** [4] - 10:5, 25:16, 25:19, 113:8
**hole** [1] - 149:13
**home** [38] - 16:24, 17:3, 61:9, 67:8, 67:10, 79:7, 89:7, 91:18, 91:19, 94:17, 98:4, 98:5, 98:7, 107:18, 109:23, 142:15,

142:16, 142:19, 143:3, 143:4, 144:1, 144:7, 144:20, 144:25, 145:1, 145:2, 146:10, 146:12, 158:5, 158:6, 158:15, 158:16, 160:10, 173:24, 175:5, 175:16, 175:20
**homes** [1] - 174:3
**honest** [1] - 112:9
**Honestly** [1] - 43:14
**honor** [1] - 14:1
**Honor** [85] - 48:17, 48:24, 53:9, 58:21, 59:12, 69:16, 72:8, 78:15, 78:18, 79:2, 84:16, 84:18, 84:23, 85:5, 85:8, 85:18, 85:24, 86:20, 87:8, 88:3, 89:11, 90:20, 90:23, 91:2, 91:5, 91:8, 91:11, 91:14, 91:19, 92:12, 96:12, 98:2, 98:12, 99:5, 99:18, 100:18, 101:8, 101:21, 102:7, 102:12, 103:1, 104:14, 105:9, 106:13, 107:9, 107:15, 107:17, 109:24, 110:24, 111:2, 111:16, 111:20, 112:16, 113:20, 114:5, 114:6, 114:15, 115:3, 115:6, 115:14, 115:17, 115:19, 115:24, 116:15, 120:5, 159:11, 160:12, 160:14, 160:17, 161:7, 161:20, 162:25, 163:2, 163:14, 163:23, 169:25, 170:12, 177:24, 178:1, 178:6, 178:11, 178:13, 178:15, 179:25, 180:13
**Honorable** [1] - 1:12
**hood** [1] - 21:14
**hook** [7] - 26:11, 27:23, 28:1, 73:22, 74:3, 154:16, 155:11
**hooks** [9] - 18:4, 20:22, 26:11, 72:23, 72:25, 73:1, 73:2, 105:2, 126:24
**hop** [1] - 94:18
**hopefully** [1] - 50:3
**hoping** [3] - 180:2, 180:4, 180:5
**hose** [7] - 30:22, 137:13, 137:22, 137:24, 137:25, 153:2, 155:20
**hoses** [4] - 30:22, 152:22, 152:23, 152:25
**hot** [3] - 108:12, 114:8, 123:4
**Hour** [7] - 63:13, 89:6, 89:15, 89:20, 90:8,

91:22, 111:21
**hour** [8] - 33:21, 36:4, 46:21, 96:2, 178:25, 179:1, 179:5
**hours** [30] - 86:6, 86:7, 86:17, 86:25, 92:15, 93:7, 93:8, 93:10, 93:25, 126:21, 126:22, 127:5, 130:7, 130:8, 132:18, 132:19, 134:18, 161:10, 161:13, 162:6, 162:13, 162:16, 162:21, 162:24, 171:19, 171:21, 180:6
**houses** [1] - 174:5
**HR** [1] - 164:3
**huge** [1] - 127:24
**hum** [1] - 155:1
**human** [2] - 3:13, 167:8
**Human** [1] - 117:22, 118:2, 164:1, 164:2, 164:24, 166:7, 166:8, 167:3, 167:5, 167:6, 167:16, 167:18, 167:21, 168:4, 168:8, 168:12, 168:13, 168:18, 174:15, 175:25
**humans** [2] - 3:18, 3:21
**Humberto** [2] - 161:21, 163:10
**HUMBERTO** [2] - 163:6, 181:12
**hung** [6] - 27:22, 27:25, 73:21, 74:2, 127:19
**hungry** [1] - 105:22
**hypothermia** [1] - 80:22
**hypothetical** [2] - 65:22, 102:14

## I

**I-R-W-I-N** [1] - 116:24
**ID** [1] - 130:17
**idea** [3] - 87:9, 102:22, 108:9
**ideally** [2] - 134:19, 134:25
**identification** [1] - 9:22
**identify** [1] - 41:12
**illusory** [1] - 94:16
**imagine** [2] - 13:24, 113:2
**immediately** [2] - 157:14, 179:2
**immerse** [2] - 49:11, 80:24
**immersing** [1] - 80:20
**implement** [3] - 46:12, 46:22, 83:23
**implementation** [1] -

166:24
**implemented** [1] - 83:10
**implicit** [1] - 89:11
**important** [11] - 33:17, 44:9, 63:8, 75:8, 83:15, 165:13, 166:14, 167:16, 168:1, 172:20, 175:15
**importantly** [1] - 167:11
**impose** [1] - 156:25
**imposed** [1] - 159:6
**impractical** [2] - 94:18, 94:23
**impression** [1] - 102:11
**improve** [1] - 48:10
**improvements** [4] - 46:14, 46:25, 48:5, 48:7
**IN** [2] - 1:1, 134:17
**Inc** [1] - 182:5
**INC** [1] - 1:6
**inch** [1] - 10:5
**include** [7] - 3:8, 5:6, 23:14, 34:6, 36:15, 51:10, 51:13, 51:15, 52:14, 61:5, 61:19, 64:5, 64:6, 67:9, 77:25, 80:1, 97:21
**included** [31] - 6:9, 35:4, 38:14, 38:16, 41:1, 41:3, 41:9, 41:10, 41:13, 41:20, 42:6, 44:19, 52:5, 54:25, 55:16, 55:24, 56:1, 56:2, 56:11, 56:15, 56:18, 58:13, 62:14, 71:13, 73:10, 74:4, 74:22, 75:4, 77:25, 79:25, 82:7
**includes** [4] - 6:24, 41:4, 52:22, 76:24
**including** [5] - 4:6, 4:13, 41:19, 52:6, 62:7
**inclusive** [2] - 23:17, 26:23
**increased** [1] - 41:19
**increases** [1] - 41:21
**Indeed** [1] - 95:24
**independent** [1] - 143:22
**INDEX** [1] - 181:1
**indicate** [1] - 88:8
**indicated** [7] - 46:2, 80:6, 82:3, 85:10, 120:10, 144:5, 147:3
**indispensable** [5] - 90:14, 90:16, 91:16, 91:17, 92:5
**individual** [10] - 24:6, 44:13, 50:11, 58:9, 58:11, 59:15, 60:2, 60:19, 144:21, 160:3

**individually** [2] - 60:17, 160:2
**industrial** [6] - 3:11, 46:2, 48:9, 53:10, 53:14, 83:12
**industries** [1] - 4:13
**industry** [2] - 4:14, 169:24
**inedible** [2] - 124:24, 126:8
**inefficiencies** [1] - 46:4
**inefficient** [1] - 48:11
**inferable** [1] - 162:23
**inference** [2] - 86:19, 86:22
**inferences** [1] - 115:18
**inferred** [1] - 162:19
**information** [7] - 7:5, 41:25, 44:19, 69:10, 69:12, 75:11, 160:23, 174:19, 177:14
**informed** [1] - 11:22
**initiatives** [2] - 166:13, 166:25
**injuries** [1] - 49:16
**inside** [3] - 18:14, 40:4, 126:3
**Inside** [1] - 99:5
**inside/outside** [1] - 126:2
**inspect** [1] - 125:11
**inspecting** [1] - 125:12
**inspection** [1] - 125:10
**inspector's** [1] - 125:19
**inspectors** [3] - 143:15, 143:25, 144:1
**instance** [2] - 48:12, 49:15
**instead** [1] - 40:22
**instructed** [15] - 10:18, 13:13, 14:1, 14:5, 16:6, 23:7, 36:14, 38:6, 44:2, 47:25, 54:25, 63:19, 80:8, 80:11, 95:4
**instruction** [1] - 70:24
**instructions** [3] - 56:9, 70:25, 71:2
**instructor** [1] - 165:11
**instructors** [1] - 165:25
**instrument** [1] - 162:9
**Insufficient** [1] - 91:4
**integral** [5] - 51:4, 90:13, 90:16, 92:5, 92:16
**Integral** [2] - 91:16, 91:17
**interacting** [1] - 165:14
**interaction** [3] - 3:18, 3:21, 173:1
**interesting** [1] - 100:11
**intern** [1] - 118:6

**internal** [1] - 94:10
**internship** [1] - 118:10
**interrupt** [6] - 7:8, 32:20, 51:20, 72:6, 99:17, 164:19
**interrupted** [1] - 17:22
**interval** [5] - 42:22, 42:23, 43:3, 43:4, 43:15
**introduced** [1] - 85:24
**involve** [2] - 63:12, 67:9
**involved** [10] - 4:7, 4:16, 23:11, 52:15, 60:17, 61:11, 62:3, 174:13, 174:16, 174:17
**involvement** [1] - 167:19
**Irwin** [6] - 116:19, 116:24, 117:3, 152:8, 161:7, 161:19
**IRWIN** [2] - 116:20, 181:8
**issue** [21] - 85:16, 85:20, 86:23, 87:1, 92:6, 92:23, 93:17, 95:19, 96:7, 97:15, 98:8, 98:17, 99:19, 102:3, 102:6, 102:11, 113:5, 162:6, 173:15
**issued** [1] - 143:17
**issues** [10] - 90:25, 97:24, 114:16, 115:20, 115:22, 117:14, 165:25, 167:7, 167:9, 180:8
**item** [23] - 49:9, 55:18, 59:22, 59:24, 61:1, 61:19, 63:1, 63:2, 66:9, 67:4, 67:5, 72:9, 73:3, 73:7, 73:8, 76:12, 78:1, 78:11, 89:13, 90:1, 92:4, 172:24
**items** [37] - 28:20, 32:4, 50:10, 50:12, 50:25, 51:2, 51:4, 52:7, 53:3, 56:15, 56:16, 57:17, 57:18, 58:3, 58:6, 65:8, 66:10, 68:13, 73:13, 77:23, 77:25, 79:7, 79:12, 83:23, 84:2, 84:12, 84:14, 90:7, 92:3, 113:22, 135:19, 135:21, 135:22, 136:2, 149:19, 150:5
**itself** [6] - 119:3, 119:17, 123:14, 137:17, 141:9, 150:10

## J

**jack** [2] - 140:10,

140:13
**jacks** [3] - 27:20, 140:6, 140:7
**Jamaican** [1] - 59:8
**Jane** [1] - 1:17
**January** [2] - 5:16
**Jesuits** [1] - 164:14
**job** [17] - 44:21, 49:19, 62:15, 81:3, 81:4, 81:11, 89:23, 92:13, 94:18, 103:20, 111:4, 122:13, 135:17, 136:1, 143:18, 150:11, 175:25
**jobs** [7] - 41:8, 44:5, 80:19, 81:1, 81:9, 81:12, 90:15
**jogging** [1] - 111:18
**Judge** [4] - 1:12, 114:2, 114:4, 117:5
**judge** [2] - 135:12, 159:2
**judges** [1] - 114:12
**Judgment** [1] - 88:8
**judgment** [9] - 85:6, 88:14, 88:15, 94:8, 96:22, 97:10, 115:25, 161:24
**judicial** [1] - 90:12
**July** [4] - 108:12, 109:23, 110:15, 174:12
**jump** [1] - 110:19
**June** [2] - 117:23, 118:11

## K

**keep** [15] - 49:21, 49:22, 83:7, 83:8, 109:17, 142:11, 144:13, 144:15, 145:7, 156:19, 157:16, 167:20, 174:1, 177:23
**keeping** [6] - 81:15, 81:16, 82:22, 94:13, 167:17, 177:12
**Keeping** [1] - 139:25
**keeps** [2] - 141:18, 142:9
**Kentucky** [1] - 101:19
**kept** [8] - 51:8, 51:9, 63:11, 65:5, 132:7, 132:16, 132:17, 133:17
**Kevlar** [1] - 52:3
**key** [3] - 15:1, 15:2, 35:18
**keys** [1] - 35:22
**Kids** [1] - 110:16
**kids** [2] - 43:20, 108:6
**Kill** [1] - 121:15
**kill** [14] - 9:11, 9:19,

9:20, 10:6, 120:8, 120:18, 121:5, 121:14, 121:15, 121:25, 122:15, 124:6
**killed** [1] - 122:16
**killing** [1] - 122:7
**kind** [18] - 77:2, 95:8, 95:11, 102:6, 102:21, 104:10, 104:11, 106:16, 109:17, 109:18, 111:14, 123:10, 147:25, 148:1, 150:24, 159:25, 175:10
**kinds** [9] - 20:6, 32:25, 46:23, 68:14, 108:7, 110:17, 175:6
**knife** [3] - 136:18, 136:24, 140:21
**knowing** [1] - 66:14
**knowledge** [2] - 7:13, 28:15
**knows** [2] - 37:3, 131:9

## L

**lab** [21] - 118:10, 135:16, 135:25, 141:14, 141:18, 143:3, 143:15, 143:16, 143:17, 143:18, 144:1, 146:10, 146:12, 146:21, 159:2, 159:5, 159:8, 159:18, 174:7, 174:11
**Label** [1] - 129:24
**labeled** [1] - 129:24
**Labor** [5] - 54:16, 85:20, 88:17, 95:20, 96:3
**labor** [1] - 95:20
**laboratory** [2] - 32:17, 33:8
**ladder** [1] - 139:21
**lady** [4] - 62:19, 109:12, 109:13, 148:22
**laid** [1] - 53:16
**landmarks** [1] - 8:9
**languages** [1] - 174:18
**Large** [1] - 159:25
**large** [7] - 9:8, 9:15, 10:9, 19:16, 21:13, 127:21, 148:18
**largely** [1] - 112:13
**Larry** [1] - 1:18
**last** [41] - 2:11, 6:20, 7:2, 22:2, 30:8, 37:23, 38:10, 38:12, 55:21, 59:17, 59:18, 60:21, 60:23, 60:25, 61:1, 61:4, 61:18, 61:19, 62:2, 73:3, 73:7, 73:8, 76:12, 76:15, 76:17, 76:19,

78:1, 78:11, 80:12, 81:19, 87:6, 89:20, 90:9, 116:22, 124:13, 134:3, 163:11, 169:19, 169:20, 178:19
**late** [5] - 104:4, 111:8, 131:16, 134:25, 135:6
**latter** [1] - 44:10
**Laughing** [1] - 59:10
**laundry** [1] - 157:13
**law** [10] - 44:9, 55:6, 85:6, 88:15, 93:24, 96:5, 96:6, 96:7, 162:11, 162:14
**lawyers** [6] - 54:22, 98:12, 112:22, 114:24, 115:1, 115:4
**layout** [7] - 8:1, 9:17, 10:10, 64:13, 69:11, 69:13, 82:25
**leader** [1] - 172:19
**leadership** [2] - 165:24, 166:14
**Leadership** [1] - 166:15
**lean** [1] - 141:17
**learned** [1] - 17:5
**least** [14] - 3:23, 45:3, 49:3, 83:3, 86:2, 94:9, 96:3, 96:18, 96:21, 96:22, 107:14, 145:13, 155:14, 180:7
**leave** [5] - 73:21, 75:14, 87:12, 87:14, 100:6, 100:13, 109:1, 122:20, 142:17, 144:8, 158:13, 175:6, 175:17, 177:17, 177:18
**leaves** [3] - 71:1, 121:1, 124:16
**leaving** [10] - 16:24, 20:24, 25:7, 71:4, 73:6, 76:6, 87:8, 101:4, 173:24, 176:19
**left** [22] - 9:3, 9:4, 18:2, 19:24, 21:1, 35:7, 52:1, 74:1, 75:10, 89:25, 108:18, 109:13, 111:25, 118:16, 128:18, 134:4, 143:9, 143:21, 144:18, 145:24, 146:4, 159:3
**Leg** [2] - 129:10, 138:10
**leg** [8] - 120:1, 125:16, 128:24, 129:1, 129:11, 136:19, 137:9, 141:9
**legal** [5] - 54:19, 63:6, 63:8, 63:18, 115:10
**legend** [1] - 34:4
**legs** [4] - 119:14, 128:23, 129:1, 129:10
**leisurely** [1] - 105:24

**Leno** [1] - 111:9
**lenses** [1] - 29:18
**less** [13] - 42:25, 64:19, 67:25, 68:1, 107:8, 107:9, 126:18, 130:7, 134:18, 169:22, 178:25
**Letterman** [1] - 111:9
**letters** [2] - 18:19, 115:2
**letting** [1] - 174:13
**level** [2] - 41:17, 44:4
**Lexington** [2] - 98:16, 98:24
**liability** [4] - 86:25, 88:23, 114:18, 162:7
**life** [2] - 111:15, 131:23
**light** [1] - 179:17
**limit** [1] - 84:6
**limited** [3] - 15:15, 23:5, 53:20
**line** [125] - 6:5, 22:12, 22:13, 22:18, 23:2, 23:5, 24:7, 24:9, 24:20, 24:23, 25:7, 25:9, 25:13, 25:24, 25:25, 26:3, 30:1, 30:10, 30:12, 31:13, 31:14, 33:24, 34:7, 34:8, 34:12, 34:14, 34:17, 35:11, 36:6, 36:20, 36:23, 37:11, 37:22, 45:1, 45:3, 51:18, 60:11, 61:10, 62:6, 71:14, 72:20, 73:21, 74:1, 74:21, 75:1, 92:10, 92:14, 92:19, 95:11, 95:12, 95:14, 100:4, 102:24, 104:3, 105:21, 110:14, 113:14, 119:1, 119:15, 119:17, 120:7, 121:5, 122:12, 122:13, 122:24, 124:6, 124:10, 125:5, 125:7, 125:14, 125:21, 126:11, 126:12, 126:17, 128:1, 128:7, 128:10, 128:11, 128:12, 128:22, 129:11, 129:12, 129:15, 129:20, 131:1, 131:2, 131:19, 131:22, 132:3, 132:10, 132:12, 132:18, 133:15, 136:8, 138:12, 138:13, 139:22, 141:17, 141:18, 147:18, 151:24, 152:7, 152:10, 155:3, 155:21, 157:4, 158:10, 158:11, 166:17, 170:15, 170:16, 170:17, 170:19, 170:21, 171:1, 171:6, 171:9, 172:17, 172:18, 172:25
**Line** [1] - 171:6
**line's** [2] - 22:12, 28:13
**liners** [1] - 81:17

**lines** [16] - 4:2, 24:6, 30:6, 33:23, 68:14, 120:18, 123:25, 124:7, 124:9, 125:1, 125:3, 127:14, 130:6, 139:22, 152:2, 152:4
**Lion** [3] - 86:14, 162:3, 162:5
**liquidated** [1] - 114:11
**listening** [2] - 40:22, 112:9
**literally** [1] - 3:15
**Live** [3] - 9:11, 118:25, 119:10
**live** [26] - 9:11, 41:4, 41:5, 111:14, 115:22, 118:22, 118:24, 119:9, 120:11, 120:25, 121:2, 121:3, 121:7, 126:24, 134:3, 137:14, 138:3, 138:24, 139:1, 139:5, 175:13, 175:14, 175:23, 178:14
**lived** [1] - 175:21
**load** [4] - 37:7, 37:17, 37:24, 135:6
**loaded** [2] - 37:7, 128:5
**loading** [1] - 138:12
**locate** [1] - 84:12
**located** [3] - 68:13, 152:1, 152:23
**location** [6] - 23:9, 47:22, 51:17, 53:5, 63:10
**locations** [2] - 5:17, 72:25
**lock** [1] - 15:3
**locker** [62] - 5:19, 8:11, 8:22, 14:16, 14:21, 14:24, 14:25, 15:2, 15:4, 15:14, 15:16, 15:18, 20:18, 20:19, 20:23, 20:24, 31:7, 31:17, 31:24, 32:3, 34:25, 35:2, 35:6, 38:11, 38:14, 38:15, 38:16, 39:20, 47:6, 51:8, 53:4, 61:4, 61:5, 61:6, 66:4, 67:16, 76:7, 78:7, 78:8, 79:4, 79:13, 84:13, 90:2, 109:2, 109:10, 109:13, 109:18, 142:19, 142:21, 142:23, 144:7, 144:8, 144:15, 146:15, 147:2, 147:12, 149:25, 157:6, 158:14, 175:7, 175:17
**lockers** [18] - 8:11, 8:13, 14:17, 31:4, 57:19, 61:14, 61:16, 107:23, 142:20, 144:11, 144:13, 158:16, 177:10, 177:12,

177:15, 177:16, 177:17, 177:22
**locks** [1] - 177:19, 177:21
**logic** [1] - 94:3
**Lombard** [1] - 1:23
**longest** [1] - 70:5
**look** [36] - 7:23, 10:6, 21:12, 28:2, 33:15, 38:25, 44:10, 44:23, 48:18, 51:19, 51:22, 63:21, 69:22, 72:14, 75:25, 79:14, 81:11, 81:14, 85:24, 87:23, 89:19, 97:8, 98:9, 98:16, 99:12, 99:14, 101:22, 103:1, 103:15, 104:7, 112:12, 113:10, 116:14, 162:2, 169:25, 178:7
**looked** [6] - 36:8, 94:22, 96:11, 97:7, 109:15, 109:16
**looking** [21] - 12:13, 23:2, 28:4, 31:2, 33:19, 36:7, 49:13, 62:25, 70:19, 70:20, 72:8, 99:25, 100:2, 101:23, 103:8, 104:8, 106:15, 108:3, 108:18, 113:16
**Looking** [1] - 170:14
**looks** [11] - 2:9, 15:1, 19:14, 19:20, 20:19, 29:17, 44:25, 52:2, 76:5, 94:25, 113:18
**Looks** [1] - 19:18
**lose** [4] - 17:22, 49:17, 145:16, 162:14
**loses** [2] - 162:14, 162:15
**lounging** [1] - 108:11
**lovely** [2] - 108:20, 111:11
**lower** [6] - 43:3, 43:15, 45:2, 46:15, 52:1
**lowest** [1] - 45:10
**Luisa** [1] - 182:4
**LUISA** [1] - 1:4
**lunch** [114] - 6:15, 6:16, 24:4, 25:4, 25:10, 25:25, 26:3, 26:4, 27:1, 27:2, 27:10, 31:23, 32:3, 34:2, 34:3, 37:6, 37:8, 37:16, 37:19, 38:5, 38:7, 42:10, 44:16, 44:17, 56:3, 56:13, 56:14, 56:25, 59:20, 67:21, 67:23, 68:8, 70:19, 70:25, 71:9, 71:15, 72:13, 72:15, 72:16, 73:4, 73:14, 73:19, 74:2, 74:8, 74:10,

74:13, 74:14, 74:16, 74:19, 75:7, 75:17, 75:18, 75:19, 75:21, 75:22, 78:17, 87:5, 87:9, 87:14, 87:21, 87:25, 88:4, 88:9, 93:22, 93:24, 94:6, 95:19, 95:21, 95:22, 95:25, 96:7, 96:9, 96:13, 96:15, 96:17, 96:25, 97:1, 97:6, 97:22, 98:10, 98:14, 99:19, 99:20, 99:24, 101:20, 101:22, 101:24, 102:1, 102:18, 102:19, 103:2, 103:12, 103:18, 119:8, 154:4, 154:11, 154:13, 154:17, 155:7, 155:12, 155:15, 156:4, 156:8, 156:11, 156:14, 157:4, 161:10, 161:14, 179:22
**Luncheon** [1] - 78:24
**lunches** [1] - 103:15

# M

**m-peg** [1] - 18:22
**machinations** [1] - 53:11
**machine** [11] - 121:21, 121:25, 122:2, 122:3, 122:15, 122:16, 123:24, 125:24, 125:25, 127:11, 139:21
**Machine** [1] - 121:23
**machines** [9] - 3:18, 3:21, 123:6, 124:22, 125:9, 125:10, 126:3, 128:24, 129:15
**Madison** [1] - 2:18
**Madness** [1] - 164:12
**mails** [5] - 112:7, 112:12, 112:20, 113:10, 115:16
**main** [3] - 12:8, 162:23, 175:12
**maintenance** [5] - 16:22, 40:24, 41:4, 169:4, 170:19
**man** [1] - 108:9
**manage** [1] - 107:6
**management** [4] - 4:18, 11:8, 11:23, 48:2
**Management** [4] - 117:22, 118:6, 164:25
**Manager** [26] - 117:10, 117:12, 117:17, 118:10, 118:15, 118:17, 118:18, 159:14, 164:2, 166:7, 166:8, 166:9, 166:11,

166:20, 167:1, 167:4, 167:5, 167:6, 167:19, 167:21, 168:4, 168:7, 168:8, 168:14, 174:15
**Managers** [2] - 167:16, 168:16
**managers** [2] - 167:22
**manner** [2] - 29:13, 182:9
**manually** [1] - 125:17
**manufacturing** [3] - 170:1, 170:2
**map** [2] - 69:15
**maps** [1] - 70:3
**March** [7] - 1:10, 10:16, 10:17, 18:25, 40:14, 164:11, 182:5
**margin** [2] - 42:24, 43:1
**marginal** [1] - 169:18
**mark** [3] - 35:22, 37:4
**marked** [9] - 8:23, 9:22, 35:22, 36:12, 37:9, 39:11, 69:17, 70:23, 85:3
**marker** [4] - 19:11, 19:16, 19:18, 21:13
**Marker** [1] - 19:17
**Marketing** [1] - 164:25
**Mary** [3] - 1:22, 182:3, 182:15
**MARYLAND** [1] - 1:1
**Maryland** [2] - 1:11, 1:24
**Master's** [1] - 3:10
**Masters** [3] - 117:22, 118:2, 164:23
**material** [2] - 49:11, 126:5
**materials** [1] - 80:21
**matter** [20] - 41:18, 66:24, 67:3, 67:7, 75:22, 85:6, 86:19, 86:22, 88:15, 90:4, 98:11, 102:17, 106:25, 108:10, 135:17, 162:11, 162:14, 162:15, 182:4, 182:9
**matters** [3] - 63:18, 66:24, 67:4
**Max** [1] - 45:9
**maximum** [2] - 45:8, 45:11
**MBA** [1] - 164:24
**meal** [8] - 87:11, 87:15, 87:22, 99:1, 99:3, 100:1, 100:2, 103:10
**meals** [1] - 98:23
**mean** [5] - 5:25, 6:1, 12:7, 28:20, 42:11, 50:23, 56:3, 62:9, 62:16, 68:5, 68:9, 75:16, 77:12, 94:20, 100:25, 101:12,

106:1, 107:11, 107:12, 107:23, 107:25, 109:10, 109:12, 109:21, 113:3, 134:20, 139:18, 140:7, 140:8, 142:2, 146:13, 153:3, 154:1, 155:8, 156:15, 157:3, 164:18, 167:8
**meaning** [4] - 3:16, 90:19, 155:6
**means** [4] - 62:11, 108:17, 119:9, 164:2
**meant** [2] - 22:23, 108:2
**measure** [24] - 50:14, 54:22, 56:6, 58:9, 58:11, 59:13, 60:3, 60:4, 60:14, 60:15, 60:17, 60:19, 71:8, 71:11, 73:17, 73:25, 74:18, 74:22, 75:3, 75:4, 76:3, 76:21, 89:13, 106:4
**measured** [19] - 42:5, 42:23, 44:16, 47:11, 55:12, 55:13, 55:15, 55:17, 59:16, 59:19, 68:18, 68:19, 70:9, 71:11, 73:16, 75:23, 76:5, 77:14, 77:16
**measurement** [3] - 6:18, 74:24, 100:13
**measurement/time** [1] - 54:2
**measurements** [3] - 9:20, 43:7, 55:3
**measures** [5] - 42:21, 50:14, 50:22, 50:24, 68:17
**measuring** [5] - 3:25, 46:8, 56:13, 64:10, 69:4
**meat** [5] - 129:19, 129:21, 141:17, 152:20, 155:19
**Meat** [2] - 96:20, 97:14
**mechanics** [2] - 139:19, 170:19
**mechanized** [1] - 122:7
**medium** [1] - 148:18
**meet** [1] - 120:1
**meetings** [1] - 167:18
**member** [2] - 110:12, 162:12
**members** [2] - 162:20, 162:21
**memoranda** [1] - 94:11
**Memorandum** [4] - 89:6, 89:16, 90:9, 91:23
**memorandum** [1] - 63:13
**memory** [2] - 12:23, 95:20

**men** [1] - 119:13
**mention** [4] - 109:3, 135:22, 139:8, 139:10
**mentioned** [10] - 47:22, 50:18, 64:17, 96:12, 138:8, 166:9, 167:4, 168:17, 169:8, 173:7
**mentioning** [1] - 52:5
**mesh** [1] - 92:7
**message** [1] - 174:23
**met** [2] - 38:18, 176:15
**metal** [10] - 92:7, 119:17, 119:18, 136:19, 137:4, 137:7, 137:8, 137:9, 137:10
**methodology** [9] - 10:13, 32:21, 32:23, 32:24, 33:2, 49:25, 50:4, 105:20, 106:3
**middle** [5] - 8:3, 14:13, 93:22, 109:23, 110:15
**Middle** [1] - 96:21
**midnight** [1] - 119:18
**might** [34] - 6:8, 17:14, 25:25, 29:23, 46:18, 47:14, 57:9, 57:12, 61:17, 61:22, 63:25, 66:21, 67:1, 67:9, 84:4, 106:12, 106:15, 125:15, 129:1, 129:10, 132:13, 133:12, 135:4, 139:21, 147:24, 149:23, 149:24, 154:1, 154:2, 167:23, 174:25, 176:2
**miles** [1] - 110:23
**Millsboro** [13] - 2:21, 4:22, 5:1, 5:14, 7:15, 7:19, 110:20, 110:21, 118:9, 161:9, 167:12, 168:20, 171:1
**Min** [1] - 45:9
**mind** [5] - 59:3, 71:20, 134:7, 167:24, 177:3
**minimis** [1] - 102:22
**minimize** [3] - 82:25, 83:15, 134:14
**minimum** [5] - 45:8, 61:25, 62:3, 62:4, 67:21
**minor** [1] - 87:18
**minus** [2] - 43:1, 43:4
**minute** [29] - 27:24, 29:1, 31:19, 33:19, 37:8, 37:18, 41:21, 43:1, 44:25, 45:3, 48:20, 67:25, 68:1, 71:13, 75:18, 75:19, 75:21, 92:15, 106:7, 153:18, 153:21, 153:25, 156:7, 159:11, 161:14
**minutes** [55] - 5:3,

28:13, 32:22, 33:20, 33:21, 36:5, 36:6, 37:9, 42:18, 43:6, 43:12, 43:16, 45:11, 45:12, 45:24, 45:25, 62:6, 62:15, 62:17, 65:17, 65:21, 65:22, 66:9, 67:23, 75:21, 78:15, 82:6, 85:22, 85:25, 86:8, 87:24, 93:2, 103:4, 103:7, 103:13, 103:15, 103:19, 105:25, 106:10, 110:24, 110:25, 127:1, 132:18, 132:19, 153:22, 153:23, 154:6, 154:7, 154:9, 160:13, 161:1, 161:10
**minutiae** [1] - 77:14
**misinterpret** [1] - 115:5
**miss** [2] - 30:5, 150:25
**missed** [1] - 122:4
**missing** [1] - 85:21
**misspoke** [2] - 101:5, 101:11
**mistake** [1] - 40:23
**mix** [3] - 102:4, 144:21, 146:14
**Mom's** [1] - 101:17
**moment** [10] - 7:8, 10:15, 15:8, 23:22, 24:17, 25:3, 28:22, 35:25, 43:12, 48:18
**Monday** [17] - 135:4, 135:8, 135:9, 144:11, 144:12, 144:13, 144:15, 148:11, 148:12, 148:13, 148:15, 148:20, 149:2, 149:9, 149:10, 149:11
**months** [2] - 118:12, 143:10
**morning** [17] - 107:6, 131:25, 132:2, 135:8, 135:9, 146:16, 148:3, 148:13, 148:15, 148:20, 153:6, 153:19, 158:10, 171:15, 180:3, 180:5, 180:14
**most** [16] - 5:18, 42:23, 65:3, 100:4, 100:5, 105:9, 136:7, 144:19, 154:15, 160:17, 165:13, 166:13, 167:10, 170:20, 172:20, 175:8
**Most** [5] - 9:3, 34:5, 153:22, 170:16, 172:20
**Motion** [1] - 88:8
**motion** [6] - 33:15, 94:8, 105:15, 115:25, 161:24, 163:1
**Mountaire** [26] - 2:21,

4:22, 46:12, 46:22, 49:3, 54:17, 81:1, 88:18, 88:20, 113:22, 117:7, 117:23, 118:5, 118:7, 130:16, 135:14, 163:17, 163:24, 163:25, 165:6, 165:7, 165:10, 167:12, 175:22, 175:23, 182:5
**MOUNTAIRE** [1] - 1:6
**mouse** [1] - 35:18
**move** [12] - 34:13, 35:2, 35:24, 47:5, 53:9, 65:17, 85:5, 113:12, 121:8, 127:6, 129:20, 140:9
**moved** [1] - 26:17
**moves** [3] - 34:17, 36:17, 129:12
**moving** [10] - 9:1, 22:12, 22:14, 23:2, 25:10, 30:1, 35:21, 119:15, 120:7, 120:22
**MPG** [1] - 18:21
**MR** [163] - 2:2, 2:4, 2:9, 2:14, 9:25, 10:4, 14:4, 17:18, 19:22, 20:15, 22:11, 28:16, 29:1, 29:5, 31:10, 36:1, 48:21, 48:24, 49:1, 53:14, 53:22, 54:1, 54:4, 54:6, 54:9, 59:4, 59:8, 59:11, 68:20, 70:2, 70:4, 72:7, 78:15, 78:18, 79:1, 84:18, 84:23, 84:25, 85:5, 85:8, 85:13, 85:15, 91:2, 91:5, 91:8, 91:11, 91:14, 91:16, 91:19, 91:25, 92:12, 96:9, 97:24, 98:2, 99:6, 99:22, 100:12, 100:17, 100:20, 100:24, 101:2, 101:5, 101:8, 101:11, 101:18, 101:21, 102:1, 102:7, 102:9, 102:12, 103:1, 104:5, 104:14, 104:16, 104:18, 104:21, 105:5, 105:9, 105:13, 105:18, 106:6, 106:10, 106:13, 106:18, 106:20, 106:22, 107:9, 107:15, 107:17, 108:15, 108:24, 109:5, 109:7, 109:24, 110:8, 110:11, 110:23, 110:24, 111:2, 111:16, 111:20, 111:25, 112:16, 113:20, 113:25, 114:3, 114:5, 114:10, 114:25, 115:3, 115:6, 115:10, 115:14, 115:17, 115:19, 115:24, 116:5, 116:8, 116:12, 116:14, 116:19,

117:2, 118:1, 119:7, 120:3, 130:11, 134:8, 135:11, 143:13, 160:13, 160:17, 160:21, 161:6, 161:17, 161:20, 162:7, 162:25, 163:2, 163:13, 164:15, 169:17, 170:11, 172:6, 178:1, 178:11, 178:13, 178:15, 178:17, 178:21, 179:6, 179:10, 179:12, 179:14, 179:17, 179:19, 179:24, 179:25, 180:13, 181:5, 181:6, 181:9, 181:10, 181:13
**MS** [4] - 3:2, 96:11, 97:12, 97:14
**multimedia** [1] - 33:5
**multiple** [3] - 32:11, 32:12, 47:24
**musculoskeletal** [1] - 49:16
**must** [9] - 16:10, 47:10, 82:18, 86:17, 86:18, 86:21, 86:24, 157:1, 157:7
**Must** [1] - 101:4

## N

**Name** [1] - 135:24
**name** [13] - 2:10, 2:11, 19:14, 21:12, 28:5, 64:3, 116:22, 116:23, 130:21, 137:6, 163:9, 163:11, 168:13
**names** [2] - 19:11, 48:14
**narrow** [1] - 51:18
**nasty** [1] - 109:18
**nature** [1] - 107:1
**NCAA** [1] - 164:11
**near** [4] - 47:6, 70:19, 89:15, 95:7, 102:11, 113:14, 152:1, 155:2
**nearly** [1] - 95:7
**necessarily** [2] - 41:9, 111:6
**necessary** [1] - 93:23
**necessity** [1] - 95:1
**necks** [2] - 122:21, 145:13
**need** [9] - 30:19, 69:15, 83:20, 112:10, 116:18, 148:18, 151:4, 178:4, 179:22
**needed** [2] - 11:8, 53:19, 63:10
**needn't** [1] - 7:23
**needs** [5] - 53:19, 57:1,

125:14, 166:22, 166:23
**net** [20] - 15:17, 18:12, 20:17, 31:25, 32:6, 51:8, 51:11, 51:12, 135:15, 135:25, 139:24, 139:25, 145:18, 145:20, 150:1, 156:17, 157:25, 159:18, 160:10
**nets** [10] - 8:17, 57:4, 92:1, 146:3, 148:21, 148:23, 149:3, 149:7, 159:23, 160:3
**never** [5] - 25:22, 60:22, 114:17, 135:3, 159:6
**new** [6] - 19:7, 30:19, 52:11, 52:12, 149:14, 165:15
**next** [20] - 9:7, 37:16, 43:11, 71:9, 121:13, 122:21, 124:17, 127:10, 127:25, 129:3, 142:18, 143:5, 144:11, 146:15, 146:16, 158:9, 158:23, 158:25, 161:20
**nice** [2] - 35:24, 111:18
**nicely** [1] - 92:22
**night** [5] - 10:23, 11:1, 133:13, 134:4, 135:7
**nights** [1] - 107:24
**Nike** [1] - 111:19
**Nine** [5] - 42:4, 62:1, 67:23, 89:17, 89:19
**Ninth** [1] - 113:5
**NO** [1] - 1:5
**Nobody** [1] - 61:10
**nomos** [1] - 3:16
**non** [11] - 41:15, 83:13, 83:15, 83:17, 83:20, 92:3, 95:14, 95:22, 113:23, 180:5
**NON** [1] - 48:11
**Non** [1] - 83:17
**non-case** [1] - 180:5
**non-compensable** [2] - 95:14, 113:23
**non-production** [1] - 41:15
**non-productive** [1] - 95:22
**non-unique** [2] - 92:3
**non-value** [4] - 83:13, 83:15, 83:17, 83:20
**Non-value** [1] - 83:17
**none** [1] - 52:22
**noon** [1] - 180:4
**normal** [1] - 65:15
**normally** [7] - 29:11, 66:17, 104:11, 132:24, 145:10, 153:7, 156:12
**North** [1] - 118:8

**NORTHERN** [1] - 1:2
**Northern** [1] - 96:19
**noted** [2] - 88:7, 89:16
**nothing** [5] - 59:21, 85:23, 86:10, 100:8, 156:6
**Nothing** [1] - 157:24
**notice** [15] - 18:10, 19:10, 21:17, 21:23, 21:24, 25:21, 29:16, 36:25, 38:2, 38:17, 44:23, 52:7, 104:11, 104:18, 109:2
**noticed** [3] - 104:13, 104:14, 104:15
**November** [1] - 118:9
**null** [2] - 34:5
**number** [42] - 4:5, 4:12, 11:24, 11:25, 12:2, 12:23, 24:8, 25:8, 27:11, 27:12, 27:13, 30:12, 36:25, 37:1, 40:15, 42:14, 43:13, 44:21, 46:11, 46:14, 46:24, 48:7, 49:9, 50:13, 52:5, 52:15, 65:25, 67:11, 74:12, 74:25, 92:14, 93:4, 93:5, 100:17, 133:12, 165:22, 167:18, 168:22
**Number** [4] - 3:1, 39:1, 42:3, 162:2
**Number(s** [1] - 182:5
**numbers** [2] - 18:20, 162:21
**numerous** [1] - 3:12

## O

**oatmeal** [1] - 111:10
**objected** [1] - 114:22
**objection** [4] - 53:13, 53:14, 54:1, 114:19
**objective** [4] - 11:19, 59:23, 60:1, 108:19
**obliterate** [1] - 90:19
**observance** [1] - 156:11
**observation** [2] - 66:2, 77:1
**observations** [7] - 42:15, 44:21, 55:20, 61:8, 65:25, 66:1, 77:17
**observe** [18] - 21:19, 45:24, 48:10, 57:3, 57:11, 58:5, 60:7, 61:13, 62:5, 62:8, 65:23, 67:11, 76:14, 77:5, 77:10, 77:17, 77:20

**observed** [28] - 42:13, 44:22, 45:11, 45:12, 46:17, 56:17, 57:2, 57:18, 57:22, 58:4, 58:12, 61:10, 66:20, 67:19, 68:6, 73:17, 74:14, 77:21, 80:8, 81:5, 81:24, 84:5, 147:8, 149:18, 175:2, 175:18, 175:19, 175:21
**obstacles** [1] - 68:15
**obtain** [3] - 8:17, 89:21, 89:22
**obtained** [4] - 39:24, 89:24, 95:6, 164:22
**obtaining** [2] - 91:9, 107:2
**Obviously** [1] - 10:3
**obviously** [2] - 120:4, 171:5
**occasion** [1] - 45:20
**occasions** [1] - 98:12
**occupational** [1] - 3:20
**occur** [5] - 2:22, 32:13, 45:13, 53:6, 72:9
**occurred** [11] - 5:21, 6:14, 6:21, 16:17, 25:7, 55:25, 56:11, 58:13, 66:14, 87:6, 87:20
**occurrence** [1] - 80:4
**occurs** [4] - 5:17, 26:24, 50:20, 80:5
**Ocean** [2] - 108:11, 110:22
**odd** [1] - 133:12
**odds** [2] - 85:1, 85:2
**OF** [1] - 1:1
**offered** [1] - 53:23
**office** [6] - 2:15, 2:17, 50:11, 111:12, 173:3, 176:18
**Official** [1] - 182:16
**official** [1] - 182:8
**often** [2] - 55:16, 149:5
**OLIVER** [20] - 116:19, 117:2, 118:1, 119:7, 120:3, 130:11, 134:8, 135:11, 143:13, 160:17, 160:21, 161:17, 161:20, 163:13, 164:15, 169:17, 170:11, 172:6, 181:9, 181:13
**Oliver** [8] - 1:19, 98:2, 112:2, 134:7, 163:15, 170:10, 177:25, 178:9
**Once** [2] - 127:25, 151:14, 155:10
**once** [16] - 7:7, 32:15, 42:5, 89:23, 95:5, 103:23, 114:15, 124:16,

125:19, 129:3, 132:3, 145:12, 151:18, 153:10, 155:22
**One** [21] - 10:5, 29:16, 36:25, 38:17, 43:19, 44:6, 44:14, 45:10, 49:2, 63:21, 70:15, 75:5, 95:3, 121:5, 122:12, 122:13, 126:11, 126:12, 165:13, 166:13
**one** [109] - 4:15, 5:11, 9:9, 10:25, 11:6, 11:12, 12:9, 12:21, 13:3, 13:4, 13:9, 13:10, 14:13, 15:8, 15:9, 16:14, 18:1, 19:9, 20:22, 24:8, 25:6, 25:10, 25:21, 27:13, 28:8, 31:2, 32:1, 37:7, 37:17, 37:24, 40:10, 42:9, 43:1, 45:3, 47:1, 47:5, 47:22, 51:16, 52:3, 52:19, 52:20, 53:25, 56:24, 57:1, 62:11, 62:17, 63:6, 64:4, 64:5, 68:6, 68:9, 68:10, 72:23, 74:23, 79:17, 80:15, 82:4, 84:4, 84:11, 85:10, 89:20, 95:9, 95:11, 95:12, 98:15, 104:13, 106:1, 106:6, 106:9, 106:10, 106:11, 111:13, 112:10, 116:17, 120:14, 121:5, 122:1, 122:11, 124:10, 126:8, 129:14, 132:21, 136:12, 137:9, 149:14, 153:18, 153:19, 159:11, 160:4, 160:7, 162:2, 164:10, 164:11, 164:24, 164:25, 166:4, 166:5, 167:5, 169:7, 170:1, 170:6, 173:21, 174:1, 175:14, 178:2, 178:19
**one's** [1] - 68:25
**ones** [5] - 138:21, 138:23, 139:11, 152:5, 169:10
**open** [9] - 15:2, 39:20, 144:8, 149:2, 167:15, 167:17, 177:17
**opened** [2] - 15:3, 177:20
**opening** [4] - 15:1, 15:3, 20:18, 85:9
**operates** [1] - 171:1
**operating** [2] - 11:5, 137:14
**opinion** [8] - 4:20, 4:25, 53:23, 81:1, 81:13, 92:21, 113:9, 180:11
**opinions** [1] - 115:10

**opportunity** [3] - 144:19, 175:16, 175:17
**opposed** [3] - 39:15, 83:5, 89:22
**option** [1] - 104:24, 104:25, 177:9
**optional** [2] - 135:13, 138:16, 174:4
**orally** [1] - 180:7
**order** [16] - 17:12, 21:20, 32:10, 46:12, 52:13, 56:25, 63:9, 72:3, 82:17, 83:8, 83:22, 86:16, 86:24, 88:15, 92:14, 115:13
**orders** [1] - 39:19
**ordinary** [1] - 173:13
**orientation** [3] - 165:15, 173:22, 177:13
**original** [1] - 41:20
**otherwise** [2] - 29:9, 94:6, 105:5
**ought** [2] - 29:9, 94:6, 105:5
**outcome** [1] - 66:22
**outer** [1] - 136:13
**outfits** [1] - 177:9
**outside** [7] - 31:22, 61:7, 94:25, 106:21, 106:22, 126:4, 157:14
**overhead** [2] - 139:19, 139:23
**oversampled** [1] - 70:13
**oversee** [1] - 117:13
**overtime** [14] - 85:18, 85:21, 85:22, 86:1, 86:8, 86:12, 86:17, 86:19, 86:25, 90:22, 91:3, 93:9, 93:11, 162:16
**own** [11] - 44:7, 72:10, 82:12, 87:15, 87:22, 90:6, 98:21, 99:1, 129:12, 133:24, 174:3
**owned** [1] - 164:13

## P

**p.m** [3] - 78:23, 110:15, 180:17
**pace** [1] - 29:12
**pack** [6] - 129:7, 129:17, 129:21, 140:24, 141:16, 141:21
**Pack** [2] - 129:19, 141:16
**package** [1] - 33:6
**packed** [1] - 129:5
**Page** [8] - 39:3, 40:9, 41:24, 41:25, 42:4, 62:1,

67:23, 70:15
**page** [4] - 40:9, 43:11, 89:20
**PAGE** [1] - 181:3
**pages** [1] - 182:7
**paid** [14] - 47:15, 82:12, 87:10, 94:14, 97:5, 107:5, 131:11, 131:13, 132:14, 132:19, 153:18, 153:20, 171:5, 171:9
**pail** [4] - 31:23, 32:4, 38:5, 38:7
**pallet** [5] - 27:20, 140:6, 140:7, 140:10, 140:13
**pallets** [1] - 41:4
**pants** [1] - 111:18
**paper** [4] - 24:25, 29:24, 31:6, 31:7
**paradigm** [2] - 111:5, 111:13
**paragraph** [4] - 90:10, 95:2, 95:3
**park** [1] - 108:6
**parking** [1] - 143:20
**parse** [1] - 74:4
**part** [29] - 4:4, 7:13, 9:7, 16:9, 30:23, 32:21, 38:3, 39:7, 40:9, 41:8, 44:11, 46:2, 58:4, 65:24, 66:3, 71:13, 77:19, 86:24, 87:18, 89:25, 90:8, 92:16, 93:13, 94:6, 98:14, 167:17, 168:2, 170:20, 175:22
**particular** [9] - 20:9, 49:17, 58:2, 86:13, 91:25, 102:3, 103:19, 158:12, 172:24
**Particularly** [1] - 87:4
**particularly** [3] - 104:24, 105:22, 108:4
**parts** [3] - 11:7, 17:8, 130:13
**pass** [4] - 12:3, 120:11, 121:7, 148:6
**passage** [2] - 15:15, 26:8
**passages** [1] - 51:18
**passageway** [2] - 26:6, 27:20
**passageways** [1] - 8:13
**passed** [4] - 27:20, 59:3, 77:22, 131:17
**passes** [5] - 9:1, 37:12, 125:19, 128:14, 171:8
**passing** [3] - 14:14, 21:2, 27:10
**past** [7] - 4:7, 14:16, 107:3, 107:4, 120:25, 121:8, 151:14

**path** [2] - 2:9, 147:16
**Paul** [1] - 1:19
**Pause** [1] - 159:13
**pay** [5] - 22:16, 46:9, 85:21, 85:22, 96:1
**paying** [1] - 21:9
**payroll** [1] - 40:14
**payrolled** [1] - 40:16
**Peeping** [1] - 16:11
**peg** [1] - 18:22
**pen** [1] - 19:15
**Pennsylvania** [1] - 96:21
**People** [2] - 109:22, 139:21
**people** [111] - 12:3, 16:24, 21:7, 24:7, 24:9, 24:23, 25:3, 25:10, 25:13, 30:12, 36:15, 41:15, 46:19, 57:3, 61:9, 66:16, 68:19, 81:17, 82:6, 90:7, 94:13, 94:16, 94:21, 98:6, 100:20, 101:14, 102:23, 105:1, 108:7, 108:21, 109:21, 110:15, 111:3, 111:14, 124:10, 124:23, 125:7, 125:9, 125:11, 125:17, 127:13, 128:12, 129:16, 129:20, 129:21, 132:10, 132:12, 132:13, 136:7, 136:8, 137:20, 139:18, 140:5, 140:7, 140:12, 140:13, 141:16, 141:21, 144:22, 144:23, 144:24, 145:1, 145:5, 145:6, 145:20, 146:3, 146:12, 146:14, 146:15, 146:16, 146:23, 146:24, 147:1, 147:13, 147:14, 147:17, 147:22, 147:23, 147:24, 148:16, 149:23, 151:3, 153:22, 154:15, 154:21, 159:16, 166:15, 168:5, 168:18, 170:3, 170:4, 170:14, 172:2, 172:21, 173:1, 173:12, 173:22, 175:6, 175:7, 175:12, 175:13, 175:14, 176:9, 176:23
**people's** [1] - 81:3
**per** [4] - 93:2, 126:11, 126:12, 130:1
**percentage** [5] - 40:19, 70:14, 172:2, 175:11
**Perez** [1] - 182:4
**PEREZ** [1] - 1:4
**perfectly** [1] - 114:20
**perform** [13] - 16:8, 44:1, 45:19, 49:19,

56:25, 61:11, 62:8, 62:16, 63:9, 63:11, 71:6, 71:7, 80:8
**performance** [1] - 122:3
**performed** [8] - 54:24, 62:10, 62:11, 63:10, 64:21, 80:3, 103:11
**performing** [3] - 10:19, 58:6, 71:12
**performs** [1] - 62:16
**perhaps** [6] - 16:17, 22:5, 53:25, 91:12, 134:20
**Perhaps** [2] - 9:18, 96:6
**period** [12] - 10:25, 16:23, 17:11, 32:13, 46:9, 88:10, 95:25, 96:1, 96:13, 96:17, 99:19, 99:20
**permit** [1] - 105:15
**permitted** [6] - 15:23, 18:6, 18:15, 26:20, 45:14, 47:19, 79:9, 82:9
**perpendicular** [1] - 8:20
**person** [55] - 11:6, 11:12, 11:25, 12:4, 13:12, 14:10, 14:11, 19:23, 19:24, 20:2, 20:3, 24:12, 24:13, 24:15, 24:16, 24:19, 25:6, 25:13, 25:16, 25:18, 25:19, 27:11, 27:13, 27:23, 27:25, 28:1, 30:11, 62:11, 64:4, 70:20, 93:8, 93:9, 93:23, 108:19, 120:8, 121:20, 122:2, 122:11, 122:12, 122:13, 126:7, 128:5, 128:8, 129:12, 130:20, 137:22, 137:23, 140:17, 140:20, 165:18, 172:10, 172:20
**person's** [1] - 122:13
**personal** [7] - 49:2, 83:7, 135:13, 140:3, 140:5, 168:3, 175:9
**personally** [3] - 167:25, 168:5, 175:21
**personnel** [1] - 22:21
**pest** [1] - 177:16
**Ph.D** [1] - 3:11
**phase** [2] - 39:6, 162:10
**phone** [5] - 99:24, 103:6, 103:14, 103:15, 103:23
**phonetic** [1] - 173:10
**pick** [15] - 22:24, 65:4, 79:17, 79:22, 93:1, 119:14, 127:13, 132:13, 138:24, 142:16, 143:9,

146:14, 146:15, 146:17, 149:24
**picked** [5] - 34:22, 62:20, 79:21, 103:6, 106:2
**pickers** [1] - 123:5
**picking** [1] - 80:2
**picks** [1] - 34:20
**picture** [2] - 18:20, 23:12
**piece** [9] - 71:9, 76:17, 82:19, 86:4, 86:10, 86:11, 105:20, 119:17, 119:18
**pieces** [1] - 49:2
**Pilgrims** [1] - 89:4
**place** [16] - 12:16, 17:1, 22:18, 22:21, 22:24, 45:16, 50:21, 52:6, 63:3, 66:13, 77:6, 101:1, 109:8, 118:25, 119:15, 175:24, 176:22
**places** [6] - 21:19, 47:23, 139:18, 155:8, 175:24, 176:22
**plain** [1] - 60:6
**plaintiff** [9] - 4:21, 85:4, 85:10, 85:25, 88:7, 90:5, 107:4, 110:13, 162:21
**Plaintiff's** [1] - 3:1
**plaintiff's** [1] - 162:20
**Plaintiffs** [1] - 1:16
**plaintiffs** [8] - 2:5, 4:12, 85:16, 92:25, 96:22, 106:9, 162:24
**Plaintiffs'** [2] - 89:16, 89:19
**PLAINTIFFS'** [1] - 2:6
**plaintiffs'** [5] - 84:23, 85:3, 98:11, 115:13, 116:1
**plan** [1] - 106:6
**planning** [3] - 7:21, 94:12, 106:11
**plant** [95] - 2:22, 2:23, 4:22, 5:2, 5:14, 5:15, 5:17, 5:18, 7:19, 7:22, 8:1, 8:5, 8:6, 9:15, 10:9, 10:16, 10:25, 11:8, 11:9, 11:23, 12:11, 12:16, 13:16, 14:8, 14:9, 17:3, 17:8, 17:9, 21:15, 23:6, 23:9, 24:6, 27:10, 38:13, 40:12, 40:20, 40:25, 46:1, 46:4, 49:10, 49:13, 52:7, 52:16, 53:17, 57:25, 61:7, 64:14, 64:15, 64:20, 64:21, 66:7, 67:19, 69:11, 69:13, 72:25, 76:7, 76:9, 76:17, 77:3, 77:5, 77:11,

77:24, 78:1, 78:3, 78:9, 80:5, 80:19, 82:9, 82:23, 82:24, 83:1, 83:21, 92:19, 93:20, 93:21, 112:21, 118:20, 132:20, 139:9, 143:9, 143:19, 147:15, 147:20, 148:4, 148:6, 150:4, 150:8, 150:14, 151:16, 159:15, 168:21, 169:10, 171:1, 174:2
**plant's** [1] - 135:1
**plants** [10] - 20:4, 20:7, 46:3, 47:24, 49:6, 49:8, 53:18, 80:14, 83:11, 101:9
**plastic** [13] - 102:19, 136:12, 140:22, 140:23, 141:1, 141:3, 141:4, 141:5, 141:6, 141:11, 141:13, 141:20, 142:1
**Plastic** [2] - 140:25, 141:2
**plat** [1] - 7:9
**plate** [1] - 168:6
**play** [8] - 33:14, 33:15, 34:17, 34:24, 88:22, 108:5, 167:16
**played** [1] - 51:24
**playing** [1] - 52:25
**plenty** [1] - 139:18
**plot** [1] - 7:9
**plugs** [22] - 27:16, 27:18, 51:25, 57:4, 135:22, 135:23, 135:25, 140:2, 140:3, 145:7, 145:9, 145:13, 146:16, 150:2, 150:3, 156:17, 158:2, 159:18, 172:18, 173:5, 173:16, 176:15
**plus** [5] - 43:1, 43:3, 44:25, 93:10, 135:22, 161:10, 163:19
**pocket** [2] - 138:14, 147:2, 150:8
**point** [51] - 8:2, 16:1, 35:1, 35:4, 35:8, 35:10, 35:15, 35:17, 36:10, 38:12, 55:2, 55:4, 55:5, 62:23, 63:6, 66:7, 67:3, 67:17, 73:3, 76:13, 78:2, 88:3, 89:10, 98:22, 103:16, 104:24, 106:2, 107:2, 107:16, 108:17, 108:18, 110:3, 110:12, 111:20, 112:6, 112:16, 112:25, 113:2, 113:17, 113:20, 115:6, 118:7, 125:12, 153:16, 161:25, 162:23, 165:19, 171:4,

172:10, 174:15
**Point** [3] - 55:4, 58:8
**pointing** [2] - 9:6, 21:6
**points** [3] - 55:4, 81:22,
95:18
**poking** [1] - 141:10
**policies** [1] - 172:7
**policy** [16] - 142:14,
143:22, 153:21, 159:7,
167:15, 173:22, 173:23,
174:3, 174:6, 174:10,
174:14, 174:16, 174:17,
174:19, 175:3, 177:11
**pork** [1] - 4:14
**portion** [4] - 7:3, 7:15,
7:18, 22:8
**portions** [1] - 98:7
**pose** [1] - 49:20
**position** [24] - 23:2,
76:6, 88:17, 89:21,
117:9, 117:16, 117:18,
118:13, 118:17, 131:4,
138:17, 138:19, 141:19,
163:25, 164:1, 165:9,
166:3, 166:4, 166:8,
166:10, 167:4, 168:1,
168:12, 171:9
**positions** [9] - 55:8,
80:19, 118:4, 136:22,
137:6, 137:21, 138:6,
138:9, 172:11
**possibilities** [1] - 175:6
**possible** [2] - 82:4,
113:14
**possibly** [1] - 56:25
**post** [1] - 56:12
**postliminary** [2] -
90:19, 98:10
**postliminary/
preliminary** [1] - 90:13,
92:1, 99:8
**potato** [1] - 114:8
**potential** [1] - 166:18
**poultry** [6] - 20:4,
49:10, 53:12, 53:17,
53:18, 101:8
**pound** [2] - 129:6,
130:1
**power** [1] - 48:2
**powerful** [1] - 113:8
**PPE** [8] - 28:20, 148:21,
149:6, 175:8, 176:2,
176:10, 176:11
**practical** [4] - 82:10,
83:4, 102:17, 107:21
**practice** [1] - 101:9
**practices** [2] - 64:20,
82:8
**preceding** [1] - 66:10
**precise** [2] - 36:8, 95:10

**precisely** [2] - 17:24,
21:20
**predominant** [4] -
87:21, 88:6, 98:17, 98:22
**predominantly** [3] -
99:12, 99:20, 100:1
**preliminary** [2] - 90:19,
98:10
**premises** [10] - 90:1,
90:4, 90:6, 100:14,
100:16, 107:20, 107:25,
108:1, 130:22, 177:8
**preparation** [1] - 2:20
**prepared** [2] - 80:10,
180:13
**present** [2] - 85:17,
118:18
**presented** [2] - 42:14,
102:6
**presenting** [2] - 41:25,
166:1
**press** [1] - 35:21
**pressure** [2] - 137:13,
137:22
**Presumably** [1] - 28:8
**presume** [1] - 22:20
**pretty** [14] - 62:14, 88:5,
90:3, 98:19, 100:3,
106:23, 113:8, 130:9,
130:12, 156:16, 170:23,
173:4, 177:22, 179:20
**prevail** [3] - 92:25, 93:1,
167:13
**prevent** [2] - 46:23,
64:7
**prevents** [1] - 141:10
**previous** [2] - 80:13,
175:25
**Price** [1] - 129:24
**price** [2] - 129:25, 130:1
**Pride** [1] - 89:4
**prima** [2] - 85:10, 91:20
**principal** [31] - 6:2, 6:7,
6:20, 6:25, 7:2, 34:21,
34:22, 47:3, 50:20, 51:5,
54:13, 54:14, 54:22,
54:23, 55:16, 55:19,
55:21, 59:17, 59:18,
60:21, 60:23, 60:25,
61:4, 61:18, 61:22, 71:3,
71:5, 76:12, 76:15, 97:18
**principle** [1] - 86:14
**privacy** [1] - 17:25
**proactive** [2] - 167:22,
174:24
**probability** [1] - 4:20
**problem** [7] - 68:11,
84:7, 95:8, 135:12,
169:15, 179:5, 179:13
**problems** [1] - 167:23

**procedure** [13] - 7:7,
10:15, 10:19, 11:17,
13:10, 27:6, 27:8, 27:9,
30:9, 39:11, 47:9, 79:3,
84:4
**procedure's** [1] - 24:5
**procedures** [8] - 46:12,
46:22, 58:6, 64:21,
66:21, 82:8, 82:24, 84:6
**proceed** [10] - 7:17,
29:2, 29:10, 31:24,
78:25, 116:3, 116:8,
116:19, 117:5, 163:14
**proceeded** [5] - 5:12,
39:13, 51:7
**proceeding** [4] - 28:8,
28:25, 53:1, 71:6
**proceedings** [2] -
182:4, 182:8
**Proceedings** [3] - 2:1,
159:13, 180:17
**proceeds** [1] - 34:17
**process** [29] - 13:20,
16:25, 17:2, 30:23, 40:7,
64:18, 65:16, 65:25,
71:12, 72:12, 94:6,
119:3, 119:5, 120:5,
121:22, 122:7, 124:12,
124:13, 126:19, 126:21,
126:22, 130:12, 131:15,
133:15, 134:15, 134:22,
149:18, 171:16, 171:18
**processes** [5] - 46:11,
54:19, 66:21, 82:24, 84:5
**processing** [26] - 4:13,
5:2, 7:19, 20:7, 40:17,
49:8, 49:13, 52:16,
118:21, 132:21, 134:24,
135:20, 139:11, 140:9,
147:4, 147:16, 150:6,
150:10, 150:14, 151:16,
151:20, 157:14, 159:16,
161:13
**Processing** [14] - 41:1,
41:2, 68:22, 70:10,
70:13, 70:14, 70:16,
70:17, 118:13, 118:14,
118:17, 171:17, 171:19
**Processing's** [1] - 69:8
**processors** [1] - 128:24
**produce** [2] - 9:21, 24:8
**produced** [1] - 52:19
**product** [19] - 22:25,
43:23, 117:14, 129:22,
135:18, 136:8, 136:16,
137:16, 137:18, 140:1,
140:23, 141:24, 141:25,
145:17, 155:4, 155:23,
172:9, 173:12, 173:14
**production** [43] - 4:2,

5:18, 6:5, 6:10, 6:17,
6:19, 6:22, 6:25, 7:2,
8:25, 9:4, 9:5, 9:7,
12:14, 13:14, 16:19,
20:25, 22:15, 23:15,
26:9, 27:17, 27:18, 30:3,
40:20, 41:5, 41:9, 41:15,
43:23, 47:11, 47:13,
50:20, 59:17, 59:18,
60:13, 71:16, 72:4, 75:2,
75:15, 84:10, 84:12,
92:9, 92:19, 172:17
**Production** [2] - 41:2,
41:14
**productive** [2] - 95:22,
103:4
**products** [4] - 129:5,
140:9, 141:18, 171:8
**professional** [2] -
164:4, 168:3
**professionally** [2] -
167:25, 168:6
**profit** [1] - 83:20
**program** [7] - 22:4,
133:23, 166:14, 166:18,
166:19, 173:10
**Program** [2] - 117:13,
117:14
**programs** [5] - 165:23,
165:24, 166:1, 166:24
**prohibit** [1] - 82:18
**project** [1] - 13:6
**promise** [1] - 109:25
**promised** [1] - 115:11
**promote** [1] - 166:15
**promoted** [5] - 166:7,
166:19, 167:2, 167:3,
168:11
**promptly** [1] - 179:21
**pronged** [1] - 119:19
**proof** [1] - 91:6
**proper** [3] - 22:18, 43:9,
63:7
**properly** [1] - 85:17
**protect** [2] - 173:11,
173:12
**protected** [1] - 172:22
**Protecting** [1] - 139:17
**protection** [4] - 27:18,
140:23, 141:7, 175:9
**protective** [7] - 49:2,
52:3, 83:8, 97:17, 107:6,
135:13, 172:24
**protects** [1] - 141:24
**prove** [8] - 86:17, 86:24,
88:25, 89:9, 90:12,
90:23, 106:6, 113:25
**proven** [1] - 98:4
**provide** [2] - 47:14,
177:10

**provided** [5] - 7:21,
40:15, 57:19, 77:7,
142:21
**providing** [1] - 142:23
**public** [1] - 101:15
**pull** [2] - 88:10, 89:18
**pulled** [1] - 67:16
**puller** [2] - 137:15,
138:2
**pulling** [1] - 72:20
**pump** [1] - 126:3
**purchased** [1] - 118:7
**Purchasing** [1] - 173:20
**purporting** [1] - 87:6
**purports** [1] - 50:3
**purpose** [6] - 49:6,
86:3, 120:4, 139:14,
141:22, 142:23
**purposes** [4] - 3:24,
28:4, 78:6, 115:12
**pursuant** [1] - 56:9
**put** [60] - 26:11, 39:24,
46:3, 53:3, 53:4, 62:20,
63:1, 64:23, 65:20,
69:19, 73:2, 76:7, 77:6,
78:8, 82:3, 82:10, 82:21,
92:8, 92:9, 92:13, 92:20,
93:17, 94:21, 108:14,
109:9, 111:11, 116:17,
119:21, 120:21, 120:24,
121:7, 126:24, 127:17,
129:25, 138:14, 141:13,
144:10, 146:14, 147:13,
147:14, 147:17, 149:23,
149:25, 150:1, 150:3,
150:7, 150:16, 150:18,
150:20, 151:4, 151:22,
151:23, 152:6, 155:18,
155:20, 156:22, 156:23,
157:13
**Puts** [1] - 32:1
**puts** [5] - 21:11, 27:15,
27:16, 32:2, 96:15
**putting** [16] - 19:14,
22:10, 23:1, 37:20, 51:4,
67:16, 77:21, 88:12,
100:8, 108:10, 137:16,
137:18, 150:21, 151:3,
156:2, 174:23

## Q

**QA** [11] - 118:6, 118:10,
118:18, 170:18, 172:19,
173:7, 173:8, 173:9,
173:10, 173:13, 173:15
**qualifications** [1] -
53:16
**qualified** [2] - 33:1,

54:1
**qualify** [1] - 53:16
**Quality** [5] - 117:10, 117:11, 117:14, 117:17, 159:14
**quantifying** [2] - 4:5, 32:9
**quantities** [1] - 159:25
**quantity** [1] - 159:25
**quarters** [1] - 129:1
**questions** [14] - 3:7, 38:23, 48:24, 49:24, 53:21, 53:22, 54:6, 69:14, 84:16, 99:16, 156:10, 161:15, 174:25, 178:1
**queue** [2] - 18:17, 52:12
**quick** [4] - 96:18, 126:22, 130:9, 162:1
**quickly** [7] - 59:4, 68:2, 68:8, 68:9, 68:10, 109:19, 166:10
**quite** [12] - 20:4, 21:5, 29:19, 31:18, 60:22, 62:25, 92:16, 92:22, 93:16, 107:19, 114:23, 119:16
**quote** [2] - 86:16, 98:20

**R**

**rack** [15] - 8:14, 14:19, 34:20, 47:7, 51:7, 51:11, 62:20, 65:4, 65:12, 65:15, 105:7, 105:8, 148:9, 148:13, 148:14
**rack's** [1] - 65:16
**racks** [1] - 64:23
**Radwin** [22] - 2:4, 2:12, 2:15, 7:16, 10:12, 38:25, 50:6, 54:10, 67:24, 69:21, 69:25, 71:15, 73:25, 78:2, 79:2, 86:1, 87:2, 89:11, 93:18, 95:4, 105:18, 105:19
**RADWIN** [2] - 2:6, 181:4
**Radwin's** [3] - 53:9, 90:6, 98:6
**raised** [2] - 95:18, 110:4
**raising** [1] - 99:4
**Rakin's** [1] - 105:17
**ran** [1] - 70:22
**random** [4] - 11:19, 11:24, 12:12, 12:6, 24:8, 24:10, 27:11, 27:12, 27:13, 30:11, 30:14
**randomized** [1] - 32:11
**randomly** [3] - 15:11, 24:12, 80:4

**rate** [2] - 29:10, 80:4
**rather** [5] - 5:8, 44:4, 53:4, 77:5, 106:25
**raw** [1] - 155:4
**Re** [1] - 96:20
**re** [2] - 124:6, 124:9
**re-hang** [1] - 124:9
**re-hanger** [1] - 124:6
**reach** [1] - 141:17
**reactive** [1] - 167:23
**read** [7] - 7:12, 7:14, 9:24, 49:25, 63:15, 63:19, 95:2, 95:3, 102:2, 107:19, 113:9
**reader** [1] - 44:12
**reading** [1] - 40:22
**ready** [10] - 23:7, 50:5, 110:1, 116:3, 129:23, 153:10, 153:14, 153:16, 155:22, 161:4
**Real** [2] - 38:23, 103:4
**real** [3] - 15:5, 15:7, 108:3
**realistic** [1] - 51:13
**reality** [1] - 106:4
**Really** [1] - 100:23
**really** [29] - 46:7, 53:11, 60:2, 88:3, 100:22, 105:20, 107:13, 107:18, 109:10, 109:12, 112:8, 113:16, 116:13, 116:16, 130:19, 135:18, 136:21, 141:15, 142:7, 143:11, 147:1, 150:12, 162:23, 165:16, 167:21, 168:4, 176:21
**rearranged** [2] - 4:2
**reason** [8] - 29:6, 31:8, 98:14, 132:9, 167:13, 171:25, 173:13, 173:14
**reasonable** [3] - 86:19, 86:22, 113:10
**reasonably** [1] - 178:24
**reasoned** [1] - 180:11
**reasons** [8] - 49:10, 50:13, 64:8, 64:13, 74:12, 81:18, 88:14, 116:2
**receive** [6] - 153:14, 153:17, 154:4, 155:22, 156:7, 171:17
**received** [2] - 95:6, 131:12
**receiving** [3] - 9:12, 118:23, 118:24
**recent** [2] - 92:21, 96:20
**recess** [5] - 48:20, 78:22, 116:18, 160:25
**Recess** [3] - 48:22, 78:24, 161:3

**recognize** [1] - 106:5
**recognized** [1] - 86:13
**recollection** [2] - 16:20, 17:1
**reconditioned** [1] - 125:15
**reconfigure** [1] - 113:13
**record** [11] - 2:11, 75:9, 85:21, 85:23, 86:10, 87:1, 105:16, 116:2, 116:22, 163:9
**recorded** [1] - 182:3
**records** [3] - 15:13, 22:21, 82:16
**recover** [2] - 86:16, 86:24
**recruiters** [1] - 168:16
**red** [3] - 7:23, 34:2, 37:25
**redirect** [2] - 84:17, 161:16
**redo** [1] - 178:4
**reduce** [2] - 48:6, 49:15
**reduced** [1] - 48:8
**reemphasize** [1] - 90:21
**referred** [1] - 109:16
**referring** [1] - 80:20
**refers** [1] - 92:23
**reflected** [1] - 62:1
**regard** [1] - 105:17
**regarding** [1] - 91:6
**regular** [1] - 108:9
**regulated** [1] - 84:9
**regulations** [1] - 165:20
**regulatory** [1] - 117:13
**Rehang** [1] - 127:11
**rehangers** [1] - 127:15, 127:22
**rehanging** [1] - 127:22
**rehung** [1] - 127:25
**relate** [1] - 89:9
**related** [5] - 49:15, 52:14, 79:4, 85:17, 103:19
**relation** [2] - 75:6, 75:7
**relations** [2] - 167:7, 167:9
**Relations** [1] - 168:16
**relationship** [2] - 167:11, 167:15
**relatively** [3] - 68:7, 84:8, 172:1
**relax** [1] - 179:3
**release** [2] - 61:5, 73:8
**released** [1] - 73:3
**releasing** [1] - 89:14
**relevance** [1] - 169:18
**relevant** [2] - 50:6, 104:24

**relinquished** [1] - 61:20
**remainder** [1] - 169:2
**remained** [1] - 159:8
**remarkable** [2] - 113:3, 113:4
**remedy** [1] - 95:10
**remember** [3] - 72:12, 115:11, 174:23
**Remember** [2] - 16:12, 88:20
**reminded** [1] - 161:25
**reminder** [4] - 172:20, 172:21, 173:6, 173:17
**reminders** [1] - 172:16
**reminds** [1] - 161:23
**remove** [2] - 124:23, 126:4, 128:17, 128:18, 144:6
**removing** [2] - 41:14, 80:22
**rendering** [1] - 83:3
**repeatedly** [1] - 98:12
**repetitive** [1] - 160:23
**rephrase** [2] - 57:11, 73:24
**replace** [2] - 149:11, 149:12
**replaced** [1] - 149:7
**replacement** [1] - 148:21
**replenish** [1] - 149:5
**report** [20] - 2:24, 7:6, 7:12, 7:14, 12:25, 38:25, 40:8, 44:10, 44:11, 45:6, 49:24, 53:9, 53:10, 61:25, 130:20, 131:1, 131:2, 131:4, 131:16, 173:19
**Reported** [1] - 1:22
**reported** [1] - 44:13
**Reporter** [1] - 182:16
**REPORTER'S** [1] - 182:1
**reports** [1] - 173:20
**represent** [3] - 6:21, 10:9, 34:1
**representation** [1] - 32:12
**representative** [3] - 29:14, 40:11, 40:21
**represented** [2] - 43:4, 45:22
**represents** [7] - 10:6, 33:21, 33:24, 36:5, 37:18, 37:25, 67:18
**reprocessing** [1] - 125:17
**reproduce** [1] - 19:2
**request** [2] - 14:1, 54:24

**require** [10] - 81:1, 81:2, 81:13, 137:21, 138:9, 151:21, 157:7, 157:10, 159:8, 159:10
**required** [80] - 49:4, 52:11, 55:8, 55:12, 55:13, 55:14, 55:15, 55:17, 55:18, 56:6, 56:20, 56:22, 56:23, 57:15, 57:17, 58:3, 63:14, 73:14, 73:16, 79:6, 81:14, 89:24, 89:25, 90:3, 90:14, 90:17, 91:22, 107:20, 107:25, 108:2, 135:13, 135:20, 136:10, 136:11, 136:16, 136:18, 138:6, 138:15, 138:16, 138:17, 138:18, 138:19, 138:23, 139:1, 139:3, 139:6, 139:8, 139:9, 141:20, 142:11, 142:12, 144:15, 145:10, 149:6, 150:19, 152:11, 152:15, 152:19, 154:12, 154:18, 154:20, 155:16, 156:3, 156:6, 156:13, 156:22, 157:17, 157:19, 158:7, 158:9, 158:13, 172:12, 172:15, 173:18, 174:4, 177:7, 177:9
**requirement** [3] - 157:1, 157:22, 159:4
**requirements** [6] - 136:21, 155:11, 157:3, 158:1, 158:3, 159:6
**requiring** [1] - 102:15
**research** [3] - 3:12, 96:5, 96:6
**reside** [2] - 2:15, 2:16
**resistant** [2] - 136:18, 136:25
**resolution** [1] - 95:8
**Resource** [1] - 117:22
**Resources** [20] - 118:2, 164:1, 164:2, 164:25, 166:8, 167:3, 167:5, 167:6, 167:16, 167:19, 167:21, 168:4, 168:8, 168:12, 168:13, 168:18, 174:15, 175:25
**respect** [17] - 23:16, 33:2, 40:24, 53:24, 93:17, 118:20, 133:16, 136:5, 142:14, 152:18, 157:8, 159:2, 159:4, 173:23, 174:7, 174:10, 177:12
**response** [2] - 88:7, 88:9

**responsibilities** [1] - 173:9
**responsibility** [1] - 173:8
**responsible** [1] - 166:12
**rest** [5] - 8:23, 8:24, 123:13, 132:25, 156:13
**restaurant** [3] - 87:9, 87:11, 87:12
**restrict** [1] - 83:23
**restricted** [1] - 84:8
**restroom** [24] - 15:18, 15:22, 15:25, 16:1, 16:3, 17:23, 18:6, 18:8, 18:11, 18:14, 27:20, 35:8, 35:10, 35:12, 35:14, 35:16, 36:12, 36:13, 36:14, 36:15, 42:7, 50:22, 154:1
**restrooms** [3] - 8:24, 15:24, 58:9
**rests** [1] - 85:4
**results** [1] - 40:8
**resume** [1] - 48:20
**retired** [1] - 170:6
**retract** [1] - 101:6
**retrieval** [1] - 39:21
**retrieve** [2] - 38:4, 39:20
**returned** [1] - 32:15
**returning** [1] - 30:6
**review** [1] - 96:18
**rewarding** [1] - 168:6
**rides** [1] - 147:24
**right-hand** [2] - 42:19, 42:23
**rinse** [4] - 126:16, 153:5, 154:15, 155:20
**riser** [1] - 111:10
**ROBERT** [2] - 2:6, 181:4
**Robert** [1] - 2:12
**role** [1] - 168:1
**rolling** [1] - 20:9
**room** [31] - 9:9, 9:10, 9:11, 9:19, 9:20, 10:6, 14:24, 15:18, 19:5, 19:19, 20:14, 20:18, 31:7, 31:24, 34:25, 35:2, 39:20, 45:20, 47:6, 66:4, 67:23, 74:13, 78:7, 109:10, 109:18, 121:14, 121:15, 147:12, 148:25, 158:22
**Room** [4] - 1:23, 36:18, 65:12, 173:21
**rooms** [2] - 8:23, 8:24
**rough** [1] - 9:19
**Roughly** [1] - 169:21

**row** [1] - 42:16
**Roy** [2] - 98:15, 98:24
**RPR** [1] - 1:22
**rubber** [4] - 49:9, 123:7, 136:17, 151:23
**rule** [7] - 65:20, 66:8, 66:13, 97:19, 146:8, 147:19, 175:3
**Rule** [1] - 116:1
**rules** [7] - 46:22, 66:21, 99:7, 99:10, 130:25, 165:20, 173:11
**ruling** [2] - 180:6, 180:11
**run** [8] - 29:15, 83:21, 110:19, 128:25, 130:20, 135:5, 139:22
**running** [1] - 101:19, 170:24, 171:9
**runs** [1] - 112:21
**rural** [1] - 176:8

## S

**saddle** [1] - 128:23
**safe** [2] - 125:14, 172:22
**safety** [18] - 27:15, 49:18, 49:20, 101:15, 137:16, 137:19, 137:21, 138:5, 139:16, 139:25, 140:3, 140:5, 140:17, 140:20, 165:25, 178:5
**Safety** [2] - 117:13, 139:17
**sale** [1] - 129:5
**Salisbury** [1] - 110:21
**sample** [5] - 13:4, 40:21, 70:17, 80:4, 104:18
**sampled** [2] - 70:7, 70:15
**Sanderson** [1] - 89:3
**sanitary** [1] - 21:4
**sanitation** [4] - 28:4, 132:22, 133:23, 169:7
**sanitize** [9] - 25:15, 28:25, 30:18, 74:8, 74:9, 100:4, 151:12, 153:10, 158:7
**sanitized** [1] - 74:2
**sanitizer** [2] - 152:12, 152:16
**sanitizing** [18] - 2:22, 4:23, 5:6, 6:14, 9:3, 16:21, 22:2, 24:23, 52:15, 52:22, 58:14, 60:18, 60:20, 62:7, 71:14, 88:2, 153:7, 156:2

**sat** [1] - 78:7
**satisfactory** [1] - 43:8
**Saturdays** [1] - 134:22
**saw** [21] - 21:12, 23:4, 27:25, 37:22, 45:3, 52:17, 61:3, 67:20, 72:17, 73:1, 75:5, 92:12, 92:15, 94:21, 104:7, 115:9, 137:2, 137:4, 137:10, 144:21, 145:5
**saws** [2] - 128:2, 137:2
**scald** [1] - 123:3
**scalders** [2] - 123:3, 123:5
**scale** [4] - 9:10, 9:13, 10:3, 10:5
**scene** [1] - 43:21
**schedule** [1] - 134:13
**scheduled** [16] - 131:3, 131:4, 131:6, 131:9, 131:11, 131:13, 132:1, 132:2, 132:7, 132:12, 134:13, 134:23, 171:2, 171:10, 178:24
**school** [3] - 44:9, 110:16, 164:22
**Science** [3] - 117:21, 164:6, 164:20
**science** [2] - 16:10, 117:21
**scissors** [5] - 129:16, 136:22, 136:23, 136:25, 138:12
**Scissors** [1] - 136:24
**scoop** [1] - 137:18
**scrawler** [1] - 174:22
**screen** [9] - 7:18, 8:4, 12:17, 31:13, 33:12, 34:13, 34:15, 34:18, 36:3
**seat** [1] - 104:12
**seated** [2] - 116:21, 163:8
**second** [38] - 7:16, 14:17, 16:14, 21:2, 21:3, 21:24, 24:2, 24:3, 29:6, 29:14, 32:20, 34:7, 35:9, 37:2, 42:11, 43:17, 53:15, 56:2, 69:25, 86:21, 93:17, 95:2, 95:3, 99:14, 108:13, 110:13, 112:10, 122:6, 133:9, 133:16, 138:11, 148:1, 148:20, 169:1, 169:7, 170:22, 170:23
**Second** [2] - 41:2, 170:23
**secondly** [1] - 4:1
**seconds** [1] - 122:23
**secretary** [1] - 103:22
**section** [1] - 128:20

**security** [1] - 148:6
**see** [104] - 8:2, 8:9, 9:13, 10:3, 12:16, 14:8, 14:14, 14:17, 15:8, 15:24, 17:13, 18:2, 18:8, 18:13, 19:13, 19:20, 20:11, 21:5, 21:11, 22:2, 22:5, 23:1, 23:13, 24:15, 24:24, 25:9, 25:12, 25:14, 25:17, 26:1, 26:7, 26:16, 26:17, 27:15, 27:17, 29:11, 29:20, 29:25, 30:21, 31:5, 31:13, 31:18, 32:3, 33:12, 33:18, 34:12, 34:14, 34:15, 34:16, 34:17, 35:6, 35:17, 36:10, 36:23, 37:7, 37:17, 38:13, 69:20, 69:22, 70:1, 70:4, 74:23, 92:8, 96:6, 98:16, 98:19, 99:12, 101:22, 103:2, 103:17, 103:18, 103:22, 106:23, 106:25, 109:8, 112:18, 113:25, 120:2, 130:10, 133:9, 134:16, 134:19, 134:25, 135:6, 135:9, 144:24, 145:18, 145:20, 145:22, 146:12, 146:14, 146:23, 147:1, 147:11, 162:8, 167:24, 170:6, 171:24, 175:11, 176:1, 176:4, 176:6, 176:9, 176:25
**See** [2] - 105:3, 110:3
**seeing** [2] - 98:6, 106:16
**seeking** [1] - 96:17
**seem** [2] - 93:21, 176:3
**seemingly** [1] - 94:6
**sees** [2] - 152:21, 173:13
**segment** [1] - 38:3
**selected** [3] - 11:19, 15:11, 30:11
**send** [2] - 125:16, 129:24
**seniors** [2] - 44:1, 80:6
**sense** [11] - 10:2, 12:6, 17:6, 17:22, 75:6, 107:5, 107:21, 108:4, 113:12, 139:17, 179:3
**sent** [2] - 129:19, 130:2
**sentence** [1] - 89:20
**sentencing** [3] - 178:23, 179:2, 180:3
**separate** [2] - 96:16, 113:15, 120:18
**separately** [2] - 13:18, 97:6

**separates** [1] - 123:13
**September** [1] - 118:17
**sequence** [3] - 34:21, 35:13, 36:18
**series** [3] - 123:5, 124:22, 167:20
**seriously** [2] - 104:23, 113:16
**served** [1] - 16:10
**service** [2] - 143:8, 143:25
**Service** [1] - 118:10
**session** [2] - 173:22, 177:13
**set** [14] - 7:16, 19:7, 21:1, 21:2, 26:12, 33:18, 43:2, 66:23, 98:24, 99:6, 99:10, 123:24, 128:25, 148:20
**seven** [1] - 86:7
**Seven** [3] - 39:4, 42:1, 70:15
**several** [3] - 33:17, 41:7, 41:8, 47:23
**shackle** [6] - 119:15, 119:16, 119:19, 119:20, 122:18, 127:18
**shackles** [6] - 121:8, 122:20, 123:21, 124:3, 127:17
**Shall** [1] - 2:2
**shall** [3] - 2:3, 107:21, 116:3
**shape** [2] - 178:20
**share** [1] - 147:24
**shift** [81] - 6:6, 6:21, 10:22, 10:23, 11:1, 11:17, 13:2, 16:8, 23:24, 30:9, 30:17, 31:14, 33:12, 34:1, 34:2, 35:5, 37:6, 37:23, 38:1, 42:10, 42:11, 44:15, 44:18, 45:10, 45:25, 52:17, 52:18, 62:4, 62:9, 64:9, 66:10, 66:14, 75:7, 76:5, 79:3, 98:11, 99:9, 100:13, 110:13, 132:22, 132:23, 133:4, 133:6, 133:9, 133:14, 133:16, 133:19, 133:22, 134:1, 137:24, 143:10, 147:23, 148:1, 148:2, 148:16, 161:13, 166:8, 167:3, 168:8, 168:23, 169:1, 169:3, 169:7, 169:12, 169:13, 170:14, 170:22, 170:23, 174:16, 177:15
**Shift** [1] - 168:7
**shifts** [5] - 10:20, 16:18, 16:21, 32:11,

108:5, 110:5, 110:6,
132:20, 132:21, 133:1,
147:24, 167:5, 167:6
**shipping** [1] - 170:17
**shirt** [1] - 31:23
**shoe** [2] - 32:1, 32:2
**shoes** [5] - 31:1, 78:8,
109:16, 146:19, 175:19
**shopping** [2] - 176:5,
176:7
**short** [6] - 50:2, 50:7,
64:24, 111:18, 179:18,
179:22
**shorter** [4] - 20:2,
160:21, 160:24
**shortest** [1] - 70:6
**shorthand** [1] - 5:8
**shortly** [2] - 8:10,
179:21
**shorts** [1] - 108:21
**show** [35] - 7:25, 8:8,
8:9, 9:9, 11:16, 12:9,
13:3, 13:4, 13:18, 16:4,
17:24, 19:12, 21:21,
22:7, 23:22, 23:24, 24:1,
24:16, 31:18, 32:14,
33:10, 33:23, 34:11,
36:18, 36:19, 44:3, 50:2,
72:9, 86:2, 86:18, 86:21,
100:22, 106:11, 130:21,
147:20
**showed** [11] - 7:9, 8:20,
12:10, 39:11, 51:6,
55:22, 56:15, 82:6,
86:11, 89:2, 94:17
**shower** [2] - 109:5
**showers** [2] - 109:4,
109:6
**showing** [1] - 7:18
**shown** [5] - 8:12, 9:2,
42:24, 43:17, 85:25
**shut** [1] - 134:20
**sic** [1] - 161:9
**side** [7] - 8:3, 8:24,
25:1, 25:4, 42:19,
120:14, 122:1
**side's** [1] - 114:14
**signal** [1] - 15:13
**signals** [1] - 28:12
**signature** [1] - 182:11
**significance** [1] - 41:18
**significant** [5] - 41:23,
44:24, 87:19, 92:13,
162:20
**similar** [10] - 4:11, 7:3,
27:9, 27:23, 27:25,
29:12, 30:10, 54:17,
63:19, 81:18
**simply** [1] - 99:8
**simulation** [1] - 51:13

**single** [2] - 86:4, 125:11
**sink** [4] - 25:14, 25:22,
28:23, 30:17
**sinks** [1] - 68:14
**sit** [4] - 69:6, 69:10,
109:9, 173:2
**site** [2] - 130:19, 144:23
**sitting** [2] - 52:9, 103:5
**situation** [4] - 61:23,
88:21, 94:15, 103:17
**six** [4] - 27:13, 107:24,
111:12, 179:11
**sixth** [1] - 27:12
**size** [4] - 9:11, 9:16,
20:1, 148:18
**sizes** [1] - 127:11
**sleep** [1] - 11:3
**sleeve** [2] - 141:18,
141:20
**sleeves** [6] - 140:22,
140:23, 140:25, 141:2,
141:11, 141:21
**slides** [1] - 11:14
**slightly** [1] - 41:19
**slipped** [1] - 109:19
**slippery** [1] - 141:9
**slow** [3] - 33:15, 64:3,
163:20
**slowed** [2] - 15:5, 29:9
**small** [6] - 8:12, 15:12,
70:18, 88:5, 88:11,
103:18
**smaller** [1] - 172:1
**smart** [1] - 112:9
**smock** [68] - 6:4, 6:8,
14:19, 14:20, 15:16,
18:13, 20:16, 20:17,
31:17, 34:20, 34:22,
35:7, 39:15, 39:16,
39:17, 39:24, 40:3,
46:20, 47:9, 51:6, 55:16,
62:20, 63:10, 63:12,
65:4, 65:17, 65:18,
65:19, 65:24, 66:3,
76:20, 76:22, 76:25,
77:4, 77:6, 77:11, 77:13,
77:18, 110:19, 135:16,
141:22, 141:23, 141:24,
142:1, 142:4, 142:6,
142:9, 142:17, 143:3,
149:25, 157:11, 157:12,
157:15, 157:17, 158:17,
158:22, 176:17, 176:22,
176:24, 176:25, 177:1
**smocks** [23] - 8:15,
18:6, 18:7, 47:7, 51:7,
53:5, 57:6, 61:21, 62:20,
64:23, 65:5, 65:6, 66:16,
77:21, 79:17, 79:21,
79:23, 80:2, 92:2, 148:9,

148:13, 149:15, 149:17
**smoking** [1] - 154:3
**snack** [1] - 154:2
**sneaker** [1] - 109:20
**sneakers** [2] - 109:15,
111:19
**snippets** [1] - 50:4
**soap** [1] - 28:4
**softens** [1] - 123:4
**software** [5] - 32:17,
33:6, 33:13, 70:22, 70:23
**Solutions** [1] - 96:20,
97:15
**Someone** [1] - 137:24
**someone** [6] - 24:11,
105:21, 140:10, 152:21,
172:23, 173:7
**Something's** [1] -
102:19
**something's** [1] -
102:22
**sometime** [6] - 62:25,
154:9, 160:4, 166:7,
169:13, 180:1
**sometimes** [11] - 6:7,
8:15, 39:18, 45:23,
45:25, 55:21, 60:12,
72:20, 73:1, 160:6,
177:14
**Sometimes** [7] - 57:5,
57:7, 60:10, 60:11,
146:23, 177:16
**somewhere** [1] - 45:2
**soon** [4] - 66:4, 71:1,
72:19, 134:3
**sorry** [21] - 12:19,
53:21, 58:17, 59:10,
61:12, 72:6, 96:8, 99:15,
100:19, 117:24, 120:2,
124:5, 124:14, 136:6,
139:10, 151:2, 163:4,
165:1, 169:14, 169:16,
170:9
**Sorry** [2] - 7:16, 129:9
**sort** [7] - 5:8, 96:15,
106:17, 119:21, 128:9,
136:17, 145:14
**sought** [1] - 96:23
**sound** [1] - 101:13
**sounded** [1] - 59:6
**sounds** [4] - 32:22,
94:21, 169:22, 171:13
**South** [3] - 164:10,
164:17, 164:18
**Southern** [1] - 59:8
**space** [1] - 4:3
**special** [1] - 151:6
**species** [1] - 114:22
**specific** [2] - 157:7,
157:10

**specifically** [15] - 46:24,
60:15, 61:15, 74:4,
74:22, 75:4, 79:15, 81:5,
94:3, 94:15, 95:21,
115:21, 152:25, 161:24,
161:25
**sped** [2] - 15:5, 29:9
**speed** [3] - 17:19,
17:21, 34:25
**spelling** [2] - 2:11,
116:22
**spend** [5] - 7:23, 30:5,
67:19, 75:24, 130:6
**spent** [3] - 4:21, 80:14,
93:2
**splashing** [1] - 25:15
**spoken** [1] - 112:23
**spot** [2] - 24:10, 121:2
**spray** [1] - 153:3
**Spray** [1] - 153:5
**spreadsheet** [2] -
39:12, 93:6
**spring** [1] - 44:3
**Square** [1] - 109:11
**stage** [1] - 96:22
**stainless** [1] - 152:6
**stairs** [1] - 8:6
**stamp** [2] - 20:8, 20:10
**stand** [8] - 2:8, 29:19,
38:22, 78:22, 109:14,
161:23, 163:5, 179:7
**standard** [7] - 42:13,
98:9, 98:14, 98:24, 99:5,
101:23, 108:19
**Standards** [1] - 85:20
**standards** [1] - 117:15
**standing** [8] - 18:17,
19:25, 25:13, 25:18,
29:17, 30:4, 46:20,
140:14
**stands** [3] - 18:23,
18:24, 18:25
**Start** [1] - 98:10
**start** [109] - 2:2, 2:19,
6:2, 6:6, 6:15, 7:1,
11:11, 11:16, 11:17,
14:11, 16:8, 17:9, 23:24,
24:3, 24:17, 27:1, 27:2,
28:13, 30:10, 33:11,
34:1, 34:2, 34:16, 35:5,
35:15, 35:17, 37:3, 37:6,
37:8, 37:10, 38:1, 38:9,
39:14, 39:18, 39:19,
42:10, 44:15, 44:16,
45:10, 45:25, 47:10,
47:25, 50:18, 50:25,
52:17, 55:4, 56:3, 56:13,
56:14, 59:17, 59:19,
62:9, 62:19, 64:6, 64:8,
65:19, 66:3, 66:9, 67:15,

67:17, 70:21, 71:1,
72:12, 72:20, 72:21,
75:2, 75:7, 75:9, 82:21,
84:14, 87:14, 98:13,
99:9, 102:13, 110:5,
131:4, 131:6, 131:9,
131:11, 131:13, 131:25,
132:1, 132:2, 132:3,
132:6, 132:24, 132:25,
133:3, 133:10, 133:11,
133:13, 134:1, 134:2,
134:3, 147:21, 150:21,
151:3, 155:16, 165:5,
171:3, 171:4, 171:17,
171:19, 171:25, 172:2,
179:2
**started** [23] - 10:21,
20:8, 25:5, 39:15, 39:23,
54:15, 62:4, 62:18,
62:23, 65:3, 65:7, 66:14,
67:16, 71:16, 76:2,
81:22, 110:9, 118:6,
118:8, 165:7, 165:10,
179:20
**starting** [4] - 40:16,
44:7, 83:8, 150:11
**starts** [11] - 13:13,
37:20, 44:21, 50:19,
73:9, 87:11, 89:23, 95:5,
148:1, 148:2, 157:2
**state** [1] - 73:24
**States** [2] - 4:8, 164:21
**states** [1] - 86:16
**STATES** [1] - 1:1
**stating** [3] - 2:10,
116:22, 163:9
**station** [19] - 21:23,
24:14, 24:18, 27:4,
27:19, 29:4, 29:25, 30:2,
30:4, 30:13, 30:17,
37:13, 38:2, 125:19,
131:17, 148:20, 153:11,
171:8, 172:9
**stationed** [4] - 11:18,
11:21, 12:17, 30:13
**stations** [6] - 6:20, 30:6,
151:24, 152:1, 152:24,
153:1, 171:7
**statistical** [3] - 41:17,
42:21, 43:7
**statistically** [2] - 41:22,
43:8
**stay** [6] - 23:7, 29:19,
84:20, 127:5, 135:4,
171:20
**staying** [2] - 21:8, 170:4
**steel** [6] - 135:17,
135:25, 144:24, 152:6,
159:19, 175:19
**Steiner** [1] - 107:4

stenographically [1] -
182:4
step [2] - 5:15, 161:18
steps [1] - 22:19
still [18] - 22:24, 24:21,
26:9, 26:14, 26:18,
31:25, 56:13, 65:11,
65:19, 66:11, 72:15,
72:16, 73:8, 87:10,
103:9, 106:24, 122:17,
124:3
STINE [104] - 9:25,
53:14, 54:1, 54:9, 59:4,
59:8, 59:11, 72:7, 78:15,
78:18, 79:1, 85:5, 85:8,
85:13, 85:15, 91:2, 91:5,
91:8, 91:11, 91:14,
91:16, 91:19, 91:25,
98:2, 99:18, 99:22,
100:12, 100:17, 100:20,
100:24, 101:2, 101:5,
101:8, 101:11, 101:18,
101:21, 102:1, 102:7,
102:9, 102:12, 103:1,
104:5, 104:14, 104:16,
104:18, 104:21, 105:5,
105:9, 105:13, 106:6,
106:10, 106:13, 106:18,
106:20, 106:22, 107:9,
107:15, 107:17, 108:15,
108:24, 109:5, 109:7,
109:24, 110:8, 110:11,
110:24, 111:2, 111:16,
111:20, 111:25, 112:16,
113:20, 113:25, 114:3,
114:5, 114:10, 114:25,
115:3, 115:6, 115:10,
115:14, 115:17, 115:19,
115:24, 116:5, 116:8,
116:12, 116:14, 162:7,
162:25, 163:2, 178:11,
178:13, 178:15, 178:17,
178:21, 179:6, 179:10,
179:12, 179:14, 179:19,
179:24, 180:13, 181:6
Stine [16] - 1:18, 72:6,
78:14, 85:7, 90:24,
92:23, 93:12, 93:16,
96:12, 98:1, 104:25,
115:21, 134:20, 161:23,
178:4, 178:9
stipulate [1] - 16:17
stop [11] - 16:14, 17:9,
18:19, 25:3, 29:6, 32:7,
50:8, 51:25, 76:9, 76:16,
76:20
stopped [11] - 20:11,
20:12, 23:8, 28:22,
38:11, 76:13, 76:15,
77:23, 78:7, 78:10, 110:7

stopping [1] - 21:24
stops [5] - 26:19, 30:2,
36:21, 36:22, 89:13
storage [2] - 90:2,
155:2
store [8] - 20:21, 76:10,
90:4, 129:23, 142:19,
145:6, 157:24, 177:7
stored [14] - 57:15,
57:17, 57:18, 57:20,
57:23, 89:24, 90:1,
91:22, 107:20, 107:24,
108:1, 144:23, 158:14
storing [2] - 57:24,
57:25
stow [6] - 30:20, 31:3,
53:4, 61:14, 61:16, 79:12
stowage [2] - 76:25,
77:1
stowed [3] - 31:18,
38:12, 61:4
stowing [2] - 38:11,
61:1
Stows [1] - 32:2
straight [1] - 11:2
Street [1] - 1:23
street [2] - 12:15, 32:1,
32:2, 109:16, 141:24,
141:25
stride [4] - 77:3, 77:13,
151:9, 151:10
strikes [1] - 102:13
string [2] - 48:12, 52:11
strings [1] - 19:8,
19:25, 20:2, 25:19
stroke [1] - 35:19
struck [1] - 109:10
structure [1] - 46:4
struggling [1] - 114:12
student [3] - 44:6, 44:8,
80:6
students [9] - 10:16,
43:25, 44:1, 44:3, 44:4,
70:23, 80:13, 106:2,
116:11
studied [14] - 6:6, 6:13,
20:6, 24:16, 25:6, 40:14,
41:9, 54:20, 66:13, 81:5,
81:14, 82:22, 83:2, 94:10
studies [14] - 3:12,
3:17, 3:20, 4:11, 20:7,
32:18, 32:25, 44:8, 48:9,
49:13, 52:19, 53:18,
54:15, 80:13
study [92] - 2:21, 3:16,
3:17, 5:13, 5:23, 6:11,
7:21, 21:21, 23:16,
26:23, 33:9, 34:6, 40:25,
41:16, 43:19, 45:22,

45:23, 47:1, 50:9, 50:13,
50:14, 50:18, 50:22,
50:24, 51:5, 51:10,
52:18, 54:2, 54:16,
54:17, 54:24, 55:1,
55:11, 56:1, 56:11,
57:16, 57:20, 57:22,
58:4, 58:6, 58:7, 59:22,
59:23, 60:1, 60:2, 60:22,
60:24, 61:18, 62:18,
63:20, 64:1, 65:4, 65:7,
65:13, 65:18, 66:6,
66:11, 66:16, 66:17,
66:20, 66:22, 66:23,
67:2, 67:4, 67:7, 68:16,
70:20, 73:10, 73:20,
73:25, 75:5, 75:22,
75:25, 76:1, 76:24,
77:19, 78:6, 79:9, 79:15,
79:22, 80:8, 80:9, 80:10,
81:19, 82:6, 82:18, 83:5,
83:6, 89:11, 113:9
studying [3] - 4:5,
33:25, 79:24
stuff [15] - 73:2, 89:7,
90:6, 98:5, 102:20,
102:23, 108:17, 108:23,
109:1, 109:22, 110:16,
110:17, 113:8, 144:10,
144:23
stunned [4] - 120:8,
120:10, 121:16, 121:17
stunner [2] - 120:20,
121:18
stunning [1] - 122:7
style [1] - 127:18
sub [1] - 114:22
sub-species [1] -
114:22
subbed [1] - 169:6
subcontracted [1] -
169:8
Subject [1] - 85:2
subject [1] - 20:9
substantial [1] - 63:22
subtract [4] - 35:12,
38:6, 38:7, 82:16
subtracted [4] - 34:10,
36:9, 42:6, 71:22
subtractions [1] - 58:8
sufficient [4] - 8:1,
9:14, 23:10, 162:19
suggest [2] - 48:7,
179:4
suggested [2] - 95:24,
134:20
suggesting [1] - 93:18
suggestion [2] - 46:7,
178:7
suit [3] - 109:25, 110:2,

111:11
sum [1] - 43:18
summarized [1] - 42:15
summarizes [1] - 42:9
Summary [1] - 88:8
summary [4] - 88:14,
88:15, 96:22, 97:10
summer [1] - 94:20
summertime [1] -
108:20
Sunday [1] - 135:7
Sundays [1] - 134:23
sundry [1] - 98:7
Superintendent [1] -
118:13
supermarket [2] -
176:16, 176:21
supermarkets [1] -
175:24
Supervisor [1] - 118:11
supervisor [10] - 14:8,
24:13, 132:4, 132:7,
132:15, 132:17, 149:13,
172:18, 173:1, 173:15
supervisors [6] -
100:25, 101:4, 130:20,
172:25, 173:2, 174:24
supplement [1] -
162:22
supplies [2] - 8:17,
133:24
Supply [4] - 36:18,
52:13, 65:11, 173:20
supply [13] - 5:19, 8:15,
18:17, 18:18, 19:5,
19:19, 20:14, 45:20,
62:13, 66:5, 148:24,
148:25, 158:22
support [3] - 40:17,
40:24, 166:21
Support [9] - 41:3,
41:8, 41:10, 41:14,
41:15, 41:20, 41:22
supposed [2] - 144:8,
171:4
Supreme [4] - 93:19,
112:24, 113:3, 113:4
suspect [1] - 31:7
suspected [1] - 29:8
suspended [2] - 120:1,
124:1
sustain [2] - 91:3, 113:4
sustained [2] - 114:20,
114:23
SV [1] - 68:24
sweatshirt [2] - 14:12,
16:13
sweaty [1] - 81:17
swipe [13] - 14:22, 47:2,
47:8, 47:10, 47:13,

47:17, 47:25, 100:7,
100:10, 130:18, 130:24,
130:25, 131:1
swiped [2] - 31:19,
130:21
swiping [1] - 101:5
sworn [1] - 163:5
SWORN [3] - 2:6,
116:20, 163:6
synchronized [1] -
34:16
system [4] - 84:1,
127:6, 127:7, 174:21

## T

Table [8] - 42:3, 42:9,
43:17, 45:7, 45:8, 62:1,
67:23, 70:15
table [11] - 11:24,
19:25, 42:3, 50:10, 51:2,
51:12, 52:9, 53:4, 63:21,
67:21
tables [2] - 127:12,
128:3
take-home [1] - 98:4
tall [1] - 24:19
taller [1] - 20:3
tanning [2] - 108:22,
111:4
Tape [1] - 51:24
tape [2] - 72:8, 72:17,
98:3
tardy [3] - 131:14,
172:7, 172:10
task [3] - 33:5, 62:3,
128:9
tasks [1] - 44:2
teacher [1] - 101:17
tech [1] - 44:7
technician [5] - 172:19,
173:7, 173:8, 173:13,
173:15
technicians [1] - 173:9
telephone [1] - 103:4
Ten [1] - 78:15
ten [11] - 32:25, 48:20,
65:17, 65:21, 65:22,
121:5, 153:18, 153:21,
153:24, 161:1, 164:21
ten-minute [1] - 153:18
tenders [1] - 128:19
tenses [1] - 107:10
tenth [1] - 41:21
term [7] - 54:12, 54:18,
54:19, 54:20, 60:6, 60:9,
83:12
terms [8] - 6:13, 54:18,
99:9, 101:15, 133:15,

133:16, 142:6, 147:20
**test** [4] - 43:9, 87:21,
99:14, 103:16
**testified** [2] - 73:15,
82:24
**testify** [1] - 63:18
**testimony** [16] - 49:3,
50:7, 50:19, 54:13,
59:20, 80:17, 83:4, 83:5,
86:11, 89:1, 90:4, 90:6,
94:17, 110:7, 110:11,
178:18
**THE** [276] - 1:1, 1:1, 2:3,
2:7, 2:8, 2:10, 2:12,
7:11, 9:18, 9:23, 10:2,
10:8, 10:11, 13:21,
13:24, 13:25, 14:2, 14:3,
16:9, 16:14, 16:15,
16:16, 16:20, 16:23,
17:2, 17:5, 17:7, 17:13,
17:14, 17:16, 17:17,
17:20, 17:22, 19:18,
19:20, 20:8, 20:10,
20:12, 20:13, 22:1, 22:3,
22:5, 22:7, 22:9, 22:10,
28:12, 28:15, 28:19,
28:22, 28:24, 28:25,
29:2, 29:3, 30:7, 30:8,
31:1, 31:3, 31:5, 31:6,
31:9, 35:18, 35:20,
48:19, 48:23, 48:25,
53:13, 53:21, 53:23,
54:5, 54:7, 58:17, 58:20,
58:22, 58:24, 59:2, 59:3,
59:6, 59:10, 69:18,
71:20, 71:22, 71:23,
71:24, 71:25, 72:2, 72:6,
78:13, 78:17, 78:19,
78:21, 78:22, 78:25,
84:17, 84:19, 84:21,
84:22, 84:24, 85:2, 85:7,
85:12, 85:14, 90:24,
91:3, 91:6, 91:9, 91:12,
91:15, 91:17, 91:24,
92:11, 96:8, 96:10,
97:10, 97:13, 97:23,
97:25, 99:15, 99:19,
100:10, 100:15, 100:19,
100:23, 100:25, 101:4,
101:7, 101:10, 101:12,
101:19, 101:24, 102:5,
102:8, 102:10, 102:13,
103:22, 104:6, 104:15,
104:17, 104:20, 104:23,
105:7, 105:12, 105:14,
105:19, 106:9, 106:12,
106:15, 106:19, 106:21,
106:24, 107:11, 107:16,
107:18, 108:16, 109:1,
109:6, 109:8, 110:3,

110:9, 110:12, 110:25,
111:3, 111:17, 111:24,
112:2, 112:18, 113:24,
114:2, 114:4, 114:7,
114:19, 115:2, 115:4,
115:9, 115:11, 115:15,
115:18, 115:20, 115:25,
116:7, 116:10, 116:13,
116:16, 116:21, 116:24,
116:25, 117:6, 117:24,
117:25, 119:6, 119:8,
119:10, 119:12, 119:13,
119:16, 119:17, 119:21,
119:22, 119:24, 119:25,
120:2, 120:6, 130:4,
130:7, 130:8, 130:9,
130:10, 134:7, 134:9,
134:12, 134:16, 134:17,
134:19, 134:22, 134:25,
135:3, 135:6, 135:8,
135:9, 143:7, 143:8,
143:12, 152:8, 159:12,
160:15, 160:19, 160:25,
161:4, 161:16, 161:18,
161:22, 162:8, 163:1,
163:3, 163:7, 163:8,
163:10, 163:15, 163:22,
164:11, 164:13, 169:16,
169:18, 169:20, 169:21,
169:22, 169:23, 169:25,
170:8, 170:13, 171:12,
171:13, 171:14, 171:16,
171:24, 171:25, 172:1,
172:3, 172:5, 177:5,
177:6, 177:25, 178:2,
178:6, 178:8, 178:12,
178:14, 178:16, 178:20,
178:23, 179:9, 179:11,
179:13, 179:15, 179:20,
180:2, 180:15
**theirs** [1] - 105:2
**themselves** [1] - 141:10
**theoretically** [1] - 180:7
**thereby** [1] - 46:9
**therefore** [1] - 29:9
**thermal** [2] - 138:18,
138:22
**They've** [5] - 73:5,
91:25, 95:23, 100:6,
143:22
**they've** [5] - 73:10,
90:11, 95:18, 145:12,
145:13
**thicker** [2] - 138:21,
138:23
**Thigh** [1] - 129:14
**thighs** [2] - 128:25,
129:14
**thin** [1] - 138:20
**thinking** [2] - 109:13,

111:4
**third** [11] - 12:4, 42:14,
101:16, 109:2, 132:22,
133:19, 134:1, 138:11,
169:3, 169:12, 169:13
**Thirty** [3] - 110:23,
110:24, 110:25
**Thirty-five** [2] - 110:24,
110:25
**thoughts** [1] - 163:21
**Three** [10] - 42:4, 42:9,
43:17, 44:16, 45:7, 45:8,
62:1, 67:24, 125:3, 130:8
**three** [8] - 10:23, 12:2,
12:3, 103:3, 103:7,
103:13, 125:2, 130:7
**throat** [1] - 122:4
**throughout** [6] - 16:7,
72:25, 162:4, 165:22,
166:13, 173:1
**throw** [5] - 77:2, 77:8,
157:15, 157:17, 158:17
**throwing** [2] - 77:12,
77:18
**thrown** [1] - 61:21
**Thursday** [1] - 103:24
**tie** [7] - 19:8, 28:11,
72:18, 111:11, 111:17,
151:23, 154:15
**Tie** [1] - 28:9
**tied** [7] - 21:16, 48:13,
57:4, 145:8, 145:9,
145:16, 155:10
**tight** [1] - 25:19
**time-wise** [1] - 23:12
**timed** [3] - 26:25, 57:23,
58:1
**timing** [7] - 19:13, 34:9,
35:17, 36:21, 38:11,
76:13, 112:12
**tips** [1] - 48:17
**Tirrell** [3] - 104:17,
112:7, 114:24
**title** [1] - 81:11
**titled** [1] - 45:9
**today** [8] - 2:20, 58:15,
92:12, 92:24, 103:6,
111:7, 160:16, 176:5
**toe** [6] - 135:17, 135:25,
140:11, 144:24, 159:19,
175:19
**together** [3] - 46:3,
118:20, 155:8
**toilet** [1] - 104:12,
104:18
**Tom** [1] - 16:11
**tomorrow** [3] - 106:14,
178:9, 178:23
**took** [12] - 15:16, 42:7,
59:22, 61:3, 61:9, 71:21,

76:16, 78:7, 88:17,
106:10, 144:22
**top** [9] - 9:2, 13:21,
29:22, 33:24, 36:6,
41:24, 68:24, 69:14,
142:4
**toss** [1] - 76:22
**total** [20] - 5:1, 5:2, 5:4,
9:10, 9:11, 10:9, 10:23,
23:14, 33:19, 36:4, 36:6,
41:10, 42:17, 42:25,
43:5, 43:16, 50:12,
59:16, 67:18, 74:5
**totality** [1] - 113:18
**totally** [3] - 64:12, 85:1,
94:21
**totals** [1] - 42:17
**touched** [2] - 65:4,
67:14
**Touching** [1] - 105:13
**tour** [1] - 5:16
**towards** [4] - 20:25,
26:12, 27:16, 87:9
**towels** [3] - 24:25, 31:6,
31:7
**Townsend** [2] - 118:7,
118:9
**track** [1] - 82:22
**trading** [1] - 148:23
**trailers** [1] - 118:23
**train** [1] - 80:7
**trained** [3] - 10:14,
44:1, 80:7
**trainer** [6] - 165:10,
165:12, 165:13, 165:18,
166:3, 176:1
**training** [10] - 80:12,
80:15, 165:11, 165:25,
166:13, 166:21, 166:25,
168:15, 174:24, 178:4
**Training** [9] - 165:11,
166:5, 166:6, 166:9,
166:11, 166:20, 167:1,
168:17, 173:21
**transcribed** [1] - 182:8
**transcript** [1] - 182:8
**transcription** [1] -
43:14
**transferred** [1] - 123:24
**translating** [1] - 46:9
**translations** [1] -
174:18
**transpire** [1] - 45:15
**Tranton** [1] - 2:16
**trash** [1] - 132:14
**travel** [9] - 71:25, 73:11,
87:3, 87:7, 93:18, 93:19,
93:22, 95:19, 128:1
**traveled** [1] - 69:1
**traveling** [3] - 71:16,

87:14, 122:23
**travels** [1] - 128:7
**Tray** [2] - 129:19,
141:16
**tray** [6] - 129:7, 129:17,
140:24, 141:17, 141:21
**trays** [2] - 129:20,
129:21
**Treacherous** [1] - 2:9
**tremendous** [1] - 92:14
**Trial** [1] - 1:10
**tried** [2] - 89:8, 94:15
**trigger** [2] - 91:6, 92:4
**trim** [1] - 129:16
**trimmed** [2] - 125:15,
125:16
**trimmer** [1] - 126:6
**trimmers** [1] - 126:10
**trimming** [1] - 138:12
**trip** [1] - 32:16
**trough** [3] - 150:25,
151:5, 152:5
**true** [7] - 17:2, 76:7,
76:8, 78:5, 83:16,
101:21, 104:5
**trust** [1] - 51:25
**try** [12] - 26:16, 48:10,
49:22, 69:21, 105:15,
134:14, 134:17, 160:22,
163:19, 166:15, 167:11,
167:24
**Try** [1] - 167:25
**trying** [12] - 10:2, 53:16,
66:7, 69:14, 78:2, 83:4,
88:10, 134:9, 167:19,
167:23, 168:2, 168:5
**Tuesday** [1] - 103:23
**tunnel** [1] - 122:22
**turkey** [2] - 4:13, 49:13
**turn** [12] - 9:3, 9:4,
13:11, 20:25, 21:1,
31:16, 95:16, 96:9,
100:3, 149:13, 157:18
**turning** [2] - 39:8,
157:12
**turnover** [3] - 169:19,
169:20, 170:2
**turns** [1] - 122:1
**TV** [2] - 174:21, 174:22
**twenty** [2] - 44:25,
78:16
**twenty-plus** [1] - 44:25
**twice** [1] - 103:23
**twist** [1] - 109:14
**twisting** [1] - 109:21
**two** [54] - 3:23, 3:24,
5:9, 13:9, 33:23, 45:3,
45:7, 52:19, 53:25,
58:12, 78:22, 91:15,
93:8, 96:21, 97:8, 102:4,

104:9, 108:4, 109:3,
110:5, 116:9, 118:14,
119:14, 119:19, 120:16,
120:18, 122:1, 122:11,
124:9, 124:10, 126:21,
126:22, 127:5, 127:12,
132:21, 134:18, 137:10,
148:16, 152:4, 153:18,
155:25, 156:22, 157:13,
161:7, 162:1, 164:24,
167:4, 170:5, 170:6,
171:21, 178:2, 180:4
  **Two** [3] - 41:11, 44:15,
120:17
  **two-pronged** [1] -
119:19
  **tying** [3] - 19:25, 48:11,
52:11
  **type** [7] - 36:8, 58:9,
93:8, 93:22, 94:20,
152:12, 172:12
  **types** [2] - 113:22,
152:4
  **typical** [3] - 161:8,
161:10, 161:13
  **typically** [10] - 66:19,
72:9, 72:13, 72:18,
109:5, 149:24, 150:7,
150:12, 162:21, 174:22
  **Typically** [7] - 39:17,
72:12, 72:19, 134:22,
147:1, 150:20, 172:18
  **Tyson** [1] - 96:18

## U

  **U.S** [2] - 1:23, 54:15
  **Um-hum** [1] - 155:1
  **unable** [1] - 30:23
  **unanimous** [1] - 113:1
  **uncommon** [1] - 101:9
  **uncompensated** [6] -
6:22, 7:4, 85:22, 86:4,
86:8, 90:22
  **under** [16] - 5:23, 23:17,
26:23, 48:4, 49:9, 70:23,
71:2, 81:18, 82:13,
93:24, 97:19, 99:15,
99:19, 116:1, 131:14,
172:7
  **under-inclusive** [2] -
23:17, 26:23
  **underneath** [1] - 18:20
  **understood** [3] - 40:25,
114:19, 163:2
  **Unfortunately** [1] -
17:21
  **uniform** [2] - 94:19
  **union** [2] - 167:13

  **unique** [4] - 37:1, 92:3,
106:25
  **unit** [2] - 6:11, 24:2
  **United** [2] - 4:8, 164:21
  **UNITED** [1] - 1:1
  **University** [4] - 2:17,
33:7, 164:7, 164:9
  **unmistakable** [1] -
87:23
  **unpaid** [9] - 6:15, 24:4,
85:19, 85:21, 86:1,
86:11, 95:25, 96:14,
96:23
  **unreasonable** [1] -
112:14
  **untie** [1] - 72:20
  **untied** [1] - 25:18
  **unties** [1] - 24:20
  **up** [99] - 7:16, 15:3,
15:5, 16:25, 17:2, 17:19,
17:21, 19:7, 22:1, 22:24,
26:4, 27:7, 28:1, 28:21,
29:9, 34:20, 34:22, 35:2,
35:4, 35:9, 39:3, 40:17,
42:17, 62:20, 66:23,
76:13, 79:17, 79:21,
79:22, 80:2, 82:3, 88:4,
88:12, 88:13, 88:19,
94:25, 98:22, 100:4,
100:22, 101:19, 102:16,
103:6, 103:7, 103:20,
105:24, 106:2, 106:19,
106:23, 108:22, 110:18,
111:1, 111:3, 111:4,
111:10, 112:3, 114:1,
119:14, 119:18, 122:2,
122:15, 124:23, 125:9,
125:18, 127:13, 127:14,
128:24, 129:15, 130:21,
132:3, 132:13, 132:14,
132:21, 133:19, 134:3,
135:1, 137:23, 137:24,
138:24, 141:14, 142:16,
143:9, 144:21, 146:14,
146:15, 146:17, 147:20,
148:20, 149:24, 154:16,
154:20, 154:21, 154:23,
154:24, 154:25, 155:2,
156:12, 156:15, 165:20
  **upper** [1] - 43:3
  **upstairs** [1] - 129:24
  **USDA** [6] - 117:14,
125:10, 125:11, 159:4,
159:6, 159:7
  **useful** [2] - 81:15, 81:16
  **uses** [1] - 89:14

## V

  **value** [6] - 48:11, 83:13,
83:15, 83:17, 83:20
  **variation** [1] - 64:1
  **varies** [1] - 168:22
  **various** [20] - 5:16,
10:19, 10:20, 10:21,
11:9, 13:7, 13:16, 17:8,
21:19, 32:8, 47:20, 53:6,
64:15, 98:7, 118:19,
125:7, 125:9, 130:13,
149:6, 149:19
  **vary** [2] - 64:9, 64:13
  **VCR** [1] - 33:13
  **venture** [1] - 80:15
  **verbalize** [1] - 163:21
  **verify** [1] - 74:7
  **versus** [4] - 64:4, 70:14,
75:9, 135:13
  **victory** [1] - 89:3
  **video** [79] - 10:3, 10:15,
10:18, 10:19, 11:1,
11:16, 12:4, 12:5, 12:22,
13:7, 13:13, 13:19, 14:8,
14:11, 14:18, 15:12,
15:13, 17:17, 17:21,
18:8, 18:14, 18:22, 19:1,
19:2, 19:3, 22:8, 23:4,
23:8, 23:9, 23:14, 24:11,
24:15, 24:17, 25:12,
25:22, 26:16, 26:19,
26:20, 28:22, 29:23,
30:2, 32:15, 33:5, 33:11,
33:12, 33:15, 34:15,
34:16, 34:17, 34:24,
35:1, 35:15, 35:23,
35:25, 36:21, 37:1, 37:2,
37:10, 38:5, 39:10,
40:12, 40:13, 41:11,
44:14, 44:20, 51:19,
55:22, 61:3, 62:19,
62:25, 65:25, 104:11,
104:12, 106:7, 110:6,
178:5
  **Video** [1] - 52:25
  **videod** [5] - 19:24,
23:25, 26:25, 27:14,
40:18
  **videographer** [15] -
11:18, 11:20, 11:23,
12:2, 13:13, 14:7, 15:12,
15:21, 18:3, 21:6, 21:7,
23:8, 24:10, 27:11, 30:13
  **videographers** [14] -
10:14, 14:1, 14:9, 15:9,
15:10, 15:23, 16:6, 18:1,
23:6, 24:5, 24:6, 26:20,
32:15, 56:18

  **videoing** [5] - 15:9,
15:10, 18:3, 30:14, 32:7
  **videos** [12] - 8:9, 11:13,
13:3, 26:2, 32:11, 56:19,
60:5, 74:23, 75:12,
106:6, 108:3, 178:12
  **videotape** [1] - 56:17
  **view** [3] - 29:21, 108:18,
112:17
  **viewing** [1] - 49:6
  **Vink** [1] - 101:5
  **violation** [2] - 86:9,
88:24
  **visible** [2] - 152:20,
155:19
  **visibly** [4] - 92:12,
152:22, 155:19, 158:9
  **vision** [3] - 58:22,
58:23, 59:7
  **visit** [1] - 5:15
  **visited** [3] - 5:15, 7:22,
10:16
  **visitor** [1] - 135:20
  **visually** [1] - 125:11

## W

  **Wage** [7] - 63:13, 89:6,
89:15, 89:20, 90:8,
91:22, 111:20
  **wait** [11] - 12:3, 17:20,
25:24, 31:22, 35:14,
50:5, 52:12, 95:14,
146:16, 148:1, 158:25
  **waited** [2] - 60:10, 65:6
  **waiting** [11] - 23:11,
24:13, 51:18, 60:11,
60:12, 82:7, 82:11,
89:22, 113:7, 134:10
  **Walk** [1] - 106:21
  **walk** [44] - 8:8, 9:2, 9:4,
13:12, 14:20, 25:9, 51:7,
51:11, 53:5, 56:2, 56:6,
62:7, 65:16, 65:18,
68:15, 70:11, 72:3,
72:19, 76:21, 77:12,
78:3, 92:18, 94:5,
130:17, 147:18, 148:8,
148:17, 148:19, 150:8,
150:20, 150:21, 150:24,
150:25, 151:3, 151:6,
151:7, 151:8, 151:11,
151:20, 151:24, 157:13,
157:15, 176:23
  **walked** [13] - 12:1,
16:12, 19:5, 20:13, 21:4,
24:20, 61:10, 62:20,
65:19, 68:4, 76:6, 76:9,
78:9

  **walking** [48] - 4:22, 5:6,
8:25, 14:9, 14:15, 15:17,
18:1, 18:9, 18:16, 21:23,
24:18, 26:6, 26:12, 27:3,
27:16, 29:3, 29:25,
31:15, 31:20, 32:5,
34:19, 36:11, 37:21,
51:14, 51:17, 52:20,
55:24, 60:2, 60:3, 60:4,
61:7, 67:11, 71:14,
72:21, 76:19, 76:22,
77:2, 77:10, 93:3, 95:23,
100:25, 108:21, 108:22,
108:24, 110:18, 113:5,
113:7, 147:15
  **walks** [15] - 15:18, 16:1,
20:18, 20:25, 25:21,
26:19, 27:21, 32:7,
34:19, 34:25, 35:7,
35:10, 36:11, 37:19,
38:4, 38:13, 38:16, 40:4,
51:16
  **wall** [4] - 8:14, 8:21,
14:21, 152:5
  **walls** [1] - 8:12
  **wandering** [1] - 87:16
  **wants** [1] - 130:1
  **warm** [4] - 21:15, 49:22,
81:16, 81:18
  **warming** [1] - 49:14
  **wash** [14] - 25:1, 25:2,
25:20, 25:22, 26:2, 26:4,
30:20, 74:13, 74:15,
113:12, 132:14, 152:22,
153:1, 153:3
  **washers** [1] - 126:2
  **washing** [12] - 4:22,
5:6, 24:24, 25:4, 28:17,
52:16, 52:22, 60:18,
60:20, 93:3, 95:23,
105:24
  **watch** [4] - 13:15,
51:25, 92:8, 111:8
  **watched** [2] - 90:7,
109:12
  **watching** [7] - 14:12,
21:7, 21:8, 24:12, 27:5,
62:19, 172:23
  **water** [25] - 25:15,
49:11, 49:12, 121:18,
123:4, 126:3, 126:15,
126:17, 150:25, 151:5,
151:7, 152:8, 153:3,
153:5
  **Waunakee** [1] - 2:16
  **ways** [5] - 47:19, 49:14,
63:20, 64:17, 94:12
  **wear** [59] - 21:15, 49:21,
53:24, 55:9, 80:24, 81:6,
81:17, 108:14, 109:22,

109:25, 111:17, 111:18, 135:15, 135:16, 135:17, 135:20, 136:7, 136:9, 136:17, 136:18, 136:19, 136:25, 137:15, 138:11, 138:13, 139:6, 139:12, 141:20, 141:21, 143:15, 143:16, 143:18, 143:19, 144:1, 144:3, 145:1, 145:2, 145:3, 145:5, 146:3, 146:18, 146:21, 146:24, 147:1, 147:5, 150:19, 154:21, 156:13, 157:24, 159:15, 159:16, 159:18, 172:12, 172:14, 172:24, 176:9

**Wear** [1] - 145:2

**wearing** [33] - 18:13, 20:17, 24:21, 26:18, 30:7, 31:25, 32:6, 38:17, 55:23, 57:6, 57:8, 57:11, 58:5, 67:8, 67:12, 67:15, 77:25, 98:6, 111:22, 136:25, 137:19, 137:25, 139:14, 145:20, 149:24, 172:18, 172:24, 173:4, 173:16, 175:19, 176:2, 176:14, 176:17

**wears** [3] - 38:18, 136:4, 156:16

**Wednesday** [1] - 1:10

**week** [12] - 93:7, 93:10, 103:14, 103:15, 107:24, 112:3, 149:7, 160:7, 162:12, 162:22, 162:24, 176:2

**weekend** [1] - 177:21

**weekends** [2] - 134:21, 142:20

**weeks** [1] - 170:5

**Weight** [1] - 129:24

**welcome** [2] - 84:20, 163:23

**West** [1] - 1:23

**Westlaw** [1] - 96:19

**wet** [5] - 21:5, 49:11, 52:8, 53:2, 80:21

**WHAM** [1] - 89:6

**wheel** [2] - 120:8, 121:25

**Whereas** [1] - 78:9

**Whereof** [1] - 182:10

**whole** [8] - 13:5, 96:1, 96:13, 96:17, 97:9, 115:23, 168:18

**whoops** [1] - 27:7

**wide** [1] - 29:18

**wilful** [1] - 114:11

**willful** [2] - 88:21

**Willful** [1] - 88:22

**willfulness** [8] - 88:16, 89:9, 91:4, 94:8, 112:14, 113:15, 114:17

**Wilmington** [2] - 117:22, 165:3

**Window** [1] - 52:13

**window** [9] - 8:15, 8:16, 18:17, 18:18, 33:18, 33:20, 37:8, 37:18, 62:14

**windows** [1] - 33:17

**windpipe** [1] - 125:22

**wing** [2] - 125:15, 128:18

**wings** [4] - 126:7, 128:3, 128:17, 129:18

**wiping** [3] - 26:7, 29:24, 31:1

**Wisconsin** [5] - 2:16, 2:17, 2:18, 33:7, 84:20

**wise** [1] - 23:12

**wish** [2] - 111:25, 174:5

**Witness** [2] - 54:5, 182:10

**WITNESS** [63] - 2:6, 2:7, 2:12, 13:25, 14:3, 16:15, 16:20, 17:2, 17:7, 17:14, 17:17, 19:20, 20:10, 20:13, 22:3, 22:7, 22:10, 28:15, 28:22, 28:25, 29:3, 30:8, 31:3, 31:6, 35:20, 59:3, 71:22, 71:24, 72:2, 78:21, 84:21, 116:20, 116:24, 117:25, 119:10, 119:13, 119:17, 119:22, 119:25, 130:7, 130:9, 134:12, 134:17, 134:22, 135:3, 135:8, 143:8, 163:6, 163:7, 163:10, 164:13, 169:20, 169:22, 169:25, 171:13, 171:16, 171:25, 172:3, 177:6, 178:6, 181:4, 181:8, 181:12

**witness** [12] - 2:8, 3:6, 4:7, 4:17, 38:23, 112:8, 116:4, 160:12, 161:20, 161:22, 162:18, 177:24

**witnesses** [3] - 116:6, 116:9, 178:14

**woman** [5] - 14:12, 14:15, 30:16, 31:12, 108:10

**word** [6] - 3:15, 16:18, 58:22, 58:23, 95:6, 97:25

**words** [7] - 3:16, 54:21, 60:21, 86:5, 97:4, 97:18, 111:5

**wore** [2] - 57:10, 58:5

**worker** [3] - 39:24, 89:23, 93:7

**workers** [10] - 3:25, 14:6, 40:24, 46:9, 48:3, 92:13, 93:6, 108:5, 108:6

**workings** [1] - 53:11

**workplace** [7] - 3:21, 4:4, 4:5, 49:16, 49:23, 94:25, 95:1

**works** [11] - 22:20, 33:10, 34:11, 87:13, 110:13, 119:5, 131:22, 133:22, 167:21, 168:4

**worn** [6] - 49:8, 67:10, 77:24, 139:11, 140:24, 149:12

**worried** [4] - 43:24, 43:25, 46:19, 179:6

**Worth** [1] - 115:7

**wrapped** [2] - 129:22, 129:23

**wrist** [1] - 141:15

**write** [3] - 19:11, 19:15, 64:4

**writing** [1] - 64:3

**written** [1] - 21:12

**wrote** [2] - 70:15, 88:8

**Wylie** [1] - 115:7

## X

**Xavier** [2] - 164:7, 164:9

## Y

**yard** [4] - 134:14, 134:18, 135:1, 135:2

**year** [7] - 18:25, 88:20, 166:4, 168:9, 168:10, 169:19, 169:20

**Years** [1] - 143:4

**years** [6] - 32:25, 118:14, 164:21, 166:5, 167:14, 175:22

**yesterday** [2] - 17:5, 93:12

**young** [2] - 43:20, 116:14

**yourself** [3] - 152:8, 175:18, 177:5

## Z

**Zajac** [3] - 1:22, 182:3, 182:15

**zoom** [1] - 29:18